| Office of the Pulaski County Sheriff | **Official Memorandum** |
|---|---|

**To:**      **Chief Mike Sylvester via Chain of Command**

**From:**   **Captain Toni Rose DSN #1175**

**Re:**       **Inmate Smith, Trillus B/I #1964-17 "C-Unit Cell-103"**
                 **Incident #17-3491**

**Date:**    **April 13th, 2017**

After conducting a critical incident review of the death of inmate Smith, Trillus B/I #1964-17 file Case No. 17-IA-0028 I do not find any violations that warrant further action on behalf of the Unit Deputies Kimberly Moton and Crystal Thomas. As stated in my critical review incident submitted on February 17th, 2017 it was noted there were two instances where checks were not conducted. However, there were also checks made that were conducted and not initially logged with the exact time. Therefore, we have counseled with and advised both deputies to make sure they are logging and conducting security checks and/or suicide checks as close as possible to the appropriate timeframe. In addition, on March 15th, 2017 according to documentation Sergeant Jordan Abels received a copy of Inmate Trillus Smith's Autopsy Report from the Arkansas State Crime Lab. The report stated that Inmate Trillus Smith's cause of death was Acute Pneumonia and Dehydration Complicating bronchial Asthma. Inmate Smith's death was ruled a natural death by Dr. Christy Cunningham with the Medical Examiner's Office.

It is my opinion, that both Deputies Kimberly Moton and Crystal Thomas carried out all duties and responsibilities required of them including starting chest compressions when they found her. After reviewing all written documentation and video footage of the unit activities prior to the incident and actions of all personnel following the medical emergency, I find no apparent violations of Policy & Procedures, Branch Directives, Practices and/or Post Orders (#22 "Unit). Therefore, I am recommending no further action be taken in this matter.



EXHIBIT
A-1

# PULASKI COUNTY SHERIFF'S OFFICE
## PROFESSIONAL STANDARDS COMPLAINT FORM

**PSU Use Only**

Case No. *17 IA.0028*

---

**Complainant's Name:**   **Agency**                          **Sex:**                **DOB**

**Race:**  ☐ African American   ☐ Hispanic   ☐ Caucasian   ☐ Unknown   ☐ Other

**Social Security No. / Drivers' License No.**

**Address:**

**Home Phone:**                                **Business:**

**Employed By:**

---

**Date of Incident:**   02/15/17   **Time of Incident:**   5: AM   **District / Zone:**   Jail

**Location of Incident:**   Pulaski County Regional Detention Facility

**Employee(s) Involved:**   Deputy Crystal Thomas and Deputy Kimberly Moton

---

**Brief description of complaint:**   (Use additional sheets if necessary)

On 02/15/17, Pulaski County Sheriff's Office Criminal Investigations Division responded to Pulaski County Regional Detention Facility in reference to a deceased person. Upon the Investigators arrival, they were informed that Inmate Trillus Smith was found deceased in her cell. After processing the death scene, Inmate Smith's body was released to the Arkansas State Crime Lab. The Criminal Investigation Division completed their investigation of this incident and turned over their findings to the Office of Professional Standards for an Internal Investigation.

**Standard(s) of Conduct that has been allegedly violated:**

---

**Complainant Signature:**                                          **Date:**

**Complaint Received by:**   *Sgt. _____ 2499*   Sgt. Jordan Abels   **DSN:**   2499
                              Signature                Printed Name:

**Date Complaint Received:**   03/09/17   **Time Complaint Received:**   11: AM

policy-compfm / Revised 2007

MSJ SOF 000002

**Supervisory Comments / Recommendations** (Attach additional sheets if necessary):

I HAVE THIS FILE IN ITS ENTIRETY, AND RECOMMEND THE INVOLVED
DEPUTIES ACTIONS ARE WITHIN POLICY

| Supervisor: | _MW_ | DSN _0ces_ | Rank: _MASON_ | Date: _4-25-17_ |

**Supervisory Comments / Recommendations** (Attach additional sheets if necessary):

| Supervisor: | | DSN | Rank: | Date: |

**Supervisory Comments / Recommendations** (Attach additional sheets if necessary):

| Supervisor: | | DSN | Rank: | Date: |

## *This completed form is to be forwarded to the Professional Standards Unit*

# DISPOSITION OF COMPLAINT
### FOR BRANCH CHIEF OR DESIGNEE USE ONLY

☐ **SUSTAINED -** *The member engaged in the alleged act or conduct and the act or conduct was contrary to Department Policy and/or Standards of Conduct*

      **STANDARD(S) OF CONDUCT VIOLATED:** _____

      **DISCIPLINARY ACTION:** _____

☐     **WITHDRAWN -**     *Complaint withdrawn by the complainant*

☐     **NOT SUSTAINED-**     *The evidence is insufficient to clearly prove or disprove the allegations made*

☐     **UNFOUNDED-**     *The act or conduct alleged did not occur*

☑     **EXONERATED-**     *The act or conduct did occur, but is was justified, lawful and proper*

**Branch Chief or Designee:** _Tom Sh_____      **Date:** _4/25/17_

policy – compfm / Revised 2007

# 17-IA-0028
## Case Summary

On 02/15/17, Pulaski County Sheriff's Office Criminal Investigations Division responded to Pulaski County Regional Detention Facility in reference to a deceased person. Upon the Investigators arrival, they were informed that Inmate Trillus Smith was found deceased in her cell. After processing the death scene, Inmate Smith's body was released to the Arkansas State Crime Lab. The Criminal Investigation Division completed their investigation of this incident and turned over their findings to the Office of Professional Standards for an Internal Investigation.

On 03/10/17, Sergeant Jordan Abels reviewed the file turned over to him by the Criminal Investigation Division. While reviewing the file, Sgt. Abels located a supplement report by Sgt. Mike Blain. The supplement stated that on 02/15/17, the video footage of cell checks performed on Inmate Trillus Smith was reviewed. The cell checks were to be conducted every 15 minutes. However, it was found by Sgt. Blain after review of the video, that the cell check at 0417 hours was not conducted. The footage also revealed that a check was conducted at 0431 hours and at 0446 hours a code red was called for Inmate Smith.

On 03/15/17, Sergeant Jordan Abels received a copy of Inmate Trillus Smith Autopsy Report from the Arkansas State Crime Lab. The report stated that Inmate Trillus Smith's cause of death was Acute Pneumonia and Dehydration Complicating Bronchial Asthma. Inmate Smith's death was ruled a natural death by Dr. Christy Cunningham with the Medical Examiner's Office.

On 03/28/17, Sergeant Jordan Abels discovered that from 02/02/17 to 02/08/17, Inmate Trillus Smith had been involved in four use of force incident. During these incidents each time, Inmate Smith was sprayed with O.C. Spray. All use of force incident all are in compliance with Pulaski County Sheriff's Office Policy. The reports are 17-UF-0040, 17-UF-0101, 17-UF-0102, and 17-UF-0108.

*There will be no further investigation into this matter unless directed otherwise by Chief Deputy Lowery.  The interview recordings from this summary will be retained in a secure area of the Professional Standards Unit of the Pulaski County Sheriff's Office and will be made available upon authorized and approved request.*

Submitted by the Professional Standards Unit

CASE # 17-IA-0028

## CASE INDEX

Date Assigned: 03/09/17                    Date(s) of Incident: 02/15/17

Assigned by: Chief Deputy Mike Lowery

*Case Summary, Complaint Form, Supplements, Statements, Reports, Evidence*

| **Date** | **Page(s)** | **Page Contents** |
|---|---|---|
| 03/09/17 | 1 | Information Report |
| 03/10/17 | 2 | Information Report |
| 03/15/17 | 3 | Information Report |
| 03/28/17 | 4 | Information Report |
| 03/15/17 | 5-13 | Autopsy Report |
| | **Section 2** | |
| 03/08/17 | 1-325 | CID File |

Date Submitted for Disposition Determination:  03/29/17_____

Professional Standards Unit Investigator: _____Sgt. Jordan Abels 2499_____

Reviewing Branch Chief: _Fm Shrs_

Date Case Closed: _4/25/17_

Final Disposition: _EXONERATED_

# PULASKI COUNTY SHERIFF'S OFFICE

## Professional Standards Unit

Date:   03/09/17      Information Report                Case #17-IA-0028

On 02/15/17, Pulaski County Sheriff's Office Criminal Investigations Division responded to Pulaski County Regional Detention Facility in reference to a deceased person. Upon the Investigators arrival, they were informed that Inmate Trillus Smith was found deceased in her cell. After processing the death scene, Inmate Smith's body was released to the Arkansas State Crime Lab. The Criminal Investigation Division completed their investigation of this incident and turned over their findings to the Office of Professional Standards for an Internal Investigation.

Sgt. Jordan Abels 2499

Investigator's Signature

# PULASKI COUNTY SHERIFF'S OFFICE

## Professional Standards Unit

Date:   03/10/17   Information Report                    Case #17-IA-0028

---

On 03/10/17, Sergeant Jordan Abels reviewed the file turned over to him by the Criminal Investigation Division. While reviewing the file, Sgt. Abels located a supplement report by Sgt. Mike Blain. The supplement stated that on 02/15/17, the video footage of cell checks performed on Inmate Trillus Smith was reviewed. The cell checks were to be conducted every 15 minutes. However, it was found by Sgt. Blain after review of the video, that the cell check at 0417 hours was not conducted. The footage also revealed that a check was conducted at 0431 hours and at 0446 hours a code red was called for Inmate Smith.

Sgt. Jordan Abels 2499

_____
Investigator's Signature

# PULASKI COUNTY SHERIFF'S OFFICE

## Professional Standards Unit

Date:   03/15/17     Information Report                    Case #17-IA-0028

---

On 03/15/17, Sergeant Jordan Abels received a copy of Inmate Trillus Smith Autopsy Report from the Arkansas State Crime Lab. The report stated that Inmate Trillus Smith's cause of death was Acute Pneumonia and Dehydration Complicating Bronchial Asthma. Inmate Smith's death was ruled a natural death by Dr. Christy Cunningham with the Medical Examiner's Office.


Sgt. Jordan Abels 2499

Investigator's Signature

# PULASKI COUNTY SHERIFF'S OFFICE

## Professional Standards Unit

Date:  03/28/17      Information Report                    Case #17-IA-0028

---

On 03/28/17, Sergeant Jordan Abels discovered that from 02/02/17 to 02/08/17, Inmate Trillus Smith had been involved in four use of force incident. During these incidents each time, Inmate Smith was sprayed with O.C. Spray. All use of force incident all are in compliance with Pulaski County Sheriff's Office Policy. The reports are 17-UF-0040, 17-UF-0101, 17-UF-0102, and 17-UF-0108.

Sgt. Jordan Abels 2499

Investigator's Signature

IA  10/95
INFORER
MSJ SOF 000010



**Medical Examiner**
(501) 227-5936

# State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215



## Medical Examiner Division

| | | | |
|---|---|---|---|
| **Case No:** | 2017-004109 / ME-0152-17 | **Date of Examination:** | February 15, 2017 |
| **Name:** | SMITH, Trillus | | |
| **Age:** | 22 Years | **Sex:** | Female |
| **County:** | Pulaski | | |

---

## CONCLUSIONS

**CAUSE OF DEATH:**   Acute Pneumonia and Dehydration Complicating Bronchial Asthma

**CONTRIBUTORY CAUSE:**   Unspecified Psychosis

**MANNER OF DEATH:**   Natural

_Christy Cunningham signature_   March 16, 2017

**Christy Cunningham, D.O.**
Associate Medical Examiner - Pathologist of Record

_Charles P. Kokes signature_

**Charles P. Kokes, M.D.**
Chief Medical Examiner - Reviewer

_Stephen A. Erickson signature_

**Stephen A. Erickson, M.D.**
Deputy Chief Medical Examiner - Reviewer

ASCL Official Copy - Do Not Duplicate

MSJ SOF 000011

NAME:  SMITH, Trillus                                                                                      NO: 0152-17

## EXTERNAL EXAMINATION

*Injuries are described in the Evidence of Injury section.*

**Presentation:**

The unclad, unembalmed body is received in the supine position in a yellow plastic disaster bag, and is that of a well-developed adult black female, appearing consistent with the reported age of 22 years, measuring 64" in length and weighing 143 pounds.

**Postmortem Changes:**

The body is warm to the touch.  Rigor mortis is mildly developed in the extremities.  Unfixed postmortem lividity is in a posterior distribution, except in regions of pressure.  The corneas are clear.  The sclerae show focal tache noir.  The body is well-preserved.

**General:**

The normally formed head is atraumatic.  The curly black head hair measures 4" in length.  A miscellaneous straight blonde hair entangled within the decedent's head hair is collected and retained. Numerous inflamed follicles are scattered across the skin of the face.  The facial bones and mandible are free of palpable fractures.  The conjunctivae are mildly congested.  The sclerae are anicteric.  The irides appear brown in color.  The nose is normally formed.  The lips and tongue have a parched appearance.  The mucosal surface of the tongue is covered by thick yellow/brown plaques.  The natural teeth are in a good state of repair.  The oral mucosa is pale and dry.  The lips, teeth, tongue, gums, and buccal mucosa are free of injury.  Fabric lint is in the pinna of the right ear.  The external auditory meati and mastoid regions are unremarkable.  One piercing defect is through each earlobe.

The trachea is in the midline of the neck.  The neck is neither crepitant nor excessively mobile.  There are no palpable masses.

The chest and back are symmetrical.  The breasts are free of palpable masses or nipple discharge.  The abdomen is soft and slightly protuberant.  Multiple pale striae are scattered across the skin of the abdomen.  The spine appears straight externally.

The external genitalia are those of a normally-formed adult female, and are atraumatic.  A scant amount of thick, yellow/red discharge emits from the vaginal canal.  The vaginal mucosa is intact and otherwise grossly unremarkable.  The inguinal regions, perineum, anorectal areas, and buttocks are normally formed and atraumatic.  Numerous scarred follicles are scattered across the skin of the buttocks.

The upper and lower extremities are symmetrical and well-developed.  The hands and feet are normally formed.  All of the digits are present.  The fingernails are varying lengths with varying amounts of underlying debris.  The nail beds are pale.  The toenails are painted with chipped purple polish.

ASCL Official Copy - Do Not Duplicate

NAME:  SMITH, Trillus                                                          NO: 0152-17

There is no appreciable cervical, axillary, or inguinal lymphadenopathy.

**Tattoos:**

1. Four (4) flowers are in a linear distribution across the superior surface of the right shoulder.
2. Six (6) flowers and a hummingbird are in a linear distribution down the posterior surface of the right shoulder and right side of the back.

## EVIDENCE OF MEDICAL ATTENTION:

1. An endotracheal tube is secured in the mouth with a Velcro collar.
2. Two (2) defibrillator pads are on the torso.
3. An EKG pad is on each extremity.
4. An intraosseous catheter is in the right leg.
5. White gauze dressing is taped across the left antecubital fossa.
6. Disposable adhesive bandages are across the right antecubital fossae and on the right wrist.

## EVIDENCE OF OLD INJURY/SCARS:

None.

## EVIDENCE OF SUBACUTE/HEALING INJURY:

1. Multiple horizontally-oriented scabbed superficial abrasions, measuring up to 1/2 x 1/16", are on the ulnar surface of the right wrist.
2. Multiple scabbed superficial abrasions, measuring up to 1/8 x 1/8", are on the dorsal surface of the left wrist.

## EVIDENCE OF RECENT INJURY:

1. Multiple dark purple contusions, measuring up to 4-1/2 x 4", are scattered across the skin of the right arm.
2. Multiple dark purple contusions, measuring up to 2-1/4 x 2-1/4", are scattered across the skin of the left arm.
3. Multiple dark purple contusions, measuring up to 3-1/2 x 2", are scattered across the skin of the right thigh.
4. Multiple dark purple contusions, measuring up to 2 x 1/2", are in a linear distribution down the anterior surface of the right leg.
5. Multiple dark purple contusions, measuring up to 5-1/4 x 3", are scattered across the skin of the left thigh.
6. Multiple dark purple contusions, measuring up to 1 x 1/2", are scattered across the skin of the left leg.

*These injuries, having been described once, will not be listed again.*

ASCL Official Copy – Do Not Duplicate
MSJ SOP 00003

## INTERNAL EXAMINATION

*Injuries are described above.*

**Head:**

The scalp is reflected using the standard intermastoidal incision. The subcutaneous tissue is free of injury. The calvarium is intact and shows a 2.5 x 2 x 1.5 cm raised osteoma in the left parietal region. The dura is free of discoloration and thickening. The cranial vault contains 50 mL of straw-colored serous fluid. The leptomeninges are thin and transparent. No epidural, subdural, or subarachnoid hemorrhage is seen. The brain weighs 1245 grams. The gyri and sulci are of normal distribution and development. Neither brain swelling nor herniation is noted. The cerebellum, brainstem, and upper cervical spinal cord are normally formed. The blood vessels of the Circle of Willis are normally distributed and free of aneurysm and atherosclerosis. Serial sectioning reveals no lesions of the cortical gray ribbon, white matter, or deep gray matter structures. The substantia nigra is normally pigmented. The ventricular system is normally formed and contains clear cerebrospinal fluid. The base of the skull is examined after stripping the dura and is intact.

**Neck:**

The skin of the neck is dissected to the angle of the mandible. The anterior neck muscles are dissected layer-by-layer down to the tracheal cartilages. The superficial anterior strap muscles are focally hemorrhagic, left greater than right. There is no trauma to the airway or vital structures in the neck. The upper airway mucosa is focally erythematous; consistent with oral intubation. No foreign objects are in the airway. The epiglottis is neither inflamed nor swollen. The hyoid bone and laryngeal cartilages are free of fractures. The carotid vessels are pliable and patent. The anterior cervical spine and atlanto-occipital joint are stable to manipulation.

**Chest and Abdomen:**

The skin of the chest and abdomen is reflected using the usual Y-shaped incision. The subcutaneous fat and musculature are free of injury. The sternum and chest plate are intact. Numerous adhesions are scattered throughout the abdominal and pelvic cavities. No abnormal fluid or blood accumulations are in the body cavities. No unusual odors or color changes are noted. Examination of the organs in situ reveals normal organ morphology and relationships. The intact diaphragm is normally formed. The organs are removed using the Virchow technique.

**Cardiovascular System:**

The heart weighs 230 grams and exhibits the normal four-chambered anatomy. The epicardial surface is unremarkable. The coronary arteries are widely patent, arise from their usual locations, and ramify across their respective ventricles. There is no evidence of chronic or recent thrombosis. Serial sectioning of the myocardium reveals a homogeneous red-brown parenchyma which is free of discrete lesions. The left ventricle measures 0.8 cm in thickness, and the right ventricle measures 0.2 cm in thickness. The valve leaflets, chordae tendineae, and endocardium appear normally formed. The aorta and its normally distributed major branches are free of aneurysm. The aorta shows mild atherosclerosis.

ASCL Official Copy – Do Not Duplicate
MSJ SOF 000014



**Respiratory System:**

The trachea, hilar structures, and major vessels are normally formed and atraumatic. The lungs are normally lobated. Thin adhesions are scattered across the pleural surfaces of both lungs. The right and left lungs weigh 285 grams and 275 grams, respectively. The cut surfaces are homogeneous pink/red. A moderate amount of frothy yellow fluid is easily expressed from all lobes upon slight manual compression. Neither lung exhibits evidence of consolidation, thrombus, embolism, infarction, or neoplasia.

**Gastrointestinal System:**

The esophagus is lined by unremarkable tan-gray mucosa.  The gastroesophageal junction is unremarkable.  The gastric mucosa is normally rugated.  The stomach contains 10 mL of thin, dark brown fluid.  The intestines are free of palpable obstruction or neoplasia. The bowels are opened along their lengths and contain a moderate amount of brown/green semi-solid fecal material. The mucosal surfaces are grossly unremarkable. The appendix is in the right lower quadrant of the abdomen.

**Hepatobiliary System and Pancreas:**

The liver weighs 1160 grams.  The intact capsule is of normal thickness.  The homogeneous red-brown parenchyma is free of mass lesions.  The gallbladder contains 30 mL of dark brown/green viscous bile.  The mucosa is unremarkable.  No gallstones are present.  The pancreas is of normal size and has the usual lobular architecture.  The cut surfaces are homogeneous tan and show scattered foci of fibrosis and fat necrosis. No hemorrhage is observed.

**Urogenital System:**

The right and left kidneys weigh 120 grams and 130 grams, respectively.  The capsules strip with ease revealing smooth cortical surfaces.  The cut surfaces, including the pyramids, pelves, calyces, and vessels are grossly unremarkable.  The ureters are of normal caliber.  There are no lesions of the serosa, muscular wall, and mucosa of the urinary bladder is unremarkable. Two (2) 0.6 x 0.3 x 0.3 cm hematomas are noted within the submucosal layer. The lumen is devoid of urine.

The reproductive organs are adherent to each other and the surrounding parametrium by thick fibrous adhesions. The vaginal canal contains a moderate amount of thick yellow/white mucus and fluid. Several yellow/brown plaque-like lesions are scattered across the vaginal mucosa. The cervix is congested.  The non-gravid uterus is normal in size and shape. The pink/tan endometrium and myometrium are grossly unremarkable.  No mass lesions are observed.  The asymmetrical ovaries are slightly enlarged, right larger than left.  The cut surfaces reveal clear fluid-filled cysts.  The left fallopian tube is edematous and dilated to a diameter of 1.2 cm near the fimbriated end.  Serial sectioning reveals no mass lesions or other abnormality. The right fallopian tube is slightly edematous, but otherwise grossly unremarkable.

ASCL Official Copy - Do Not Duplicate
MSJ SOP 000015



NAME:  SMITH, Trillus                                                              NO: 0152-17

**Reticuloendothelial System:**

The spleen weighs 60 grams.  The intact capsule is of normal thickness.  The cut surfaces have a firm, grainy texture and are homogeneous dark red.  No focal lesions are seen.  The red pulp and white pulp appear to be of normal distribution.  Regional lymph nodes are grossly unremarkable. The thymus is involuted.

**Musculoskeletal System:**

The axial skeleton is intact.  The appendicular skeleton is stable to palpation and manipulation. The skeletal muscles are symmetrical.

**Endocrine System:**

The symmetrical thyroid gland is of normal size.  The red parenchyma is free of nodules, hemorrhage, and cysts.  The adrenal glands are of normal size and free of hemorrhage and nodularity.

The examined organs were returned to the body cavity.

## HISTOLOGY:

Eleven (11) hematoxylin and eosin-stained slides representing the heart, lungs, liver, kidneys, adrenal glands and fallopian tubes are examined.  Significant findings include:

**Cardiovascular System:** Sections of the heart show essentially unremarkable myocytes with slight perivascular and interstitial fibrosis. A cross-section of the left anterior descending artery shows a slightly narrowed lumen with thickening of the intima.

**Respiratory System:**  Sections of the lungs show dilated air-spaces with thin alveolar walls; bronchioles filled with aggregates of mucin and acute inflammatory cells which spill over into the surrounding parenchyma; occasional collections of pigmented intra-alveolar macrophages; and congested blood vessels.

**Hepatobiliary System:**  A section of liver shows essentially unremarkable hepatocytes, portal triads, veins, and sinusoids with the normal trabecular architecture. Mild centrolobular macrovesicular steatosis involves less than 50% of the sampled parenchyma. No portal-portal bridging fibrosis is evident.

The remaining tissue sections are histologically unremarkable and support the gross impression.

## RADIOLOGY:

None.

ASCL Official Copy – Do Not Duplicate
MSJ SOP 000048

NAME:  SMITH, Trillus                                          NO: 0152-17

## IDENTIFICATION:

The body was received as identified by the Pulaski County Sheriff's Office.

## EVIDENCE:

1. Documentary and identification photographs were obtained.
2. Fingerprints and a blood matrix card are retained as evidence.
3. Samples of the decedent's head hair and the miscellaneous hair described above are collected and retained for future possible studies.

## SPECIMENS:

1. Blood is submitted for toxicological analysis.
2. Vitreous fluid is submitted to UAMS Laboratory for electrolyte analysis and beta-hydroxybutyrate quantitation.  Blood is submitted for hemoglobin A1C quantitation.
3. Representative tissue sections were processed to slides in 11 cassettes.
4. Stock tissue, liver samples, blood, and serum are retained for possible future studies.

## LABORATORY RESULTS

**TOXICOLOGY:**

**Trillus Smith:**
Peripheral blood
> Volatile

| | |
|---|---|
| Acetone | < 0.01 g% |
| Ethanol | not detected |
| Isopropanol | not detected |
| Methanol | not detected |

> Immunoassay

| | |
|---|---|
| Benzodiazepines | negative |
| Cannabinoids | positive |
| Cocaine | negative |
| Methadone | negative |
| Methamphetamines | negative |
| Opiates | negative |
| Oxycodone | negative |
| Propoxyphene | negative |

> General Toxicology

| | |
|---|---|
| Chlorpromazine | present |

ASCL Official Copy - Do Not Duplicate

NAME:  SMITH, Trillus                                                    NO: 0152-17

## CHEMISTRIES:

Basic Metabolic Panel:

| | |
|---|---|
| Sodium | 181.0 mmol/L |
| Potassium | 8.8 mmol/L |
| Chloride | 145 mmol/L |
| Creatinine | 4.3 mg/dL |
| Urea Nitrogen | 244 mg/dL |
| Glucose | 48 mg/dL |

Beta-Hydroxybutyrate        0.64 mmol/L

Hemoglobin A1C             6.2%

CBC:

| | |
|---|---|
| WBC | 12.48 K/uL |
| RBC | 2.81 M/uL |
| Hemoglobin | 8.2 g/dL |
| Hematocrit | 28.2% |
| MCV | 100.4 fL |
| MCH | 29.2 pg |
| MCHC | 29.1 g/dL |
| RDW | 15.1% |
| Platelet | 217 K/uL |
| MPV | 12.3 fL |
| Nucleated RBC | 2.6 #/100 WBC |

ASCL Official Copy – Do Not Duplicate
MSJ SOF 000018

NAME:  SMITH, Trillus                                                        NO: 0152-17

## SUMMARY OF FINDINGS

I.   Acute pneumonia and bronchial asthma.
   A.  Reported history of asthma.
   B.  Dilated air-spaces containing acute inflammatory cells.
   C.  Bronchioles containing aggregates of mucus and acute inflammatory cells.
II.  Dehydration; results per UAMS Laboratory.
   A.  Postmortem vitreous fluid sodium level 181 mmol/L (elevated).
   B.  Postmortem vitreous fluid chloride level 145 mmol/L (elevated).
   C.  Postmortem vitreous fluid creatinine level 4.3 mmol/L (elevated).
   D.  Postmortem vitreous fluid urea nitrogen level 244 mmol/L (elevated).
III. Cutaneous abrasions and contusions in various stages of healing; no significant physical trauma.
IV.  Postmortem toxicology non-contributory.

## COMMENT/OPINION:

This 22-year-old incarcerated black female was found unresponsive in her solitary jail cell. She was pronounced dead at the scene. The decedent had reportedly been in several recent altercations with jail staff, was non-compliant with medical staff, and refused to eat or drink on several occasions.

Based upon the information provided by the investigating agency and the autopsy findings, it is our opinion that Trillus Smith died from acute pneumonia which was further complicated by dehydration and bronchial asthma. The abrasions and contusions observed on the decedent's body at the time of autopsy are consistent with the reported history.  There is no evidence of significant physical injuries or toxins which would have caused or contributed to death in this case.  Therefore, the manner of death is classified as Natural.

## MANNER OF DEATH:     Natural

ASCL Official Copy - Do Not Duplicate
MSJ SOP 00005



# PULASKI COUNTY SHERIFF'S OFFICE

## OFFICE OF PROFESSIONAL STANDARDS

# 17-IA-0028

## SECTION 2

MSJ SOF 000020



PULASKI COUNTY SHERIFF'S OFFICE
CRIMINAL INVESTIGATIONS DIVISION

# INDEX
## INCIDENT #:  17-3491

| PAGE | DATE | CONTENTS | WRITTEN BY |
|---|---|---|---|
| 1 | 03/08/17 | Case Report | R. Geary |
| 2 | 03/08/17 | Witness List | R. Geary |
| 3 | 03/08/17 | Evidence List | R. Geary |
| 4 | 03/08/17 | Case Summary | R. Geary |
| 5-7 | 03/08/17 | PCSO General Report | R. Geary |
| 8-19 | 03/08/17 | Supplemental Reports | R. Geary/J. Oberle/M.Blain |
| 20-25 | 03/08/17 | PCSO Item Submission forms | R. Geary |
| 26-41 | 03/08/17 | Scene Photos/ Photos of victim's clothing | R. Geary |
| 42-159 | 03/08/17 | PCRDF report | PCRDF staff |
| 160 | 03/08/17 | Lab results taken while in custody (Trillus Smith) | PCRDF Health Department |
| 161-170 | 03/08/17 | Baptist Health Records | Baptist Health |
| 171 | 03/08/17 | Cover page | R. Geary |
| 172-255 | 03/08/17 | PCRDF medical records for Trillus Smith | PCRDF staff |
| 256-270 | 03/08/17 | Use of Force file against Trillus Smith done by Enforcement Division | James Cavin |
| 271 | 03/08/17 | Cover page for T. Smith's booking information | R. Geary |
| 272-295 | 03/08/17 | Trillus Smith Booking information | PCRDF staff |
| 296 | 03/08/17 | ID page (Marsha Warren) | R. Geary |
| 297-299 | 03/08/17 | Interview transcripts (Marsha Warren) | R. Geary |
| 300 | 03/08/17 | ID page (Donna Thompson) | R. Geary |
| 301-302 | 03/08/17 | Interview transcripts (Donna Thompson) | R. Geary |
| 303 | 03/08/17 | ID page (Deputy Crystal Thomas) | R. Geary |
| 304-309 | 03/08/17 | Interview transcripts (Deputy Crystal Thomas) | R. Geary |
| 310 | 03/08/17 | ID page (Deputy Kimberley Moton) | R. Geary |
| 311-315 | 03/08/17 | Interview transcripts (Dep. Kimberly Moton) | R. Geary |
| 316 | 03/08/17 | ID page (Kim Stowe) | R. Geary |
| 317-320 | 03/08/17 | Interview transcripts (Kim Stowe) | R. Geary |
| 321 | 03/08/17 | ID page (Sylvia Scott) | R. Geary |
| 322-325 | 03/08/17 | Interview transcripts (Sylvia Scott) | R. Geary |
| 326 | 03/08/17 | ID page (Trillus Smith) | R. Geary |
| | | | |
| | | | |



# PULASKI COUNTY SHERIFF'S OFFICE
## CRIMINAL INVESTIGATIONS DIVISION

# CASE REPORT
## INCIDENT #: 17-3491

| OFFENSE(S): | STATUTE # | OFFENSE | CLASSIFICATION |
|---|---|---|---|
| | N/A | Deceased Person | |
| | | | |
| | | | |
| | | | |

| INVESTIGATOR: | Inv. Ryan Geary | 501-340-6622 rgeary@pcso.org |
|---|---|---|
| INCIDENT LOCATION: | 3201 W. Roosevelt Road Little Rock, AR 72204 | |
| DATE/TIME: | 02/15/17 | 0444 |

### VICTIM(S)

| NAME | TRILLUS SMITH | |
|---|---|---|
| DOB | ██████ | |
| ADDRESS | ██████ Little Rock, AR 72209 | |
| PHONE # | 501-████ | |

### SUSPECT(S)

| NAME | N/A | DOB | N/A | |
|---|---|---|---|---|
| ADDRESS | N/A | SID# FBI# | SID# FBI# | |
| PHONE # | N/A | SSN | N/A | |

| WITNESSES: | *See Witness List* |
|---|---|
| EVIDENCE: | *See Evidence List* |



# PULASKI COUNTY SHERIFF'S OFFICE
## CRIMINAL INVESTIGATIONS DIVISION

# WITNESS LIST
## INCIDENT #: 17-3491

| TYPE | NAME | CONTACT INFORMATION |
|---|---|---|
| Victim | Trillus Smith | 3422 Pinewood Loop<br>Little Rock, AR 72209<br>501-568-2008 |
| Witness | Marsha Warren | 3201 W. Roosevelt Road<br>Little Rock, AR 72204<br>501-340-7000 |
| Witness | Donna Thompson | 3201 W. Roosevelt Road<br>Little Rock, AR 72204<br>501-340-7000 |
| Deputy | Crystal Thomas | 3201 W. Roosevelt Road<br>Little Rock, AR 72204<br>501-340-7000 |
| Deputy | Kimberly Moten | 3201 W. Roosevelt Road<br>Little Rock, AR 72204<br>501-340-7000 |
| Witness | Kim Stowe | 3201 W. Roosevelt Road<br>Little Rock, AR 72204<br>501-340-7000 |
| Witness | Sylvia Scott | 3201 W. Roosevelt Road<br>Little Rock, AR 72204<br>501-340-7000 |
| Investigator | Ryan Geary | 2900 S. Woodrow Street<br>Little Rock, AR 72204<br>501-340-6622 |
| Investigator | Joe Obelle | 2900 S. Woodrow Street<br>Little Rock, AR 72204<br>501-210-7528 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

WITNESS LIST
Updated: 10/30/13



# PULASKI COUNTY SHERIFF'S OFFICE
## CRIMINAL INVESTIGATIONS DIVISION

# EVIDENCE LIST
## INCIDENT #: 17-3491

| ITEM | DESCRIPTION |
|------|-------------|
| 1 | CD with interviews conducted by Inv. Oberle (Crystal Thomas, Kimberly Moten, Sylvia Scott) |
| 2 | 5 pages of observation log information from the PCRDF regarding inmate Trillus Smith |
| 3 | ADR and bookin information for inmate Trillus Smith |
| 4 | Quest Diagnostic lab results from Trillus Smith, providedf by the PCRDF health department |
| 5 | 4 pages of mental health notes taken by PCRDF health department |
| 6 | Baptist health records from 02/02/17 |
| 7 | Medical packet from the PCRDF for inmate Trillus Smith |
| 8 | CD with interviews and transcripts from Marsha Warren, Kim Stowe, Donna Thompson |
| 9 | Observation log with highlighted times |
| 10 | Use of force file from enforcement division |
| 11 | Witness statements from the jail deputies at PCRDF |
| 12 | Intake paperwork from Trillus Smith |
| 13 | Paperwork from the property of Trillus Smith |
| 14 | 1 pair of shoes from Trillus Smith's property |
| 15 | Pants and socks belonging to Trillus Smith |
| 16 | CD with photos of scene, as well as Trillus Smith's clothing |
| 17 | CD provided by jail with video footage of the C-Unit from when Trillus Smith was found, through emergency response |
| 18 | CD with video footage from camera 2 in C-Unit from 0200 to 0500 the day of incident. |
| 19 | CD with video footage from camera 3 in C-Unit |
| 20 | CD with footage from C-Unit camera 3 from 0400-0500 |
| 21 | Full jail file sent prepared and sent by the Pulaski County Regional Detention Facility |
|  |  |
|  |  |
|  |  |
|  |  |

EVIDENCE LIST
Updated: 10/30/13

MSJ SOF 000024



## PULASKI COUNTY SHERIFF'S OFFICE
### CRIMINAL INVESTIGATIONS DIVISION

# CASE SUMMARY
## INCIDENT #: 17-3491

On 02/15/2017, the Pulask County Sheriff's Office, Criminal Investigation Division responded to the Pulask County Regional Detention Facility in reference to a deceased female inmate. Upon arrival, contact was made with detention facility personnel.

Inv. Geary and Inv. Oberle were advised, the inmate's name was Trillus Smith and she was housed in C-Unit under a full suicide watch. Inv. Geary and Inv. Oberle were brought to Smith's cell in C-Unit. Upon arrival to the cell, Inv. Geary observed Smith, lying supine on the floor. Smith was covered with a green blacket which covered most of her upper body, leaving her legs from her knees down uncovered.

Inv. Geary observed a medical devise in Smith's mouth that had been placed there by medical personnel during their attempts to revive Smith. Photos were taken of the scene for documentation. Surveillance video was was requested for the C-Unit where Smith was housed.

After processing the scene, Inv. Oberle and Inv. Geary conducted interviews with medical staff, as well as the deputies who were present in the unit prior to and after Smith was found deceased.

During the course of the investigation, Inv. Geary was advised by staff at the Pulaski County Regional Detention Facility, Trillus Smith had not cooperated during her entire stay with the facility. During the intake, Smith would not allow staff to properly complete the intake process. Smith also refused to eat and drink while she was an inmate at the facility. Detention personnel had to provided nutrition to Smith intravenously at one point. However, Smith would continue to refuse to eat and drink.

Inv. Geary requested a full autopsy be completed by the Medical Examiner's Office.

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/28/2017           **NUMBER: 2017003491**                Page  1

Received: 02/15/2017   04:59      Incident No: 2017003491              Signal: MEDI
Dispatched:                       Location: 3201 W ROOSEVELT RD LITTLE ROCK
Enroute:                          Occurrence: 02/15/2017   04:59
Arrived:                          X Coordinate:  Y Coordinate:
Completed: 02/15/2017   05:01

Multiple Agencies Involved:              Incident Level:                      Incident Is LEOKA:

Officer Name:                            ID Number:
Years On Force:   0                      Assignment Type:
Weapon Type Used:                        Number Of Shots Fired:   0    Distance From Offender In Feet:   0

Status Date/Time: 02/16/2017  08:32   Status:  PENDING           Clearance:

## ******* COMPLAINANT(S) *******

ID # 20043455              PULASKI COUNTY REGIONAL DETENTION CENTER,              Home/Business
                           3201 WEST ROOSEVELT ROAD    , LITTLE ROCK AR 722040000   (501)
        TYPE OF INDIVIDUAL  G                                                     (501)
                                                                                 (501)

## ********** OFFENDER **********

ID # 2017001550            NO OFFENDER,                                          Home/Business
                           , LITTLE ROCK AR 0000                                 (501)
        TYPE OF INDIVIDUAL  I                                                     (501)
                                                                                 (501)

DOB: / /      AGE: 0   +/-00   RACE:U        SEX:U         Height: 0- 0   Weight: 0   SSN: PRIVATE
OLN:                    State: AR Class:    Commercial:   Birth City/State:
Appearance:           Build:          Complexion:         Ethnicity:U        Eyes:
Hair:        Hair Length:        Hair Style:          Resident: U        M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED: NONE                          CLOTHING:

OFFENDER USED:  NOT APPLICABLE

**OFFENSE**     1      OFFENSE (RS #)                    ATT/COMP    C
                       DECEASED PERSON

## ********** VICTIM(S) **********

ID # 2017001067           SMITH, TRILLUS                                         Home/Business
                          █████████ , LITTLE ROCK AR 722090000                   (501) █████
        TYPE OF INDIVIDUAL  I                                                     (501)
                                                                                 (501)

DOB: █████  AGE: 22  +/-00   RACE:B        SEX:F         Height: 5- 2   Weight:120  SSN: PRIVATE
OLN: █████              State: AR Class:    Commercial:   Birth City/State: LITTLE ROCK              AR
Appearance:           Build:          Complexion:         Ethnicity:N        Eyes:BROWN
Hair: BLACK    Hair Length:        Hair Style:          Resident: R        M.O.:
EMPLOYER: UNEMPLOYED

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/28/2017      **NUMBER: 2017003491**      Page 2

INJURY TYPE(S): ☒ None ☐ Broken Bones ☐ Internal ☐ Lacerations ☐ Minor ☐ Major ☐ Teeth ☐ Unconscious

## ***** ASSIGNED DETECTIVE ******

GEARY, RYAN

GEARY, RYAN

### ***** ASSISTING DETECTIVE(S) ******

OBERLE, JOE

### ***** CALL RECEIVED BY ******

COX, SAMANTHA

### ***** OTHER PARTY(IES) ******

RAMSEY, SUE-Z

MSJ SOF 000027

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/28/2017      **NUMBER: 2017003491**      Page 3

Agency: PCSO      Author: GEARY, RYAN
Incident No: 2017003491      Title: DECEASED PERSON      Report Type: I
     Date Entered: 2/16/2017

On 02/15/17, I was informed a female inmate, identified at Trillus Smith, was found deceased her in cell this morning at the Pulaski County Regional Detention Facility .

I responded to the Pulaski County Jail with Inv. Oberle to process the scene.  Upon arrival, Inv. Oberle and I made contact with detention facility staff present at the scene.  I began documenting the scene by taking photographs.  Inv. Oberle began taking statements from deputies who were working the unit where Smith was housed.  After completing the scene documentation, I conducted interviews with health department personnel who had responded to the initial call.

The Pulaski County Coroner's Office responded and took custody Smith.  A full autopsy was requested to determine the cause of death.

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:** Wednesday, February 15, 2017

**Log Type:** Supplemental Report

**Log Title:** Response to scene

**Investigator:** rgeary

**Log Information:**

On this date, I was notified of a deceased female inmate at the Pulaski County Regional Detention Facility. The inmate's name was Trillus Smith and was jailed in Pulaski County since 02/02/17 for an incident at Baptist Hospital in Little Rock, AR.

Upon arrival, Inv. Oberle and I made contact with Deputy Moten and Deputy Thomas, who were in C-unit where Smith was housed at. Also at the unit was Lt. Hobbs of the Pulaski County Regional Detention Facility. We were advised, Smith was found unconscious this morning. When Deputy Moten and Deputy Thomas went to deliver food to Smith, they entered her cell. Upon entering, they realized Smith was not responding to them. They checked for a pulse and then called a code red. Deputy Moten stated she began doing chest compressions until medical personnel arrived. According to Deputy Moten's statement, this occurred at approximately 0444.

I began taking overall photos of the scene. I took a photo showing what unit we were in. I proceeded to cell number 103, which was were Smith was housed at. On the outside of the cell, there was yellow crime scene tape across the door. Posted on the outside of the door was a white piece of paper taped to the door. Written on the paper, it stated, "S/W Full, Do not open door!"

I opened the door an observed Smith lying supine, on the cell floor. Smith was lying on a green blanket that was also covering her from her head to approximately her knees. Located on her right shin, just below her knee, I observed a medical tube that was inserted into her shin, which had been placed there by medical personal while they were trying to revive her. In Smith's mouth, there was an apparatus used to provide air to her during CPR. This was left in place by the medical personnel. Located on her chest, there were the AED pads used during the attempt to revive her by medical personnel.

During my observation, I could not see any injuries to her body that would have suggested any sign of fowl play or suicide. Photographs were taken for documentation.

Located in Smith's cell, I observed two styrofoam cups. One had a small amount of water in it which was on a shelf, while the other cup was approximately three-quarters full of water on her bed. Located next to the cup on the shelf, was a blue piece of paper. Written on the paper it stated, "Trillus Smith 2/6/95 10 MIN Thorzene/Zithromax 044 Haldol." Photographs were taken for documentation.

MSJ SOF 000029

# Pulaski County Sheriff's Office
## Investigative Case Log
## Case #2017003491

Once the Pulaski County Coroner's Office arrived, photographs were taken of Smith's back.  No sign of injuries were identified on her back.  I advised the Pulaski County Coroner's Office we were requesting a full autopsy done on Smith.

Approved By:    Sgt. MIKE  BLAIN                        Date:          2/16/2017 8:01:13 PM

MSJ SOF 000030

9

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:**          Wednesday, February 15, 2017

**Log Type:**      Supplemental Report

**Log Title:**     Interview- Marsha Warren

**Investigator:** rgeary

**Log Information:**

I conducted an interview with Marsh Warren, who is the RN night shift charge nurse. I requested she tell me what she knew about the events that transpired this day.

Warren stated she was in H-unit when the jail called a "code red" over the intercom. Warren advised me she gathered her medical gear and proceeded to C-unit where the code was called form. Upon arrival to the unit, Warren said she observed an EMT performing CPR on Smith.

Also present during this time was LPN, Kimberly Stowe. Warren stated Stowe was putting the AED pads on Smith. Warren said they did an assessment on Smith and stated no pulse was found and the AED machine advised not to shock but to continue performing CPR. They continued to perform C      until MEMS arrived on scene.

I asked Warren about Smith's medical history. Warren stated she did not believe there were any medical conditions. Warren advised me, all of Smith's problems were emotional and mental.

According to Warren, the Pulaski County Regional Detention Facility never got to do the intake process with Smith. I asked her why it was never done and she stated because Smith has been "psychotic" the entire time here. Warren told me Smith would not follow direction or even talking coherently. Smith would not provide staff with any valid information. Warren said they placed her in her unit to get her calmed down and were going to try and get the paperwork complete, but she stated Smith never calmed down.

Warren stated, the first few days that Smith was at the jail, she was "hollering" and nothing made sense what she was saying. Warren said Smith was incontinent of urine and feces. Warren also said they had to pepper spray her a couple of times too.

I asked Warren when the last incident was with her. She stated it was last week the jail called a "code blue" because Smith bit and spit. Deputies stated they needed to get in there and check and they would have to handcuff her. According to Warren, Smith was very aggressive and agitated.

Approved By:                                                    Date:

Name?                              Page 1 of 1

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:**           Wednesday, February 15, 2017

**Log Type:**       Supplemental Report

**Log Title:**      Interview- Kim Stowe

**Investigator:** rgeary

**Log Information:**

I conducted an interview with Kim Stowe, who is a LPN, contracted to work at the Pulaski County Regional Detention Facility.  I asked her to tell me what transpired this day.

Stowe stated the jail called a "code red".  She was in the medical unit at the time and got the code bag, AED and the O2 and proceeded to the cell where Smith was located.

Upon arrival, she stated Sgt. Clark was doing CPR on Smith.  They called for an AED, which she provided to them.  Stowe then turned on the oxygen and handed the bag with mask to personnel working on Smith.  Stowe stated when the connected the AED, it stated not to shock and check for a pulse.  According to Stowe, the AED assesses the heart beat.  If the heart is beating too fast, you s,    ; the person to put them back into normal rhythm.  Stowe stated, due to Smith not having a pulse, the machine recommended to continue CPR.  I asked Stowe if she ever checked for a pulse and she stated she did.  Stowe stated she was unable to locate a pulse.

I asked Stowe if this was the first time she had interaction with Smith.  Stowe stated the day prior she saw Smith.  I asked Stowe how Smith was acting that day.  According to Stowe, deputies tried to give her water but she knocked it over and rolled over on the floor.  Stowe stated Smith didn't say anything, she just knocked the water over and kind of rolled over on the floor and that was it.

Stowe was asked if Smith was given any medication.  Stowe told me the charge nurse report stated that they had given her Thorozine.  I asked if that was today and she stated it was the 14th when she was there.

Approved By:    LT ROBERT  GARRETT                    Date:              3/9/2017 3:12:54 PM

MSJ SOF 000032

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:**          Wednesday, February 15, 2017

**Log Type:**    Supplemental Report

**Log Title:**    Interview- Donna Thompson

**Investigator:** rgeary

**Log Information:**

I conducted a recorded interview with Donna Thompson, who is a contracted LPN working in the Pulaski County Regional Detention Facility.

Thompson stated she was in W-unit when she heard the "code red" go out.  She immediately locked her cart and ran to the unit where Smith was located at.  Upon arrival, she stated personnel were already working on Smith.  I asked her if she provided any medical assistance to Smith. Thompson stated there were already several individuals providing medical assistance to Smith, therefore, she stood by in case someone needed to be replaced.

I asked her if she observed anything while there.  Thompson stated the only thing she really noticed ʌ    ιow dark her nail beds were and that she was staring upward.

Thompson was asked if she had any interaction with Smith prior to this day.  Thompson stated she had not because she primarily works W-unit.

I asked Thompson if she heard anything about Smith.  Thompson stated she heard that Smith was not eating and was not wanting to drink, but she did not know any details.

Approved By:    Sgt. MIKE  BLAIN                          Date:          2/16/2017 8:00:47 PM

MSJ SOF 000033

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:**          Wednesday, February 15, 2017

**Log Type:**     Supplemental Report

**Log Title:**     Interview Deputy Crystal Thomas

**Investigator:** joberle

**Log Information:**

Statement:

Deputy Thomas stated that she arrived at work at 2250 hours. They checked on inmate Smith because she is on suicide watch.Deputy Thomas said  she saw inmate Smith  looking around left to right  as she lay on the floor. Deputy Thomas said that she could hear movement and saw her chest moving up and down. Deputy Thomas said that inmate Smith was wrapped in a green blanket and had a smock wrapped  around her. Deputy Thomas said that she and Deputy Moten continued to check on inmate Smith and observed her laying in the same position on the floor throughout the shift. Deputy Thomas said that she only saw inmate Smith move her head from side to side and never did  talk. Deputy Thomas said that during the 0300 hours check she only saw inmate Smith moving her eyes.(Deputy Thomas began rolling her eyes up and around as she described inmate S.      's eye movement) Deputy Smith said that the times she would check on inmate Smith she only knocked on the cell door to check on her and didn't use the speaker system at the cell door.Deputy Thomas said that during the 0237 hours check she observed inmate Smith moving her head around a little more left to right. Deputy Thomas Smith said that they have to check every 15 minutes on inmate's on suicide watch. She indicated that she did  document her observations during suicide watch on inmate Smith.

Deputy Thomas said that at 0444 hours Deputy Moten  went to feed inmate Smith and discovered inmate Smith unresponsive. Deputy Thomas said that Deputy Moten started chest compressions. Medical was called.

Approved By:    LT ROBERT  GARRETT                    Date:          3/9/2017 3:11:55 PM

MSJ SOF 000034

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:**         Wednesday, February 15, 2017

**Log Type:**     Supplemental Report

**Log Title:**    Interview Deputy Kimberly Moten

**Investigator:** joberle

**Log Information:**

Statement:
Deputy Moten said that once she got in the Unit she thinks she began a head count close to 2300 hours. She noticed inmate Trillus Smith laying on the floor and she was looking around on the floor. Deputy Moten said inmate Smith was on suicide watch so they check on her every 15 minutes. Deputy Moten said throughout the night she had to go give breaks to other deputies in other units. She thinks she returned to her unit around 0200 hours.
Deputy Moten said that she went to Inmate Smith's door at 0341 hours and looked in the door. She said that inmate Smith was laying on the floor and she was looking up and she noted it. Deputy Moten tapped on the cell door window and inmate Smith looked around. Deputy Moten could not remember the exact times that she checked on Inmate Smith.
A    44 hours Deputy Moten asked Deputy Thomas to come over while she gave inmate Smith her food tray. Deputy Moten said that they are required to have two deputy's when the inmate is a full restraint inmate. Once they entered the cell she noticed that inmate Smith was not responding when they called her name. Deputy Moten then check for a pulse and did not locate one. They then called a code red and she began chest compressions until medical arrived.
Deputy Moten said that inmate Smith was laying on the floor and was looking in a gaze, like she was on medication. Deputy Moted said that inmate Smith had been that way throughout the shift.

Approved By:    LT ROBERT GARRETT                    Date:          3/9/2017 3:12:27 PM

MSJ SOF 000035

14

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:**          Wednesday, February 15, 2017

**Log Type:**      Supplemental Report

**Log Title:**     Statement EMT Sylvia Scott

**Investigator:** joberle

**Log Information:**
Statement:
Sylvia Scott said that around 0447 hours a Code Red was called . She grabbed her Code Red bag and ran to  C-Unit. She said she was on scene within a minute, and Scott said when she arrived someone was doing CPR on inmate Smith. EMT Scott checked for a pulse and there was no pulse found. EMT Scott started rescue breaths while waiting on medical to arrive with the AED unit. The AED  was administered and the AED indicated no shock advised. (Due to a Code Red called the interview was stopped at 0802)
At 0803 hours the interview was started back.
EMT Scott said during her contact with the inmate she noticed she was cold to the touch. EMT Scott said all attempt's by Medical Staff failed to revive the inmate.

Approved By:    LT ROBERT  GARRETT                    Date:          3/9/2017 3:13:27 PM

MSJ SOF 000036

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:**   Wednesday, February 15, 2017

**Log Type:**   Supplemental Report

**Log Title:**   Review of Video Footage in Unit

**Investigator:** mblain

**Log Information:**

On this date, I reviewed the video footage of the Unit where Inmate Smith was being housed and particularly the video of the cell area where Inmate Smith cell was located. Upon reviewing the video, I also obtained a computer generated copy of the Entry Log done during suicide watch checks on those under that classification. The log indicates all checks of Inmate Smith were completed on this date and that during these checks Inmate Smith was noted to be "Awake" and in some entries "Moving Around".

During my review, I concentrated on the period of time of the hour prior to the emergency call where she was found unresponsive.

Beginning from log time entry of 0324 hrs to when the medical call was made at 0446 hrs, the video w   eviewed and actions compared with the log entry. All log entries and checks were made within the time frame listed on the log except one entry. A suicide watch check indicated at 0417hrs where it was listed that Inmate Smith was "Awake on floor and appears OK" was not done. The video shows no check was made on the cell floor area during this time. The next indicated check was at approximately 0431 hrs, which was completed and Inmate Smith was indicated to be "Appears Okay (Awake)". At 446hrs, a "Code Red" was called by deputies due to finding Inmate Smith unresponsive.

advised Investigator Geary to obtain a full copy of the video footage to submit into the case file.

Approved By:   Sgt. MIKE BLAIN                Date:        2/28/2017 9:28:37 AM

Name?                           Page 1 of 1

MSJ SOF 000037

16

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:**          Thursday, February 16, 2017

**Log Type:**      Supplemental Report

**Log Title:**     Contact: Medical Examiner's Office

**Investigator:** rgeary

**Log Information:**

I made contact with Dr. Cunningham from the Medical Examiner's Office. I was advised the autopsy was complete and that no physical injuries were found that would have caused the death of Trillus Smith. Dr. Cunningham requested any other documentation that I had regarding lab work or medical documentation.

I advised Dr. Cunningham, I would send her the lab results that were taken on 02/14/17 at the PCRDF. I also advised her I would provide her with all medical documentation from the PCRDF.

I was contacted by Dr. Cunningham after she received the lab work taken from Smith. Dr. Cunningham stated, from reading her lab results, it appears she was definitely dehydrated. It also s.    ed her having low blood sugar (hypoglycemic). Both could be from the fact that she was not eating or drinking. Dr. Cunningham stated, with both dehydration and low blood sugar, that could be a factor as to what happened to Smith.

However, Dr. Cunningham stated, she could not confirm this at this time. Dr. Cunningham stated this was based on the lab results I had sent her. Dr. Cunningham stated she would have to compare the toxicology results from her examination, once they are complete. According to Dr. Cunningham, this could take several weeks. I requested Dr. Cunningham contact me as soon as the toxicology reports are complete and a cause of death could be determined.

Approved By:    LT ROBERT  GARRETT                    Date:          3/9/2017 3:09:56 PM

MSJ SOF 000038

/ ⁊

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:**        Wednesday, February 22, 2017

**Log Type:**    Supplemental Report

**Log Title:**    Video request

**Investigator:** rgeary

**Log Information:**
I made contact with Sgt. Arivette with the Pulaski County Jail and requested additional video from two hours before they found Smith in the cell unit unresponsive.  I was provided two CDs with video from camera two from 0200-0300, 0300-0400, 0400-0500.  The second CD was from camera three and was said to have footage from 0200-0300, 0300-0400, 0400-0500.  The segment from 0400-0500 on camera three was unable to be downloaded.  I contacted Sgt. Arivette and advised him I would need the footage from that time.  I was provided a good copy of the 0400-0500 segment and have placed it onto CD.

I will be submitting all video provided by the Pulaski County Regional Detention Facility into the file.

Aμ   ʋed By:   Sgt. MIKE  BLAIN                    Date:        2/23/2017 8:30:29 AM

MSJ SOF 000039

18

# Pulaski County Sheriff's Office
## Investigative Case Log
### Case #2017003491

**Date:**          Tuesday, February 28, 2017

**Log Type:**      Supplemental Report

**Log Title:**     Case closure

**Investigator:** rgeary

**Log Information:**

At this time, this case will be considered, CLOSED, pending the toxicology results from the Medical Examiner's Office.

CLOSED.

C.L.

Approved By:   Sgt. MIKE  BLAIN                    Date:        2/28/2017 10:13:19 AM

MSJ SOF 000040



## Pulaski County Sheriff
### Item Submission Form

2/22/2017 1:28:39 PM

| | | |
|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** 2272 - Geary, Ryan |
| **Item Number:** | 1 | **Description:** CD with interviews conducted by Inv. Oberle with PCRDF employees:Crystal ThomasKimberly MotonSylvia Scott |
| **Category:** | Compact Disc | |
| **QTY:** | 1 | |
| **Brand:** | | |

**Beast Number:**

Serial #:

**Storage Location Path:**   In: Pulaski County Sheriffs Office => Evidence Section => F-9

| | | |
|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** 2272 - Geary, Ryan |
| **Item Number:** | 2 | **Description:** 5 pages of observation log information from the PCRDF, regarding inmate Trillus Smith. |
| **Category:** | Document | |
| **QTY:** | 1 | |
| **Brand:** | | |

**Beast Number:**

Serial #:

**Storage Location Path:**   In: Pulaski County Sheriffs Office => Evidence Section => F-9

| | | |
|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** 2272 - Geary, Ryan |
| **Item Number:** | 3 | **Description:** ADR and bookin information for Inmate Trillus Smith. |
| **Category:** | Document | |
| **QTY:** | 1 | |
| **Brand:** | | |

**Beast Number:**

Serial #:

**Storage Location Path:**   In: Pulaski County Sheriffs Office => Evidence Section => F-9

MSJ SOF 000041

20

| Incident #: | 17-3491 | Submitted By: | 2272 - Geary, Ryan |
| --- | --- | --- | --- |
| Item Number: | 4 | Description: | Quest Diagnostic lab results from Trillus Smith, provided by PCRDF health department. |
| Category: | Document | | |
| QTY: | 1 | | |
| Brand: | | Beast Number: | |
| | | Serial #: | |
| | | Storage Location Path: | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

| Incident #: | 17-3491 | Submitted By: | 2272 - Geary, Ryan |
| --- | --- | --- | --- |
| Item Number: | 5 | Description: | 4 pages of Mental Health notes taken by PCRDF health department. |
| Category: | Document | | |
| QTY: | 1 | | |
| Brand: | | Beast Number: | |
| | | Serial #: | |
| | | Storage Location Path: | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

| Incident #: | 17-3491 | Submitted By: | 2272 - Geary, Ryan |
| --- | --- | --- | --- |
| Item Number: | 6 | Description: | Baptist health records from 02/02/17. |
| Category: | Document | | |
| QTY: | 1 | | |
| Brand: | | Beast Number: | |
| | | Serial #: | |
| | | Storage Location Path: | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

| Incident #: | 17-3491 | Submitted By: | 2272 - Geary, Ryan |
| --- | --- | --- | --- |
| Item Number: | 7 | Description: | Medical packet from the PCRDF for Trillus Smith. |
| Category: | Document | | |
| QTY: | 1 | | |
| Brand: | | Beast Number: | |
| | | Serial #: | |
| | | Storage Location Path: | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

MSJ SOF 000042

21

| Incident #: | 17-3491 | Submitted By: | 2272 - Geary, Ryan |
|---|---|---|---|
| Item Number: | 8 | Description: | CD with interviews and transcripts from:Marsha WarrenKim StoweDonna Thompson |
| Category: | Compact Disc | | |
| QTY: | 1 | | |
| Brand: | | Beast Number: | |
| | | Serial #: | |
| | | Storage Location Path: | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

| Incident #: | 17-3491 | Submitted By: | 2272 - Geary, Ryan |
|---|---|---|---|
| Item Number: | 9 | Description: | Observation log with highlighted times. |
| Category: | Document | | |
| QTY: | 1 | Beast Number: | |
| Brand: | | Serial #: | |
| | | Storage Location Path: | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

| Incident #: | 17-3491 | Submitted By: | 2272 - Geary, Ryan |
|---|---|---|---|
| Item Number: | 10 | Description: | Use of force file from enforcement. |
| Category: | Document | | |
| QTY: | 1 | Beast Number: | |
| Brand: | | Serial #: | |
| | | Storage Location Path: | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

| Incident #: | 17-3491 | Submitted By: | 2272 - Geary, Ryan |
|---|---|---|---|
| Item Number: | 11 | Description: | Witness statements from the jail deputies at PCRDF. |
| Category: | Document | | |
| QTY: | 1 | Beast Number: | |
| Brand: | | Serial #: | |
| | | Storage Location Path: | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

MSJ SOF 000043

| | | | |
|---|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** | 2272 - Geary, Ryan |
| **Item Number:** | 12 | **Description:** | Intake paperwork from T. Smith. |
| **Category:** | Document | | |
| **QTY:** | 1 | **Beast Number:** | |
| **Brand:** | | Serial #: | |
| | | **Storage Location Path:** | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

| | | | |
|---|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** | 2272 - Geary, Ryan |
| **Item Number:** | 13 | **Description:** | Paperwork from the property of T. Smith. |
| **Category:** | Document | | |
| **QTY:** | 1 | **Beast Number:** | |
| **Brand:** | | Serial #: | |
| | | **Storage Location Path:** | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

| | | | |
|---|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** | 2272 - Geary, Ryan |
| **Item Number:** | 14 | **Description:** | 1 pair of shoes from T. Smith's property. |
| **Category:** | Clothing | | |
| **QTY:** | 1 | **Beast Number:** | |
| **Brand:** | | Serial #: | |
| | | **Storage Location Path:** | In: Pulaski County Sheriffs Office => Evidence Section => F-11 |

| | | | |
|---|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** | 2272 - Geary, Ryan |
| **Item Number:** | 15 | **Description:** | Pants and socks belonging to T. Smith. |
| **Category:** | Clothing | | |
| **QTY:** | 1 | **Beast Number:** | |
| **Brand:** | | Serial #: | |
| | | **Storage Location Path:** | In: Pulaski County Sheriffs Office => Evidence Section => F-11 |

MSJ SOF 000044

23

| | | | |
|---|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** | 2272 - Geary, Ryan |
| **Item Number:** | 16 | **Description:** | CD with photos of scene, as well as T. Smith's clothing. |
| **Category:** | Compact Disc | | |
| **QTY:** | 1 | **Beast Number:** | |
| **Brand:** | | Serial #: | |
| | | **Storage Location Path:** | In: Pulaski County Sheriffs Office => Evidence Section => F-9 |

| | | | |
|---|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** | 2272 - Geary, Ryan |
| **Item Number:** | 17 | **Description:** | CD provided by jail with video footage of the C-unit from when Smith was found through emergency response |
| **Category:** | Compact Disc | | |
| **QTY:** | 1 | | |
| **Brand:** | | **Beast Number:** | |
| | | Serial #: | |
| | | **Storage Location Path:** | Temp Loc: Pulaski County Sheriffs Office => Temporary Locker 11 Slot |

| | | | |
|---|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** | 2272 - Geary, Ryan |
| **Item Number:** | 18 | **Description:** | CD with video footage from camera 2 in C-unit from 0200 to 0500 the day of incident. |
| **Category:** | Compact Disc | | |
| **QTY:** | 1 | **Beast Number:** | |
| **Brand:** | | Serial #: | |
| | | **Storage Location Path:** | Temp Loc: Pulaski County Sheriffs Office => Temporary Locker 11 Slot |

MSJ SOF 000045

24

| | | | |
|---|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** | 2272 - Geary, Ryan |
| **Item Number:** | 19 | **Description:** | CD with video footage from camera 3 in C-unit from 0200-0500 the day of the incident. The section 0400-0500 was unable to download. That time is burned onto another CD that will be labeled item 20. |
| **Category:** | Compact Disc | | |
| **QTY:** | 1 | | |
| **Brand:** | | | |
| | | **Beast Number:** | |
| | | Serial #: | |
| | | **Storage Location Path:** | Temp Loc: Pulaski County Sheriffs Office => Temporary Locker 11 Slot |

| | | | |
|---|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** | 2272 - Geary, Ryan |
| **Item Number:** | 20 | **Description:** | CD with footage from C-unit camera 3 from 0400-0500. |
| **Category:** | Compact Disc | | |
| **QTY:** | 1 | **Beast Number:** | |
| **Brand:** | | Serial #: | |
| | | **Storage Location Path:** | Temp Loc: Pulaski County Sheriffs Office => Temporary Locker 11 Slot |

| | | | |
|---|---|---|---|
| **Incident #:** | 17-3491 | **Submitted By:** | 2272 - Geary, Ryan |
| **Item Number:** | 21 | **Description:** | Full jail file sent prepared and sent by the Pulaski County Regional Detention Facility. |
| **Category:** | Document | | |
| **QTY:** | 1 | | |
| **Brand:** | | **Beast Number:** | |
| | | Serial #: | |
| | | **Storage Location Path:** | Temp Loc: Pulaski County Sheriffs Office => Temporary Locker 11 Slot |

MSJ SOF 000046

25

17-3491  05
4928x3264x16M jpeg

17-3491 68 SOF 000047
4928x3264x16M jpeg

MSJ SOF 000049
4928x3264x16M jpeg

28



17-3491 47
4928x3264x16M jpeg

17-3491 48
4928x3264x16M jpeg

33

35

36

36

35



MSJ SOF 000061

46

# Pulaski County Regional Detention Facility Report

MSJ SOF 000063

42

LITTLE ROCK
(501)340-6600
FAX



**NAME:** SMITH,TRILLUS LAKAIL
**ALIAS:**
**DOB:** 
**DLN:**
**SSN:**
**SID #:**
**FBI #:**
**GENDER:** F
**RACE:** B
**HEIGHT:** 502
**WEIGHT:** 150
**HAIR:** BLK
**EYES:** BRO

---

**BOOKING # 1964-17**   **SO # 188619**     **CELL # H/C-150**     **BASKET #**
BOOKING DATE: 02/02/2017      TIME:              CLASSIFICATION:
ARREST DATE: 02/02/2017          RELEASE DATE:      RELEASE TYPE:
ADDRESS: ▨▨▨▨       CITY: LITTLE ROCK     STATE/ZIP: AR          ]
HOME PHONE:                OTHER PHONE:
ARRESTING OFFICER: CAVIN 2761               BOOKING OFFICER: SIMMONS,DYLEHAT
HOLDS:

---

OFFENSE #1: BATTERY - 2ND DEGREE          WARRANT# 000000        CASE#
RIGHTS:                                    BOND:
                                          FINE:
DISPOSITION: SEE OFF 3                     COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT       COURT DATE:            COURT TIME:
COMMENTS:

---

OFFENSE #2: AGGRAVATED ASSAULT            WARRANT# 000000        CASE#
RIGHTS:                                    BOND:
                                          FINE:
DISPOSITION: SEE OFF 3                     COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT       COURT DATE:            COURT TIME:
COMMENTS:

---

OFFENSE #3: CRIMINAL MISCHIEF, 2ND         WARRANT# 000000        CASE#
DEGREE
RIGHTS:                                    BOND: $0.00
                                          FINE:
DISPOSITION:                               COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT       COURT DATE:            COURT TIME:
COMMENTS:

MSJ SOF 000064



MSJ SOF 000065

44

# PULASKI COUNTY SHERIFF'S OFFICE
## GENERAL REPORT

Reviewed by: _(signature)_   DSN: 816   Report#: 17-3491|1487161893099#1762

Page 1 of: 5

| DEPUTY: Kimberly Moton | DSN: 1762 | UNIT: C | DATE: 02/15/2017 | TIME: 0446 | DEPUTY ASSIST: Crystal Thomas |

LOCATION: (Address or Block) C-UNIT

| EVENT DATE: 02/15/2017 | TIME: 0446 | | END DATE: 1-15-17 | TIME: 0731 |

REPORTEE: (IS)AME AS VICTIM) Last, First, Middle    SSN or DL: N/A    RACE: B    SEX: F    DOB:    AGE:

ADDRESS: 3201 W. ROOSEVELT RD    CITY: LITTLE ROCK    ST: AR    ZIP: 72209    HOME PHONE: N/A    WORK PHONE: 501-340-7000

| CRIME CODE | STATUTE | DESCRIPTION/OFFENSE: Medical Information | A ☐ ATTEMPTED C ☐ COMPLETED | DOMESTIC OFFENSE Y ☐YES N ☐NO | BIAS 88 |

| CRIME CODE | STATUTE | DESCRIPTION/OFFENSE | A ☐ ATTEMPTED C ☐ COMPLETED | DOMESTIC VIOLENCE Y ☐YES N ☐NO | BIAS |

| CRIME CODE | STATUTE | DESCRIPTION/OFFENSE | A ☐ ATTEMPTED C ☐ COMPLETED | DOMESTIC VIOLENCE Y ☐YES N ☐NO | BIAS |

VICTIM#1 (Last, First, Middle): SMITH,TRILLUS LAKAIL    SSN:    DL:    DOB:    AGE: 27

AKA    HEIGHT: 5'02    WEIGHT: 150    EYES: Brown    HAIR: Black    M☐MALE F☐FEMALE    RACE: W☐WHITE B☐BLACK    H☐HISPANIC N☐NON-HISPANIC A☐ASIAN/PACIFIC ISLANDER I☐AMERICAN INDIAN/ALASKAN NATIVE U☐UNKNOWN

ADDRESS    CITY, ST, ZIP: LITTLE ROCK, AR 72209

EMPLOYER: None    OCCUPATION: None    HOME PHONE: N/A    WORK PHONE: N/A

MSJ SOF 000066

45

PULASKI COUNTY SHRIFF'S OFFICE
GENERAL REPORT

Report #:17-3491|1487161893099#1762

Page 2 of : 5

| VICTIM#2 (Last, First, Middle) | | | SSN | | | | DL | | DOB | | AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AKA | | HEIGHT | WEIGHT | EYES | HAIR | M □ MALE U□ UNK □ FEMALE | RACE | H □ HISPANIC    □ NON-HISPANIC | | | |
| | | | | | | | W □ WHITE | A □ ASIAN/PACIFIC ISLANDER | | | |
| ADDRESS | | | CITY | | | ST | ZIP | B □ BLACK    U □ UNKNOWN | | | |
| | | | | | | | | I □ AMERICAN INDIAN/ALASKAN NATIVE | | | |
| EMPLOYER | | | OCCUPATION | | | | | HOME PHONE | | WORK PHONE | |

| VICTIM CONNECTED TO | RESIDENT STATUS | VICTIM TYPE  O □ OTHER | G □ GOVERNMENT | INJURY TYPE (Max Five) | L □ SEVER LACERATION | T □ LOSS OF TEETH |
|---|---|---|---|---|---|---|
| □ OFFENSE 1 | R □ RESIDENT | I □ INDIVIDUAL | R □ RELIGIOUS ORG. | N □ NONE | M □ MINOR INJURY | U □ UNCONCIOUSS |
| □ OFFENSE 2 | N □ NONRESIDENT | B □ BUSINESS | S □ SOCIETY/PUBLIC | B □ BROKEN BONES | M □ MAJOR INJURY | |
| □ OFFENSE 3 | U □ UNKNOWN | F □ FINANCIAL INSTITUTION | U □ UNKNOWN | I □ POSSIBLE INTERNAL INJURY | | |

AGGREVATED ASSAULT/HOMICDE CIRCUMSTANCES (Check up to two)
01□ ARGUMENT                                          09□ OTHER CIRCUMSTANCES                    30□ CHILD PLAYING WITH WEAPON
02□ ASSULT ON LAW ENFORCEMENT OFFICER    05□ JUVENILE GANG          10□ UNKOWN CIRCUMSTANCES    31□ GUN-CLEANING ACCIDENT
03□ DRUG DEALING                06□ LOVER'S QUARREL   20□ CRIMINAL KILLED BY PRIVATE CITIZEN    32□ HUNTING ACCIDENT
04□ GANGLAND                   07□ MERCY KILLING        21□ CRIMINAL KILLED BY POLICE OFFICER    33□ OTHER NEGLIGENT WEAPON HANDLING
                                08□ OTHER FELONY INVOLVED                                       34□ OTHER NEGLIGENT KILLINGS
ADDITIONAL HOMICIDE CIRCUMSTANCES (check one only)
A□ CRIMINAL ATTACKED POLICE OFFICER, THAT OFFICER KILLED CRIMINAL    C□ CRIMINAL ATTACKED CIVILIAN    F□ CRIMINAL RESISTED ARREST
B□ CRIMINAL ATTACKED POLICE OFFICER, CRIMINAL KILLED BY OTHER OFFICER    D□ CRIMINAL ATTEMPTED FLIGHT FROM CRIME    G□ UNABLE TO DETERMINE/NOT ENOUGH
                                                                        E□ CRIMINAL KILLED IN COMMISSION OF CRIME        INFORMATION

RELATIONSHIP OF VICTIM TO OFFENDER: (For mutiple offender relationships enter offender number(s) in space provided)
AQ_____ACQUINTANCE          EE_____EMPLOYEE          NE_____NEIGHBOR          SC_____STEPCHILD          VO_____VICTIM WAS OFFENDER
BE_____BABYSITTEE (Baby)    ER_____EMPLOYER          OF_____OTHER FAMILY MEMBER    SE_____SPOUSE          XS_____EX-SPOUSE
BG_____BOYFRIEND/GIRLFRIEND    GC_____GRANDCHILD     OK_____OTHERWISE KNOWN      SP_____STEPPARENT
CF_____CHILD OF             GP_____GRANDPARENT       PA_____PARENT              SS_____STEPSIBLING
BOY/GIRLFRIEND
CH_____CHILD                HR_____HOMOSEXUAL        RU_____RELATIONSHIP UNKNOWN    ST_____STRANGER
                                    RELATIONSHIP
CS_____COMMON-LAW SPOUSE    IL_____IN-LAW            SB_____SIBLING             FR_____FRIEND

| □ ARRESTEE    □ SUSPECT | SUSPECT CONNECTED TO OFFENSE NUMBER:  1 □  2 □  3 □ | | TYPE OF ARREST   S □ SUMMONED/CITED   O □ ON VIEW ARREST   T □ TAKEN INTO CUSTODY | | |
|---|---|---|---|---|---|
| #1 (Last, First, Middle) | | SSN | DL | DOB | AGE |
| AKA | HEIGHT | WEIGHT | EYES | HAIR | M □ MALE U□ UNKN F □ FEMALE   H □ HISPANIC □ NON-HISPANIC |
| ADDRESS | | CITY, ST, ZIP | | W □ WHITE   A □ ASIAN/PACIFIC ISLANDER B □ BLACK   U □ UNKOWN I □ AMERICAN INDIAN/ALASKAN NATIVE | |
| EMPLOYER | | OCCUPATION | | HOME PHONE    WORK PHONE | |

| CHARGES: STATUTE | DESCRIPTION | ARESTEE WAS ARMED WITH (Check up to two, Enter A for automatic) |
|---|---|---|
| | | 01 □ UNARMED          14 □ SHOTGUN |
| **COPY OF ADR MUST BE ATTACHED TO REPORT** | | 11 □ FOREARM(TYPE NO     15 □ OTHER FIREARM |
| | | 12 □ HANDGUN          16 □ LETHAL CUTTING INSTRUMENT |
| | | 13 □ RIFLE            17 □ CLUB/BLACKJACK/BRASS KNUCKEL |

| □ ARRESTEE    □ SUSPECT | SUSPECT CONNECTED TO OFFENSE NUMBER:  1 □  2 □  3 □ | | TYPE OF ARREST   S □ SUMMONED/CITED   O □ ON VIEW ARREST   T □ TAKEN INTO CUSTODY | | |
|---|---|---|---|---|---|
| #1 (Last, First, Middle) | | SSN | DL | DOB | AGE |
| AKA | HEIGHT | WEIGHT | EYES | HAIR | M □ MALE U□ UNK F □ FEMALE   H □ HISPANIC □ NON-HISPANIC |
| ADDRESS | | CITY | | ST   ZIP | W □ WHITE   A □ ASIAN/PACIFIC ISLANDER B □ BLACK   U □ UNKOWN I □ AMERICAN INDIAN/ALASKAN NATIVE |
| EMPLOYER | | OCCUPATION | | HOME PHONE    WORK PHONE | |

| CHARGES: STATUTE | DESCRIPTION | ARESTEE WAS ARMED WITH (Check up to two, Enter A for automatic) |
|---|---|---|
| | | 01 □ UNARMED          14 □ SHOTGUN |
| **COPY OF ADR MUST BE ATTACHED TO REPORT** | | 11 □ FOREARM(TYPE NO     15 □ OTHER FIREARM |
| | | 12 □ HANDGUN          16 □ LETHAL CUTTING INSTRUMENT |
| | | 13 □ RIFLE            17 □ CLUB/BLACKJACK/BRASS KNUCKEL |

| □ ARRESTEE    □ SUSPECT | SUSPECT CONNECTED TO OFFENSE NUMBER:  1 □  2 □  3 □ | | TYPE OF ARREST   S □ SUMMONED/CITED   O □ ON VIEW ARREST   T □ TAKEN INTO CUSTODY | | |
|---|---|---|---|---|---|
| #1 (Last, First, Middle) | | SSN | DL | DOB | AGE |
| AKA | HEIGHT | WEIGHT | EYES | HAIR | M □ MALE U□ UNK F □ FEMALE   H □ HISPANIC □ NON-HISPANIC |
| ADDRESS | | CITY | | ST   ZIP | W □ WHITE   A □ ASIAN/PACIFIC ISLANDER B □ BLACK   U □ UNKOWN I □ AMERICAN INDIAN/ALASKAN NATIVE |
| EMPLOYER | | OCCUPATION | | HOME PHONE    WORK PHONE | |

| CHARGES: STATUTE | DESCRIPTION | ARESTEE WAS ARMED WITH (Check up to two, Enter A for automatic) |
|---|---|---|
| | | 01 □ UNARMED          14 □ SHOTGUN |
| **COPY OF ADR MUST BE ATTACHED TO REPORT** | | 11 □ FOREARM(TYPE NO S     15 □ OTHER FIREARM |
| | | 12 □ HANDGUN          16 □ LETHAL CUTTING INSTRUMENT |
| | | 13 □ RIFLE            17 □ CLUB/BLACKJACK/BRASS KNUCKEL |

MSJ SOF 000067

46

PULASKI COUNTY SHRIFF'S OFFICE    Report #:17-3491|1487161893099#1762
GENERAL REPORT    Page 4 of : 5

NARRATIVE:

At 0444 hours I was conducting suicide checks and passing out alternative meals when I asked Deputy Crystal Thomas to assist me with trying to feed Inmate Smith, Trillus #1964-17. Upon entering the cell we noticed that Inmate Smith, Trillus was unresponsive to us calling her name. I kneeled down and touched her face and noticed she was cold. I immediately called a Code Red (Medical Emergency) at 0446 hours. I immediately began chest compressions and Deputy Crystal Thomas took over to relieve me (Deputy Kimberly Moton) until Medical Personnel arrived. Deputy Stephen Gleason also assisted with chest compressions. Emergency Medical Technician (EMT) Sylvia Scott arrived. Medical arrived. I stepped aside and EMT Sylvia Scott began chest compressions Next, Sergeant Nicole Nelson and Sergeant George Clarke arrived on scene. Nurse Kimberly Stowe, Donna Thompson, and Marsha Warren arrived. Central Control was advised to call Metropolitan Medical Services (MEMS) at 0448 hours. Lieutenant Tracy Hobbs arrived on scene seconds later. The Little Rock Fire and Rescue Department arrived in C-unit at 0454 hours and began assessing Inmate Smith, Trillus # 1964-17. The Metropolitan Medical Services (MEMS) arrived at the unit at 0504 hours and began assessment while I stood by as security along with other personnel. At 0650 Joe Oberle and Ryan Geary with Criminal Investigations Unit (C.I.D) arrived at 0650 hours and Lieutenant Tracy Hobbs was right behind them. I assisted by relaying pertinent information. Lieutenant Joe Oberle took pictures of the scene. The Coroner, Delvan Hale entered the unit at 0656 hours. Lieutenant Aldridge entered the unit shortly after. After conducting their investigation, Inmate Smith, Trillus #1964-17 was wheeled out on a gurney by Coroner Delvan Hale at 0724 hours. A Code 1 (Return to Normal Operations) was called at 0731 hours.

Re    :17-3491|1487161893099#1762
Page 5 of : 5

**MO Codes Choose as many as apply**

| | | | |
|---|---|---|---|
| □ 100: Auto –prowler | □ 105: Auto – forces off road | □ 110: Auto – column damaged | □ : |
| □ 101: Auto – abandons | □ 106: Auto – stops by signal | □ 111: Auto – broke glass to enter | □ |
| □ 102: Auto – covers plates/mud | □ 107: Auto – takes victim's keys | □ 112: Auto – unlocked | □ |
| □ 103: Auto - disables victim | □ 108: Auto – keys in vehicle | □ 113: Auto – towed/wrecker | □ |
| □ 104: Auto – forces way in | □ 109: Auto – ignition damaged | □ | □ 199: Auto - Unknown |

**Method of entry: Choose as many as apply:**

| | | | |
|---|---|---|---|
| □ 400: Attempted force | □ 409: Brick/rock | □ 431: Window | □ 441: Remove window |
| □ 401: No force | □ 410: Unknown pry bar | □ 432: Sliding glass door | □ 442: Cut/broke lock |
| □ 402: Key/slip | □ 411: Bolt cutters | □ 433: Duct/vent | □ 443: Wall |
| □ 403: Bodily Force | □ 412: Punch | □ 434: Adjacent building | □ 460: Alarm inoperative |
| □ 404: Saw/drill/burn | □ 413: Smash window | □ 435: Roof | □ 461: Burglarized past 12 mo |
| □ 405: Hid in building | □ 415: Screwdriver | □ 437: Open garage | □ 462: House vacant/under const |
| □ 406: Channel lock pliers | □ 416: Hammer | □ 438: Overhead door | □ 463: Safe break/attempt |
| □ 407: Pipe wrench | □ 417: Vehicle | □ 439: Removed AC/fan | |
| □ 408: Tire iron | □ 430: Door | □ 440: Broke/removed door panel | □ 499: Unknown |

**Complainant was: Choose as many as apply:**

| | | | |
|---|---|---|---|
| ☒750: Present | □ 756: At school | □ 771: Bitten | □ 782: Intoxicated |
| □ 751: Absent (ad in paper) | □ 757: Moving | □ 772: Hit | □ 783: Physically Impaired |
| □ 752: At funeral | □ 758: Out of town | □ 773: Shot | □ 784: Juvenile |
| □ 753: At wedding | □ 759: Shopping | □ 776: Cut/stabbed | □ 785: Opening/closing business |
| □ 754: At church | □ 761: Place of entertainment | □ 780: Elderly | □ 786: Alone |
| ☒755: At work | □ 770: Bound | □ 781: Mentally impaired | □ |

**Suspect's Actions: Choose as many as apply:**

| | | | |
|---|---|---|---|
| □ 800: Multiple suspects | □ 822: Took victim's vehicle | □ 841: Demanded money | □ 867: Offered/solicited con game |
| □ 801: Vandalized | □ 823: Disabled phone | □ 842: Fired weapon | □ 868: Offered/solicited drugs |
| □ 802: Ransacked | □ 824: Suspect armed | □ 843:Took complaint's clothing | □ 870: Forced comp to lie down |
| □ 803: Defecated | □ 825: Shut off power | □ 844: Unnatural sex acts | □ 871: Forced comp to open safe |
| □ 804: Smoked of premises | □ 826: Bound/gagged victim | □ 845: Returned later | □ 873: Forced comp to rear of bldg |
| □ 805: Ate/drank on premises | □ 827: Used demand note | □ 846: Demanded jewelry | □ 874: Forced comp in veh trunk |
| □ 807: Alarm disabled/bypassed | □ 828: Placed properly in sack | □ 847 Ask for Cigg/merchandise | □ 875: Forced comp to disrobe |
| □ 808: Knew location of cash | □ 829: Ripped or cut clothing | □ 848: Shoplift/theft involved | □ 880: Used stolen check |
| □ 810: Took only TV/Stereo | □ 830: Used victim's name | □ 849: Prostitution involved | □ 881: Used counterfeit check |
| □ 811: Took only money | □ 831: Molested victim | □ 850: Apologetic | □ 882: Used counterfeit currency |
| □ 812: Took only concealables | □ 832: Unusual oder(s) | □ 851: Made gestures | □ 883: Used stolen credit card |
| □ 813: Used victim's tools | □ 833: Masturbated | □ 852: Used stolen vehicle | □ 884: Used counterfeit credit |
| □ 814: Vehicle needed to remove property | □ 834: Struck victim | □ 860: Offered/solicited id for vehicle | □ 885: Used credit card number |
| □ 815: Unoccupied building | □ 835: Disrobed fully | □ 861: Offered/solicited ride | □ 886: Used debit card number |
| □ 816: Occupied building | □ 836: Disrobed partially | □ 862: Offered/solicited cigarette | □ 887: Used check routing number |
| □ 818: Inflict injury | □ 837: Blindfolded victim | □ 863: Offered/solicited use of phone | □ |
| □ 819: Force victim to move | □ 838: Made threats | □ 864: Offered/solicited Information | □ |
| □ 820: Used look out or driver | □ 839: Had been drinking | □ 865: Offered/solicited money | □ |
| □ 821: Threatened retaliation | □ 840: Under influence of drugs | □ 866: Offered/solicited sex | □ |

**Suspect's description: Choose as many as apply:** □ 992: White   □ 993: Black   □ 994: Hispanic   □ 995: Other

| | | | |
|---|---|---|---|
| □ 900: Hair color: Black | □ 932: Teeth: Missing/gaps | □ 955: Build: Slender | □ 974: Scar: Body |
| □ 901: Hair color: Blond | □ 933: Teeth: Protrude/overbite | □ 956: Build: Thin | □ 975: Scar: Arm |
| □ 902: Hair color: Blue | □ 934: Teeth: Decayed/dirty | □ 957: Very heavy | □ 976: Scar: Hand |
| □ 903: Hair color: Brown | □ 935: Teeth: Crooked/broken | □ 958: Muscular | □ 977: Scar: Finger |
| □ 904: Hair color: Gray | □ 936: Teeth: Very white | □ 960: Suspect wore: Ski mask | □ 978: Scar: Leg |
| □ 905: Hair color: Red | □ 940: Complexion: Light | □ 961: Suspect wore: Stocking | □ 979: Scar: Other |
| □ 906: Hair color: Bald | □ 941: Complexion: Medium | □ 962: Suspect wore: Cap/hat/band | □ 980: Tattoo: Head |
| □ 911: Beard: Goatee | □ 942: Complexion: Dark | □ 963: Suspect wore: Coat/jacket | □ 981: Tattoo: Ear |
| □ 914: Beard | □ 943: Complexion: Black | □ 964: Suspect wore: Wig | □ 982: Tattoo: Nose |
| □ 912: Mustache | □ 944: Complexion: Ruddy | □ 965: Suspect wore: Gloves | □ 983: Tattoo: Neck |
| □ 913: Unusual sideburns | □ 945: Complexion: Acne | □ 966: Suspect wore: Glasses | □ 984: Tattoo: Body |
| □ 920: Hair length: Shoulder | □ 946: Complexion: Freckled | □ 967: Suspect wore: Bandages | □ 985: Tattoo: Arm |
| □ 921: Hair length: Collar | □ 950: Right handed | □ 968: Suspect wore: Condom | □ 986: Tattoo: Hand |
| □ 922: Hair length: Ear top | □ 951: Left handed | □ 970: Scar: Head | □ 987: Tattoo: Finger |
| □ 923: Hair length: Short | □ 952: Ambidextrous | □ 971: Scar: Ear | □ 988: Tattoo: Leg |
| □ 930: Teeth: Gold design | □ 953: Build: Heavy | □ 972: Scar: Nose | □ 989: Tattoo: Other |
| □ 931: Teeth: Silver design | □ 954: Build: Medium | □ 973: Scar: Neck | □ 990: Male   □ 991: Female |

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: *Sgt. N. Nelson*   DSN: *1702*

Date:02/15/2017   Medical Infomrational- Smith, Trillus # 1964-17

Report#:17-3491

Page 1 of:

NARRATIVE:

While sitting at the Deputies station, Deputy Kimberly Moton asked me to assist her with feeding Inmate Smith, Trillus #17-3491. I, Deputy Crystal Thomas walked over to the cell and observed Inmate Smith lying on the floor unresponsive. I keyed opened the door and yelled out Inmate Smith's name in effort to get her attention. Inmate Smith did not move. At this time, Deputy Moton called a Code Red (Medical Emergency) for C unit at 0446 hours. Deputy Moton then started to administer chest compression on Inmate Smith.  Shortly afterwards, I relieved Deputy Moton and immediately took over doing chest compression. Emergency Medical Technician (EMT) Sylvia Scott arrived along with Nurses Marsha Warren, Kimberly Stowe, and Donna Thompson. EMT Scott relieved me and began administering chest compressions on Inmate Smith. Sergeants Nicole Nelson and George Clarke arrived on scene. The Little Rock Fire Department arrived on scene at 0454 hours. Metropolitan Emergency Services arrived in C-unit at 0504 hours and began assessment on Inmate Smith. A Cod 2A was called at 0600 hours.

Signature Image

*Deputy CThomas 2859*

DEPUTY:Crystal Thomas   DSN:2859

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: _____   DSN: _____
Date:02/15/2017

Medical Informational- Smith, Trillus #1964-17

Report#:17-3491
Page 1 of:

NARRATIVE:

At approximately 0446 hours a Code Red (Medical Emergency) was called in C-Unit. I, Kameron Woods arrived on scene and was instructed by Sergeant Nicole Nelson that I would be the runner. At 0454 hours the Fire Department arrived at the facility. I then escorted them to C-Unit where we arrived in the unit at 0456 hours. I exited C-unit and went back to Intake to wait for Metropolitan Emergency Medical Services (MEMS) to arrive. At 0500 hours the Metropolitan Emergency Medical Services arrived at the facility. I escorted them to C-unit where we arrived on scene at 0505 hours. Afterwards, I stood by for extra security, until I was advised that I could return to my unit. Nothing further to report.

⊠ Signature Image

DEPUTY:Kameron Woods        DSN:4177

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by:
Date:02/15/2017

DSN: 2816

Medical Information - Inmate Smith, Trillus # 1964-17

Report#:17-3491
Page 1 of: 1

NARRATIVE:

At 0446 hours a Code Red (Medical Emergency) was called for C-unit. Sergeant Nicole Nelson and I, Sergeant George Clarke responded to the unit. Upon my arrival I saw Deputies Kimberly Moton, Crystal Thomas and Stephen Gleason in cell C-103 with Inmate Smith, Trillus # 1964-17. As I entered the cell, Deputy Thomas began doing chest compressions on Inmate Smith after taking over for Deputy Moton. I took over doing chest compressions when Deputy Thomas became tired. Emergency Medical Technician Sylvia Scott arrived on scene and took over the chest compressions. Central Control was notified that 911 needed to be called. Nurses Kimberly Stowe and Marsha Warren arrived on scene followed later by Nurse Donna Thompson and began assessing Inmate Smith. Deputy Gleason took over the chest compressions when Emergency Medical Technician Scott got tired. I assisted the on-scene supervisor, Sergeant Nelson with gathering and relaying information. Sergeant Patrick Wilson and Deputy Kameron Woods were dispatched as runners. Deputy Brandon Mosley was sent to Intake to retrieve a weapon and a vehicle. Deputy Woods arrived in the unit with the fire department personnel. The fire department personnel took over the chest compressions and assessment of Inmate Smith. Lieutenant Tracy Hobbs arrived in the unit. Deputy Woods exited the unit and returned a few minutes later with the Metropolitan Emergency Medical Services personnel. The emergency personnel continued assessing and doing chest compressions. Lieutenant Hobbs relieved me to go to the Lieutenant's Office to begin reviewing the camera and the activity log for C-unit. A Code 2A (Modified Facility Lockdown) was called at 0630 hours.

Signature Image

Sgt Clarke 2314

DEPUTY:Sergeant G. Clarke          DSN:2314

**PULASKI COUNTY SHERIFF'S OFFICE**
**Supplemental Report**

Reviewed by:    DSN:
ate:02/15/2017    Medical Informational- Smith, Trillus #1964-17

Report#:17-3491
Page 1 of: 1

NARRATIVE:

A Code Red (Medical Emergency) was called at 0446 hours in C unit. I, Sergeant Nicole Nelson immediately responded to C- unit. Upon my arrival, I approached cell C-103 and observed Deputies Kimberly Moton and Crystal Thomas inside the cell along with Emergency Medical Technician (EMT) Silvia Scoot. Deputy Thomas was administering CPR on Inmate Smith, Trillus #1964-17 and she was in the process of being relieved of her CPR duties by EMT Scott. I immediately assumed the responsibilities of on scene supervisor. I could see that Inmate Smith was unresponsive and after Deputy Thomas advised me that she was not breathing, I immediately advised Central Control via radio that we would need emergency MEMS (Metropolitan Emergency Medical Services). I went to the unit Deputy station in effort to speak to the on duty Watch Commander Lieutenant Hobbs via the telephone. After advising Lt. Hobbs of the situation via the telephone, I responded back to the cell -103. At this time Sergeant George Clarke was performing CPR and Nurses Marsha Warren, Kimberly Stowe, and Donna Thompson had responded to the unit. Medical staff began assessing Inmate Smith. I ordered Deputy Kameron Woods to report to Central Control so that he could be a runner once MEMS and the Fire Department arrived. I also had Deputy Brandon Mosley report to Intake to retrieve a vehicle and a weapon so that he could follow MEMS. The Fire Department arrived in C unit at 0454 hours and began assessing Inmate Smith. MEMS arrived in C unit at 0504 hours and relived the Fire Department from assessing Inmate Smith. The assessment went on until MEMS left the unit until at 0541 hours. Nothing further to report at this time.

☒ Signature Image

DEPUTY:Sergeant N. Nelson        DSN:1762

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: _____
Date:02/15/2017

DSN: _____

Code Red(Medical Emergency) C-unit/ Smith,
Thrillus #1964-17

Report#:17-3491
Page 1 of: 1

NARRATIVE:

On 02.15.17 at approximately 0446 hours I was in W-unit when a Code Red(Medical Emergency) was called in C-unit. I assisted the nurse in securing her pill cart as she had started pill call, then responded to C-unit. I then went to Intake to serve as escort for responding emergency personnel and take them to C-unit. Little Rock Fire Department arrived first and I took them to C-unit. I returned to Intake and awaited the ambulance to arrive. When it arrived I escorted the emergency responders to C-unit. I stood by to provide assistance and extra security until I was no longer needed. I returned to my normal duties in W-unit.

⊠ Signature Image

*Sergeant Patrick Wilson*

DEPUTY:Sergeant Patrick Wilson        DSN:711

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

Reviewed by: ᗞᕼᗯ
Date:02/15/2017

DSN: 711
Code Red (Medical Emergency) C-unit/ Smith,
Thrillus #1964-17

Report#:17-3491
Page 1 of: 1

NARRATIVE:

At approximately 0446 Hours, a Code Red (Medical Emergency) was called in C-Unit. I, Deputy Brandon Mosley immediately responded to the unit. Upon entering the unit, Sergeant Nicole Nelson instructed me to report to Intake to get a weapon. Initially, I was going to ride with the Inmate to the hospital, but then I was advised that this would not be necessary. I checked the weapon back into the armory and returned to C-unit. I stood by providing additional security until I was advised that I could return to my regular duties.

Signature Image _(signature)_ 4/16

DEPUTY:Deputy Brandon Mosley          DSN:4110

54

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

*Sgt. K. Nelson*
DSN: *1962*

Reviewed by:
Date:02/15/2017

Medical Informational- Smith, Trillus #1964-17

Report#:17-3491
Page 1 of:

NARRATIVE:

At 0446 Hours a Code Red (Medical Emergency) was called in C-unit. Upon arrival I, Corrinne Stiles observed Inmate Smith, Trillus BI# 1964-17 on the floor unresponsive. Sergeant Patrick  Wilson told me to go to transport and get a vehicle ready, in which I did. I reported back to C-Unit and Lieutenant Tracy Hobbs told me to take keys and paperwork to Sergeant George Clarke. I did as instructed. I then walked Little Rock Fire Department back to Intake. A Code 2A (Modified Cease all Operations) was called at 0630 hours. No further incident to report this time.

Signature Image

DEPUTY:Corrinne Stiles        DSN:4204

55

# PULASKI COUNTY SHERIFF'S OFFICE

**Supplemental Report**

Reviewed by: _Sgt. N. Nelson_   DSN: 1762

Date: 02/15/2017    Medical Informational- Smith, Trillus #1964-17

Report#:17-3491
Page 1 of: 1

NARRATIVE:

At approximately 0446 hours a Code Red (Medical Emergency) was called for C-unit. When I Deputy Stephen Gleason arrived to the Unit, I observed that Deputy Crystal Thomas and Deputy Kimberly Moton were inside of Cell C-103. When I approached the cell, I observed that Deputy Moton was administering chest compressions to Inmate Smith, Trillus (Book-In# 1964-17). Emergency Medical Technician Sylvia Scott and Sergeant George Clarke then entered into cell. Sergeant Clarke then relieved Deputy Moton and continued chest compressions. Nurse Scott then took over chest compressions once Nurse Kimberly Stowe and Nurse Marsha Warren, and Nurse Donna Thompson arrived. After a few minutes I then took over and continued the chest compressions until Little Rock Fire Department personnel arrived. I then stood by as additional security until I was instructed to return to my assigned work location. A Code 2A(Cease all Movement: Modified) was called at 0630 hours. Nothing further to report at this time.

Signature Image

DEPUTY:Stephen Gleason        DSN:4074

56

# Observation Log:
## Suicide / Self Injury Prevention

| Inmate's Name: Smith Trillus | | | Intake # 1944 17 | Ordered By: | Date/Time Began: |
|---|---|---|---|---|---|
| Last | First | M/I | | | Date/Time Ended: |

Special Instructions:

S/W 103

| Time Inmate Checked | Agitated/ Calm: EX: (A/C) | Sleeping/ Awake EX: (S/A) | Sitting on Floor or Bunk EX: (F/B) | Sleeping on Floor or Bunk EX: (F/B) | Quiet or Yelling EX: (Q/Y) | Signs of Injury: EX: (Y/N) | Deputy's Initials & D.S.N. |
|---|---|---|---|---|---|---|---|
| 1402 | C | A | F | Ø | Q | N | DM2h |
| 1423 | C | A | F | Ø | Q | N | CC277U |
| 1449 | C A | gave | water | 1/2 cup | Q | N | DM036 |
| 1458 | C | A | F | | Q | N | SW415C |
| 1515 | C | A | F | | Q | N | SW415C |
| 1530 | C | A | F | | Q | N | SW415C |
| 1540 | C | A | on F | | Q | N | SW415C |
| 1630 | C | A | F | | Q | N | 2806 |
| 1700 | C | A | F | | Q | n | SW415C |
| 1720 | C | A | F | | Q | n | 2806 |
| 1750 | C | A | F | | Q | n | 2806 |
| 1805 | C | A | F | | Q | n | 2806 |
| 1830 | C | A | F | | Q | n | 2806 |
| 1845 | C | A | F | | Q | n | 2806 |
| 1905 | C | A | F | | Q | n | 2806 |
| 1925 | C | A | F | | Q | n | 2806 |
| 1950 | C | A | F | | Q | n | 2806 |
| 2025 | C | A | F | | Q | N | SW415C |
| 2040 | C | A | F | | Q | N | SW415C |
| 2145 | C | A | F | | Q | N | SW415C |
| 2250 | C | A | F | | Q | N | SW415C |
| 2250 | C | A | F | | Q | N | 2806 |
| 2245 | C | A | F | | Q | n | 2806 |
| 2300 | C | A | F | | Q | N | SW415C |
| 2315 | C | A | F | | Q | N | Km4048 |
| 2338 | C | A | F | | Q | N | Km4048 |
| 2548 | C | A | F | | Q | N | at 2857 |
| 0008 | C | A | F | | Q | N | CT285g |
| 0031 | C | A | F | | Q | N | CT285g |
| 0045 | C | A | F | | Q | N | CT285g |
| 0101 | C | A | F | | Q | N | CT285g |
| 0116 | C | A | F | | Q | N | CT285g |
| 0132 | C | A | F F moving around | | Q | N | CT285g |
| 0148 | C | A | F | | P | N | Km4048 |
| 0205 | C | A | F | | P | N | Km4048 |
| 0219 | C | A | F | | P Q | N | Km4048 |
| 0235 | C | A | F | | Q | N | CT285g |

## Observation Log:
## Suicide / Self Injury Prevention

| Inmate's Name: Smith     Trillos | Intake # | Ordered By: | Date/Time Began: 2-15-17 |
| --- | --- | --- | --- |
| Last          First          M/I | | | Date/Time Ended: |

**Special Instructions:**

Cell· 103

| Time Inmate Checked | Agitated/ Calm: EX: (A/C) | Sleeping/ Awake EX: (S/A) | Sitting on Floor or Bunk EX: (F/B) | Sleeping on Floor or Bunk EX: (F/B) | Quiet or Yelling EX: (Q/Y) | Signs of Injury: EX: (Y/N) | Deputy's Initials & D.S.N. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 0251 | C | A | | F | Q | N | CT 2 J59 |
| 0310 | C | A | | F | Q | N | CT 2 J5 |
| 0311 | C | A | | F | Q | N | KM 4618 |
| 0355 | C | A | | F | Q | N | KM 4618 |
| 0430 | C | A | | F | Q | N | KM 4618 |
| 0444 | | | | F | | N | CT 2 J59 |

58

# OBSERVATION LOG

This form is intended to identify inmates who are not getting an adequate intake of calories, and or, liquid due to personal choice. This information is to be shared with medical staff as requested.

INMATE NAME: Smith, Trillus        BOOKIN #: 1964-17

| Date | Time | Deputy | Meal (B, L, D), snack or commissary | Percent of Meal Eaten | Fluid Type* | Amount of Fluid* |
|------|------|--------|--------------------------------------|------------------------|-------------|-------------------|
| 02/12/17 | 0515 | Dillard | Breakfast | % | Milk | Juice |
| 02/12/17 | 1050 | S. Patton | Lunch | Ø % | milk | Ø |
| 2/13/17 | 1630 | J. Clark | Dinner | Ø % | Attempted ice chips | water 2 sips |
| 2/13/17 | 0445 | Roper | Breakfast | Ø % | Milk | Ø |
| 2/13/17 | 1139 | F. Robinson Hodges | Lunch | Ø % | | Ø |
| 2/13/17 | 1630 | Dep WATICino | Dinner | Ø % | | Ø |
| 2/14/17 | 0500 | Deputy Jones 4167 | Bkfst | Ø % | Ø | small amount of water |
| 2/14/17 | 1040 | F. Robinson / E. Clark | Lunch | Ø % | Ø | small amount of water |
| 2/14/17 | 1600 | D. Johnson /S. watkins | Dinner | Ø % | Ø | |
| 15/17 | 0444 | Deputy C. Thomas / Morton | Breakfast | NA % | NA | NA |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |

* Fluid type will be any liquid such as water, juice, milk, etc.

*Amount of fluid can be documented by: cup, carton, sip, or # of ounces.

MSJ SOF 000080

59

Location: C UNIT  Date: 2/15/17  Watch Commander: Hobbs  DSN: 896

# Pulaski County Regional Detention Facility
## INCIDENT COMMANDERS CODE RED CHECKLIST

| Gather Intelligence and Confirm | TIME | INITIALS | N/A |
|---|---|---|---|
| ➢ CODE 2 (protect in place) | 0446 | M | |
| ✓ Designate recorder-start written log | 0446 | M | |
| ✓ Medical personnel responding | 0447 | M | |
| ✓ PCRDF staff responding | 0446 | M | |
| **Medical Assessment** | **TIME** | **INITIALS** | **N/A** |
| ➢ Inmate treated in-house | 0446 | M | |
| ➢ Staff treated in-house | | | M |
| ➢ MEMS response | 0504 | M | |
| ✓ Internal escort deputy identified | 0447 | M | |
| ✓ Transportation deputy identified | 0448 | M | |
| ➢ CPR performed | | | |
| ✓ By staff  Thomas Gleason Mutor | | M | |
| ✓ By medical  EMT Moore / Medical  Scott | | M | |
| ▪ CPR successful | | | M |
| ▪ CPR not successful (refer to "death" checklist) | | M | |
| **Suicide** | **TIME** | **INITIALS** | **N/A** |
| ➢ Successful (refer to "death" checklist) | | M | |
| ✓ Establish crime scene | 0541 | M | |
| ✓ Investigations notified | 0522 | M | |
| ✓ Coroner notified by Investigations | | M | |
| ➢ Not successful | | | |
| ✓ Suicide watch | | | M |
| ▪ Psychologist notified | | | |
| **Notifications** | **TIME** | **INITIALS** | **N/A** |
| ➢ Captain of Housing & Security or designee | 0518 | M | |
| ✓ Public Information Officer | | | M |
| **Escalation** | **TIME** | **INITIALS** | **N/A** |
| ➢ Consider relevant checklists | | | |
| **Criminal Aspect & Reports** | **TIME** | **INITIALS** | **N/A** |
| ➢ Crime scene established | | M | |
| ➢ Photographs taken | 0455 | M | |
| ➢ Suspect(s) isolated | | M | |
| ➢ Collect and protect evidence | | M | |
| ➢ Chain of custody observed | | M | |
| **Criminal Aspect & Reports (Cont.)** | **TIME** | **INITIALS** | **N/A** |
| ➢ Witnesses identified/statements | | | |
| ➢ Criminal charges filed (ADR) | | | M |

*called @ 0448*

*Inv. Obsyle advised he would do this*

Location: _____ Date: _____ Watch Commander: _____ DSN: _____

| | | | |
|---|---|---|---|
| ➤ In-house charges filed | | | Cm |
| ➤ General Report (10-60) | 0500 | Cm | |
| ➤ Workers compensation forms | | | Cm |
| Family Notifications (serious injury) | TIME | INITIALS | N/A |
| ➤ Staff | | | |
| ✓ Designated supervisor with Chaplain's assistance notifies family members | | | Cm |
| ➤ Inmates | | | |
| ✓ Investigations notifies family members | | | |
| Code 1 | 0131 | Cm | |

Inmate Unresposine        Trellis Smith

B/F   on  S/W

Memes called 0448          LRFD on scene
                                              0455
                                  in unit @ 0455

MSJ SOF 000082

61

Location: _____ Date: _____ Watch Commander: _____ DSN: _____

NOTES:

* Mems in Unit 0504
* Mems still assessing 0512
* Captain Rose Contacted 0518
* Called dispatch to notify investigations 0522
* Mems still assessing 0528
* Fire & Rescue Out of Unit 0530
* Investigator Blain is notifying the corner and sending an investigator to the facility 0538
* Mems out of unit 0541
* Code 2A Facility 0630
* Investigator arrived at the facility 0641
* Investigators arrived in Unit at 0645

62

Location: _____ Date: _____ Watch Commander: _____ DSN: _____

# Pulaski County Regional Detention Facility
## CENTRAL CONTROL CODE RED CHECKLIST

| ☐ Initial Actions | TIME | INITIALS | N/A |
|---|---|---|---|
| ➤ Date: 2/15/17 | 0446 | Cn | |
| ➤ Reported to Central Control by: C-UNIT Deputies | 0446 | On | |
| ➤ Location of Incident: C-108 | 6446 | On | |
| ➤ Initiate Code Red VIA PA and Radio | 0446 | Cn | |
| ➤ Watch Commander on-scene | | On | |
| ➤ Medical on-scene | | Cn | |
| ☐ Watch Commander ordered | | | |
| ➤ MEMS response | 0504 | On | |
| ➤ CID notified | | Cn | |
| ☐ Staff Injuries: | | | |
| Name: _____ DSN: _____ | | | |
| Name: _____ DSN: _____ | | On | |
| Name: _____ DSN: _____ | | | |
| Name: _____ DSN: _____ | | | |
| ☐ Type of staff injuries: | | | |
| ➤ _____ | | | |
| _____ | | On | |
| _____ | | | |
| _____ | | | |
| _____ | | | |
| _____ | | | |

Location: _____ Date: _____ Watch Commander: _____ DSN: _____

# Pulaski County Regional Detention Facility
## CENTRAL CONTROL CODE RED CHECKLIST

| | TIME | INITIALS | N/A |
|---|---|---|---|
| ☐ **Inmate Injuries:**<br>Name: Trillus Smith BI#: 1964-17<br>Name: _____ BI#: _____<br>Name: _____ BI#: _____<br>Name: _____ BI#: _____ | 0448 | *(initials)* | |
| ☐ **Type of inmate injuries:**<br>➢ deceased<br>_____<br>_____<br>_____<br>_____<br>_____ | 0448 | *(initials)* | |
| ☐ **Hospital Information:**<br><br>Staff at _____ Hospital<br>(location) | | *(initials)* | |
| Inmate(s) at_____ Hospital<br>(location) | | | |
| ☐ **Code 1**<br>➢ Order of: _Lt. Hobbs_<br>➢ Time: _0731_ | 0731 | *(initials)* | |

Location: C-Unit Date: 2/5/17 Watch Commander: Lt. Hobbs DSN: 896

# Pulaski County Regional Detention Facility
## INCIDENT COMMANDERS DEATH NOTIFICATION

| Gather Intelligence and Confirm | TIME | INITIALS | N/A |
|---|---|---|---|
| ➤ Code 2 (protect in place) | 0446 | On | |
| ➤ Designate recorder-start written log | 0446 | On | |
| ✓ Inmate Death | 0446 | On | |
| ✓ Staff Death | | | On |
| ✓ Visitor Death | | | |
| ▪ Death appears criminal | | | |
| ▪ Death appears natural | | | On |
| ▪ Unknown | | | |
| ➤ Establish crime scene | 0541 | On | |
| ✓ Designate supervisor to preserve crime scene | 0541 | On | |
| PCSO Investigations Notification | TIME | INITIALS | N/A |
| ➤ Investigations has control of crime scene | 0641 | On | |
| ✓ Investigations notifies coroner | | On | |
| Notifications | TIME | INITIALS | N/A |
| ➤ Captain of Housing & Security or designee | 0518 | On | |
| ✓ Public Information Officer | | On | |
| ✓ Chaplain | | | On |
| Medical Information | TIME | INITIALS | N/A |
| ➤ CPR attempted | 0446 | On | |
| ✓ PCRDF Staff | 0446 | On | |
| ✓ Medical contractor | 0448 | On | |
| Obtain Records | TIME | INITIALS | N/A |
| ➤ Staff (Emergency Notification Form) | | | On |
| ➤ Inmate (book-in narrative) | 0500 | On | |
| ➤ Visitor (investigations will obtain information) | | | On |
| Family Member Notifications | TIME | INITIALS | N/A |
| ➤ Staff | | | |
| ✓ Designated supervisor with Chaplain's assistance notifies family members | | | On |
| ➤ Inmates | | | |
| ✓ Investigations notifies family members | | On | |
| Family Member Notifications (Cont.) | TIME | INITIALS | N/A |
| ➤ Facility Visitors | | | |
| ✓ Investigations notifies family | | | On |

Inv. will do.

MSJ SOF 000086

65

Location: _____ Date: _____ Watch Commander: _____ DSN: _____

| members | | | |
|---|---|---|---|
| ☐ Morgue | TIME | INITIALS | N/A |
| ➤ Deceased transported to morgue | 0731 | Ch | |
| ☐ Reports | TIME | INITIALS | N/A |
| ➤ All reports complete and correlated | 0830 | Ch | |
| ☐ Post Trauma | TIME | INITIALS | N/A |
| ➤ Staff post trauma addressed (E.A.P.) | | Ch | |
| ➤ Inmates post trauma addressed (staff psychologist) | 0827 | Ch | |
| ☐ Code 1 | 0731 | Ch | |

MSJ SOF 000087

Location: _____ Date: _____ Watch Commander: _____ DSN: _____

NOTES:

Jail Log Entry

Save | Update | Save As | Cancel | Reset | Help

**Jail Log Entry**

Log
**Jail Log**

| Jail Log Date | 02/15/2017 | | | Jail Area | | C-UNIT | |

| Sel | # | Section Commander | | Sel | # | Section Sergeant | |
|---|---|---|---|---|---|---|---|
| | 1 | HOBBS,TRACY | | | 1 | NELSON,NICOLE | |

1 of 1 Lines          2 of 2 Lines

**Jail Log**

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| | 1 | GENERAL ACTIVITY | 12:00am | | 24 HOUR LOG STARTED.............. | THOM |
| | 2 | SHAKEDOWN ENDS | 12:00am | | | THOM |
| | 3 | PASS ONS | 12:00am | | NONE................ | THOM |
| | 4 | PERSONNEL BREAKDOWN | 12:00am | | W/C-LT.HOBBSZONE 1-SGT.NELSONZONE 2-SGT.CLARKE | THOM |
| | 5 | HEADCOUNT | 12:00am | | 68 A/P................ | THOM |
| | 6 | RAZOR CALL | 12:00am | | COMPLETED................ | THOM |
| | 7 | SECURITY CHECK BEGINS | 12:05am | | | THOM |
| | 8 | SECURITY CHECK ENDS | 12:20am | | ALL INMATES APPEAR OKAY AT THIS TIME | THOM |
| | 9 | LATE ENTRY | 11:00pm | 2658-17 | SUICIDE WATCH CHECK @ 2300,2315,2332... ▮▮▮▮ APPEARS OKA | THOM |
| | 10 | LATE ENTRY | 12:00am | 2650-17 | SUCIDE WATCH CHECK@2300,2315,2332 ▮▮▮▮▮▮▮ A | THOM |
| | 11 | LATE ENTRY | 12:00am | 1984-17 | SUICIDE WATCH CHECK@2300,2315,2332 SMITH,TRILLUS LAKAIL APPEAR | THOM |
| | 12 | LATE ENTRY | 12:00am | 2697-17 | SUICIDE WATCH CHECK @ 2300,2315,2332 ▮▮▮▮▮ APPEARS | THOM |
| | 13 | LATE ENTRY | 12:00am | 2710-17 | SUICIDE WATCH CKECK @ 2300,2315,2332 ▮▮▮▮ APP | THOM |
| | 14 | LATE ENTRY | 11:47pm | 2658-17 | ▮▮▮▮▮ APPEARS OKAY (SLEEP) | THOM |
| | 15 | SUICIDE WATCH CHECK | 11:47pm | 2650-17 | ▮▮▮▮▮ APPEARS OKAY (SLEEP) | THOM |

120 of 120 Lines

| Current Officer | 2363 | | Administrator Flag | 0 |

MSJ SOF 000089

Jail Log Entry

| Save | Update | Save As | Cancel | Reset | Help |

**Jail Log Entry**

Log
**Jail Log**

| Jail Log Date | 02/15/2017 | | | Jail Area | C-UNIT |
|---|---|---|---|---|---|

| Sel | # | Section Commander |
|---|---|---|
| | 1 | HOBBS,TRACY |

1 of 1 Lines

| Sel | # | Section Sergeant |
|---|---|---|
| | 1 | NELSON,NICOLE |

2 of 2 Lines

Jail Log

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| | 31 | SUICIDE WATCH CHECK | 12:31am | 2697-17 | ...APPEARS OKAY (SLEEP) | THOM |
| | 32 | SUICIDE WATCH CHECK | 12:31am | 2710-17 | APPEARS OKAY (SLEEP | THOM |
| | 33 | HEADCOUNT | 12:40am | | 68 A/P................. | THOM |
| | 34 | PROPERTY INVENTORY | 12:45am | | UNIT PROPERTY AS FOLLOWSUNIT PROPERTY IN UTILITY CLOSET AS FO | THOM |
| | 35 | SUICIDE WATCH CHECK | 12:45am | 2658-17 | APPEARS OKAY (SLEEP) | THOM |
| | 36 | SUICIDE WATCH CHECK | 12:45am | 2650-17 | APPEARS OKAY (SLEEP) | THOM |
| | 37 | SUICIDE WATCH CHECK | 12:45am | 1964-17 | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) | THOM |
| | 38 | SUICIDE WATCH CHECK | 12:46am | 2697-17 | ...APPEARS OKAY (SLEEP) | THOM |
| | 39 | SUICIDE WATCH CHECK | 12:46am | 2710-17 | APPEARS OKAY (SLEEP) | THOM |
| | 40 | SUICIDE WATCH CHECK | 01:00am | 2658-17 | APPEARS OKAY (SLEEP) | THOM |
| | 41 | SUICIDE WATCH CHECK | 01:00am | 2650-17 | APPEARS OKAY (SLEEP) | THOM |
| | 42 | SUICIDE WATCH CHECK | 01:00am | 1964-17 | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) | THOM |
| | 43 | SUICIDE WATCH CHECK | 01:01am | 2697-17 | ...APPEARS OKAY (SLEEP) | THOM |
| | 44 | SUICIDE WATCH CHECK | 01:01am | 2710-17 | APPEARS OKAY (SLEEP | THOM |
| | 45 | SECURITY CHECK BEGINS | 01:05am | | | THOM |

120 of 120 Lines

| Current Officer | 2363 | | Administrator Flag | 0 |
|---|---|---|---|---|

| Save | Update | Save As | Cancel | Reset | Help |

**Jail Log Entry**

Log
Jail Log

| Jail Log Date | 02/16/2017 | | Jail Area | G-UNIT | |
|---|---|---|---|---|---|

| Sel | # | Section Commander |
|---|---|---|
| | 1 | HOBBS,TRACY |

1 of 1 Lines

| Sel | # | Section Sergeant |
|---|---|---|
| | 1 | NELSON,NICOLE |

2 of 2 Lines

Jail Log

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| O | 47 | SUICIDE WATCH CHECK | 01:16am | 2658-17 | ███ APPEARS OKAY (SLEEP) | THOM/ |
| O | 48 | SUICIDE WATCH CHECK | 01:16am | 2650-17 | ███ APPEARS OKAY (SLEEP) | THOM/ |
| O | 49 | SUICIDE WATCH CHECK | 01:17am | 1964-17 | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE | THOM/ |
| O | 50 | SUICIDE WATCH CHECK | 01:17am | 2697-17 | ███...APPEARS OKAY (SLEEP | THOM/ |
| O | 51 | SUICIDE WATCH CHECK | 01:17am | 2710-17 | ███ APPEARS OKAY (SLEEP | THOM/ |
| O | 52 | SUICIDE WATCH CHECK | 01:31am | 2658-17 | ███ APPEARS OKAY (SLEEP) | THOM/ |
| O | 53 | SUICIDE WATCH CHECK | 01:32am | 2650-17 | ███ APPEARS OKAY (SLEEP | THOM/ |
| O | 54 | SUICIDE WATCH CHECK | 01:32am | 1964-17 | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE MOVING AROUND) | THOM/ |
| O | 55 | SUICIDE WATCH CHECK | 01:32am | 2697-17 | ███...APPEARS OKAY (SLEEP | THOM/ |
| O | 56 | SUICIDE WATCH CHECK | 01:33am | 2710-17 | ███ APPEARS OKAY (SLEEP | THOM/ |
| O | 57 | EMPLOYEE IN | 01:38am | | DEP.MOTON | THOM/ |
| O | 58 | EMPLOYEE BREAK BEGINS | 01:39am | | DEP.THOMAS | MOTOI |
| O | 59 | SUICIDE WATCH CHECK | 01:48am | 2658-17 | ███ APPEARS ASLEEP ON BUNK AND OK | MOTOI |
| O | 60 | SUICIDE WATCH CHECK | 01:48am | 2650-17 | ███ APPEARS ASLEEP ON BUNK AND OK | MOTOI |
| O | 61 | SUICIDE WATCH CHECK | 01:48am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | MOTOI |

120 of 120 Lines

| Current Officer | 2363 | | Administrator Flag | 0 |
|---|---|---|---|---|

Save | Update | Save As | Cancel | Reset | Help

## Jail Log Entry

Log
## Jail Log

| Jail Log Date | 02/15/2017 | | Jail Area | C-UNIT | |
|---|---|---|---|---|---|

| Sel | # | Section Commander | | Sel | # | Section Sergeant | |
|---|---|---|---|---|---|---|---|
| | 1 | HOBBS,TRACY | | | 1 | NELSON,NICOLE | |
| | | 1 of 1 Lines | | | | 2 of 2 Lines | |

Jail Log

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| | 62 | SUICIDE WATCH CHECK | 01:48am | 2697-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 63 | SUICIDE WATCH CHECK | 01:48am | 2710-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 64 | GENERAL ACTIVITY | 01:57am | 187-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 65 | SECURITY CHECK BEGINS | 02:04am | | | MOTO |
| | 66 | SUICIDE WATCH CHECK | 02:04am | 2658-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 67 | SUICIDE WATCH CHECK | 02:04am | 2650-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 68 | SUICIDE WATCH CHECK | 02:04am | 1984-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | MOTO |
| | 69 | SUICIDE WATCH CHECK | 02:04am | 2697-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 70 | SUICIDE WATCH CHECK | 02:04am | 2710-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 71 | SECURITY CHECK ENDS | 02:11am | | H/C= 68 A/P ALL INMATES APPEAR OK | MOTO |
| | 72 | SUICIDE WATCH CHECK | 02:19am | 2658-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 73 | SUICIDE WATCH CHECK | 02:19am | 2650-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 74 | SUICIDE WATCH CHECK | 02:19am | 1984-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | MOTO |
| | 75 | SUICIDE WATCH CHECK | 02:19am | 2697-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 76 | SUICIDE WATCH CHECK | 02:19am | 2710-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |

120 of 120 Lines

| Current Officer | 2363 | | Administrator Flag | 0 |
|---|---|---|---|---|

MSJ SOF 000092

Save | Update | Save-As | Cancel | Reset | Help

**Jail Log Entry**

Log
**Jail Log**

| Jail Log Date | 02/15/2017 | Jail Area | C-UNIT |
|---|---|---|---|

| Sel | # | Section Commander | Sel | # | Section Sergeant |
|---|---|---|---|---|---|
| | 1 | HOBBS,TRACY | | 1 | NELSON,NICOLE |
| | | 1 of 1 Lines | | | 2 of 2 Lines |

Jail Log

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| | 77 | EMPLOYEE BREAK ENDS | 02:27am | | DEP.THOMAS | MOTO |
| | 78 | EMPLOYEE BREAK BEGINS | 02:33am | | DEP.MOTON | THOM |
| | 79 | SUICIDE WATCH CHECK | 02:35am | 2658-17 | APPEARS ASLEEP ON BUNK AND OK | THOM |
| | 80 | SUICIDE WATCH CHECK | 02:35am | 2650-17 | APPEARS ASLEEP ON BUNK AND OK | THOM |
| | 81 | SUICIDE WATCH CHECK | 02:35am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | THOM |
| | 82 | SUICIDE WATCH CHECK | 02:35am | 2697-17 | APPEARS ASLEEP ON BUNK AND OK | THOM |
| | 83 | SUICIDE WATCH CHECK | 02:35am | 2710-17 | APPEARS ASLEEP ON BUNK AND OK | THOM |
| | 84 | MAIL CALL | 02:47am | | COMPLETED................ | THOM |
| | 85 | SUICIDE WATCH CHECK | 03:09am | 2658-17 | APPEARS ASLEEP ON BUNK AND OK | THOM |
| | 86 | SUICIDE WATCH CHECK | 03:10am | 2650-17 | APPEARS ASLEEP ON BUNK AND OK | THOM |
| | 87 | SUICIDE WATCH CHECK | 03:10am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | THOM |
| | 88 | SUICIDE WATCH CHECK | 03:10am | 2697-17 | APPEARS ASLEEP ON BUNK AND OK | THOM |
| | 89 | SUICIDE WATCH CHECK | 03:10am | 2710-17 | APPEARS ASLEEP ON BUNK AND OK | THOM |
| | 90 | SUICIDE WATCH CHECK | 03:24am | 2658-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 91 | SUICIDE WATCH CHECK | 03:24am | 2650-17 | APPEARS ASLEEP ON BUNK AND OK | MOTO |

120 of 120 Lines

| Current Officer | 2363 | Administrator Flag | 0 |
|---|---|---|---|

Jail Log Entry                                                                    Page 1 of 1

Save | Update | Save As | Cancel | Reset | Help |

**Jail Log Entry**

Log
**Jail Log**

| Jail Log Date | 02/15/2017 | | Jail Area | C-UNIT |
|---|---|---|---|---|

| Sel | # | Section Commander | Sel | # | Section Sergeant |
|---|---|---|---|---|---|
| | 1 | HOBBS,TRACY | | 1 | NELSON,NICOLE |

Jail Log          1 of 1 Lines                                    2 of 2 Lines

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| O | 92 | SUICIDE WATCH CHECK | 03:24am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | [MOTO] |
| O | 93 | SUICIDE WATCH CHECK | 03:24am | 2697-17 | ▇▇▇▇▇▇ APPEARS ASLEEP ON BUNK AND OK | [MOTO] |
| O | 94 | SUICIDE WATCH CHECK | 03:24am | 2710-17 | ▇▇▇▇▇▇ APPEARS ASLEEP ON BUNK AND OK | [MOTO] |
| O | 95 | SECURITY CHECK BEGINS | 03:41am | | | [MOTO] |
| O | 96 | SUICIDE WATCH CHECK | 03:41am | 2658-17 | ▇▇▇▇▇▇ APPEARS ASLEEP ON BUNK AND OK | [MOTO] |
| O | 97 | SUICIDE WATCH CHECK | 03:41am | 2650-17 | ▇▇▇▇▇▇ APPEARS ASLEEP ON BUNK AND OK | [MOTO] |
| O | 98 | SUICIDE WATCH CHECK | 03:41am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | [MOTO] |
| O | 99 | SUICIDE WATCH CHECK | 03:41am | 2697-17 | ▇▇▇▇▇▇ APPEARS ASLEEP ON BUNK AND OK | [MOTO] |
| O | 100 | SUICIDE WATCH CHECK | 03:41am | 2710-17 | ▇▇▇▇▇▇ APPEARS ASLEEP ON BUNK AND OK | [MOTO] |
| O | 101 | SECURITY CHECK ENDS | 03:48am | | H/C=68 A/P ALL INMATES APPEAR OK | [MOTO] |
| O | 102 | SUICIDE WATCH CHECK | 03:57am | 2658-17 | ▇▇▇▇▇▇ APPEARS ASLEEP ON BUNK AND OK | [MOTO] |
| O | 103 | SUICIDE WATCH CHECK | 03:57am | 2650-17 | ▇▇▇▇▇▇ APPEARS ASLEEP ON BUNK AND OK | [MOTO] |
| O | 104 | SUICIDE WATCH CHECK | 03:57am | 1964-17 | SMITH,TRILLUS LAKAIL | [MOTO] |
| O | 105 | DEPUTY OFF DUTY | 03:57am | 2697-17 | ▇▇▇▇▇▇ APPEARS ASLEEP ON BUNK AND OK | [MOTO] |
| O | 106 | SUICIDE WATCH CHECK | 04:17am | 2658-17 | ▇▇▇▇▇▇ APPEARS ASLEEP ON BUNK AND OK | [MOTO] |

120 of 120 Lines

| Current Officer | 2363 | | Administrator Flag | 0 |
|---|---|---|---|---|

Save  | Update  | Save As | Cancel | Reset  | Help |

**Jail Log Entry**

Log
**Jail Log**

| Jail Log Date | 02/15/2017 | | Jail Area | C-UNIT | |
|---|---|---|---|---|---|
| Sel | # | Section Commander | Sel | # | Section Sergeant |
| | 1 | HOBBS,TRACY | | 1 | NELSON,NICOLE |
| | | 1 of 1 Lines | | | 2 of 2 Lines |

**Jail Log**

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| O | 106 | SUICIDE WATCH CHECK | 04:17am | 2658-17 | ▪▪▪ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O | 107 | SUICIDE WATCH CHECK | 04:17am | 2650-17 | 2 | MOTO |
| O | 108 | SUICIDE WATCH CHECK | 04:17am *not done* | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | MOTO |
| O | 109 | SUICIDE WATCH CHECK | 04:17am | 2697-17 | ▪▪▪ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O | 110 | SUICIDE WATCH CHECK | 04:17am | 2710-17 | ▪▪▪ AMD ASLEEP AMD OK | MONH |
| O | 111 | LATE ENTRY | 02:51am | 2658-17 | ▪▪▪ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O | 112 | LATE ENTRY | 02:52am | 2650-17 | ▪▪▪ APPEARS ASLEEP ON BUNK AND | THOM |
| O | 113 | LATE ENTRY | 02:51am | 1964-17 | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) | THOM |
| O | 114 | LATE ENTRY | 02:52am | 2697-17 | ▪▪▪ ...APPEARS OKAY (SLEEP) | THOM |
| O | 115 | LATE ENTRY | 02:52am | 2710-17 | ▪▪▪ ...APPEARS OKAY (SLEEP) | THOM |
| O | 116 | SUICIDE WATCH CHECK | 04:31am | 2658-17 | ▪▪▪ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O | 117 | SUICIDE WATCH CHECK | 04:31am | 2650-17 | ▪▪▪ APPEARS OKAY (SLEEP) | THOM |
| O | 118 | SUICIDE WATCH CHECK | 04:31am | 1964-17 | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) | THOM |
| O | 119 | SUICIDE WATCH CHECK | 04:32am | 2697-17 | ▪▪▪ ...APPEARS OKAY (SLEEP) | THOM |
| O | 120 | SUICIDE WATCH CHECK | 04:32am | 2710-17 | ▪▪▪ ...APPEARS OKAY (SLEEP) | THOM |

| | 120 of 120 Lines | | | | | |

| Current Officer | 2363 | | Administrator Flag | 0 | |

*0446 Code Red C-Unit*

Davidson, Ross          Unit 610

Breecy          Keith          Unit 610
1

Phone  501 - 301 - 1400

CPR was Started at 0444 hours
We gave the last scene time.

HISTORY OF ANXIETY,
Panick attacks, Shizophernia

4 total of epi every 5 minutes
2 mil of narcan

```
              Pulaski County - Sheriff'S Office
                    Jail Log File Report for
              Dates From 02/15/2017 to 02/15/2017
                    For Jail Area: C-UNIT
              Report Ran on 02/15/2017 at 10:00am
```

| Log Date | Jail Area | Action | Event Time | Officer | Event Description |
|---|---|---|---|---|---|
| 02/15/2017 | C-UNIT | GENERAL ACTIVIT | 12:00am | THOMAS,CRYSTAL | 24 HOUR LOG STARTED...................... |
| | | SHAKEDOWN ENDS | 12:00am | THOMAS,CRYSTAL | |
| | | PASS ONS | 12:00am | THOMAS,CRYSTAL | NONE.............. |
| | | PERSONNEL BREAK | 12:00am | THOMAS,CRYSTAL | W/C-LT.HOBBS |
| ZONE 1-SGT.NELSON ZONE | | | | | |
| | | | | | 2-SGT.CLARKE |
| | | HEADCOUNT | 12:00am | THOMAS,CRYSTAL | 68 A/P................... |
| | | RAZOR CALL | 12:00am | THOMAS,CRYSTAL | COMPLETED................. |
| | | SECURITY CHECK | 12:05am | THOMAS,CRYSTAL | |
| | | SECURITY CHECK | 12:20am | THOMAS,CRYSTAL | ALL INMATES APPEAR OKAY AT THIS TIME |
| | | LATE ENTRY | 11:00pm | THOMAS,CRYSTAL | SUCIDE WATCH CHECK @ 2300,2315,2332..███████APPEARS OKAY (SLEEP) |
| | | LATE ENTRY | 12:00am | THOMAS,CRYSTAL | SUCIDE WATCH CHECK@2300,2315,2332 ███████.APPEARS OKAY (SLEEP) |
| | | LATE ENTRY | 12:00am | THOMAS,CRYSTAL | SUCIDE WATCH CHECK@2300,2315,2332 SMITH,TRILLUS LAKAIL APPEARS OKAY (AWAKE) |
| | | LATE ENTRY | 12:00am | THOMAS,CRYSTAL | SUCIDE WATCH CHECK@ 2300,2315,2332 ███████ APPEARS OKAY (SLEEP) |
| | | LATE ENTRY | 12:00am | THOMAS,CRYSTAL | SUCIDE WATCH CKECK @ 2300,2315,2332 ███████ APPEARS OKAY (SLEEP) |
| | | LATE ENTRY | 11:47pm | THOMAS,CRYSTAL | ███████..APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 11:47pm | THOMAS,CRYSTAL | ███████..APPEARS OKAY (SLEEP) |
| | | LATE ENTRY | 11:47pm | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) |
| | | JUVENILE MEALS | 12:29am | THOMAS,CRYSTAL | 22228-16 |
| | | JUVENILE MEALS | 12:29am | THOMAS,CRYSTAL | 381-16 |
| | | JUVENILE MEALS | 12:30am | THOMAS,CRYSTAL | 187-17 |
| | | JUVENILE MEALS | 12:30am | THOMAS,CRYSTAL | 926-17 |

```
                    Pulaski County - Sheriff'S Office
                       Jail Log File Report for
                    Dates From 02/15/2017 to 02/15/2017
                         For Jail Area: C-UNIT
                    Report Ran on 02/15/2017 at 10:00am
```

| Log Date | Jail Area | Action | Event Time | Officer | Event Description |
|---|---|---|---|---|---|
| | | LATE ENTRY | 11:49pm | THOMAS,CRYSTAL | ██████████..APPEARS OKAY (SLEEP) |
| | | LATE ENTRY | 11:49pm | THOMAS,CRYSTAL | ████████ APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:08am | THOMAS,CRYSTAL | ████████.APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:08am | THOMAS,CRYSTAL | ██████..APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:08am | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) |
| | | SUICIDE WATCH C | 12:08am | THOMAS,CRYSTAL | ████████..APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:08am | THOMAS,CRYSTAL | ████████ APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:31am | THOMAS,CRYSTAL | ████████.APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:31am | THOMAS,CRYSTAL | ████████..APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:31am | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) |
| | | SUICIDE WATCH C | 12:31am | THOMAS,CRYSTAL | ████████..APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:31am | THOMAS,CRYSTAL | ████████ APPEARS OKAY (SLEEP |
| | | HEADCOUNT | 12:40am | THOMAS,CRYSTAL | 68 A/P................ |
| UNIT PROPERTY | | PROPERTY INVENT | 12:45am | THOMAS,CRYSTAL | UNIT PROPERTY AS FOLLOWS |
| | | | | | IN UTILITY CLOSET AS FOLLOWS------------------------------------------------------------------------------ -1 FUNNELS,1 PLUNGER,1 SQUEEGE,3MOPS, 2 RINGERS,1 DUST MOP,2 BROOMS, 3 DUST PANS,2 SCRUB BRUSHES,4 TOILET, BRUSHES,7SPRAY BOTTLES,1 DECK BRUSH ,1 ICE SCOOP IN( ICE MACHAINE) ,1 GALLON  5 |
| UNIT PROPERTY | | | | | GALLON PINE SOL BUCKET , IN STAFF BATHROOM AS FOLLOWS------------------------------------------------------------------------------4 |

MSJ SOF 000098

Pulaski County - Sheriff'S Office
Jail Log File Report for
Dates From 02/15/2017 to 02/15/2017
For Jail Area: C-UNIT
Report Ran on 02/15/2017 at 10:00am

| Log Date | Jail Area | Action | Event Time | Officer | Event Description |
|---|---|---|---|---|---|
| | | | | | HANDCUFFS,7 SHACKLES,4 SIDECUFFS,1 TEATHER,1 BLACK BOX, 2 BELLY CHAINS ,1 FIRE EXTINGISHERS,1 SCOTT AIR PACK ,1BODY WASTE KIT,2 SPILL KITS,2 SPITMASK, 1 GALLON BLEACH JUGS |
| | UNIT | | | | |
| | | | | | DESK PROPERTY AS FOLLOWS----------------------------------- ----------------------------------------- ----------------1 HANDBOOK,1MSDS LOG BOOK,1 POST ORDER BOOK,2 POST ORDER BOOKS, 1 FIRST AID KIT  (W/ 0PAIR OF SCISSORS) 1 UNIT DICTIONRY,1 PENCIL SHARPENER, |
| | | SUICIDE WATCH C | 12:45am | THOMAS,CRYSTAL | ███████████.APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:45am | THOMAS,CRYSTAL | ███████████..APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:45am | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) |
| | | SUICIDE WATCH C | 12:46am | THOMAS,CRYSTAL | ███████████..APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 12:46am | THOMAS,CRYSTAL | ███████████ APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 01:00am | THOMAS,CRYSTAL | ███████████.APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 01:00am | THOMAS,CRYSTAL | ███████████..APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 01:00am | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) |
| | | SUICIDE WATCH C | 01:01am | THOMAS,CRYSTAL | ███████████..APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 01:01am | THOMAS,CRYSTAL | ███████████ APPEARS OKAY (SLEEP) |
| | | SECURITY CHECK | 01:05am | THOMAS,CRYSTAL | |
| | | SECURITY CHECK | 01:15am | THOMAS,CRYSTAL | ALL INMATES APPEAR OKAY AT THIS TIME |
| | | SUICIDE WATCH C | 01:16am | THOMAS,CRYSTAL | ███████████.APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 01:16am | THOMAS,CRYSTAL | ███████████...APPEARS OKAY |

Pulaski County - Sheriff'S Office
Jail Log File Report for
Dates From 02/15/2017 to 02/15/2017
For Jail Area: C-UNIT
Report Ran on 02/15/2017 at 10:00am

| Log Date | Jail Area | Action | Event Time | Officer | Event Description |
|----------|-----------|--------|------------|---------|-------------------|
| | | | | | (SLEEP) |
| | | SUICIDE WATCH C | 01:17am | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL...APPEARS OKAY |
| | | | | | (AWAKE |
| | | SUICIDE WATCH C | 01:17am | THOMAS,CRYSTAL | ██████████ ..APPEARS OKAY (SLEEP |
| | | SUICIDE WATCH C | 01:17am | THOMAS,CRYSTAL | █████████ APPEARS OKAY |
| | | | | | (SLEEP |
| | | SUICIDE WATCH C | 01:31am | THOMAS,CRYSTAL | ████████.APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 01:32am | THOMAS,CRYSTAL | █████████...APPEARS OKAY |
| | | | | | (SLEEP |
| | | SUICIDE WATCH C | 01:32am | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL...APPEARS OKAY |
| | | | | | (AWAKE MOVING AROUND) |
| | | SUICIDE WATCH C | 01:32am | THOMAS,CRYSTAL | ██████████..APPEARS OKAY (SLEEP |
| | | SUICIDE WATCH C | 01:33am | THOMAS,CRYSTAL | █████████ APPEARS OKAY |
| | | | | | (SLEEP |
| | | EMPLOYEE IN | 01:38am | THOMAS,CRYSTAL | DEP.MOTON |
| | | EMPLOYEE BREAK | 01:39am | MOTON,KIMBERLY | DEP.THOMAS |
| | | SUICIDE WATCH C | 01:48am | MOTON,KIMBERLY | ██████ APPEARS ASLEEP ON BUNK AND |
| | | | | | OK |
| | | SUICIDE WATCH C | 01:48am | MOTON,KIMBERLY | ████████████ APPEARS ASLEEP ON |
| | | | | | BUNK AND OK |
| | | SUICIDE WATCH C | 01:48am | MOTON,KIMBERLY | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND |
| | | | | | APPEARS OK |
| | | SUICIDE WATCH C | 01:48am | MOTON,KIMBERLY | ████████ APPEARS ASLEEP ON BUNK |
| | | | | | AND OK |
| | | SUICIDE WATCH C | 01:48am | MOTON,KIMBERLY | █████████ APPEARS ASLEEP ON |
| | | | | | BUNK AND OK |
| | | GENERAL ACTIVIT | 01:57am | MOTON,KIMBERLY | ████████APPEARS ASLEEP ON BUNK |
| | | | | | AND OK |
| | | SECURITY CHECK | 02:04am | MOTON,KIMBERLY | |
| | | SUICIDE WATCH C | 02:04am | MOTON,KIMBERLY | ████████APPEARS ASLEEP ON BUNK AND |
| | | | | | OK |
| | | SUICIDE WATCH C | 02:04am | MOTON,KIMBERLY | ████████████ APPEARS ASLEEP ON |
| | | | | | BUNK AND OK |

```
                Pulaski County - Sheriff'S Office
                     Jail Log File Report for
              Dates From 02/15/2017 to 02/15/2017
                     For Jail Area: C-UNIT
              Report Ran on 02/15/2017 at 10:00am
```

| Log Date | Jail Area | Action | Event Time | Officer | Event Description |
|---|---|---|---|---|---|
| | | SUICIDE WATCH C | 02:04am | MOTON,KIMBERLY | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK |
| | | SUICIDE WATCH C | 02:04am | MOTON,KIMBERLY | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 02:04am | MOTON,KIMBERLY | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | SECURITY CHECK | 02:11am | MOTON,KIMBERLY | H/C= 68 A/P ALL INMATES APPEAR OK |
| | | SUICIDE WATCH C | 02:19am | MOTON,KIMBERLY | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 02:19am | MOTON,KIMBERLY | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 02:19am | MOTON,KIMBERLY | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK |
| | | SUICIDE WATCH C | 02:19am | MOTON,KIMBERLY | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 02:19am | MOTON,KIMBERLY | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | EMPLOYEE BREAK | 02:27am | MOTON,KIMBERLY | DEP.THOMAS |
| | | EMPLOYEE BREAK | 02:33am | THOMAS,CRYSTAL | DEP.MOTON |
| | | SUICIDE WATCH C | 02:35am | THOMAS,CRYSTAL | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 02:35am | THOMAS,CRYSTAL | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 02:35am | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK |
| | | SUICIDE WATCH C | 02:35am | THOMAS,CRYSTAL | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 02:35am | THOMAS,CRYSTAL | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | MAIL CALL | 02:47am | THOMAS,CRYSTAL | COMPLETED................ |
| | | SUICIDE WATCH C | 03:09am | THOMAS,CRYSTAL | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 03:10am | THOMAS,CRYSTAL | ███████ APPEARS ASLEEP ON |

```
                    Pulaski County - Sheriff's Office
                      Jail Log File Report for
                   Dates From 02/15/2017 to 02/15/2017
                        For Jail Area: C-UNIT
                   Report Ran on 02/15/2017 at 10:00am
```

| Log Date | Jail Area | Action | Event Time | Officer | Event Description |
|---|---|---|---|---|---|
| | | SUICIDE WATCH C | 03:10am | THOMAS,CRYSTAL | BUNK AND OK |
| | | SUICIDE WATCH C | 03:10am | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK |
| | | SUICIDE WATCH C | 03:10am | THOMAS,CRYSTAL | ███████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 03:10am | THOMAS,CRYSTAL | ███████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 03:24am | MOTON,KIMBERLY | ███████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 03:24am | MOTON,KIMBERLY | ███████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 03:24am | MOTON,KIMBERLY | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK |
| | | SUICIDE WATCH C | 03:24am | MOTON,KIMBERLY | ███████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 03:24am | MOTON,KIMBERLY | ███████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SECURITY CHECK | 03:41am | MOTON,KIMBERLY | |
| | | SUICIDE WATCH C | 03:41am | MOTON,KIMBERLY | ███████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 03:41am | MOTON,KIMBERLY | ███████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 03:41am | MOTON,KIMBERLY | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK |
| | | SUICIDE WATCH C | 03:41am | MOTON,KIMBERLY | ███████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 03:41am | MOTON,KIMBERLY | ███████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SECURITY CHECK | 03:48am | MOTON,KIMBERLY | H/C=68 A/P ALL INMATES APPEAR OK |
| | | SUICIDE WATCH C | 03:57am | MOTON,KIMBERLY | ███████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 03:57am | MOTON,KIMBERLY | ███████████ APPEARS ASLEEP ON BUNK AND OK |

```
                Pulaski County - Sheriff'S Office
                    Jail Log File Report for
                Dates From 02/15/2017 to 02/15/2017
                     For Jail Area: C-UNIT
                Report Ran on 02/15/2017 at 10:00am
```

| Log Date | Jail Area | Action | Event Time | Officer | Event Description |
|---|---|---|---|---|---|
| | | SUICIDE WATCH C | 03:57am | MOTON,KIMBERLY | SMITH,TRILLUS LAKAIL |
| | | DEPUTY OFF DUTY | 03:57am | MOTON,KIMBERLY | ████████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 04:17am | MOTON,KIMBERLY | ████████ APPEARS ASLEEP ON BUNK AND OK |
| | *Court Find* | SUICIDE WATCH C | 04:17am | MOTON,KIMBERLY | 2 |
| | | SUICIDE WATCH C | 04:17am | MOTON,KIMBERLY | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK |
| | | SUICIDE WATCH C | 04:17am | MOTON,KIMBERLY | ████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 04:17am | MONHEAD,JAMES | ████████ AMD ASLEEP AMD OK |
| | | LATE ENTRY | 02:51am | THOMAS,CRYSTAL | ████████ APPEARS ASLEEP ON BUNK AND OK |
| | | LATE ENTRY | 02:52am | THOMAS,CRYSTAL | ████████ APPEARS ASLEEP ON BUNK AND |
| | | LATE ENTRY | 02:51am | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) |
| | | LATE ENTRY | 02:52am | THOMAS,CRYSTAL | ████████...APPEARS OKAY (SLEEP) |
| | | LATE ENTRY | 02:52am | THOMAS,CRYSTAL | ████████...APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 04:31am | THOMAS,CRYSTAL | ████████ APPEARS ASLEEP ON BUNK AND OK |
| | | SUICIDE WATCH C | 04:31am | THOMAS,CRYSTAL | ████████..APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 04:31am | THOMAS,CRYSTAL | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) |
| | | SUICIDE WATCH C | 04:32am | THOMAS,CRYSTAL | ████████...APPEARS OKAY (SLEEP) |
| | | SUICIDE WATCH C | 04:32am | THOMAS,CRYSTAL | ████████...APPEARS OKAY (SLEEP) |
| | | SECURITY CHECK | 05:07am | THOMAS,CRYSTAL | |
| | | INMATES OUT TO | 07:04am | THOMAS,CRYSTAL | ████████████ |
| | | INMATES OUT TO | 07:05am | THOMAS,CRYSTAL | |
| | | INMATES OUT TO | 07:05am | THOMAS,CRYSTAL | |



```
              Pulaski County - Sheriff's Office
                   Jail Log File Report for
              Dates From 02/15/2017 to 02/15/2017
                   For Jail Area: C-UNIT
              Report Ran on 02/15/2017 at 10:00am
```

| Log Date | Jail Area | Action | Event Time | Officer | Event Description |
|---|---|---|---|---|---|
| | | INMATES   OUT TO | 07:05am | THOMAS,CRYSTAL | ███████████ |
| | | INMATES   OUT TO | 07:07am | THOMAS,CRYSTAL | ███████████ |
| | | SUICIDE WATCH C | 05:05am | THOMAS,CRYSTAL | ███████████ ....APPEARS OKAY AT THIS TIME (SLEEP) |
| | | SUICIDE WATCH C | 05:28am | THOMAS,CRYSTAL | ███████████ ....APPEARS OKAY AT THIS TIME (SLEEP) |
| | | SUICIDE WATCH C | 05:50am | THOMAS,CRYSTAL | ███████████ ....APPEARS OKAY AT THIS TIME (SLEEP) |
| | | SUICIDE WATCH C | 06:00am | THOMAS,CRYSTAL | ███████████ ....APPEARS OKAY AT THIS TIME (SLEEP) |
| | | SUICIDE WATCH C | 06:12am | THOMAS,CRYSTAL | ███████████ ....APPEARS OKAY AT THIS TIME (SLEEP) |
| | | SUICIDE WATCH C | 06:30am | THOMAS,CRYSTAL | ███████████ ....APPEARS OKAY AT THIS TIME (SLEEP) |
| | | SUICIDE WATCH C | 05:05am | THOMAS,CRYSTAL | ███████████ ..APPEARS OKAY AT THIS (SLEEP) |
| | | SUICIDE WATCH C | 05:28am | THOMAS,CRYSTAL | ███████████ ..APPEARS OKAY AT THIS (SLEEP) |
| | | SUICIDE WATCH C | 05:38am | THOMAS,CRYSTAL | ███████████ ..APPEARS OKAY AT THIS (SLEEP) |
| | | SUICIDE WATCH C | 05:50am | THOMAS,CRYSTAL | ███████████ ..APPEARS OKAY AT THIS (SLEEP) |
| | | SUICIDE WATCH C | 06:10am | THOMAS,CRYSTAL | ███████████ ..APPEARS OKAY AT THIS (SLEEP) |
| | | SUICIDE WATCH C | 06:30am | THOMAS,CRYSTAL | ███████████ ..APPEARS OKAY AT THIS (SLEEP) |
| | | SUICIDE WATCH C | 05:05am | THOMAS,CRYSTAL | ███████████ ..APPEARS OKAY AT THIS TIME (SLEEP) |
| | | SUICIDE WATCH C | 05:28am | THOMAS,CRYSTAL | ███████████ ..APPEARS OKAY AT THIS TIME (SLEEP) |
| | | SUICIDE WATCH C | 05:38am | THOMAS,CRYSTAL | ███████████ ..APPEARS OKAY AT THIS TIME (SLEEP) |
| | | SUICIDE WATCH C | 05:50am | THOMAS,CRYSTAL | ███████████ ..APPEARS OKAY AT THIS TIME |

MSJ SOF 000104

```
                    Pulaski County - Sheriff'S Office
                       Jail Log File Report for
                    Dates From 02/15/2017 to 02/15/2017
                         For Jail Area: C-UNIT
                    Report Ran on 02/15/2017 at 10:00am
```

| Log Date | Jail Area | Action | Event Time | Officer | Event Description |
|---|---|---|---|---|---|
| | | SUICIDE WATCH C | 06:10am | THOMAS,CRYSTAL | (SLEEP █████████..APPEARS OKAY AT THIS TIME |
| | | SUICIDE WATCH C | 06:25am | THOMAS,CRYSTAL | (SLEEP ███████..APPEARS OKAY AT THIS TIME |
| | | SUICIDE WATCH C | 05:05am | THOMAS,CRYSTAL | (SLEEP ██████████..APPEARS OK |
| | | SUICIDE WATCH C | 05:28am | THOMAS,CRYSTAL | (SLEEP) ████████████..APPEARS OK |
| | | SUICIDE WATCH C | 05:38am | THOMAS,CRYSTAL | (SLEEP) ███████████..APPEARS OK |
| | | SUICIDE WATCH C | 05:50am | THOMAS,CRYSTAL | (SLEEP) ████████████..APPEARS OK |
| | | SUICIDE WATCH C | 06:00am | THOMAS,CRYSTAL | (SLEEP) █████████..APPEARS OK (SLEEP |
| | | SUICIDE WATCH C | 06:12am | THOMAS,CRYSTAL | ██████████..APPEARS OK (SLEEP |
| | | SUICIDE WATCH C | 06:30am | THOMAS,CRYSTAL | ██████████..APPEARS OK (SLEEP |
| | | SECURITY CHECK | 07:05am | PATTON,LAVONDA | DURING A-SHIFT FORMAL HEADCOUNT |
| | | SECURITY CHECK | 07:15am | PATTON,LAVONDA | H/C 67 W/ 5 OTC |
| | | SUICIDE WATCH C | 07:05am | PATTON,LAVONDA | ███████████ APPEARS TO BE OKAY |

```
Total Actions On 02/15/2017 = 154
*********************** Detail Summary *****************************
Total Number of Logs Listed: 1
Total Number of Actions Associated to Logs Listed: 154
***************************************************************
```

# Suspect Rap Sheet



| | |
|---|---|
| **ATN:** | PCS202364517 |
| **SID:** | |
| **Last Name:** | SMITH |
| **First Name:** | TRILLUS |
| **Middle Name:** | |
| **DOB:** | ▓▓▓▓ |
| **Race:** | B |
| **Sex:** | F |
| **Height:** | 502 |
| **Weight** | 140 |
| **Build:** | |
| **Eye Color:** | BRO |
| **Hair Color:** | BLK |
| **Hair Length:** | |
| **FBI:** | |
| **SSN:** | ▓▓▓▓ |
| **Drivers License:** | |
| **Gang Affiliation:** | |

**ScarType:**
**Scar Location:**
**Mark Location:**
**Mole Location:**
**Deformities:**
**Tattoo Type:**
**Tattoo Location:**
**Tattoo Literal:**
**Tattoo Type:**
**Tattoo Location:**
**Tattoo Literal:**
**Tattoo Type:**
**Tattoo Location:**
**Tattoo Literal:**

**Street Number:**
**Street Name:**
**Apartment Number**
**Rural Route:**
**Rural Route Box:**
**City:**
**State:** AR
**Zip:** 72204

**Tattoo Type:**
**Tattoo Location:**
**Tattoo Literal:**
**Tattoo Type:**
**Tattoo Location:**
**Tattoo Literal:**

PCS2023645151

SMITH        TRILLUS

20170202                                    AR0600000



86

SMITH   TRILLUS

20170202

AR0600000



MSJ SOF 000108

# ARKANSAS ARREST / DISPOSITION REPORT
## Pulaski County Sheriff's Office

**DEFENDANT IDENTIFICATION**

Arresting Agency Name | NCIC CODE

Name Last: Smith    First: Trillus    Middle:

Aliases:

STREET ADDRESS: ▮▮▮▮▮▮▮    PHONE NUMBER: Ref

City: LR    State: AR    Zip: 72209

Employer / Occupation: N/A

Sex: ☑ M ☐ F    RACE: ☐ WHITE ☑ BLACK ☐ American Indian or Alaskan Native ☐ Asian or Pacific Islander ☐ Unknown    Ethnicity: ☐ Hispanic ☐ Not Hispanic    Date of Birth: ▮▮▮    Place of Birth: LR AR

Hair: Blk    Eyes: Bro    Weight: 120    Height: 5'2    Scars and Marks: N/A

Name Nearest Relative: Ref    Phone Number:

Place of Arrest: 9601 Baptist Health Dr.    Arresting Officers: Cavin 276

Date of Arrest: 2-2-17    Time of Arrest: 0322    Bail Amount: No Bond    Report Number: 17-2457    Agency Received From: PCSO    Agency Transferred to: PCRDF

| | Case/Docket Number | Statute No. | Counts | Charge Description | Law Enforcement Action | Date of Action |
|---|---|---|---|---|---|---|
| 1 | | 5-13-202 | 1 | Battery 2nd | D-Fel | 2-2-17 |
| 2 | | 5-13-204 | 1 | Agg Assault | D-Fel | 2-2-17 |
| 3 | | 5-38-204 | 1 | Criminal Mischief 2nd | B-Mis | 2-2-17 |
| 4 | | | | | | |
| 5 | | | | | | |

Facts of Arrest (PC): While working off duty at Baptist Hospital I observed Security Officers attempting to escort Ms. Smith who was agitated, to her room. Ms. Smith began pulling away from Security Staff + then stabbed a Security officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights + tried to bite my arm. Smith was then pepper sprayed.

Complainant and Witness Names | Address | Phone | Right Thumb Print

Complainant:

Witness:

Witness:

Court Trying Case: PCDC    Court Date: 2-28-17    Time: 0900

## Citation Appear
I promise to appear at the above stated time place and court.

_____
Name and Title of Issuing Officer

_____
(Signature of Accused)

## IMPORTANT NOTICE
**Failure to appear at the stated time, place and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.**

RECORDS COPY

# Final Disposition Of Charge Report

**ALL INFORMATION IS ESSENTIAL**

| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | ARREST TRACKING NO |
|---|---|---|---|---|
| SMITH | TRILLUS | | | PCS202364517 |

| PLACE ALIASES ON BACK OF FINGERPRINT CARD | DATE OF BIRTH | PLACE OF BIRTH (CITY, STATE) |
|---|---|---|
| | ▮▮▮▮▮▮ | AR |

| ARRESTING AGENCY ORI NO | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| AR0600000 | F | B | 502 | 140 | BRO | BLK |

| DATE ARRESTED | AGENCY CASE NO | ARRESTING OFFICER |
|---|---|---|
| 02/02/2017 | | |

| SID NO | FBI NO | ARRESTING AGENCY |
|---|---|---|
| | | |

SENTENCING COURT

| JAIL TIME | SUSPENDED | PROBATION | SUSPENDED | RESTITUTION |
|---|---|---|---|---|
| | | | | |

| COURT DATE | INSTITUTION CONFINED |
|---|---|
| | |

**CHARGE AT ARREST**

02-02-2017   0045 (FD) BATTERY - 2ND DEGREE

| FILED CHARGE | DOCKET NO. |
|---|---|
| | |

FINAL CHARGE

☐ DOMESTIC VIOLENCE RELATED OFFENCE

RELATIONSHIP OF VICTIM _____

MCDV Statue _____

MCDV Sub-section _____

ACTION TAKEN
☐ GUILTY
☐ DISMISSED
☐ NOT GUILTY
☐ NOLLE PROS.
☐ PUA/DEFERRED
☐ NOT FILED
☐ ACT 346
☐ OTHER

| EXPLAIN NOLLE OR OTHER | PLEA |
|---|---|
| | ☐ GUILTY<br>☐ NOT GUILTY<br>☐ NOLO CONTENDER |

| FINE | SUSPENDED | COST | SUSPENDED |
|---|---|---|---|
| | | | |

FORM COMPLETED BY AND DATE

**Municipal Court completes form upon final disposition of case in Municipal Court. Return to: Arkansas Crime Information Center, No. 1 Capitol Mall, Little Rock, AR 72201. If case transferred to Circuit Court forward form to Prosecuting Attorney.**

# Final Disposition Of Charge Report
**ALL INFORMATION IS ESSENTIAL**

| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | ARREST TRACKING NO |
|---|---|---|---|---|
| SMITH | TRILLUS | | | PCS202364517 |

| PLACE ALIASES ON BACK OF FINGERPRINT CARD | DATE OF BIRTH ▇▇▇▇▇▇ | PLACE OF BIRTH (CITY, STATE) AR |
|---|---|---|

| ARRESTING AGENCY ORI NO | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| AR0600000 | F | B | 502 | 140 | BRO | BLK |

| DATE ARRESTED | AGENCY CASE NO | ARRESTING OFFICER |
|---|---|---|
| 02/02/2017 | | |

| SID NO | FBI NO | ARRESTING AGENCY |
|---|---|---|
| | | |

| SENTENCING COURT |
|---|
| |

| JAIL TIME | SUSPENDED | PROBATION | SUSPENDED | RESTITUTION |
|---|---|---|---|---|
| | | | | |

| COURT DATE | INSTITUTION CONFINED |
|---|---|
| | |

| CHARGE AT ARREST |
|---|
| 02-02-2017   0047 (FD) AGGRAVATED ASSAULT |

| FILED CHARGE | DOCKET NO. |
|---|---|
| | |

**FINAL CHARGE**

☐ DOMESTIC VIOLENCE RELATED OFFENCE

RELATIONSHIP OF VICTIM _____

MCDV Statue _____

MCDV Sub-section _____

**ACTION TAKEN**
☐ GUILTY   ☐ NOLLE PROS.   ☐ ACT 346
☐ DISMISSED   ☐ PUA/DEFERRED   ☐ OTHER
☐ NOT GUILTY   ☐ NOT FILED

| EXPLAIN NOLLE OR OTHER | PLEA |
|---|---|
| | ☐ GUILTY   ☐ NOT GUILTY   ☐ NOLO CONTENDER |

| FINE | SUSPENDED | COST | SUSPENDED |
|---|---|---|---|
| | | | |

| FORM COMPLETED BY AND DATE |
|---|
| |

Municipal Court completes form upon final disposition of case in Municipal Court.Return to: Arkansas Crime Information Center, No. 1 Capitol Mall, Little Rock, AR 72201. If case transferred to Circuit Court forward form to Prosecuting Attorney.

DATE:  FEBRUARY 3, 2017

TO:  _____

*no contact order* (handwritten)

RECEIVED (handwritten)

FROM:  PULASKI COUNTY DISTRICT COURT
CAROL WILKINS, CLERK
3001 W ROOSEVELT RD
LITTLE ROCK, AR 72204
(501)340-6824

2017 FEB -3  A 10: 57

PCRDF/COURT LIAISON

<u>SPEED LETTER</u>

DEFENDANT:  <u>TRILLUS LAKAIL K SMITH</u>

DOB:  ███████

CASE ID & DESCRIPTION:  <u>PCS-17-854 STATE V TRILLUS LAKAIL K SMITH</u>

TICKET NO:  <u>17-2457</u>

CHARGES:  <u>BATTERY 2ND DEGRE</u>  (No — handwritten)
<u>AGGRAVATED ASSAULT</u>
<u>CRIMINAL MISCHIEF 2ND DEGREE</u>
<u>DEFENDANT UPDATE</u>

DEFENDANT RECOGNIZED:  YES _____ / NO _____
BOND AMOUNT:  $10,000
BOND TYPE:  SURETY _____ / CASH _____ / OTHER _____
BOND POSTED WITH:  _____
DEFENDANT MAY BE RELEASED IF NO OTHER DETAINERS AFTER PROCESSING:  YES _____ / NO _____
UPON RELEASE COME BY THE COURTHOUSE:  YES _____ / NO _____
COURT DATE & TIME: <u>VIDEO ARRAIGNMENT HEARING 03-FEB-17 08:30:00</u>
<u>VIDEO ARRAIGNMENT HEARING 03-FEB-17 08:30:00</u>
<u>VIDEO ARRAIGNMENT HEARING 03-FEB-17 08:30:00</u>
FINES:
DEFENDANT COMMITTED:  YES _____ / NO _____
SENTENCE LENGTH:
CONSECUTIVE _____ / CONCURRENT _____
COMMUNITY SERVICE:

<u>WARRANTS</u>

OUTSTANDING WARRANTS ON THIS CASE:

SERVICE:  PLEASE SERVE _____ / WAIVED _____ / RECALLED _____

SPECIAL INSTRUCTIONS / REMARKS:  PTF  4-3-17  9am

<u>COMMITMENT</u>

IF DEFENDANT IS COMMITTED ON ABOVE FINES, PLEASE USE THIS AS THE COMMITMENT.



# Pulaski County District Court

**JUDGE WAYNE A. GRUBER**   3001 West Roosevelt
Little Rock, AR 72204
501-340-6845
501-340-6899 Fax

STATE OF ARKANSAS

**PLAINTIFF**

VS.

_Trillus Smith_   NO. _PCS-17-854_

**DEFENDANT**

## NO CONTACT ORDER

The Defendant is hereby ordered to have no contact, either directly or indirectly, by person, telephone, mail or any other means, with:

NAME: _Kyle Martin w/m_ ███████

ADDRESS: ████████████████  _LR AR_
72205

or his/her immediate family.

Violation of this order subjects the Defendant to immediate arrest and detention; and any law enforcement officer having reasonable cause to believe that this order has been violated is ordered to immediately detain the Defendant to be brought before the Court within forty-eight (48) hours.

This order is in addition to, and consistent with, orders issued pursuant to Arkansas Rules of Criminal Procedure No. 9.3., Ark. Code Ann. § 5-71-229, and Ark code Ann. § 9-15-201, *et seq.*

This order shall remain in effect for a period of one year from date of issue unless otherwise modified, or dismissed.

IT IS SO ORDERED.

SERVED BY DEPUTY: _____

DATE:_____, 20___ TIME: _____

_____
PULASKI COUNTY DISTRICT JUDGE

DATE: _2/3/17_

_____
DEFENDANT'S SIGNATURE

ACIC/NCIC Entry Information:  CSN#_____   SSN#███████

Defendant's Name _Trillus Smith_   SSN#████████  DOB ████████████

Race _B_ Sex _F_ Height_5-2_ Weight_120_ Birth Place _LR AR_ ___/___/___

Driver's License#████████ State _AR_ Court File Address for Defendant_____

# ARKANSAS ARREST / DISPOSITION REPORT

## Pulaski County Sheriff's Office

### DEFENDANT   IDENTIFICATION

Arresting Agency Name | NCIC CODE

| | | |
|---|---|---|
| Name Last: **Smith** | First: **Trillus** | Middle: |

Aliases

| | |
|---|---|
| STREET ADDRESS: ▮▮▮▮▮▮▮▮ | PHONE NUMBER: *Ref* |
| City: *LR* | State: *AR*   Zip: *72209* |

Correction Unit / CSN | FBI No. | NSE | Employer / Occupation: *N/A*

| Sex: ☐M ☑[?] | RACE: ☐ WHITE ☑ BLACK ☐ American Indian or Alaskan Native ☐ Asian or Pacific Islander ☐ Unknown | Ethnicity: ☐ Hispanic ☐ Not Hispanic | Date of birth: ▮▮▮▮ | Place of Birth: *LR AR* |
|---|---|---|---|---|

| Hair: *BLK* | Eyes: *Bro* | Weight: *120* | Height: *5'2* | Scars and Marks: *N/A* |
|---|---|---|---|---|

Name Nearest Relative: *Ref* | Phone Number

Place of Arrest: *9601 Baptist Health Dr.* | Arresting Officers: *Gavin 276l*

| Date of Arrest: *2-2-17* | Time of Arrest: *0322* | [?] | Report Number: *17-2457* | Agency Received From: *PCSO* | | Agency Transferred to: *PCRDF* |
|---|---|---|---|---|---|---|

| # | Statute No. | Counts | Charge Description | Law Enforcement Action | Date of Action |
|---|---|---|---|---|---|
| 1 | 5-13-202 | 1 | Battery 2nd | D-Fel | 2-2-17 |
| 2 | 5-13-204 | 1 | Agg Assault | D-Fel | 2-2-17 |
| 3 | 5-38-204 | 1 | Criminal Mischief 2nd | B-Mis | 2-2-17 |
| 4 | | | | | |
| 5 | | | | | |

**Facts of Arrest (PC)**

While working off duty at Baptist Hospital, I observed Security Officers attempting to escort Ms. Smith who was aggitated, to her room. Ms. Smith began pulling away from Security Staff & then stabbed a Security Officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights & tried to bite my arm. Smith was then Pepper Sprayed.

| Complainant and Witness Names | Address | Phone | Right Thumb Print |
|---|---|---|---|
| Complainant | | | |
| Witness | | | |
| Witness | | | |

**Court Trying Case:** *PCDC*   **Court Date:** *2-28-17*   **Time:** *0900*

## Citation Appear
I promise to appear at the above stated time place and court.

_____
Name and Title of Issuing Officer

_____
(Signature of Accused)

## IMPORTANT NOTICE

**Failure to appear at the stated time, place and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.**

# ARKANSAS ARREST / DISPOSITION REPORT

## Pulaski County Sheriff's Office

**DEFENDANT IDENTIFICATION**

Arresting Agency Name | NCIC CODE

Name Last **Smith** First **Trillus** Middle

Aliases

STREET ADDRESS ███████████ PHONE NUMBER **Ref**

City **LR** State **AR** Zip **72209**

Computer User SSN ███████████ FBI Number ███████████ Employer / Occupation **N/A**

Sex ☑ M ☐ F
RACE ☐ WHITE ☑ BLACK ☐ American Indian or Alaskan Native ☐ Asian or Pacific Islander ☐ Unknown
Ethnicity ☐ Hispanic ☑ Not Hispanic
Date of Birth ███████████ Place of Birth **LR AR**

Hair **Blk** Eyes **Bro** Weight **120** Height **5'2** N/A Scars and Marks

Name Nearest Relative **Ref** Phone Number

Place of Arrest **9601 Baptist Health Dr.** Arresting Officers **Cavin 276**

| | Date of Arrest **2-2-17** | Time of Arrest **0322** | Bail Bond ███████ | Report Number **17-2457** | Agency Received From **PCSO** | | Agency Transferred to **PCRDF** | |
|---|---|---|---|---|---|---|---|---|
| | Statute No. | Counts | Charge Description | | | Law Enforcement Action | Date of Action | |
| 1 | 5-13-202 | 1 | Battery 2nd | | | D-Fel | 2-2-17 | |
| 2 | 5-13-204 | 1 | Agg. Assault | | | D-Fel | 2-2-17 | |
| 3 | 5-38-204 | 1 | Criminal Mischief 2nd | | | B-Mis | 2-2-17 | |
| 4 | | | | | | | | |

**Facts of Arrest (FC)**

While working off duty at Baptist Hospital, I observed Security Officers attempting to escort Ms. Smith, who was aggitated, to her room. Ms. Smith began pulling away from Security Staff & then stabbed a Security Officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights & tried to bite my arm. Smith was then pepper sprayed.

Complainant and Witness Names | Address | Phone | Right Thumb Print

Complainant

Witness

Witness

**Court Trying Case:** **PCDC**

**Court Date:** **2-28-17** **Time:** **0900**

## Citation Appear
I promise to appear at the above stated time place and court.

## IMPORTANT NOTICE
**Failure to appear** at the stated time, place and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.

_____
Name and Title of Issuing Officer

_____
(Signature of Accused)

RECORDS COPY

94

# ARKANSAS ARREST / DISPOSITION REPORT
## Pulaski County Sheriff's Office

DEFENDANT IDENTIFICATION

| Name Last | First | Arresting Agency Name | NCIC CODE |
|---|---|---|---|
| Smith | Trillus | | Middle |

| Aliases | | |
|---|---|---|

| STREET ADDRESS | ████████ | | PHONE NUMBER Ref |
|---|---|---|---|
| City LR | | State AR | Zip 72209 |

| | | | | LICENSE | Employer / Occupation N/A |
|---|---|---|---|---|---|

| Sex ☑ M ☑ F | RACE ☐ WHITE ☑ BLACK ☐ American Indian or Alaskan Native ☐ Asian or Pacific Islander ☐ Unknown | Ethnicity ☐ Hispanic ☐ Not Hispanic | Date of Birth ████████ | Place of Birth LR AR |
|---|---|---|---|---|

| Hair BLK | Eyes Bro | Weight 120 | Height 5'2 | Scars and Marks N/A |
|---|---|---|---|---|

| Name Nearest Relative Ref | | Phone Number |
|---|---|---|

| Place of Arrest 9601 Baptist Health Dr. | Arresting Officers Cavin 2761 |
|---|---|

| Date of Arrest 1-2-17 | Time of Arrest 0322 | | Report Number 17-2457 | Agency Received From PCSO | | Agency Transferred to PCRDF |
|---|---|---|---|---|---|---|

| | Statute No. | Counts | Charge Description | Law Enforcement Action | Date of Action |
|---|---|---|---|---|---|
| 1 | 5-13-202 | 1 | Battery 2nd | D-Fel | 2-2-17 |
| 2 | 5-13-204 | 1 | Agg Assault | D-Fel | 2-2-17 |
| 3 | 5-38-204 | 1 | Criminal Mischief 2nd | B-Mis | 2-2-17 |
| 4 | | | | | |

Facts of Arrest (FC)

While working off duty at Baptist Hospital, I observed security officers attempting to escort Ms. Smith, who was aggitated, to her room. Ms. Smith began pulling away from security staff & then stabbed a security officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights & tried to bite my arm. Smith was then pepper sprayed.

| Complainant and Witness Names | Address | Phone | Right Thumb Print |
|---|---|---|---|
| Complainant | | | |
| Witness | | | |
| Witness | | | |

**Court Trying Case:** PCDC    **Court Date** 2-28-17    **Time:** 0900

### Citation Appear
I promise to appear at the above stated time place and court.

_____
Name and Title of Issuing Officer

_____
(Signature of Accused)

## IMPORTANT NOTICE
**Failure to appear at the stated time, place and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.**

MSJ SOF 000116

95

DIVISION 1
3643



# PULASKI COUNTY
## Office of the Sheriff
### Doc Holladay, Sheriff
Regional Detention Facility
3201 W. Roosevelt Road, Little Rock, AR  72204
Tel: (501)340-7000 Fax: (Admin) 340-7071 (Intake) 340-7037

## Property Record

Hanger Number: 3643

Date: 2-2-17

Detainee's Name: Smith, Trillus

Booking Number: 1964-17

Seal Number: O 32636

### Property or Clothing Received from Detainee:

1. White Shirt
2. Tan Pants
3. Red + Black Shoes
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____

*Inventorying Deputy Signature & DSN

### County Property Issued:

| | |
|---|---|
| ✓ Action Packer | ✓ Laundry Bag |
| ✓ Blanket | 2 Sheets |
| ✓ Shirt | ✓ Pants |
| ✓ Hygiene Kit | ✓ Shower Shoes |
| ✓ Underwear | ✓ ID Wristband |

I certify that the above listed property was taken from me and that the county property listed was issued to me:

X _____
Inmate's Signature

*Issuing Member's Signature & DSN

# PULASKI COUNTY REGIONAL DETENTION FACILITY
## *Detainee Information Sheet*

Name: _Smith, Trillus_
(Last)            (First)            (M/I)

Address: ███████████████████ _Little Rock Ar_
(Street)            (City)            (State)

Race: _B_            Hispanic: _____            Sex: _F_

Date of Birth: ████████            Age: _22_

Drivers License #: ████████            State of Issue: _Ar_

Social. Security #: ██████████

Hair: _Blk_            Eyes: _Brown_            Height: _5'2_            Weight: _120_

Nickname(s) or Alias: _____

Place of Birth: _Little Rock Ar_            Marital Status: _S_
(City)            (State)

Scars/Marks/Tatoos: _____

Place of Employment: _N/A_
(Employer)            (City)            (State)

## Emergency Contact Information:

Person=s Name: _Kay Kay_
(Last)            (First)            (M/I)

Address: _____
(Street)            (City)            (State)

Persons Relationship to You: _Mother_            Phone: ████████████

*Do you have any medical problems we need to know about ?* _____

Please List: _____

Have you ever been in this facility ? _Yes_            When? _____

d_i_s Revision 10/13/98

97

| NAME | | | | | | |
|------|---|---|---|---|---|---|
| SMITH, TRILLUS LAKAIL | | | | | | |
| SOCIAL SECURITY NUMBER | | | | | | |

| DATE OF BIRTH | SEX F | RACE B | HGT. 502 | WGT. 150 | EYES BRO | HAIR BLK |
|---|---|---|---|---|---|---|

| | | ⊠ | ⊠ | ⊠ |
|---|---|---|---|---|
| R. Thumb | R. Index | R. Middle | R. Ring | R. Little |

| ⊠ | ⊠ | ⊠ | ⊠ | ⊠ |
|---|---|---|---|---|
| L. Thumb | L. Index | L. Middle | L. Ring | L. Little |

MSJ SOF 000119

# Pulaski County Regional Detention Facility

## Intake Acceptance and Screening

Detainee's Name: _Smith, Trillus_      Date: _1-2-17_

### Custody Acceptance

|  | YES | NO |
|---|---|---|
| Does the arrestee have any observable medical problems? | ✓ | 276 |
| Does the arrestee have any observable mental health problems? | ✓ | 276 |
| Does the arrestee show any signs of suicidal behavior/attempts? | — | 276 |
| Has the arrestee shown any unusual behaviors, including escape potential or a propensity toward violence? | — | 276 |
| Does the transporting Officer have any other information, which we need to know concerning this arrestee? If yes, what? _____ | — | 276 |

Does the arrestee have a cane: (Circle)   Yes   (No)   A walker:   Yes   (No)   Or a wheelchair:   Yes   (No)

Staff Signature: _____   Date: _2-2-17_  Transporting Officer: _M. 276_

### Intake Screening

|  | YES | NO |
|---|---|---|
| Do you have any injuries that require immediate medical attention? _If injuries occurred during arrest, send to the E.R., prior to accepting. If there is bleeding, notify medical department. If any other injuries, detainee will be processed normally._ | — | 4010 |
| *Are you receiving medication for diabetes? | — | 4010 |
| *Are you taking any medication for any heart condition? | — | 4010 |
| *Are you being treated for a seizure disorder? _If last dose was over 5 hours ago, notify medical department. If last dose was within last 5 hours, detainee will be processed normally._ | — | 401x |
| *  If the Detainee answers yes to any of these questions, immediately notify medical department personnel. | | |
| Are you on digitalis? | — | 4010 |
| Are you taking any prescription medications that need to be continued while you are here? | — | 4010 |
| Are you currently taking any medication for depression or any other behavior problems? | — | 4010 |
| Are you now considering suicide? (If yes, place on suicide watch) | — | 4010 |
| *Have you ever attempted suicide? | — | 4010 |

Name of Medical Staff Member Notified: _____  Time: _____

|  | YES | NO |
|---|---|---|
| Have you ever been in jail before? (PREA) | 4010 | — |
| Is there anyone in this facility who may cause you harm? | — | 4010 |
| Have you ever been placed in protective custody? | — | 4010 |
| Is the arrestee under the age of 20? (PREA) | — | 4010 |
| Small size, thin build, frail? (PREA) | — | 4010 |

Detainee's Signature: _(X) Refused Sgt H 2 Smith_  9/2

Staff Signature: _____   DSN: _4010_  Date: _2-2-17_  Time: _0410_

# ARKANSAS ARREST / DISPOSITION REPORT
## Pulaski County Sheriff's Office

**DEFENDANT   IDENTIFICATION**

| Arresting Agency Name | NCIC CODE |

| ame Last | Smith | First | Trillus | Middle | |

**Aliases**

| STREET ADDRESS | ████████████ | | | PHONE NUMBER Ref |
| City | LR | | State AR | Zip 72209 |

| SOCIAL SECURITY NUMBER | DRIVER'S LICENSE | | Employer / Occupation N/A |

| Sex ☑ M ☐ F | RACE ☐ WHITE ☑ BLACK ☐ American Indian or Aleskan Native ☐ Asian or Pacific Islander ☐ Unknown | Ethnicity ☐ Hispanic ☑ Not Hispano | Date of birth ████████ | Place of Birth LR AR |

| Hair BLK | Eyes Bro | Weight 120 | Height 5'2 | Scars and Marks N/A |

| Name Nearest Relative Ref | | Phone Number |

| Place of Arrest 9601 Baptist Health Dr. | Arresting Officers Cavin 2761 |

| Date of Arrest 2-2-17 | Time of Arrest 0322 | Bail Amount 700 30,000 | Report Number 17-2457 | Agency Received From PCSO | Agency Transferred to PCRDF |

| # | Case / Ticket Number | Statute No. | Counts | Charge Description | Law Enforcement Action | Date of Action |
|---|---|---|---|---|---|---|
| 1 | | 5-13-202 | 1 | Battery 2nd | D-Fel | 2-2-17 |
| 2 | | 5-13-204 | 1 | Agg Assault | D-Fel | 2-2-17 |
| 3 | | 5-38-204 | 1 | Criminal Mischief 2nd | B-Mis | 2-2-17 |
| 4 | | | | | | |
| 5 | | | | | | |

**Facts of Arrest (PC)**

While working off duty at Baptist Hospital, I observed Security Officers attempting to escort Ms. Smith who was aggitated, to her room. Ms. Smith began pulling away from Security Staff & then stabbed a Security Officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights & tried to bite my arm. Smith was then pepper sprayed.

| Complainant and Witness Names | Address | Phone | Right Thumb Print |
| Complainant | | | |
| Witness | | | |
| Witness | | | |

| Court Trying Case: PDC | Court Date 2-28-17 | Time: 0900 |

## Citation Appear
I promise to appear at the above stated time place and court.

### IMPORTANT NOTICE

**Failure to appear at the stated time, place and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.**

_____
Name and Title of Issuing Officer

_____
(Signature of Accused)

LITTLE ROCK
(501)340-6600
FAX

**NAME:**   SMITH,TRILLUS LAKAIL

ALIAS:
DOB:
DLN:
SSN: 
SID #:
FBI #:
GENDER:      F
RACE:        B
HEIGHT:      502
WEIGHT:      150
HAIR:        BLK
EYES:        BRO



**BOOKING # 1964-17**   **SO # 188619**   **CELL # H/C-150**   **BASKET #**
C-218

BOOKING DATE: 02/02/2017     TIME:           RELEASE DATE:          CLASSIFICATION:
ARREST DATE: 02/02/2017                                             RELEASE TYPE:
ADDRESS                      CITY: LITTLE ROCK    STATE/ZIP: AR
HOME PHONE:                  OTHER PHONE:                           }
ARRESTING OFFICER: CAVIN 2761                     BOOKING OFFICER: SIMMONS,DYLEHAT
HOLDS:

---

OFFENSE #1: BATTERY - 2ND DEGREE           WARRANT# 000000        CASE#
RIGHTS:                                    BOND:
                                           FINE:
DISPOSITION: SEE OFF 3                      COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT       COURT DATE:
COMMENTS:                                                         COURT TIME:

---

OFFENSE #2: AGGRAVATED ASSAULT             WARRANT# 000000        CASE#
RIGHTS:                                    BOND:
                                           FINE:
DISPOSITION: SEE OFF 3                      COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT       COURT DATE:
COMMENTS:                                                         COURT TIME:

---

OFFENSE #3: CRIMINAL MISCHIEF, 2ND         WARRANT# 000000        CASE#
DEGREE
RIGHTS:                                    BOND: $0.00
                                           FINE:
DISPOSITION:                               COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT       COURT DATE:
COMMENTS:                                                         COURT TIME:

---

MSJ SOF 000122

Error: page 123 of 460

LITTLE ROCK
(501)340-6600
FAX



**NAME:**       SMITH,TRILLUS LAKAIL
ALIAS:
DOB:
DLN:
SSN:
SID #:
FBI #:

GENDER:      F
RACE:        B
HEIGHT:     502
WEIGHT:     150
HAIR:        BLK
EYES:       BRO

---

**BOOKING # 1964-17**    **SO # 188619**      **CELL # H/C-150**      **BASKET #**
BOOKING DATE: 02/02/2017      TIME:                  CLASSIFICATION:
ARREST DATE: 02/02/2017      RELEASE DATE:       RELEASE TYPE:
ADDRESS:             CITY: LITTLE ROCK      STATE/ZIP: AR       ]
HOME PHONE:              OTHER PHONE:
ARRESTING OFFICER: CAVIN 2761       BOOKING OFFICER: SIMMONS,DYLEHAT
HOLDS:

---

OFFENSE #1: BATTERY - 2ND DEGREE       WARRANT# 000000       CASE#
RIGHTS:                                 BOND:
                                     FINE:
DISPOSITION: SEE OFF 3             COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:          COURT TIME:
COMMENTS:

---

OFFENSE #2: AGGRAVATED ASSAULT        WARRANT# 000000       CASE#
RIGHTS:                                 BOND:
                                     FINE:
DISPOSITION: SEE OFF 3             COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:          COURT TIME:
COMMENTS:

---

OFFENSE #3: CRIMINAL MISCHIEF, 2ND DEGREE        WARRANT# 000000       CASE#
RIGHTS:                                 BOND: $0.00
                                     FINE:
DISPOSITION:                      COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:          COURT TIME:
COMMENTS:

LITTLE ROCK
(501)340-6600
FAX



**NAME:**                     SMITH,TRILLUS LAKAIL
ALIAS:
DOB:
DLN:                          
SSN:
SID #:
FBI #:
GENDER:                       F
RACE:                         B
HEIGHT:                       502
WEIGHT:                       150
HAIR:                         BLK
EYES:                         BRO

---

**BOOKING # 1964-17          SO # 188619          CELL # H/C-150          BASKET #**
BOOKING DATE: 02/02/2017              TIME:                      CLASSIFICATION:
ARREST DATE: 02/02/2017              RELEASE DATE:               RELEASE TYPE:
ADDRESS:▇▇▇▇▇▇        CITY: LITTLE ROCK        STATE/ZIP: AR            ]
HOME PHONE:                          OTHER PHONE:
ARRESTING OFFICER: CAVIN 2761                   BOOKING OFFICER: SIMMONS,DYLEHAT
HOLDS:

---

OFFENSE #1: BATTERY - 2ND DEGREE            WARRANT# 000000          CASE#
RIGHTS:                                     BOND:
                                            FINE:
DISPOSITION: SEE OFF 3                       COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT         COURT DATE:              COURT TIME:
COMMENTS:

---

OFFENSE #2: AGGRAVATED ASSAULT              WARRANT# 000000          CASE#
RIGHTS:                                     BOND:
                                            FINE:
DISPOSITION: SEE OFF 3                       COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT         COURT DATE:              COURT TIME:
COMMENTS:

---

OFFENSE #3: CRIMINAL MISCHIEF, 2ND          WARRANT# 000000          CASE#
DEGREE
RIGHTS:                                     BOND: $0.00
                                            FINE:
DISPOSITION:                                COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT         COURT DATE:              COURT TIME:
COMMENTS:

---

# Pulaski County Regional Detention Facility

## Intake/Classification Criminal History Form

Detainee's Name: _Smith Trillo_     BI: _1968-19_     Date: _1-1-17_

Fed: _____     Criminal History     PEN: _____

|  | YES | NO |
|---|---|---|
| **Intake Clerk Use** | | |
| Is current and criminal history exclusively non-violent? "Potential Victimization" | | ✓ |
| Previous conviction for sexual abuse (to include implied threats of violence) in a prison or jail? (automatic potential aggressor designation) | | ✓ |
| Current or prior conviction for violent offenses (automatic potential aggressor designation) | | ✓ |
| Current or prior criminal conviction of any sex offenses against a child or adult | | ✓ |

### Intake Acceptance and Screening PREA Answers
(Transcribed from Intake Acceptance and Screening Form)

|  | YES | NO |
|---|---|---|
| 1. Has inmate ever been in jail before? | ✓ | |
| 2. Is inmate under the age of 20? | | ✓ |
| 3. Inmate is — small size, thin build, frail? | | ✓ |

Intake Staff Member's Signature: _D Simmons_  Date: _2-2-16_  Time: _4:50_

Note: The Intake Clerk will forward this form to Classification upon completing the section above.

### Classification Use Only

| | YES | NO |
|---|---|---|
| Medical Questionnaire indicated possible victimization (answered yes to 3 or more questions) | | ___ |
| Medical Questionnaire indicated: Automatic Potential Victim | | ___ |
| Medical Questionnaire did not indicate possible victimization | | ___ |
| Ringleader in the institution, member of a security threat group, significant institutional experience | | ___ |
| Institutional rule violation for sexual abuse (to include implied threats of violence) in a prison or jail? (automatic potential aggressor designation) | | ___ |
| Institutional rule violation for violent offenses (automatic potential aggressor designation) | | ___ |
| Does the inmate exhibit aggressive behavior toward other inmates/Staff or threatens violence toward other inmates/Staff? | | ___ |
| Inmate exhibits characteristics of being a potential victim (mark this if the victim "automatic designation" item is checked yes or if three or more items are "checked" or answered "yes" that are marked as "Potential Victimization") | | ___ |
| Inmate exhibits characteristics of being a potential aggressor (mark this if aggressor "automatic designation" item is checked or if two or more other items are "checked" or answered "yes" that are marked "Potential Aggressor") | | ___ |
| Inmate does not exhibit characteristics of being either a potential victim or potential aggressor (mark this if the previous two questions do not apply) | | ___ |

Classification Staff Signature: _____  DSN: _____  Date: _____  Time: _____

*1964 TD*

FINGERPRINTS TAKEN

## Pulaski County Detention Facility Pre-Book Worksheet

NAME: Smith Collis          DATE: 2-2-17

D.O.B: ▮▮▮▮          RACE: B          SEX: ▮

TRACKING # 2023645??

ARRESTING AGENCY: PCSO          COURT ASSIGNED: PCDC

ARREST DATE/TIME: 2-2-17          CHARGE TYPE: Fel

TIME OF PRE-BOOK: 0410

### PRE-BOOK WORKSHEET

| | Yes (DSN) | No (DSN) |
|---|---|---|
| 1. Was the detainee searched? (Circle One) (Pat)/Strip-Searched | 2220 | |
| 2. Was the arresting documentation properly completed and placed in this folder? | 4072 | |
| 3. Was the health questionnaire completed? | 4072 | |
| 4. Was all valuable property taken, inventoried and a receipt given? | 4072 | |
| 5. Was the detainee too intoxicated/combative to fulfill all requirements? | | 4072 |
| 6. Was the detainee advised of behavior requirements of the intake area? | 4072 | |
| 7. Were warrant checks completed? **In-House (PTS)?** | 2491 | |
| ACIC/NCIC? | 2491 | |
| Hold for Other Agency? | | |
| 8. Was the detainee properly booked in? (All Charges) | 2491 | |
| 9. Was the detainee provided access to a telephone? | | |
| 10. Were front and side view photographs taken? | 4122 | |
| 11. Were AFIS fingerprints processed and tracking number listed? | 2820 | |
| 12. Was Biometric fingerprinting completed? | 4122 | |
| 13. Was a DNA sample collected? | 4122 | |
| 14. Was the detainee screened by Medical Department personnel? | 4273 | |
| 15. Was the detainee's clothing and other property taken, inventoried and a receipt provided? | 2820 | |
| 16. Was the detainee issued all necessary county property? | 2820 | |
| 17. Was the detainee showered and deloused? | 2820 | |
| 18. Was the detainee assigned to and placed in a housing unit? | 4122 | |
| 19. Did you place a copy of the ADR in the "Press" box at the window? | 2491 | |

1
8
8
6
1
9

Comments: _____

INMATE IS: _____ PAST HISTORY EMERGENCY/MEDICAL AD/SEG REF. BOOK-IN //
_____ EMERGENCY/MEDICAL AD/SEG
_____ UNDER 18 YEARS OLD
_____ PROTECTIVE CUSTODY
_____ SUICIDE WATCH

SUPERVISOR SIGNATURE: _____          DSN: _____

## PULASKI COUNTY RELEASE SHEET

NAME: _____          DATE: _____

DOB: _____          RACE: _____          GENDER : _____

|  | INITALS | DSN |
|---|---|---|
| 1.  DID YOU VERIFY INMATE'S LOCATION ? | _____ | _____ |
| 2.  DID YOU PULL FOLDER AND CHECK ACIC/NCIC, PTS ? | _____ | _____ |
| 3.  WAS INMATE: AFIS FINGERPRINTED AND TRACKING # LISTED ? | _____ | _____ |
| 4.  DID YOU ORGANIZE FOLDER ACCORDING TO COURTS (ADR,SPD LTR, ETC) ? | _____ | _____ |
| 5.  DOES RELEASE INFORMATION MATCH BOND, SPEED LETTER OR CITATION ? | _____ | _____ |
| 6.  DID YOU CALL THE UNIT INMATE IS IN, TELL DEPUTY INMATE IS GOING OUT ALL THE WAY ? | _____ | _____ |
| 7. DID YOU  GIVE COPY OF RELEASE SHEET TO DEPUTY TO PICK UP INMATE ? | _____ | _____ |
| A.  ESCORTING DEPUTY INITIAL, DSN. | _____ | _____ |
| B.  HOUSING UNIT DEPUTY INITIAL, DSN. | _____ | _____ |
| 8.  DID YOU PULL INMATE CLOTHING AND PROPERTY SHEET AND GIVE IT TO PROPERTY CLERK ? | _____ | _____ |
| 9. DID YOU VERIFY INMATE BY CHECKING MUG SHOT IN FOLDER W/ ID BADGE AND WRISTBAND WHEN INMATE ARRIVES IN RELEASE ? | _____ | _____ |
| 10.  DOES BOND AMOUNT MATCH CHARGES IN COMPUTER ? | _____ | _____ |
| 11.  DID YOU MAKE COPIES OF BOND AND DISTRIBUTE THE PAPERWORK ? | _____ | _____ |
| 12.  DOES SPEED LETTER RELEASE ALL CHARGES ? | _____ | _____ |
| 13.  IF CITATION ISSUED DID YOU MAKE THREE (3) COPIES AND FAX ONE TO COURT ? | _____ | _____ |
| 14.  DID YOU VERIFY ONCE AGAIN YOU HAVE CORRECT INMATE ? | _____ | _____ |
| 15.  IS THE RELEASE DATE WRITTEN ON FOLDER ? | _____ | _____ |
| 16.  DID YOU HAVE SUPERVISOR SIGN OFF ON THE FOLDER ? | _____ | _____ |
| 17.  DID YOU CIRCLE AND  PLACE DSN BESIDE ITEMS AND HAVE INMATE SIGN PROPERTY SLIP ? | _____ | _____ |
| 18. DID YOU CALL CENTRAL CONTROL TO GIVE INMATES RACE, GENDER,NAME AND BOOK-IN # ? | _____ | _____ |
| 19. DID YOU RELEASE INMATE OUT OF THE COMPUTER ? | _____ | _____ |

INMATE RELEASED (IE. <u>SPEED LTR , BOND, BOND AMOUNT, CITATION ETC.</u>)

_____

_____

_____

RELEASE SUPERVISOR: _____          DSN _____

MSJ SOF 000127

106

Pages 107 thru 110 where removed because they where ACIC documents.

Sgt. Ballard

# PULASKI COUNTY CORRECTIONAL FACILITY
## INMATE PROPERTY RECEIPT

INMATE'S NAME _Sala Travis_

DATE / TIME ARREST _12-2-17  0322_

ARRESTING OFFICER _Cavia Dau_

DATE / TIME _2-2-17  0311_

DATE / TIME _ⓞ_

PROPERTY DESCRIPTION _N.O. Meas 1_

_Misc Prpc Cart_

INMATE'S SIGNATURE

DATE / TIME _2-2-17  4:23_

BOOK-IN OFFICER'S SIGNATURE

DATE / TIME _2-2-17  4:23_

RESPONSIBILITY TRANSFERRED TO:

DATE / TIME

FINANCE PROPERTY OFFICER

DATE / TIME

INMATE'S SIGNATURE  (Receipt Acknowledged)

DATE / TIME

MSJ SOF 000129

112

# PULASKI COUNTY CORRECTIONAL FACILITY
## INMATE PROPERTY RECEIPT

INMATE'S NAME Sarah Titus

DATE/TIME ARREST 1-27-17 0312

ARRESTING OFFICER Cavin Bell

DATE / TIME 1-27-17 0311

PROPERTY DESCRIPTION No Prop.

| | |
|---|---|
| Mic Paper Work | |

INMATE'S SIGNATURE

DATE / TIME 1-27-17 415

BOOK-IN OFFICER'S SIGNATURE

DATE / TIME 1-27-17 415

RESPONSIBILITY TRANSFERRED TO:

DATE / TIME

FINANCE PROPERTY OFFICER

DATE / TIME

INMATE'S SIGNATURE  (Receipt Acknowledged)

DATE / TIME

MSJ SOF 000130

113

# PULASKI COUNTY CORRECTIONAL FACILITY
## INMATE PROPERTY RECEIPT

INMATE'S NAME: Smith Travis

DATE / TIME ARREST: 12-17 0322

ARRESTING OFFICER: Cava 2741

DATE / TIME: 2-217 0411

PROPERTY DESCRIPTION: No money

Misc Paper Work

INMATE'S SIGNATURE:

DATE / TIME: 12-17-17 212 212 2

BOOK-IN OFFICER'S SIGNATURE:

DATE / TIME:

RESPONSIBILITY TRANSFERRED TO: N/A

DATE / TIME:

FINANCE PROPERTY OFFICER:

DATE / TIME:

INMATE'S SIGNATURE: (Receipt Acknowledged)

DATE / TIME:

MSJ SOF 000131

# PULASKI COUNTY REGIONAL DETENTION FACILITY   C-103
## CLASSIFICATION BOARD MEETING REVIEW
### DATE: 2-8-17

DETAINEE'S NAME: Smith, Trillus   BOOK-IN #: 1964-17

After reviewing your current status in today's meeting, the Classification Board has rendered a decision for you to

_____ ✗ (A) REMAIN OR BE PLACED on Administrative Segregation due to the fact that you cannot adjust in any general population housing unit

_____ (B) REMAIN OR BE PLACED on Administrative Segregation due to the fact that you are a HIGH ESCAPE RISK to this facility

_____ (C) REMAIN OR BE PLACED on protective custody

_____ ✗ (D) BE TAKEN OFF Protective Custody or Administrative Segregation

_____ ✗ (E) REMAIN OR BE PLACED on Medical Administrative Segregation until further notice from Medical personnel   _____ S/W

_____ (F) BE TAKEN OFF Medical Administrative Segregation

## RESTRAINT STATUS

_____ (A) Full Restraints with tether when out of cell

_____ ✗ (B) Full Restraints when out of cell

_____ (C) Off Restraints when in the Sub-day room

_____ (D) Off Restraints when in unit

Connors
_____
**Classification Representative**

115

# PULASKI COUNTY REGIONAL DETENTION FACILITY  *C-103*
## CLASSIFICATION BOARD MEETING REVIEW
### DATE: *2-8-17*

DETAINEE'S NAME: *Smith, Trillus*     BOOK-IN #: *1964-17*

After reviewing your current status in today's meeting, the Classification Board has rendered a decision for you to

*X* _____ (A) **REMAIN OR BE PLACED** on Administrative Segregation due to the fact that you cannot adjust in any general population housing unit

_____ (B) **REMAIN OR BE PLACED** on Administrative Segregation due to the fact that you are a HIGH ESCAPE RISK to this facility

_____ (C) **REMAIN OR BE PLACED** on protective custody

*X* _____ (D) **BE TAKEN OFF** Protective Custody or Administrative Segregation

*X* _____ (E) **REMAIN OR BE PLACED** on Medical Administrative Segregation until further notice from Medical personnel   *5/W*

_____ (F) **BE TAKEN OFF** Medical Administrative Segregation

## RESTRAINT STATUS

*X* _____ (A) **Full Restraints with tether when out of cell**

_____ (B) **Full Restraints when out of cell**

_____ (C) **Off Restraints when in the Sub-day room**

_____ (D) **Off Restraints when in unit**

*Connors*
_____
**Classification Representative**

MSJ SOF 000133

116

**PULASKI COUNTY REGIONAL DETENTION FACILITY** *C 103*
**CLASSIFICATION BOARD MEETING REVIEW**
DATE: _2-8-17_

DETAINEE'S NAME: _Smith, Trillus_      BOOK-IN #: _1964-17_

After reviewing your current status in today's meeting, the Classification Board has rendered a decision for you to

___X___ **(A)** REMAIN OR BE PLACED on Administrative Segregation due to the fact that you cannot adjust in any general population housing unit

_____ **(B)** REMAIN OR BE PLACED on Administrative Segregation due to the fact that you are a HIGH ESCAPE RISK to this facility

_____ **(C)** REMAIN OR BE PLACED on protective custody

___X___ **(D)** BE TAKEN OFF Protective Custody or Administrative Segregation

___X___ **(E)** REMAIN OR BE PLACED on Medical Administrative Segregation until further notice from Medical personnel _5/W_

_____ **(F)** BE TAKEN OFF Medical Administrative Segregation

## RESTRAINT STATUS

___X___ **(A)** Full Restraints with tether when out of cell
_____ **(B)** Full Restraints when out of cell
_____ **(C)** Off Restraints when in the Sub-day room
_____ **(D)** Off Restraints when in unit

_Connors_
**Classification Representative**

PCS 202364517
FD-249 (Rev. 3-1-10)
STATE USAGE

STATE USAGE
NFF SECOND
SUBMISSION

APPROXIMATE CLASS    AMPUTATION    SCAR

LEAVE BLANK

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

SIGNATURE OF PERSON FINGERPRINTED

SMITH, TRILLUS

SOCIAL SECURITY NO.

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

FBI NO.

STATE IDENTIFICATION NO.

DATE OF BIRTH    MM   DD   YY

| SEX | RACE | HEIGHT | WEIGHT | EYES | HA |
|-----|------|--------|--------|------|-----|
| F | B | 502 | 140 | BRO | BLK |

R. THUMB

2. R. INDEX

3. R. MIDDLE

4. R. RING

5. R. LITTLE

6. L. THUMB

7. L. INDEX

8. L. MIDDLE

9. L. RING

10. L. L

PT 50X50G4 4000    #0001    4:29:34

LXMRK    #000000    20170202~04:35

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB    R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

MSI SOL 000135

PGS202364517
FD-249 (Rev. 3-1-10)
STATE USAGE

STATE USAGE
NFF SECOND
SUBMISSION
APPROXIMATE CLASS   AMPUTATION   SCAR

LEAVE BLANK

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

SMITH, TRILLUS

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HA |
|---|---|---|---|---|---|---|---|---|
| | | | F | B | 502 | 140 | BRO | BLK |

R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L THUMB | 7. L INDEX | 8. L. MIDDLE | 9. L. RING | 10. L.

PT 50X50G4 4000   #0001   4:29:34

LXMRK   #000900   20170202-04:35

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L THUMB   R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

MS45QF-000136

PCS202364517

FD-249 (Rev. 3-1-10)

STATE USAGE

STATE USAGE

NFF SECOND

SUBMISSION

(STAPLE HERE)

| | | |
|---|---|---|
| APPROXIMATE CLASS | AMPUTATION | SCAR |

LEAVE BLANK

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

SIGNATURE OF PERSON FINGERPRINTED

SMITH, TRILLUS

ALIASES/MAIDEN

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

SOCIAL SECURITY NO.

LEAVE BLANK

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH   MM   DD   YY | SEX | RACE | HEIGHT | WEIGHT | EYES | H |
|---|---|---|---|---|---|---|---|---|
| | | | F | B | 502 | 140 | BRO | BLK |



1. R. THUMB

2. R. INDEX

3. R. MIDDLE

4. R. RING

5. R. LITTLE

6. L. THUMB

7. L. INDEX

8. L. MIDDLE

9. L. RING

10. L. LITTLE

PT  50X50G4  4000    #0001   4:29:34

LXMRK    #006000    20170202-04:35

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB

R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

MSF SOC 000137

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

The FBI's acquisition, preservation, and exchange of identification information is generally authorized under 28 USC 534. This FD-249 is to be used for criminal justice purposes, such as incident to arrests and incarcerations. The Applicant form (FD-258) contains applicable Paperwork Reduction Act and Privacy Act notices and should be used for noncriminal justice purposes. "A Social Security Account Number (SSA is helpful to keep records accurate because other people may have the same name and birth date. Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), any Federal, State, or local government agency wh requests an individual to disclose his/her SSAN is responsible for informing the person whether disclosure is mandatory or voluntary, by what statutory or other authority the SSAN is solicited, and what uses will be made of it.."  FD-249 (Rev. 3-1-10)

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI | AR0600000 |
|---|---|---|---|
| SUBMISSION          YES ☐ | MM DD YY  02/02/2017 | CONTRIBUTOR ~~AR0600000~~ | |
| TREAT AS ADULT      YES ☐ | | ADDRESS    SO | |
| | | REPLY    YES ☐  LITTLE ROCK, AR  DESIRED? | |
| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE  MM DD YY  02/02/2017 | PLACE OF BIRTH (STATE OR COUNTRY)  AR | COUNTRY OF CITIZENSHIP  US |
| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | |

| | RESIDENCE/COMPLETE ADDRESS  AR 72204 | CITY | STATE  AR |
|---|---|---|---|
| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER)  C.BLAIR #2320 | LOCAL IDENTIFICATION/REFERENCE  PCS202364517 | PHOTO AVAILABLE?  YES ☐ | |
| | | PALM PRINTS TAKEN?  YES ☒ | |

EMPLOYER:   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.        OCCUPATION

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 02-02-2017 | 0045 (FD) BATTERY - 2ND DEGREE | 1. |
| 2. 02-02-2017 | 0047 (FD) AGGRAVATED ASSAULT | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

GPO U.S. GOVERNMENT PRINTING OFFICE: 04/07/2014 14:56:20

Photo of T. Smith with nurse located at Pulaski County Regional Detention Facility. Photo taken by PCRDF staff.



| Office of the Pulaski County Sheriff | Official Memorandum |
|---|---|

**To:**      Chief Mike Sylvester via Chain of Command

**From:**   Captain Toni Rose DSN #1175

**Re:**      Critical Incident Review
             Inmate Smith, Trillus B/I #1964-17 "C-Unit Cell-103"
             Incident #17-3491

**Date:**    February 17, 2017

On Wednesday, February 15, 2017 a Code Red (Medical Emergency) was called in C-Unit, Cell 103 involving Inmate Smith, Trillus (1964-17). The unit deputies assigned to C-unit was Deputies Crystal Thomas and Kimberly Moton. The Code Red (Medical Emergency) in C-Unit was called at 0444 hours ending with Code-One (Resume Normal Operations) at 0731 hours.

Inmate Trillus Smith was currently being housed in C-Unit on Administrative Segregation Full Restraint and Suicide Watch status. The Observation Logs being conducted consisted of Suicide/Self Injury Prevention and intake of calories and/or liquids (see attached in file).

Approximately 0444 hours Deputy Kimberly Moton was conducting suicide checks of inmates and passing out alternative meals when she asked Deputy Crystal Thomas (2nd deputy) to assist with trying to feed inmate Smith, Trillus. Inmate Smith was to receive an alternative meal due to her current status as an Administrative Segregated inmate. Deputy Crystal Thomas (2nd deputy) was at the deputy's station when Deputy Moton asked for her assistance in attempting to feed Inmate Smith. Deputy Thomas approached the cell's door and observed through the window Inmate Smith lying on the floor unresponsive. Deputy Thomas keyed opened the door and "'yelled' out Inmate Smith's name in an effort to get her attention." Inmate Smith did not move. Deputy Moton immediately called a Code Red (Medical Emergency) for C unit at 0446 hours. According to documentation Deputy Kimberly Moton immediately began to administer chest compressions. Shortly after, Deputy Thomas relieved Deputy Moton and continued to administer chest compressions on Inmate Smith, Emergency Technician Sylvia Scott arrived and relieved Deputy Thomas and began to administer chest compressions on Inmate Smith. Sergeants Nicole Nelson and George Clarke arrived on scene. Nurses Kimberly Stowe, Donna Thompson, and Marsha Warren arrived in the unit. Central Control was advised to call Metropolitan Medical Services (911) at 0448 hours. Lieutenant Tracy Hobbs arrived on scene seconds later. The Little Rock Fire and Rescue Department arrived in C-unit at 0454 hours and began assessing Inmate Smith, Trillus B/I #1964-17. The Metropolitan Emergency Medical Services arrived in the unit at 0504 hours and began assessment. Sergeant Clarke was relieved to go the Lieutenant's Office to

1

begin reviewing the camera and the activity log for C-Unit. A Code 2A (Modified Facility Lockdown) was called at 0630 hours. Deputy Kameron Woods was assigned as a runner for Metropolitan Emergency Medical Services and the Fire Department bringing them to the unit. Deputy Brandon Mosley was assigned as the transport deputy. After finding out his services was not needed as the transport deputy, Deputy Mosley checked his weapon back in. At 0650 Joe Oberle and Ryan Geary with Criminal Investigations Unit (C.I.D) arrived at 0650 hours. Lieutenant Oberle took photos of the scene. Coroner Delvan Hale entered the unit at 0656 hours. Lieutenant Aldridge the oncoming A-Shift Watch Commander arrived on scene shortly after. After conducting the investigation, Inmate Smith, Trillus B/I #1964-17 had expired and was wheeled out on a gurney by Coroner Delvan Hale at 0724 hours. A Code One (Return to Normal Operations) was called at 0731 hours.

### Video Footage Events
Attached is the video footage of the Code Red (Medical Emergency) called in C-Unit involving Inmate Trillus Smith B/I #1964-17, General Report Incident #17-3491 on February 15th.

### Administrative Personnel Notification

0446- Code Red (Medical Emergency) called in C-Unit
0447- Medical personnel responding
0448- MEMS (Metropolitan Emergency Medical Services) 911 called.
0448-Transport Deputy identified (Deputy Brandon Mosley)
0454- Little Rock Fire Department on scene
0455- Little Rock Fire Department in unit
0455- Photographs taken
0504- MEMS (Metropolitan Emergency Medical Services) arrived on scene.
0518- Lieutenant Tracy Hobbs contacted me (Captain Rose)
        I immediately notified Major Briggs
0522- Dispatch notified to contact Investigations
0528- MEMS still assessing
0530- Little Rock Fire Department out of the unit
0538- Investigator Blain responded via telephone, stated notifying the Coroner and sending an
        Investigator to the facility.
        Will contact Public Information Officer
0541- MEMS out of the unit
0630- Code 2A (Modified Code 2) Facility
0641- Investigator arrived at the facility
0645- Investigator arrived in C-Unit

Also, attached is the Unit Activity Log of C-Unit indicating activity within the unit which includes suicide watches and security checks. Noted were two minor checks that were not found to have been conducted as per video footage. However, there were other checks that were conducted as the C-Shift Watch Commander (Lieutenant Tracy Hobbs) has indicated. Deputy

2

125

Crystal Thomas indicates that Inmate Smith was awake and moving around at 0116 and 0132 suicide checks. All checks after only indicates Inmate Smith was awake with no mention of movement. When Inmate Smith was found unresponsive her eyes were open; therefore, it would appear that Inmate Smith was still alive. Post trauma was addressed with both deputies and inmates. Lieutenant Routh set up an appointment with a representative of EAP (Employee Assistance Program) for Deputy Crystal Thomas.

It is my opinion, that both Deputies Kimberly Moton and Crystal Thomas carried out all duties and responsibilities required of them. After reviewing all written documentation and video footage of the unit activities prior to the incident and actions of all personnel following the medical emergency, I find no apparent violations of Policy & Procedures, Branch Directives, Practices and/or Post Orders (#22 "Unit). Therefore, I am recommending no further action be taken in this matter.

3

# OBSERVATION LOG

This form is intended to identify inmates who are not getting an adequate intake of calories, and or, liquid due to personal choice. This information is to be shared with medical staff as requested.

INMATE NAME: Smith, Trillus          BOOKIN #: 19(04-17

| Date | Time | Deputy | Meal (B, L, D), snack or commissary | Percent of Meal Eaten | Fluid Type* | Amount of Fluid* |
|------|------|--------|-------------------------------------|-----------------------|-------------|------------------|
| 02/12/17 | 05:5 | Dillard | Breakfast | 8 % | Milk | Juice |
| 02/12/17 | 1050 | J. Datton | Lunch | 0 % | milk | Ø |
| 2/12/17 | 1630 | H Clark | Dinner | Ø % | Attempted Ice chips | water 2 sips |
| 2/13/17 | 0445 | Roper | Breakfast | 0 % | Milk | Ø |
| 2/13/17 | 1139 | F. Robinson/ Hodges | Lunch | Ø % | | Ø |
| 2/13/17 | 1630 | Dep w/ TiClino | Dinner | Ø % | Ø | Ø |
| 2/14/17 | 0500 | Deputy Jones 4167 | Bkfst | 8 % | Ø | Small amount of water |
| 2/14/17 | 1040 | F. Robinson/ E. Clark | Lunch | Ø % | Ø | Small amount of water |
| 2/14/17 | 1600 | G. Johnson L Swatkins | Dinner | Ø % | Ø | Ø |
| 15/17 | 0444 | Deputy C Thomas/ Moton | Breakfast | NA % | NA | NA |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |

* Fluid type will be any liquid such as water, juice, milk, etc.

*Amount of fluid can be documented by: cup, carton, sip, or # of ounces.

## Observation Log:
## Suicide / Self Injury Prevention

| Inmate's Name: Smith Trillus | | | Intake # 1944 17 | Ordered By: | Date/Time Began: |
|---|---|---|---|---|---|
| Last | First | M/I | | | Date/Time Ended: |

**Special Instructions:**

S/W 103

| Time Inmate Checked | Agitated/ Calm. EX: (A/C) | | Sleeping/ Awake. EX: (S/A) | Sitting on Floor or Bunk EX: (F/B) | Sleeping on Floor or Bunk EX: (F/B) | Quiet or Yelling EX: (Q/Y) | Signs of Injury: EX: (Y/N) | Deputy's Initials & D.S.N. |
|---|---|---|---|---|---|---|---|---|
| 1402 | C | | A | F | Ø | | N | mora 2277Y |
| 1423 | C | | A | F | Ø | Q | N | ΦΦ277Y |
| 1449 | C | A | gave | water 1/2 cup | | Q | N | mora |
| 1458 | C | A | A | F | | Q | N | SW 4/SC |
| 1515 | C | | A | F | | Q | N | SW 4/SC |
| 1530 | C | | A | F | — | Q | N | SW 4/SC |
| 1540 | C | | A | m F | — | Q | n | 2806 |
| 1630 | C | | A | F | — | Q | n | SW 4/SC |
| 1700 | C | | A | F | — | Q | n | 2806 |
| 1720 | C | | A | F | — | Q | n | 2806 |
| 1750 | C | | A | F | — | Q | n | 2806 |
| 1805 | C | | A | F | — | Q | n | 2806 |
| 1830 | C | | A | F | — | Q | n | 2806 |
| 1845 | C | | A | F | — | Q | n | 2806 |
| 1915 | C | | A | F | — | Q | n | 2806 |
| 1925 | C | | A | F | — | Q | n | 2806 |
| 1950 | C | | A | F | — | Q | N | SW 4/SC |
| 2025 | C | | A | F | — | Q | N | SW 4/SC |
| 2040 | C | | A | F | — | Q | N | SW 4/SC |
| 2145 | C | | A | F | — | Q | N | SW 4/SC |
| 2230 | C | | A | F | — | Q | N | 2806 |
| 2330 | C | | A | F | — | Q | N | 2806 |
| 0300 | C | | A | F | — | Q | N | SW 4/SC |
| 2315 | C | | A | F | — | Q | N | km 4018 |
| 2338 | C | | A | F | — | Q | N | km 4018 |
| 2348 | C | | A | F | — | Q | N | CT 2859 |
| 0008 | C | | A | F | — | Q | N | CT 2859 |
| 0031 | C | | A | F | — | Q | N | CT 2859 |
| 0045 | C | | A | F | — | Q | N | CT 2859 |
| 0101 | C | | A | F | — | Q | N | CT 2859 |
| 0116 | C | | A | F | moving around | Q | N | CT 2859 |
| 0132 | C | | A | F | moving around | Q | N | CT 2859 |
| 0148 | C | | A | F | — | P | N | km 4018 |
| 0205 | C | | A | F | — | P | N | km 4018 |
| 0219 | C | | A | F | — | Q | N | km 4018 |
| 0235 | C | | A | F | — | Q | N | CT 2859 |

Observation Log:
Suicide / Self Injury Prevention

| Inmate's Name: | | | Intake # | Observed By: | Date/Time Began: |
|---|---|---|---|---|---|
| Smith | Trillos | | | | 2|15|17 |
| Last | First | M/I | | | Date/Time Ended: |

Special Instructions:

Cell 103

| Time Inmate Checked | Agitated/ Calm: EX: (A/C) | Sleeping/ Awake EX: (S/A) | Sitting on Floor or Bunk EX: (F/B) | Sleeping on Floor or Bunk EX: (F/B) | Quiet or Yelling EX: (Q/Y) | Signs of Injury: EX: (Y/N) | Deputy's Initials & D.S.N. |
|---|---|---|---|---|---|---|---|
| 0251 | C | A | | F | Q | N | CT 2059 |
| 0310 | C | A | | F | Q | N | |
| 0341 | C | A | | F | Q | N | |
| 0358 | C | A | | F | Q | N | VM 4408 |
| 0450 | C | A | | F | Q | N | VM 4408 |
| 0441 | C | A | | F | Q | N | CT 2059 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Davidson, Ross        Unit 610
             Keith       Unit 610
Breery       ,

phone  501 - 301 - 1400

CPR was Started at 0444 hours
We gave the last scene time.

History of anxiety,
panic attacks , Shizophernia

4 total of epi every 5 minutes
2 mil of narcan

MSJ SOF 000147
130

Jail Log Entry

| Save | Update | Save As | Cancel | Reset | Help |

## Jail Log Entry

Log
## Jail Log

| Jail Log Date | 02/15/2017 | | | Jail Area | C-UNIT | |

| Sel | # | Section Commander | | | Sel | # | Section Sergeant | |
|---|---|---|---|---|---|---|---|---|
| + / - | 1 | HOBBS TRACY | | | + / - | 1 | NELSON,NICOLE | |

<< | < | > | >> | Go To | 1 of 1 Lines          << | < | > | >> | Go To | 2 of 2 Lines

Jail Log

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| O + - | 1 | GENERAL ACTIVITY | 12:00am | | 24 HOUR LOG STARTED.................... | THOM/ |
| O + - | 2 | SHAKEDOWN ENDS | 12:00am | | | THOM/ |
| O + - | 3 | PASS ONS | 12:00am | | NONE............. | THOM/ |
| O + - | 4 | PERSONNEL BREAKDOWN | 12:00am | | W/C-LT.HOBBS ZONE 1-SGT.NELSON ZONE 2-SGT.CLARKE | THOM/ |
| O + - | 5 | HEADCOUNT | 12:00am | | 68 A/P........... | THOM/ |
| O + - | 6 | RAZOR CALL | 12:00am | | COMPLETED................. | THOM/ |
| O + - | 7 | SECURITY CHECK BEGINS | 12:05am | | | THOM/ |
| O + - | 8 | SECURITY CHECK ENDS | 12:20am | | ALL INMATES APPEAR OKAY AT THIS TIME | THOM/ |
| O + - | 9 | LATE ENTRY | 11:00pm | 2658-17 | SUICIDE WATCH CHECK @ 2300,2315,2332. ████████ APPEARS OKA | THOM/ |
| O + - | 10 | LATE ENTRY | 12:00am | 2850-17 | SUICIDE WATCH CHECK@2300,2315,2332 ███████ ..A. | THOM/ |
| O + - | 11 | LATE ENTRY | 12:00am | 1964-17 | SUICIDE WATCH CHECK@2300,2315,2332 SMITH,TRILLUS LAKAIL APPEAR | THOM/ |
| O + - | 12 | LATE ENTRY | 12:00am | 2697-17 | SUICIDE WATCH CHECK@ 2300,2315,2332 ████████ APPEARS | THOM/ |
| O + - | 13 | LATE ENTRY | 12:00am | 2710-17 | SUICIDE WATCH CKECK @ 2300,2315,2332 ██████ APP | THOM/ |
| O + - | 14 | LATE ENTRY | 11:47pm | 2658-17 | ████████ APPEARS OKAY (SLEEP) | THOM/ |
| O + - | 15 | SUICIDE WATCH CHECK | 11:47pm | 2660-17 | ███████████ .APPEARS OKAY (SLEEP) | THOM/ |

<< | < | > | >> | Go To | 120 of 120 Lines

| Current Officer | 2363 | | Administrator Flag | 0 |

Save | Update | Save As | Cancel | Reset | Help |

**Jail Log Entry**

Log
**Jail Log**

| Jail Log Date | 02/16/2017 | | | Jail Area | C-JNT | ∨ |
|---|---|---|---|---|---|---|

| Sel | # | Section Commander | | | Sel | # | Section Sergeant | |
|---|---|---|---|---|---|---|---|---|
| + - | 1 | HOBBS,TRACY | ∨ | | + - | 1 | NELSCH,NICOLE | ∨ |
| ‹‹ ‹ › ›› Go To | 1 of 1 Lines | | | | ‹‹ ‹ › ›› Go To | 2 of 2 Lines | | |

Jail Log

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| O + - | 31 | SUICIDE WATCH CHECK | 12:31am | 2697-17 | ...APPEARS OKAY (SLEEP) | THOM/ |
| O + - | 32 | SUICIDE WATCH CHECK | 12:31am | 2710-17 | APPEARS OKAY (SLEEP | THOM/ |
| O + - | 33 | HEADCOUNT | 12:40am | | 86 A/P.................... | THOM/ |
| O + - | 34 | PROPERTY INVENTORY | 12:45am | | UNIT PROPERTY AS FOLLOWSUNIT PROPERTY IN UTILITY CLOSET AS FO | THOM/ |
| O + - | 35 | SUICIDE WATCH CHECK | 12:45am | 2658-17 | ...APPEARS OKAY (SLEEP) | THOM/ |
| O + - | 36 | SUICIDE WATCH CHECK | 12:45am | 2650-17 | APPEARS OKAY (SLEEP) | THOM/ |
| O + - | 37 | SUICIDE WATCH CHECK | 12:45am | 1964-17 | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) | THOM/ |
| O + - | 38 | SUICIDE WATCH CHECK | 12:46am | 2697-17 | ...APPEARS OKAY (SLEEP) | THOM/ |
| O + - | 39 | SUICIDE WATCH CHECK | 12:46am | 2710-17 | PPEARS OKAY (SLEEP) | THOM/ |
| O + - | 40 | SUICIDE WATCH CHECK | 01:00am | 2658-17 | APPEARS OKAY (SLEEP) | THOM/ |
| O + - | 41 | SUICIDE WATCH CHECK | 01:00am | 2650-17 | APPEARS OKAY (SLEEP) | THOM/ |
| O + - | 42 | SUICIDE WATCH CHECK | 01:00am | 1964-17 | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE) | THOM/ |
| O + - | 43 | SUICIDE WATCH CHECK | 01:01am | 2697-17 | ...APPEARS OKAY (SLEEP) | THOM/ |
| O + - | 44 | SUICIDE WATCH CHECK | 01:01am | 2710-17 | APPEARS OKAY (SLEEP | THOM/ |
| O + - | 45 | SECURITY CHECK BEGINS | 01:05am | | | THOM/ |

‹‹ ‹ › ›› Go To  120 of 120 Lines

| Current Officer | 2363 | | Administrator Flag | 0 |
|---|---|---|---|---|

MSJ SOF 000149

132

Save | Update | Save As | Cancel | Reset | Help

**Jail Log Entry**

Log
**Jail Log**

| Jail Log Date | 02/15/2017 | | Jail Area | C-UNIT |
|---|---|---|---|---|

Sel # Section Commander — 1 HOBBS, TRACY — 1 of 1 Lines

Sel # Section Sergeant — 1 NELSON, NICOLE — 2 of 2 Lines

Jail Log

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| | 47 | SUICIDE WATCH CHECK | 01:16am | 2658-17 | ████ APPEARS OKAY (SLEEP) | THOM/ |
| | 48 | SUICIDE WATCH CHECK | 01:16am | 2650-17 | ████ APPEARS OKAY (SLEEP) | THOM/ |
| | 49 | SUICIDE WATCH CHECK | 01:17am | 1964-17 | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE | THOM/ |
| | 50 | SUICIDE WATCH CHECK | 01:17am | 2697-17 | ████ APPEARS OKAY (SLEEP | THOM/ |
| | 51 | SUICIDE WATCH CHECK | 01:17am | 2710-17 | ████ APPEARS OKAY (SLEEP | THOM/ |
| | 52 | SUICIDE WATCH CHECK | 01:31am | 2658-17 | ████ APPEARS OKAY (SLEEP) | THOM/ |
| | 53 | SUICIDE WATCH CHECK | 01:32am | 2650-17 | ████ APPEARS OKAY (SLEEP | THOM/ |
| | 54 | SUICIDE WATCH CHECK | 01:32am | 1964-17 | SMITH,TRILLUS LAKAIL...APPEARS OKAY (AWAKE MOVING AROUND) | THOM/ |
| | 55 | SUICIDE WATCH CHECK | 01:32am | 2697-17 | ████ APPEARS OKAY (SLEEP | THOM/ |
| | 56 | SUICIDE WATCH CHECK | 01:33am | 2710-17 | ████ APPEARS OKAY (SLEEP | THOM/ |
| | 57 | EMPLOYEE IN | 01:38am | | DEP.MOTON | THOM/ |
| | 58 | EMPLOYEE BREAK BEGINS | 01:39am | | DEP.THOMAS | MOTO |
| | 59 | SUICIDE WATCH CHECK | 01:48am | 2658-17 | ████ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 60 | SUICIDE WATCH CHECK | 01:48am | 2650-17 | ████ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| | 61 | SUICIDE WATCH CHECK | 01:48am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | MOTO |

120 of 120 Lines

| Current Officer | 2363 | | Administrator Flag | 0 |
|---|---|---|---|---|

MSJ SOF 000150

133



MSJ SOF 000151

Jail Log Entry

| Save | Update | Save As | Cancel | Reset | Help |

## Jail Log Entry

Log
**Jail Log**

| Jail Log Date | 02/15/2017 | | | Jail Area | C-JMT | |
|---|---|---|---|---|---|---|
| Sel | # | Section Commander | | Sel | # | Section Sergeant |
| - | 1 | HOBBS TRACY | | - | 1 | NELSON,NICOLE |
| << < > >> Go To | 1 of 1 Lines | | | << < > >> Go To | 2 of 2 Lines | |

**Jail Log**

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| O + - | 77 | EMPLOYEE BREAK ENDS | 02:27am | | DEP.THOMAS | MOTO |
| O + - | 78 | EMPLOYEE BREAK BEGINS | 02:33am | | DEP.MOTON | THOM |
| O + - | 79 | SUICIDE WATCH CHECK | 02:35am | 2658-17 | ▮▮▮▮ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O + - | 80 | SUICIDE WATCH CHECK | 02:35am | 2650-17 | ▮▮▮▮ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O + - | 81 | SUICIDE WATCH CHECK | 02:35am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | THOM |
| O + - | 82 | SUICIDE WATCH CHECK | 02:35am | 2697-17 | ▮▮▮▮ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O + - | 83 | SUICIDE WATCH CHECK | 02:35am | 2710-17 | ▮▮▮▮ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O + - | 84 | MAIL CALL | 02:47am | | COMPLETED.............. | THOM |
| O + - | 85 | SUICIDE WATCH CHECK | 03:09am | 2658-17 | ▮▮▮▮ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O + - | 86 | SUICIDE WATCH CHECK | 03:10am | 2650-17 | ▮▮▮▮ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O + - | 87 | SUICIDE WATCH CHECK | 03:10am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | THOM |
| O + - | 88 | SUICIDE WATCH CHECK | 03:10am | 2697-17 | ▮▮▮▮ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O + - | 89 | SUICIDE WATCH CHECK | 03:10am | 2710-17 | ▮▮▮▮ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O + - | 90 | SUICIDE WATCH CHECK | 03:24am | 2658-17 | ▮▮▮▮ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 91 | SUICIDE WATCH CHECK | 03:24am | 2650-17 | ▮▮▮▮ APPEARS ASLEEP ON BUNK AND OK | MOTO |

| << < > >> Go To | 120 of 120 Lines | |
|---|---|---|
| Current Officer | 2363 | Administrator Flag | 0 |

MSJ SOF 000152

155

Jail Log Entry

| Save | Update | Save As | Cancel | Reset | Help |

**Jail Log Entry**

Log
**Jail Log**

| Jail Log Date | 02/15/2017 | | Jail Area | C-JN |
|---|---|---|---|---|
| Sel | # | Section Commander | Sel | # | Section Sergeant |
| + - | 1 | HOBBS,TRACY | + - | 1 | NELSON,NICOLE |
| << < > >> Go To | 1 of 1 Lines | | << < > >> Go To | 2 of 2 Lines |

Jail Log

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| O + - | 92 | SUICIDE WATCH CHECK | 03:24am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | MOTO |
| O + - | 93 | SUICIDE WATCH CHECK | 03:24am | 2697-17 | ▓▓▓▓▓ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 94 | SUICIDE WATCH CHECK | 03:24am | 2710-17 | ▓▓▓▓▓ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 95 | SECURITY CHECK BEGINS | 03:41am | | | MOTO |
| O + - | 96 | SUICIDE WATCH CHECK | 03:41am | 2658-17 | ▓▓▓▓▓ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 97 | SUICIDE WATCH CHECK | 03:41am | 2650-17 | ▓▓▓▓▓ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 98 | SUICIDE WATCH CHECK | 03:41am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK | MOTO |
| O + - | 99 | SUICIDE WATCH CHECK | 03:41am | 2697-17 | ▓▓▓▓▓ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 100 | SUICIDE WATCH CHECK | 03:41am | 2710-17 | ▓▓▓▓▓ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 101 | SECURITY CHECK ENDS | 03:48am | | H/C=58 A/P ALL INMATES APPEAR OK | MOTO |
| O + - | 102 | SUICIDE WATCH CHECK | 03:57am | 2658-17 | ▓▓▓▓▓ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 103 | SUICIDE WATCH CHECK | 03:57am | 2650-17 | ▓▓▓▓▓ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 104 | SUICIDE WATCH CHECK | 03:57am | 1964-17 | SMITH,TRILLUS LAKAIL | MOTO |
| O + - | 105 | DEPUTY OFF DUTY | 03:57am | 2697-17 | ▓▓▓▓▓ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 106 | SUICIDE WATCH CHECK | 04:17am | 2658-17 | ▓▓▓▓▓ APPEARS ASLEEP ON BUNK AND OK | MOTO |

| << < > >> Go To | 120 of 120 Lines |
|---|---|
| Current Officer | 2363 | Administrator Flag | 0 |

MSJ SOF 000153

136

| Save | Update | Save As | Cancel | Reset | Help |

**Jail Log Entry**

Log
**Jail Log**

| Jail Log Date | 02/15/2017 | | Jail Area | C-UNIT |
|---|---|---|---|---|

| Sel | # | Section Commander | | Sel | # | Section Sergeant |
|---|---|---|---|---|---|---|
| + - | 1 | HOBBS, TRACY | | + - | 1 | NELSON, NICOLE |

<< < > >> Go To  1 of 1 Lines       << < > >> Go To  2 of 2 Lines

**Jail Log**

| Sel | # | Action | Time | Booking# | Description of Event | |
|---|---|---|---|---|---|---|
| O + - | 106 | SUICIDE WATCH CHECK | 04:17am | 2658-17 | ███ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 107 | SUICIDE WATCH CHECK | 04:17am | 2650-17 | 2 | MOTO |
| O + - | 108 | SUICIDE WATCH CHECK | 04:17am | 1964-17 | SMITH,TRILLUS LAKAIL AWAKE ON FLOOR AND APPEARS OK *not done* | MOTO |
| O + - | 109 | SUICIDE WATCH CHECK | 04:17am | 2697-17 | ███ APPEARS ASLEEP ON BUNK AND OK | MOTO |
| O + - | 110 | SUICIDE WATCH CHECK | 04:17am | 2710-17 | AMD ASLEEP AMD OK | MONH |
| O + - | 111 | LATE ENTRY | 02:51am | 2658-17 | ███ APPEARS ASLEEP ON BUNK AND OK | THOM |
| O + - | 112 | LATE ENTRY | 02:52am | 2650-17 | ███ APPEARS ASLEEP ON BUNK AND | THOM |
| O + - | 113 | LATE ENTRY | 02:51am | 1964-17 | SMITH,TRILLUS LAKAIL....APPEARS OKAY (AWAKE) | THOM |
| O + - | 114 | LATE ENTRY | 02:52am | 2697-17 | ...APPEARS OKAY (SLEEP) | THOM |
| O + - | 115 | LATE ENTRY | 02:52am | 2710-17 | ...APPEARS OKAY (SLEEP) | THOM |
| O + - | 116 | SUICIDE WATCH CHECK | 04:31am | 2658-17 | APPEARS ASLEEP ON BUNK AND OK | THOM |
| O + - | 117 | SUICIDE WATCH CHECK | 04:31am | 2650-17 | APPEARS OKAY (SLEEP) | THOM |
| O + - | 118 | SUICIDE WATCH CHECK | 04:31am | 1964-17 | SMITH,TRILLUS LAKAIL....APPEARS OKAY (AWAKE) | THOM |
| O + - | 119 | SUICIDE WATCH CHECK | 04:32am | 2697-17 | ...APPEARS OKAY (SLEEP) | THOM |
| O + - | 120 | SUICIDE WATCH CHECK | 04:32am | 2710-17 | APPEARS OKAY (SLEEP) | THOM |

<< < > >> Go To  120 of 120 Lines

| Current Officer | 2363 | | Administrator Flag | 0 |
|---|---|---|---|---|

*0446 Code Red C-Unit*

157

Cell C-103   1964-5

C-unit - Suicide Watch Check - I/m Smith, Trillus

2250 - Moton   at shift change

2305 - Thomas.

2314-15 - Moton

2329 - Thomas.

2332 - Thomas

2340 - Thomas

2346 - Thomas

0008 - Thomas

0032 - Thomas

0046 - Thomas

0101 - Thomas

0108 - Thomas

0116 - Thomas

0132 - Thomas

0151 - Moton

0208 - Moton

0235 - Thomas

0251 - Thomas

0309 - Thomas

0325 - Moton

0342 - Moton

0404 - Moton

0430 - Thomas

0444 - Moton

0445 - Moton + Thomas Enter cell

0446 - Code Red called

MSJ SOF 000155

138

# Witness statements provided by the Pulaski County Regional Detention Facility

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

| | | |
|---|---|---|
| Reviewed by: | DSN: | Report#:17-3491 |
| Date:02/15/2017 | Code Red(Medical Emergency) C-unit/ Smith, Thrillus #1964-17 | Page 1 of: |

NARRATIVE:

On 02.15.17 at approximately 0446 hours I was in W-unit when a Code Red(Medical Emergency) was called in C-unit. I assisted the nurse in securing her pill cart as she had started pill call, then responded to C-unit. I then went to Intake to serve as escort for responding emergency personnel and take them to C-unit. Little Rock Fire Department arrived first and I took them to C-unit. I returned to Intake and awaited the ambulance to arrive. When it arrived I escorted the emergency responders to C-unit. I stood by to provide assistance and extra security until I was no longer needed. I returned to my normal duties in W-unit.

☒ Signature Image

DEPUTY:Sergeant Patrick Wilson          DSN:711

MSJ SOF 000157

140

**Signature :**

| Start Sign |
| Generate Image |
| Clear Sign |
| Hide Sign |

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

Reviewed by:
Date:02/15/2017

DSN:
Medical Informational- Smith, Trillus # 1964-17

Report#:17-3491
Page 1 of:

NARRATIVE:

While sitting at the Deputies station, Deputy Kimberly Moton asked me to assist her with feeding Inmate Smith, Trillus #17-3491. I, Deputy Crystal Thomas walked over to the cell and observed Inmate Smith lying on the floor unresponsive. I keyed opened the door and yelled out Inmate Smith's name in effort to get her attention. Inmate Smith did not move. At this time, Deputy Moton called a Code Red (Medical Emergency) for C unit at 0446 hours. Deputy Moton then started to administer chest compression on Inmate Smith. Shortly afterwards, I relieved Deputy Moton and immediately took over doing chest compression. Emergency Medical Technician (EMT) Sylvia Scott arrived along with Nurses Marsha Warren, Kimberly Stowe, and Donna Thompson. EMT Scott relieved me and began administering chest compressions on Inmate Smith. Sergeants Nicole Nelson and George Clarke arrived on scene. The Little Rock Fire Department arrived on scene at 0454 hours. Metropolitan Emergency Services arrived in C-unit at 0504 hours and began assessment on Inmate Smith. A Cod 2A was called at 0600 hours.

☒ Signature Image

DEPUTY:Crystal Thomas          DSN:2859

MSJ SOF 000159

142

Case 4:19-cv-00300-JM   Document 42-2   Filed 05/27/20   Page 160 of 460

**Signature :**

Start Sign
Generate Image
Clear Sign
Hide Sign

MSJ SOF 000160

143

PULASKI COUNTY SHERIFF'S OFFICE

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

Reviewed by:                    DSN:                                    Report#:17-3491
Date:02/15/2017      Medical Informational- Smith, Trillus #1964-17      Page 1 of:

NARRATIVE:

At approximately 0446 hours a Code Red (Medical Emergency) was called for C-unit. When I Deputy Stephen Gleason arrived to the Unit, I observed that Deputy Crystal Thomas and Deputy Kimberly Moton were inside of Cell C-103. When I approached the cell, I observed that Deputy Moton was administering chest compressions to Inmate Smith, Trillus (Book-In# 1964-17). Emergency Medical Technician Sylvia Scott and Sergeant George Clarke then entered into cell. Sergeant Clarke then relieved Deputy Moton and continued chest compressions. Nurse Scott then took over chest compressions once Nurse Kimberly Stowe and Nurse Marsha Warren, and Nurse Donna Thompson arrived, After a few minutes I then took over and continued the chest compressions until Little Rock Fire Department personnel arrived. I then stood by as additional security until I was instructed to return to my assigned work location. A Code 2A(Cease all Movement: Modified) was called at 0630 hours. Nothing further to report at this time.

[X] Signature Image

DEPUTY:Stephen Gleason        DSN:4074



2/16/2017
MSJ SOF 000161

144

PULASKI COUNTY SHERIFF'S OFFICE

Signature :

☐

| Start Sign |
| Generate Image |
| Clear Sign |
| Hide Sign |

MSJ SOF 000162

145

# PULASKI COUNTY SHERIFF'S OFFICE

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

| Reviewed by: | DSN: | | Report#:17-3491 |
|---|---|---|---|
| Date:02/15/2017 | Medical Informational- Smith, Trillus #1964-17 | | Page 1 of: |

NARRATIVE:

At 0446 Hours a Code Red (Medical Emergency) was called in C-unit. Upon arrival I, Corrinne Stiles observed Inmate Smith, Trillus BI# 1964-17 on the floor unresponsive. Sergeant Patrick Wilson told me to go to transport and get a vehicle ready, in which I did. I reported back to C-Unit and Lieutenant Tracy Hobbs told me to take keys and paperwork to Sergeant George Clarke. I did as instructed. I then walked Little Rock Fire Department back to Intake. A Code 2A (Modified Cease all Operations) was called at 0630 hours. No further incident to report this time.

☒ Signature Image

DEPUTY:Corrinne Stiles          DSN:4204

**Signature :**

| | |
|---|---|
| | Start Sign |
| | Generate Image |
| | Clear Sign |
| | Hide Sign |

MSJ SOF 000164

147

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

| Reviewed by: | DSN: | Report#:17-3491 |
| --- | --- | --- |
| Date:02/15/2017 | Code Red (Medical Emergency) C-unit/ Smith, Thrillus #1964-17 | Page 1 of: |

NARRATIVE:
At approximately 0446 Hours, a Code Red (Medical Emergency) was called in C-Unit. I, Deputy Brandon Mosley immediately responded to the unit. Upon entering the unit, Sergeant Nicole Nelson instructed me to report to Intake to get a weapon. Initially, I was going to ride with the Inmate to the hospital, but then I was advised that this would not be necessary. I checked the weapon back into the armory and returned to C-unit. I stood by providing additional security until I was advised that I could return to my regular duties.

Signature Image

DEPUTY:Deputy Brandon Mosley        DSN:4110

2/16/2017

MSJ SOF 000165

146

**Signature :**

| Start Sign |
| Generate Image |
| Clear Sign |
| Hide Sign |

MSJ SOF 000166

149

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

| Reviewed by: | DSN: | Report#:17-3491 |
|---|---|---|
| Date:02/15/2017 | Medical Informational- Smith, Trillus #1964-17 | Page 1 of: |

**NARRATIVE:**

A Code Red (Medical Emergency) was called at 0446 hours in C unit. I, Sergeant Nicole Nelson immediately responded to C- unit. Upon my arrival, I approached cell C-103 and observed Deputies Kimberly Moton and Crystal Thomas inside the cell along with Emergency Medical Technician (EMT) Silvia Scoot. Deputy Thomas was administering CPR on Inmate Smith, Trillus #1964-17 and she was in the process of being relieved of her CPR duties by EMT Scott. I immediately assumed the responsibilities of on scene supervisor. I could see that Inmate Smith was unresponsive and after Deputy Thomas advised me that she was not breathing, I immediately advised Central Control via radio that we would need emergency MEMS (Metropolitan Emergency Medical Services). I went to the unit Deputy station in effort to speak to the on duty Watch Commander Lieutenant Hobbs via the telephone. After advising Lt. Hobbs of the situation via the telephone, I responded back to the cell -103. At this time Sergeant George Clarke was performing CPR and Nurses Marsha Warren, Kimberly Stowe, and Donna Thompson had responded to the unit. Medical staff began assessing Inmate Smith. I ordered Deputy Kameron Woods to report to Central Control so that he could be a runner once MEMS and the Fire Department arrived. I also had Deputy Brandon Mosley report to Intake to retrieve a vehicle and a weapon so that he could follow MEMS. The Fire Department arrived in C unit at 0454 hours and began assessing Inmate Smith. MEMS arrived in C unit at 0504 hours and relived the Fire Department from assessing Inmate Smith. The assessment went on until MEMS left the unit until at 0541 hours. Nothing further to report at this time.

[X] Signature Image

DEPUTY:Sergeant N. Nelson          DSN:1762

Signature :          [ Start Sign ]

MSJ SOF 000167

150

Generate Image

Clear Sign

Hide Sign

MSJ SOF 000168

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

| Reviewed by:<br>Date:02/15/2017 | DSN:<br>Medical Informational- Smith, Trillus #1964-17 | Report#:17-3491<br>Page 1 of: |
|---|---|---|

**NARRATIVE:**

At approximately 0446 hours a Code Red (Medical Emergency) was called in C-Unit. I, Kameron Woods arrived on scene and was instructed by Sergeant Nicole Nelson that I would be the runner. At 0454 hours the Fire Department arrived at the facility. I then escorted them to C-Unit where we arrived in the unit at 0456 hours. I exited C-unit and went back to Intake to wait for Metropolitan Emergency Medical Services (MEMS) to arrive. At 0500 hours the Metropolitan Emergency Medical Services arrived at the facility. I escorted them to C-unit where we arrived on scene at 0505 hours. Afterwards, I stood by for extra security, until I was advised that I could return to my unit. Nothing further to report.

Signature Image

DEPUTY:Kameron Woods    DSN:4177

MSJ SOF 000169

152

Signature :

| Start Sign |
|---|
| Generate Image |
| Clear Sign |
| Hide Sign |

MSJ SOF 000170

153

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

| | | |
|---|---|---|
| Reviewed by:<br>Date;02/15/2017 | DSN:<br>Medical Information - Inmate Smith, Trillus # 1964-<br>17. | Report#:17-3491<br>Page 1 of: |

NARRATIVE:

At 0446 hours a Code Red (Medical Emergency) was called for C-unit. Sergeant Nicole Nelson and I, Sergeant George Clarke responded to the unit. Upon my arrival I saw Deputies Kimberly Moton, Crystal Thomas and Stephen Gleason in cell C-103 with Inmate Smith, Trillus # 1964-17. As I entered the cell, Deputy Thomas began doing chest compressions on Inmate Smith after taking over for Deputy Moton. I took over doing chest compressions when Deputy Thomas became tired. Emergency Medical Technician Sylvia Scott arrived on scene and took over the chest compressions. Central Control was notified that 911 needed to be called. Nurses Kimberly Stowe and Marsha Warren arrived on scene followed later by Nurse Donna Thompson and began assessing Inmate Smith. Deputy Gleason took over the chest compressions when Emergency Medical Technician Scott got tired. I assisted the on-scene supervisor, Sergeant Nelson with gathering and relaying information. Sergeant Patrick Wilson and Deputy Kameron Woods were dispatched as runners. Deputy Brandon Mosley was sent to Intake to retrieve a weapon and a vehicle. Deputy Woods arrived in the unit with the fire department personnel. The fire department personnel took over the chest compressions and assessment of Inmate Smith. Lieutenant Tracy Hobbs arrived in the unit. Deputy Woods exited the unit and returned a few minutes later with the Metropolitan Emergency Medical Services personnel. The emergency personnel continued assessing and doing chest compressions. Lieutenant Hobbs relieved me to go to the Lieutenant's Office to begin reviewing the camera and the activity log for C-unit. A Code 2A (Modified Facility Lockdown) was called at 0630 hours.

Signature Image

DEPUTY:Sergeant G. Clarke        DSN:2314



**Signature :**

| | |
|---|---|
|  | Start Sign |
| | Generate Image |
| | Clear Sign |
| | Hide Sign |

2/16/2017

MSJ SOF 000172

SMITH, TRILLUS LAKAIL  #188619  Location: C-103  DOB: ███████

## MENTAL HEALTH NOTE:

## DEMOGRAPHICS:

**Reason for Mental Health Encounter:**
☑ Segregation Rounds

**Current Housing Status:**
☑ Suicide Watch Booking

## SUBJECTIVE:

**Patient's report of current functioning:**
*LATE ENTRY* Inmate seen on 2/14/17 for follow-up while on suicide watch in C-Unit. Inmate reportedly decompensated over the weekend into Monday and is no longer eating or drinking per nursing reports. At this time, inmate was lying on the floor on her suicide blanket. When staff knocked on the door, inmate turned to look at worker but would not speak or interact. Due to inmate's current status and decline in functioning, an appointment has been made on 2/14/17 to file a petition for civil commitment to the Arkansas State Hospital. Appointment was set for 2/16/17 at 10 am.

## OBJECTIVE:

**Appearance:**
☑ Lacking appropriate Hygiene

**Behavior: ( Check all that apply):**
☑ Other

**If Other, Describe:**
Inmate made eye contact but did not interact in any other way.

**Alert:**
☑ Yes

**Orientated: (Oriented to person, place, time, and situation:**
☑ No

**If No, Describe:**
Orientation unable to be adequately assessed due to lack of interaction from inmate.

**Mood:**
*NO ANSWER PROVIDED*

**Affect:**
*NO ANSWER PROVIDED*

**Congruent with thoughts and mood:**

TK MENTAL HEALTH NOTE:
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By DOWDY, MARITA on 2/16/2017

1 of 3

156

*NO ANSWER PROVIDED*

**Perception:**
*NO ANSWER PROVIDED*

**How many:**
*NO ANSWER PROVIDED*

**Frequency:**
*NO ANSWER PROVIDED*

**Currently causing Significant Distress or Impaired Functioning:**
*NO ANSWER PROVIDED*

**Whether Yes or No, Explain:**
*NO ANSWER PROVIDED*

**Speech:**
*NO ANSWER PROVIDED*

**Thought Process/Content:**
*NO ANSWER PROVIDED*

**Memory:**
*NO ANSWER PROVIDED*

**Memory Impairment in:**
*NO ANSWER PROVIDED*

**If Impaired, describe:**
*NO ANSWER PROVIDED*

**Reported average number of hours of sleep per day for past 72 hours**
*NO ANSWER PROVIDED*

**Reported average number of meals eaten per day for past 72 hours:**
0

**Insight:**
☑Poor

**Judgement:**
☑Poor

**Suicidal/Homicidal Ideation: Reported thoughts/plans of self injury/homicide:**
*NO ANSWER PROVIDED*

**Explain any discrepancies between current symptoms reported by the patient and what is observed clinically:**
Mood, thought process, memory, hallucinations, and suicidal ideation unable to be fully assessed due to inmate's current level of functioning.

---

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: █████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By DOWDY, MARITA on 2/16/2017

2 of 3

157

## ASSESSMENT:

**Psychotropic Medication:**
☑ Current Prescription at time of arrest

**With regard to medication, Patient is**
☑ Compliant

**Participation:**
☑ Low engagement

**Provisional DSM 5 Diagnosis**
*NO ANSWER PROVIDED*

**Current Symptom Severity:**
☑ Severe – Marked impact on inmate's ability to function satisfactoryily in the current outpatient setting.

**Progress After Mental Health Encounter:**
☑ No Change

**Overall Progress:**
☑ No Change

## PLAN:

**Educational:**
*NO ANSWER PROVIDED*

**Patient referred to:**
☑ Referred to Medical Staff for Health/Wellness.

**Do you have Additional Orders.**
☑ Yes, Additional Orders. Review Mental Health Note form.

**Additional Notes:**
Due to inmate's decline in functioning and decompensation, Tara Ledbetter was contacted on 2/14/17 at 501-686-9191 and an appointment was made for Thursday February 16th at 10 am to file a petition for civil commitment to the Arkansas State Hospital.

---

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By DOWDY, MARITA on 2/15/2017

MSJ SOF 000175

158

Save Log

| User Name | Audit Date |
|---|---|
| DOWDY, MARITA | 2/15/2017 7:50:45 AM |

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB █████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By DOWDY, MARITA on 2/15/2017

1 of 1

MSJ SOF 000176



**Quest** Diagnostics

Page 1 of 1                02/15/2017  06:34:34 AM        Report Status: Final - Courtesy Copy

SMITH, TRILLUS

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| SMITH, TRILLUS | Specimen: KS679972U | Client #: 70400006     MAIL992 |
| DOB: ███  AGE: 22 | Requisition: 0000050 | JOHNSON, PAMELA A |
| Gender:  F | | TURN KEY HLTH PULASKI CO |
| Phone:  NG | Collected: 02/14/2017 / 09:00 CST | 3201 W ROOSEVELT RD |
| Patient ID: 02061995TS | Received: 02/14/2017 / 23:02 CST | LITTLE ROCK, AR 72204-5662 |
| | Faxed: 02/15/2017 / 06:28 CST | |

COMMENTS:    FASTING:NO

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | GT7 |
| GLUCOSE | | 57 L | 70-105 mg/dl | |
| UREA NITROGEN (BUN) | | 306 H | 7.0-18.7 mg/dl | |
| CREATININE | | 13.39 H | 0.57-1.11 mg/dl | |
| GFR-NON AFRICAN AMERICAN | | 3 L | >60 ml/min/1.73m2 | |
| Abnormal Results- Chronic Kidney Disease: <60 ml/min/1.73m2.  Kidney Failure: <15ml/min/1.73m2. | | | | |
| GFR-AFRICAN AMERICAN | | 4 L | >60 ml/min/1.73m2 | |
| Abnormal Results- Chronic Kidney Disease: <60 ml/min/1.73m2.  Kidney Failure: <15ml/min/1.73m2. The estimated GFR is obtained using the modified MDRD Study equation.  The MDRD Study equation has not been validated for use with the elderly (over 70 yrs of age), pregnant women, patients with serious comorbid conditions, or persons with extremes of body size, muscle mass or nutritional status. | | | | |
| BUN/CREATININE RATIO | | 23.0 H | 8-20 | |
| SODIUM | | 168 HH | 136-145 meq/L | |
| Critical value.  Results called to and read back by: | | | | |
| POTASSIUM | | 5.4 H | 3.5-5.1 meq/L | |
| CHLORIDE | | 118 H | 98-107 meq/L | |
| CARBON DIOXIDE | | 11.8 LL | 22-29 meq/L | |
| Critical value.  Results called to and read back by: | | | | |
| CALCIUM | | 7.4 L | 8.4-10.2 mg/dl | |
| PROTEIN, TOTAL, SERUM | 7.2 | | 6.4-8.3 g/dl | |
| ALBUMIN | 3.6 | | 3.5-5.2 g/dl | |
| GLOBULIN | | 3.6 H | 2.3-3.5 g/dl | |
| ALBUMIN/GLOBULIN RATIO | | 1.0 L | 1.1-1.8 | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 mg/dl | |
| ALKALINE PHOSPHATASE | 119 | | 40-150 IU/L | |
| AST | | 296 H | 5-34 IU/L | |
| ALT | | 139 H | 0-55 IU/L | |
| CBC (INCLUDES DIFF/PLT) | | | | GT7 |
| WHITE BLOOD CELL COUNT | | 20.2 H | 5.0-10.0 K/cmm | |
| RED BLOOD CELL COUNT | 4.73 | | 4.10-5.00 M/cmm | |
| HEMOGLOBIN | 13.6 | | 12.0-16.0 g/dl | |
| HEMATOCRIT | 41.9 | | 36.0-48.0 % | |
| MCV | 89 | | 80-100 fl | |
| MCH | 29 | | 27.0-31.0 uug | |
| MCHC | 32 | | 32.0-36.0 g/dl | |
| PLATELET COUNT | 239 | | 150-400 K/cmm | |
| RDW | | 15.2 H | 11.5-14.5 % | |
| NEUTROPHILS % | | 82 H | 50.0-70.0 % | |
| LYMPHOCYTES % | | 8 L | 20.0-35.0 % | |
| MONOCYTES % | | 10 H | 2.0-8.0 % | |
| EOSINOPHILS % | | 0 L | 2.0-5.0 % | |
| BASOPHILS % | 0 | | 0-1 % | |

PERFORMING SITE:
GT7   BAPTIST HEALTH MEDICAL CENTER LR, 9601 BAPTIST HEALTH DRIVE, LITTLE ROCK, AR 72205-0321 Laboratory Director: BRENT STAGOS, MD, CLIA: 04D0978839

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

MSJ SOF 000177

160

# Baptist Health Records

MSJ SOF 000178



# Fax

**Baptist Health Medical Center**
**Arkadelphia**
3050 Twin Rivers Drive
Arkadelphia, AR 71923
(870) 245-1120

Date:2/14/17

Turn Key Health

Attn to: Turn Key Health

Subject: Request for Medical Records

Comments: You are receiving this in response to a request for medical record information.

NOTICE: THE FOLLOWING INFORMATION IS CONFIDENTIAL

This information has been disclosed to you from records whose confidentiality is protected by the disclosing facility. You are prohibited from making any further disclosure without the specific written consent of the person to whom it pertains.

Please contact the HIM Department located at the hospital you requested information for any questions.

Baptist Health Arkadelphia (870) 245-1120

MSJ SOF 000179

162

 **Baptist Health**

BHMC LITTLE ROCK
9601 Baptist Health Drive
Little Rock AR 72205-7299
Abstract Report

SMITH, TRILLUS
MRN: 02096501
DOB: ███████ Sex: F
Adm: 2/1/2017, D/C: 2/2/2017

**Smith, Trillus (CSN #:64804756)  (22 y.o. F)  PCP: GARDNER, J (501-767-9111)**

LR 9X ED-15-15

Review Complete On: 2/2/2017 By: Mary V. Harper, RN

**Allergies as of 2/2/2017**

|  | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Azithromycin | 04/15/2015 |  | Hives |

**Admission Information**

| Attending Provider | Admitting Provider | Admission Type Urgent | Admission Date/Time 02/01/17  2356 |
|---|---|---|---|
| Discharge Date/Time 02/02/17  0105 | Hospital Service Emergency Medicine | Auth/Cert Status Incomplete | Service Area Baptist Health |
| Unit LR EMERGENCY | Room/Bed 15/15 | Admission Status Discharged (Confirmed) | Referring Provider |

**Discharge Information**

| Discharge Provider (none) | Date/Time 02/02/17  0105 | Disposition Home or Self Care | Destination (none) |
|---|---|---|---|

**Discharge Summaries**

No notes of this type exist for this encounter.

**ED Notes**

**ED Notes by Daniel L. Eubanks, RN at 2/1/2017 11:56 PM**

Author: Daniel L. Eubanks, RN     Service: (none)               Author Type: Registered Nurse
Filed: 2/1/2017 11:56 PM         Date of Service: 2/1/2017 11:56 PM   Status: Signed
Editor: Daniel L. Eubanks, RN (Registered Nurse)

Bed: 15
Expected date:
Expected time:
Means of arrival:
Comments:
MEMS

Electronically signed by Daniel L. Eubanks, RN on 2/1/2017 11:56 PM

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > DE1.1 | 2/1/2017 11:56 PM | Daniel L. Eubanks, RN | Registered Nurse | Sign |

**ED Triage Note by Jennifer L. Wortman, RN at 2/2/2017 12:08 AM**

Author: Jennifer L. Wortman, RN    Service: (none)             Author Type: Registered Nurse
Filed: 2/2/2017 12:09 AM          Date of Service: 2/2/2017 12:08 AM   Status: Signed
Editor: Jennifer L. Wortman, RN (Registered Nurse)

A/O AAF to ED via EMS stating she had an anxiety attack tonight when talking to her mom. States s/s have improved. Pt prefers a female caretaker. VSS. Pt is stable.[JW1.1]

Electronically signed by Jennifer L. Wortman, RN on 2/2/2017 12:09 AM

MSJ SOF 000180

163

 **Baptist Health**

| | | |
|---|---|---|
| BHMC LITTLE ROCK | SMITH,TRILLUS | |
| 9601 Baptist Health Drive | MRN: 02095501 | |
| Little Rock AR 72205-7299 | DOB: [redacted]  Sex: F | |
| Abstract Report | Adm: 2/1/2017, D/C: 2/2/2017 | |

## ED Notes (continued)

### ED Triage Note by Jennifer L. Wortman, RN at 2/2/2017 12:08 AM (continued)

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > JW1.1 | 2/2/2017 12:09 AM | Jennifer L. Wortman, RN | Registered Nurse | Sign |

### ED Provider Notes by Clinton E Evans, MD at 2/2/2017 12:38 AM

| | | |
|---|---|---|
| Author: Clinton E Evans, MD | Service: (none) | Author Type: Physician |
| Filed: 2/2/2017  5:00 AM | Date of Service: 2/2/2017 12:38 AM | Status: Signed |
| Editor: Clinton E Evans, MD (Physician) | | |

**History[RE1 1]**

**Chief Complaint**
Patient presents with
• Anxiety[CE1 1]

HPI Comments: 21 yo BF, with hx of depression, arrived to ED via EMS with c/o having an anxiety attack earlier tonight. Pt states she feels uncomfortable under pressure and states her brother and sister were fighting which triggered the attack. Other symptoms include feeling lightheaded. Pt states symptoms are improving at this time. No PCP listed.

Patient is a 21 y.o. female presenting with mental health disorder. The history is provided by the patient.
**Mental Health Problem**
Presenting symptoms: no suicidal thoughts
Degree of incapacity (severity):  Mild
Onset quality:  Sudden
Progression:  Improving
Chronicity: New
Context: stressful life event
Context comment:  Pt states her brother & sister were fighting which triggered her anxiety attack
Relieved by:  None tried
Exacerbated by: Stressful situations.
Ineffective treatments:  None tried
Associated symptoms: anxiety
Associated symptoms: no abdominal pain, no chest pain and no headaches[AR1 1]

**Past Medical History**
Diagnosis
• Asthma
• Depression
• Dysfunctional grieving

**Past Surgical History**
Procedure
• No known surgical history

184

 **Baptist Health**

BHMC LITTLE ROCK
9601 Baptist Health Drive
Little Rock AR 72205-7299
Abstract Report

SMITH,TRILLUS
MRN: 02096501
DOB: ███ Sex: F
Adm: 2/1/2017, D/C: 2/2/2017

## ED Notes (continued)

ED Provider Notes by Clinton E Evans, MD at 2/2/2017 12:38 AM (continued)

### Family History

| Problem | Relation | Age of Onset |
| --- | --- | --- |
| • Hypertension | Maternal Uncle | |
| • Asthma | Maternal Uncle | |
| • Diabetes | Maternal Grandmother | |
| • Cancer | Maternal Grandmother | |

### Social History

| | |
| --- | --- |
| • Smoking status: | Current Every Day Smoker |
| • Smokeless tobacco: | None |
| • Alcohol use | No[CE1.1] |

### Review of Systems

Constitutional: Negative for fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain, diarrhea, nausea and vomiting.
Musculoskeletal: Negative for back pain and neck pain.
Skin: Negative for wound.
Neurological: Negative for speech difficulty, weakness and headaches.
Psychiatric/Behavioral: Negative for confusion, dysphoric mood and suicidal ideas. The patient is nervous/anxious.
All other systems reviewed and are negative.

### Physical Exam

Visit Vitals

| | |
| --- | --- |
| • BP | 114/80 |
| • Pulse | 106 |
| • Temp | 98.4 °F (36.9 °C) (Oral) |
| • Resp | 20 |
| • Ht | 5' (1.524 m) |
| • Wt | 150 lb (68 kg) |
| • SpO2 | 98% |
| • BMI | 29.29 kg/m2[CE1.1] |

### Physical Exam

Constitutional: She is oriented to person, place, and time. Vital signs are normal. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist.

MSJ SOF 000182

165

 **Baptist Health**

| | | |
|---|---|---|
| | BHMC LITTLE ROCK | SMITH,TRILLUS |
| | 9601 Baptist Health Drive | MRN: 02096501 |
| | Little Rock AR 72205-7299 | DOB: ████ Sex: F |
| | Abstract Report | Adm: 2/1/2017, D/C: 2/2/2017 |

ED Notes (continued)

ED Provider Notes by Clinton E Evans, MD at 2/2/2017 12:38 AM (continued)

Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no decreased
breath sounds. She has no wheezes. She has no rhonchi. She has no rales.
Abdominal: Soft. She exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema or tenderness.
Neurological: She is alert and oriented to person, place, and time. She has normal strength. No cranial nerve
deficit or sensory deficit.
Skin: Skin is warm, dry and intact. No rash noted. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect. Her speech is normal and behavior is normal.
Nursing note and vitals reviewed.

I, Alexis S. Rasnic, have completed the above sections of this patient's chart as a medical scribe under the
direction and guidance of the aforementioned Emergency Department physician.

ED Course

Procedures[AR1.1]

ED Medication Orders
    None[CE1.1]

MDM
Number of Diagnoses or Management Options[AR1.1]
Anxiety[CE1.1]:

Assessment / Plan[CE1.1]
Final diagnoses ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Anxiety[CE1.1]

The patient was prescribed ▓▓▓▓
Discharge Medication List as of 2/2/2017 12:59 AM[CE1.2]

I have reviewed the information recorded by the scribe and agree that it is accurate.

The patient tells us that she had an anxiety episode triggered by family arguments tonight. She was
calm and without complaints when we saw her. She denied SI or HI. We reassured her she had no
indications for hospitalization, which she was okay with. She did want a referral for an outpatient
therapist. She was discharged, but never left the Campus prior to checking back in for a 2nd visit. At
that time, she was agitated and assaulted 1 of the security personnel. She was not seen by me on
the 2nd visit.[CE1.1]

Clinton E Evans, MD

MSJ SOF 000183

166



| | BHMC LITTLE ROCK | SMITH,TRILLUS |
|---|---|---|
| | 9601 Baptist Health Drive | MRN: 02096501 |
| | Little Rock AR 72205-7299 | DOB: ▮▮▮▮▮ Sex: F |
| | Abstract Report | Adm: 2/1/2017, D/C: 2/2/2017 |

### ED Notes (continued)

**ED Provider Notes by Clinton E Evans, MD at 2/2/2017 12:38 AM (continued)**

02/02/17 0500
[CE1.3]

Electronically signed by Clinton E Evans, MD on 2/2/2017  5:00 AM

Revision History

| | User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|---|
| > | CE1.3 | 2/2/2017  5:00 AM | Clinton E Evans, MD | Physician | Sign |
| | CE1.2 | 2/2/2017  4:59 AM | Clinton E Evans, MD | Physician | |
| | CE1.1 | 2/2/2017  4:58 AM | Clinton E Evans, MD | Physician | |
| | AR1.1 | 2/2/2017 12:43 AM | Alexis S. Rasnic | Emergency Scribe | Share |

### History & Physicals
No notes of this type exist for this encounter.

### Short Stay Summaries
No notes of this type exist for this encounter.

### Progress Notes
No notes of this type exist for this encounter.

### Consult Notes
No notes of this type exist for this encounter.

### Operative Notes
No notes of this type exist for this encounter.

### Anesthesia Notes
No notes of this type exist for this encounter.

### Procedure Notes
No notes of this type exist for this encounter.

### All Results
No results found

### Patient Care Timeline
No data selected in time range

### Patient Care Timeline
No data selected in time range

---

Generated by X10742 at 2/14/17  2:51 PM

MSJ SOF 000184

167

 **Baptist Health**

BHMC LITTLE ROCK
9601 Baptist Health Drive
Little Rock AR 72205-7299
Abstract Report

SMITH,TRILLUS
MRN: 02096501
DOB: ████   Sex: F
Adm: 2/2/2017, D/C: 2/2/2017

---

**Smith, Trillus (CSN #:64804901)  (22 y.o. F)  PCP:**
**GARDNER, J (501-767-9111)**

LR 9X ED-OTF-OTF

Review Complete On: 2/2/2017 By: Mary V.
Harper, RN

### Allergies as of 2/2/2017

|  | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Azithromycin | 04/15/2015 |  | Hives |

### Admission Information

| Attending Provider | Admitting Provider | Admission Type
Urgent | Admission Date/Time
02/02/17  0242 |
| Discharge Date/Time
02/02/17  0335 | Hospital Service
Emergency Medicine | Auth/Cert Status
Incomplete | Service Area
Baptist Health |
| Unit
LR EMERGENCY | Room/Bed
OTF/OTF | Admission Status
Discharged (Confirmed) | Referring Provider |

### Discharge Information

| Discharge Provider
(none) | Date/Time
02/02/17 0335 | Disposition
Court/Law Enforcement | Destination
(none) |

### Discharge Summaries

No notes of this type exist for this encounter.

---

### ED Notes

#### ED Triage Note by Mary V. Harper, RN at 2/2/2017 2:33 AM

| Author: Mary V. Harper, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 2/2/2017  2:33 AM | Date of Service: 2/2/2017  2:33 AM | Status: Signed |

Editor: Mary V. Harper, RN (Registered Nurse)

Pt c/o lower back pain and N/V.[MH1.1]

Electronically signed by Mary V. Harper, RN on 2/2/2017  2:33 AM
Revision History:

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > MH1.1 | 2/2/2017  2:33 AM | Mary V. Harper, RN | Registered Nurse | Sign |

#### ED Care Notes by Ashley N. Puska, RN at 2/2/2017  3:04 AM

| Author: Ashley N. Puska, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 2/2/2017  3:06 AM | Date of Service: 2/2/2017  3:04 AM | Status: Signed |

Editor: Ashley N. Puska, RN (Registered Nurse)

Pt asked for washcloth, soap and clean undergarments. All these things provided to pt in room.
States wants to wash herself out in hallway with gloves. Informed pt she cannot stand in hallway and
clean herself, informed her that there is a sink with soap in her room. Pt yelling. Pt asked to go back
to her room to wait for MD to assess her.[AP1.1]

Electronically signed by Ashley N. Puska, RN on 2/2/2017  3:06 AM

---

MSJ SOF 000185

168

 **Baptist Health**

BHMC LITTLE ROCK
9601 Baptist Health Drive
Little Rock AR 72205-7299
Abstract Report

SMITH,TRILLUS
MRN: 02096501
DOB: ▮▮▮▮▮ Sex: F
Adm: 2/2/2017, D/C: 2/2/2017

### ED Notes (continued)

#### ED Care Notes by Ashley N. Puska, RN at 2/2/2017 3:04 AM (continued)

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > AP1.1 | 2/2/2017 3:06 AM | Ashley N. Puska, RN | Registered Nurse | Sign |

#### ED Care Notes by Ashley N. Puska, RN at 2/2/2017 3:14 AM

Author: Ashley N. Puska, RN        Service: (none)                        Author Type: Registered Nurse
Filed: 2/2/2017 3:14 AM            Date of Service: 2/2/2017 3:14 AM       Status: Signed
Editor: Ashley N. Puska, RN (Registered Nurse)

Pt saying inappropriate statements to security officer. Officer asked her to please stay in her room.[AP1.1]

Electronically signed by Ashley N. Puska, RN on 2/2/2017 3:14 AM
Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > AP1.1 | 2/2/2017 3:14 AM | Ashley N. Puska, RN | Registered Nurse | Sign |

#### ED Care Notes by Ashley N. Puska, RN at 2/2/2017 3:22 AM

Author: Ashley N. Puska, RN        Service: (none)                        Author Type: Registered Nurse
Filed: 2/2/2017 3:23 AM            Date of Service: 2/2/2017 3:22 AM       Status: Signed
Editor: Ashley N. Puska, RN (Registered Nurse)

Pt speaking with security guard and police officer, started getting irate and yelling "rape", then stabbed officer with pen in side of neck. Police officer handcuffed pt and helped her to sit down.[AP1.1]

Electronically signed by Ashley N. Puska, RN on 2/2/2017 3:23 AM
Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > AP1.1 | 2/2/2017 3:23 AM | Ashley N. Puska, RN | Registered Nurse | Sign |

### History & Physicals
No notes of this type exist for this encounter.

### Short Stay Summaries
No notes of this type exist for this encounter.

### Progress Notes
No notes of this type exist for this encounter.

### Consult Notes
No notes of this type exist for this encounter.

### Operative Notes
No notes of this type exist for this encounter.

### Anesthesia Notes
No notes of this type exist for this encounter.

MSJ SOF 000186

169

 **Baptist Health**

BHMC LITTLE ROCK
9601 Baptist Health Drive
Little Rock AR 72205-7299
Abstract Report

SMITH,TRILLUS
MRN: 02096501
DOB: ▇▇▇▇ Sex: F
Adm: 2/2/2017, D/C: 2/2/2017

**Procedure Notes**

No notes of this type exist for this encounter.

**All Results**

No results found

**Patient Care Timeline**

No data selected in time range

**Patient Care Timeline**

No data selected in time range

## END OF REPORT

MSJ SOF 000187

170

# Pulaski County Regional Detention Facility Medical Records for Trillus Smith

MSJ SOF 000188



# SMITH, TRILLUS LAKAIL - 188619

**Female**

| | |
|---|---|
| Facility | ARPL - PULASKI CTY REG DET CTR |
| Race | U |
| DOB | |
| C - 103 - | |

| | | | |
|---|---|---|---|
| Language | Unknown | | |
| Alt Num | | | |
| Height/Wt | 0'0" lbs | Smoking Status | |
| Lactation Flag | False | Pregnancy Status | False |
| | | Suicide Status | N/A |

## Allergies

| Allergy | Onset Date | Severity | Onset Type |
|---|---|---|---|
| THORAZINE | 2/13/2017 | SEVERE | ADULT |
| ZITHROMAX | 1/1/0001 | N/A | N/A |

## Medications

| Medication | DC Date | Start Date | Stop Date |
|---|---|---|---|
| Haloperidol Dec. 100mg/ml (HALDOL DECANOATE) | | | |
| THOMPSON, JEREMY R | | 2/14/2017 | 3/16/2017 |
| INJECT 100 MILLIGRAM(S) INTRA-MUSCULARLY AM TREATMENTS ADMINISTER EVERY 4 WEEKS/MONTHLY  [***ADMINISTER Q MONTH***] | | | |

## Problem List

No Problems indicated

## Vitals

| Vitals Type Desc | Vital Inforamtion | Recorded By | Date Taken |
|---|---|---|---|
| BODY TEMPERATURE | 96.5 &deg;F | MANNIS, MALLORY | 2/13/2017 2:16:28 PM |
| BODY TEMPERATURE | 97.8 &deg;F | TILLMAN-WILSON, QUELINDA | 2/11/2017 11:25:08 PM |
| BODY TEMPERATURE | 97.4 &deg;F | BAHAN, MARY | 2/8/2017 7:34:04 PM |
| BODY TEMPERATURE | 97.0 &deg;F | BAHAN, MARY | 2/5/2017 7:47:04 AM |
| BODY TEMPERATURE | 000.0 &deg;F | MOORE, TINA | 2/3/2017 2:11:00 PM |
| PULSE RATE | 50 BPM | HUMPHREY, SHAMIKA | 2/14/2017 8:51:00 AM |
| PULSE RATE | 96 BPM | HALEY, NADINE | 2/13/2017 9:36:51 AM |
| PULSE RATE | 98 BPM | MANNIS, MALLORY | 2/13/2017 2:16:28 PM |

| | | | |
|---|---|---|---|
| PULSE RATE | 97 BPM | TILLMAN-WILSON, QUELINDA | 2/11/2017 11:25:08 PM |
| PULSE RATE | 99 BPM | WARREN, MARSHA | 2/11/2017 7:24:15 AM |
| PULSE RATE | 98 BPM | BAHAN, MARY | 2/8/2017 7:34:04 AM |
| PULSE RATE | 98 BPM | BAHAN, MARY | 2/5/2017 7:47:04 AM |
| PULSE RATE | 000.00 BPM | MOORE, TINA | 2/3/2017 2:11:00 PM |
| BLOOD PRESSURE | 82/56 mmHg | HUMPHREY, SHAMIKA | 2/14/2017 8:51:00 AM |
| BLOOD PRESSURE | 95/63 mmHg | HALEY, NADINE | 2/13/2017 9:36:51 PM |
| BLOOD PRESSURE | 108/40 mmHg | HUMPHREY, SHAMIKA | 2/13/2017 7:42:40 PM |
| BLOOD PRESSURE | 90/62 mmHg | MANNIS, MALLORY | 2/13/2017 2:16:28 PM |
| BLOOD PRESSURE | 98/70 mmHg | TILLMAN-WILSON, QUELINDA | 2/11/2017 11:25:08 PM |
| BLOOD PRESSURE | 131/87 mmHg | BAHAN, MARY | 2/5/2017 7:47:04 AM |
| BLOOD PRESSURE | 000/00 mmHg | MOORE, TINA | 2/3/2017 2:11:00 PM |
| RESPIRATORY RATE | 14 BPM | HUMPHREY, SHAMIKA | 2/14/2017 8:51:00 AM |
| RESPIRATORY RATE | 18 BPM | MOORE, TINA | 2/3/2017 2:11:00 PM |
| WEIGHT | unknown lbs | HALEY, NADINE | 2/13/2017 9:36:51 PM |
| WEIGHT | N/A lbs | WARREN, MARSHA | 2/11/2017 7:24:15 AM |
| WEIGHT | 150 lbs | MOORE, TINA | 2/3/2017 2:11:00 PM |
| O2 SATS | 98 | HUMPHREY, SHAMIKA | 2/14/2017 8:51:00 AM |
| O2 SATS | 0000 | MOORE, TINA | 2/3/2017 2:11:00 PM |
| HEIGHT | 5'2 ft/in | MOORE, TINA | 2/3/2017 2:11:00 PM |

## Patient Note Summary

| Description | Response Entered By Name | Date Created | Category Tag Names |
|---|---|---|---|
| INTAKE SCREENING, MEDICAL, INTERVIEW | MOORE, TINA | 2/3/2017 2:11:00 PM | Intake, Medical |
| Intake Mental Health Screening | MOORE, TINA | 2/3/2017 2:19:06 PM | Intake, Psychology |
| Note for PSYCH/MEDICAL | NIX, MELISSA | 2/4/2017 3:34:01 PM | Psychology |
| Nursing Note | BAHAN, MARY | 2/5/2017 7:47:04 AM | Progress Note, Nursing Note |
| Nursing Note | BAHAN, MARY | 2/8/2017 7:34:04 AM | Progress Note, Nursing Note |
| Nursing Note | WARREN, MARSHA | 2/11/2017 7:24:14 AM | Progress Note, Nursing Note |

| Description | Response Entered By Name | Date Created | Category Tag Names |
|---|---|---|---|
| Nursing Note | TILLMAN-WILSON, QUELINDA | 2/11/2017 11:25:08 PM | Progress Note, Nursing Note |
| Note for PSYCH/MEDICAL | NIX, MELISSA | 2/13/2017 10:10:57 AM | Psychology |
| Provider-Nurse SOAP Note | THOMPSON, JEREMY R | 2/13/2017 12:15:50 PM | Progress Note |
| Nursing Note | MANNIS, MALLORY | 2/13/2017 2:16:26 PM | Progress Note, Nursing Note |
| Nursing Note | HUMPHREY, SHAMIKA | 2/13/2017 7:42:40 PM | Progress Note, Nursing Note |
| Nursing Note | HALEY, NADINE | 2/13/2017 9:36:52 PM | Progress Note, Nursing Note |

MSJ SOF 000191

SMITH, TRILLUS LAKAIL   #188619   Location: C-103   DOB: ████████

## MENTAL HEALTH NOTE:

## DEMOGRAPHICS:

**Reason for Mental Health Encounter:**
☑Segregation Rounds

**Current Housing Status:**
☑Suicide Watch Booking

## SUBJECTIVE:

**Patient's report of current functioning:**
INMATE IS LYING ON THE FLOOR, NAKED, WITH HER HEAD TOWARDS THE DOOR. INMATE SPEECH IS NOT COHERENT. INMATE IS NOT EATING OR DRINKING. INMATE ATTEMPTS TO MAKE EYE CONTACT. INMATE WAS ABLE TO DRINK HALF A CUP OF WATER. AN ADDITIONAL CUP OF WATER WAS PROVIDED BUT SHE WAS UNABLE TO CONSUME THE WATER AND SPILT IT ON THE FLOOR AROUND HER. INMATE DOES NOT ATTEMPT TO SIT UP; SHE APPEARS EXHAUSTED AND DEHYDRATED AS HER MOUTH IS EXTREMELY DRY AND PASTY. INMATE AGREED TO TAKE MEDICATION TO HELP HER TO FEEL BETTER. DR. THOMPSON ORDERED THORAZINE 50 IM BID UNTIL HALDOL D 100 IM Q 4 WEEKS COMES IN FROM THE PHARMACY. INMATE RECEIVED THE INJECTION WITHOUT RESISTANCE. SHE IS ATTEMPTING TO DRINK ANOTHER GLASS OF WATER. SHE WAS COVERED WITH THE SUICIDE BLANKET AND THE SUICIDE SMOCK WAS PLACED UNDER HER HEAD. SHE WILL REMAIN ON SUICIDE WATCH AND FREQUENTLY MONITORED.

## OBJECTIVE:

**Appearance:**
☑Other

**If Other, Describe:**
INMATE WAS NAKED. THE SUICIDE SMOCK AND SUICIDE BLANKET WERE ON THE FLOOR AT THE END OF HER FEET.

**Behavior: ( Check all that apply):**
☑Cooperative   ☑Intermittent Eye Contact

**Alert:**
☑Yes

**Orientated: (Oriented to person, place, time, and situation:**
☑No

**If No, Describe:**
INMATE IS CURRENTLY DEHYDRATED AND SPEECH IS NOT COHERENT

**Mood:**
☑Other

---

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By NIX, MELISSA on 2/13/2017

1 of 3

MSJ SOF 000192

175

**If other, describe:**
INMATE IS PRIMARILY LISTLESS

**Affect:**
☑Flat

**Congruent with thoughts and mood:**
☑Yes

**Perception:**
*NO ANSWER PROVIDED*

**How many:**
*NO ANSWER PROVIDED*

**Frequency:**
*NO ANSWER PROVIDED*

**Currently causing Significant Distress or Impaired Functioning:**
*NO ANSWER PROVIDED*

**Whether Yes or No, Explain:**
UNABLE TO ASSESS AT THIS TIME

**Speech:**
☑Spft

**Thought Process/Content:**
*NO ANSWER PROVIDED*

**Memory:**
*NO ANSWER PROVIDED*

**Memory Impairment in:**
*NO ANSWER PROVIDED*

**If Impaired, describe:**
INMATE HAS BEEN COMBATIVE, YELLING, CURSING, SPITTING AND FIGHTING ANYONE THAT CAME NEAR HER.

**Reported average number of hours of sleep per day for past 72 hours**
UNKNOWN

**Reported average number of meals eaten per day for past 72 hours:**
UNKNOWN

**Insight:**
☑Poor

**Judgement:**
☑Poor

---

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By NIX, MELISSA on 2/13/2017

2 of 3

MSJ SOF 000193

176

**Suicidal/Homicidal Ideation: Reported thoughts/plans of self injury/homicide:**
☑Yes

**If Yes, describe ideation and/or intent:**
INMATE WILL REMAIN ON SUICIDE WATCH AT THIS TIME

**Explain any discrepancies between current symptoms reported by the patient and what is observed clinically:**
NONE REPORTED/OBSERVED

## ASSESSMENT:

**Psychotropic Medication:**
☑Medication prescribed historically

**With regard to medication, Patient is**
☑Non-compliant

**Participation:**
☑Low engagement

**Provisional DSM 5 Diagnosis**
DEFERRED

**Current Symptom Severity:**
☑Severe - Marked impact on inmate's abilty to function satisfactoryily in the current outpatient setting.

**Progress After Mental Health Encounter:**
☑No Change

**Overall Progress:**
☑No Change

## PLAN:

**Educational:**
*NO ANSWER PROVIDED*

**Patient referred to:**
*NO ANSWER PROVIDED*

**Do you have Additional Orders.**
☑Yes, Additional Orders. Review Mental Health Note form.

**Additional Notes:**
THORAZINE 50 IM ADMINISTERED BY NURSE ADAMS.  REMAIN ON SUICIDE WATCH.  CONTINUE TO MONITOR FREQUENTLY

---

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███
Facility: PULASKI CTY REG DET CTR
Electronically Signed By NIX, MELISSA on 2/13/2017

3 of 3

MSJ SOF 000194

177

## Save Log

| User Name | Audit Date |
|---|---|
| NIX, MELISSA | 2/13/2017 9:10:57 AM |

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By NIX, MELISSA on 2/13/2017

1 of 1

178

**SMITH, TRILLUS LAKAIL**  #188619  Location: C-103  DOB: ▮▮▮▮▮

## PROVIDER SOAPE NOTE:

## SUBJECTIVE:

**Subjective Assessment:**

Please see extensive nursing documentation surround the code red this morning.  Briefly, the patient received 50mg of chlorpromazine (my order) IM this morning.  She was subsequently found to be obtunded by the deputies who called a code red.  Medical staff arrived and she was profoundly hypotensive without palpable distal pulses.  She was given 2.5 liters of fluid intravenously and returned to her previous mental status.  We have added chlorpromazine to her allergy list.

## OBJECTIVE:

### VITALS:

**WT:**
*NO ANSWER PROVIDED*

**PULSE OX:**
*NO ANSWER PROVIDED*

**T:**
*NO ANSWER PROVIDED*

**BP:**
*NO ANSWER PROVIDED*

**HR:**
*NO ANSWER PROVIDED*

### GENERAL:

**DISTRESS LEVEL:**
*NO ANSWER PROVIDED*

**ALERT:**
*NO ANSWER PROVIDED*

**ORIENTED:**
*NO ANSWER PROVIDED*

**APPEARS:**
*NO ANSWER PROVIDED*

**BMI (If Obese or Underweight):**
*NO ANSWER PROVIDED*

**DRESS:**

---

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By THOMPSON, JEREMY R on 2/13/2017

MSJ SOF 000196

179

**DEMEANOR:**
*NO ANSWER PROVIDED*

**HYGEINE:**
*NO ANSWER PROVIDED*

## SKIN:

**RASH:**
*NO ANSWER PROVIDED*

**LOCATION:**
*NO ANSWER PROVIDED*

**LESION:**
*NO ANSWER PROVIDED*

**SIZE and LOCATION:**
*NO ANSWER PROVIDED*

**WOUND:**
*NO ANSWER PROVIDED*

**SIZE, DEPTH, and LOCATION:**
*NO ANSWER PROVIDED*

**TURGOR:**
*NO ANSWER PROVIDED*

## HEENT:

**EYES:**
*NO ANSWER PROVIDED*

**EARS:**
*NO ANSWER PROVIDED*

**NASAL:**
*NO ANSWER PROVIDED*

**SINUSES:**
*NO ANSWER PROVIDED*

**PHARYNX:**
*NO ANSWER PROVIDED*

**TONSILS:**
*NO ANSWER PROVIDED*

**NECK:**

---

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By THOMPSON, JEREMY R on 2/13/2017

2 of 6

*NO ANSWER PROVIDED*

**DENTITION:**
*NO ANSWER PROVIDED*

**DECAY:**
*NO ANSWER PROVIDED*

**DENTAL ABCESS:**
*NO ANSWER PROVIDED*

**TOOTH FRACTURE:**
*NO ANSWER PROVIDED*

## HEART:
**HEART:**
*NO ANSWER PROVIDED*

## LUNGS:
**LUNGS:**
*NO ANSWER PROVIDED*

**RESPIRATIONS:**
*NO ANSWER PROVIDED*

## ABDOMEN:
**ABDOMEN:**
*NO ANSWER PROVIDED*

**TENDER:**
*NO ANSWER PROVIDED*

**BOWEL SOUNDS:**
*NO ANSWER PROVIDED*

**MASS:**
*NO ANSWER PROVIDED*

**SIZE, LOCATION, TEXTURE:**
*NO ANSWER PROVIDED*

## EXTREMITIES:
**NORMAL:**
*NO ANSWER PROVIDED*

**EDEMA:**

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▉▉▉▉
Facility: PULASKI CTY REG DET CTR
Electronically Signed By THOMPSON, JEREMY R on 2/13/2017

MSJ SOF 000198

181

*NO ANSWER PROVIDED*

**COLOR:**
*NO ANSWER PROVIDED*

**PEDAL PULSES: LEFT**
*NO ANSWER PROVIDED*

**PEDAL PULSES:  RIGHT**
*NO ANSWER PROVIDED*

**GAIT:**
*NO ANSWER PROVIDED*

## GU/RECTAL:

**MALE GENITALIA:**
*NO ANSWER PROVIDED*

**LESIONS:**
*NO ANSWER PROVIDED*

**FEMALE GENITALIA:  NORMAL?**
*NO ANSWER PROVIDED*

**LESIONS:**
*NO ANSWER PROVIDED*

**DISCHARGE:**
*NO ANSWER PROVIDED*

**CERVICAL LESIONS:**
*NO ANSWER PROVIDED*

**RECTAL:**
*NO ANSWER PROVIDED*

**HEMOCCULT:**
*NO ANSWER PROVIDED*

## NEURO:

**GROSS DEFICITS:**
*NO ANSWER PROVIDED*

**MOTOR STRENGTH:**
*NO ANSWER PROVIDED*

**SENSATION:**
*NO ANSWER PROVIDED*

**TOE WALK:**

---

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By THOMPSON, JEREMY R on 2/13/2017

MSJ SOF 000199

182

*NO ANSWER PROVIDED*

**HEEL WALK:**
*NO ANSWER PROVIDED*

**RHOMBERG:**
*NO ANSWER PROVIDED*

**BABINSKI:**
*NO ANSWER PROVIDED*

**TINEL's**
*NO ANSWER PROVIDED*

**PHALEN's:**
*NO ANSWER PROVIDED*

**DTR's:**
*NO ANSWER PROVIDED*

**Do you have Additional Comments?**
☑No

## ASSESSMENT:

**Assessment:**
*NO ANSWER PROVIDED*

## PLAN:

**PLAN:**
*NO ANSWER PROVIDED*

**EKG:**
*NO ANSWER PROVIDED*

**Follow Up:**
*NO ANSWER PROVIDED*

**Ordering Medications?**
*NO ANSWER PROVIDED*

**Chart Check**
*NO ANSWER PROVIDED*

## VITALS/X-RAYS/LABS/ETC:

### VITALS:

**BP Check:**

---

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By THOMPSON, JEREMY R on 2/13/2017

MSJ SOF 000200

183

*NO ANSWER PROVIDED*

**Pulse Check:**
*NO ANSWER PROVIDED*

**Respiration Checks:**
*NO ANSWER PROVIDED*

**FSBS Check:**
*NO ANSWER PROVIDED*

**Temp Check:**
*NO ANSWER PROVIDED*

**O2 SAT Check:**
*NO ANSWER PROVIDED*

**Weight Check:**
*NO ANSWER PROVIDED*

**Dressing Change:**
*NO ANSWER PROVIDED*

## LABS/MICROBIOLOGY:

### FREQUENTLY ORDERED LABS/HEMOTOLOGY/TESTS:

**Frequently Ordered LABS: (ORDER NOW)**
*NO ANSWER PROVIDED*

**Frequently Order LABS: (ORDER PRIOR TO NEXT VISIT)**
*NO ANSWER PROVIDED*

### ORDER ADDITIONAL LABS/X-RAYS/ULTRASOUND: (SPECIFY WHEN (NOW/PRIOR TO NEXT VISIT)

**Do you wish to schedule Additional Labs?**
*NO ANSWER PROVIDED*

**Do you wish to order X-Rays?**
*NO ANSWER PROVIDED*

**Do you wish to order Ultrasounds?**
*NO ANSWER PROVIDED*

## EDUCATION:

**EDUCATION:**
*NO ANSWER PROVIDED*

---

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By THOMPSON, JEREMY R on 2/13/2017

MSJ SOF 000201

184

## Save Log

| User Name | Audit Date |
|---|---|
| THOMPSON, JEREMY R | 2/13/2017 11:15:50 AM |

**TK PROVIDER SOAPE NOTE:**
Provider-Nurse SOAP Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███
Facility: PULASKI CTY REG DET CTR
Electronically Signed By THOMPSON, JEREMY R on 2/13/2017

1 of 1

MSJ SOF 000202

SMITH, TRILLUS LAKAIL  #188619  Location: C-103  DOB: ▇▇▇▇▇

## SUBJECTIVE:

**SUBJECTIVE:**

Laying on the floor by her bunk. Responsive to verbal stimuli.

## OBJECTIVE:

**WT:**

*NO ANSWER PROVIDED*

**PULSE OX:**

98

**TEMP:**

96.5

**BP:**

90/62

**HR:**

67

**COMMENTS:**

Capillary refill initially greater than 6 seconds. Unable to obtain VS. O2 started 8L via mask. MD notified. Stat orders for IV and fluids given bolus, 20 gauge catheter to left AC X 1 attempt. D51/2 started bolus X 1 Liter. 1 1/2 Liter of NS given bolus following D51/2. O2 turned down to 3L via NC. O2 sat 98%. Capillary refill less than 3 seconds after bolus. VS WNL. Stable condition at this time. O2 98% RA.

## ASSESSMENT:

**ASSESSMENT:**

*NO ANSWER PROVIDED*

## PLAN:

**PLAN:**

Increase fluid intake, monitor I&O

## EDUCATION:

**EDUCATION:**

Importance of eating and drinking to stay hydrated.

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▇▇▇▇▇
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MANNIS, MALLORY on 2/13/2017

1 of 1

186

## Save Log

| User Name | Audit Date |
|---|---|
| MANNIS, MALLORY | 2/13/2017 1:16:26 PM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188519
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MANNIS, MALLORY on 2/13/2017

1 of 1

187

**SMITH, TRILLUS LAKAIL**   #188619   Location: C-103   DOB: ████████

## SUBJECTIVE:

**SUBJECTIVE:**

Laying on the floor by her bunk. Responsive to verbal stimuli.

## OBJECTIVE:

**WT:**
*NO ANSWER PROVIDED*

**PULSE OX:**
98

**TEMP:**
96.5

**BP:**
90/62

**HR:**
67

**COMMENTS:**

Capillary refill initially greater than 6 seconds. Unable to obtain VS. O2 started 8L via mask. MD notified. Stat orders for IV and fluids given bolus, 20 gauge catheter to left AC X 1 attempt. D51/2 started bolus X 1 Liter. 1 1/2 Liter of NS given bolus following D51/2. O2 turned down to 3L via NC. O2 sat 98%. Capillary refill less than 3 seconds after bolus. VS WNL. Stable condition at this time. O2 98% RA.

## ASSESSMENT:

**ASSESSMENT:**
*NO ANSWER PROVIDED*

## PLAN:

**PLAN:**
Increase fluid intake, monitor I&O

## EDUCATION:

**EDUCATION:**
Importance of eating and drinking to stay hydrated.

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MANNIS, MALLORY on 2/13/2017

1 of 1

## Save Log

| User Name | Audit Date |
|---|---|
| MANNIS, MALLORY | 2/13/2017 1:16:26 PM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MANNIS, MALLORY on 2/13/2017

1 of 1

MSJ SOF 000206

189

<u>SMITH, TRILLUS LAKAIL</u>  #188619  Location: C-103  DOB: ███████

## <u>SUBJECTIVE:</u>

**SUBJECTIVE:**

Nurse called to Unit to assess Inmate

## <u>OBJECTIVE:</u>

**WT:**
*NO ANSWER PROVIDED*

**PULSE OX:**
*NO ANSWER PROVIDED*

**TEMP:**
*NO ANSWER PROVIDED*

**BP:**
108/40

**HR:**
*NO ANSWER PROVIDED*

**COMMENTS:**
unable to get O2 reading, unable to palpate pulses

## <u>ASSESSMENT:</u>

**ASSESSMENT:**

Inmate incoherent, unable to sit up without total assistance, Observed Deputies attempting to give inmate water. Inmate continues to refuse

## <u>PLAN:</u>

**PLAN:**

Charge Nurse Notified

## <u>EDUCATION:</u>

**EDUCATION:**
*NO ANSWER PROVIDED*

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By HUMPHREY, SHAMIKA on 2/13/2017

1 of 1

190

## Save Log

| User Name | Audit Date |
|-----------|------------|
| HUMPHREY, SHAMIKA | 2/13/2017 6:42:40 PM |

**TK INCIDENTAL SOAPE NOTE:**

*Nursing Note*

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB █████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By HUMPHREY, SHAMIKA on 2/13/2017

1 of 1

MSJ SOF 000208

**SMITH, TRILLUS LAKAIL**  #188619  Location: C-103  DOB: ▮▮▮▮▮▮

## SUBJECTIVE:

**SUBJECTIVE:**
  Nurse called to Unit to assess Inmate

## OBJECTIVE:

**WT:**
*NO ANSWER PROVIDED*

**PULSE OX:**
*NO ANSWER PROVIDED*

**TEMP:**
*NO ANSWER PROVIDED*

**BP:**
  108/40

**HR:**
*NO ANSWER PROVIDED*

**COMMENTS:**
  unable to get O2 reading, unable to palpate pulses

## ASSESSMENT:

**ASSESSMENT:**

Inmate incoherent, unable to sit up without total assistance, Observed Deputies attempting to give inmate water.
Inmate continues to refuse

## PLAN:

**PLAN:**
Charge Nurse Notified

## EDUCATION:

**EDUCATION:**
*NO ANSWER PROVIDED*

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By HUMPHREY, SHAMIKA on 2/13/2017

1 of 1

MSJ SOF 000209

192

## Save Log

| User Name | Audit Date |
|-----------|------------|
| HUMPHREY, SHAMIKA | 2/13/2017 6:42:40 PM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB ▓▓▓▓▓▓
Facility: PULASKI CTY REG DET CTR
Electronically Signed By HUMPHREY, SHAMIKA on 2/13/2017

1 of 1

193

**SMITH, TRILLUS LAKAIL**   #188619   Location: C-103   DOB: ▮▮▮▮

## SUBJECTIVE:

**SUBJECTIVE:**

Inmate lying on floor, not combative, yelling out

## OBJECTIVE:

**WT:**

unknown

**PULSE OX:**

96

**TEMP:**

*NO ANSWER PROVIDED*

**BP:**

95/63

**HR:**

49

**COMMENTS:**

Reported condition to Dr. Thompson.  Inmate lethargic, displays psychosis, naked, lying on cold concrete floor, does not respond to verbal stimuli, not eating or drinking, lets food and water slide out of her mouth, words are nonsensical, not combative, eyes rolling in head.

## ASSESSMENT:

**ASSESSMENT:**

lips dry, skin cold to touch, laying on concrete floor, naked, yelling out, not combative

## PLAN:

**PLAN:**

Dr. Thompson ordered Haldol 5mg IM now.  Administered injection in left hip.

## EDUCATION:

**EDUCATION:**

Inmate non coherent at this time.

---

**TK INCIDENTAL SOAPE NOTE:**

Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By HALEY, NADINE on 2/13/2017

1 of 1

194

## Save Log

| User Name | Audit Date |
|---|---|
| HALEY, NADINE | 2/13/2017 8:36:52 PM |

**TK INCIDENTAL SOAPE NOTE:**

Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By HALEY, NADINE on 2/13/2017

1 of 1

MSJ SOF 000212

195

**SMITH, TRILLUS LAKAIL**  #188619  Location: C-103  DOB ███████

## SUBJECTIVE:
**SUBJECTIVE:**

Inmate lying on floor, not combative, yelling out

## OBJECTIVE:
**WT:**

unknown

**PULSE OX:**

96

**TEMP:**

*NO ANSWER PROVIDED*

**BP:**

95/63

**HR:**

49

**COMMENTS:**

Reported condition to Dr. Thompson.  Inmate lethargic, displays psychosis, naked, lying on cold concrete floor, does not respond to verbal stimuli, not eating or drinking, lets food and water slide out of her mouth, words are nonsensical, not combative, eyes rolling in head.

## ASSESSMENT:
**ASSESSMENT:**

lips dry, skin cold to touch, laying on concrete floor, naked, yelling out, not combative

## PLAN:
**PLAN:**

Dr. Thompson ordered Haldol 5mg IM now.  Administered injection in left hip.

## EDUCATION:
**EDUCATION:**

Inmate non coherent at this time.

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By HALEY, NADINE on 2/13/2017

1 of 1

MSJ SOF 000213

196

## Save Log

| User Name | Audit Date |
|---|---|
| HALEY, NADINE | 2/13/2017 8:36:52 PM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By HALEY, NADINE on 2/13/2017

1 of 1

MSJ SOF 000214

197

**SMITH, TRILLUS LAKAIL**   #188619   Location: C-103   DOB: ▮▮▮▮▮

## SUBJECTIVE:
**SUBJECTIVE:**
*NO ANSWER PROVIDED*

## OBJECTIVE:
**WT:**
 N/A

**PULSE OX:**
 99

**TEMP:**
*NO ANSWER PROVIDED*

**BP:**
*NO ANSWER PROVIDED*

**HR:**
 103

**COMMENTS:**
INMATE LAYING ON FLOOR WITH GREEN SUICIDE OUTFIT OVER HER BODY; DOES NOT FOLLOW SIMPLE COMMANDS; FINE TREMORS; SKIN WARM/EXTREMELY DRY; UNABLE TO HAVE I/M DRINK/ LETS FLUID RUN OUT OF MOUTH; FSBS 164; VERBAL BUT NOT ABLE TO UNDERSTAND WORDS I/M SAYING; DEPUTY STATED "I DO NOT THINK SHE IS EATING", WILL MONITOR; APPEARS TO BE EXHAUSTION FROM 1 WIIK OF CONSTANT MOTION & YELLING. WILL MONITOR.

## ASSESSMENT:
**ASSESSMENT:**
*NO ANSWER PROVIDED*

## PLAN:
**PLAN:**
*NO ANSWER PROVIDED*

## EDUCATION:
**EDUCATION:**
*NO ANSWER PROVIDED*

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By WARREN, MARSHA on 2/11/2017

MSJ SOF 000215

198

## Save Log

| User Name | Audit Date |
|---|---|
| WARREN, MARSHA | 2/11/2017 6:24:14 AM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

**Patient Name:** SMITH, TRILLUS LAKAIL
**Patient Number:** 188619
**Location:** C-103
**DOB:** ████████
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** WARREN, MARSHA on 2/11/2017

1 of 1

199

**SMITH, TRILLUS LAKAIL**   #188619   Location: C-103   DOB: ███████

## SUBJECTIVE:

**SUBJECTIVE:**
*NO ANSWER PROVIDED*

## OBJECTIVE:

**WT:**
N/A

**PULSE OX:**
99

**TEMP:**
*NO ANSWER PROVIDED*

**BP:**
*NO ANSWER PROVIDED*

**HR:**
103

**COMMENTS:**
INMATE LAYING ON FLOOR WITH GREEN SUICIDE OUTFIT OVER HER BODY; DOES NOT FOLLOW SIMPLE COMMANDS; FINE TREMORS; SKIN WARM/EXTREMELY DRY; UNABLE TO HAVE I/M DRINK/ LETS FLUID RUN OUT OF MOUTH; FSBS 164; VERBAL BUT NOT ABLE TO UNDERSTAND WORDS I/M SAYING; DEPUTY STATED "I DO NOT THINK SHE IS EATING", WILL MONITOR; APPEARS TO BE EXHAUSTION FROM 1 WIIK OF CONSTANT MOTION & YELLING. WILL MONITOR.

## ASSESSMENT:

**ASSESSMENT:**
*NO ANSWER PROVIDED*

## PLAN:

**PLAN:**
*NO ANSWER PROVIDED*

## EDUCATION:

**EDUCATION:**
*NO ANSWER PROVIDED*

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By WARREN, MARSHA on 2/11/2017

1 of 1

200

## Save Log

| User Name | Audit Date |
|---|---|
| WARREN, MARSHA | 2/11/2017 6:24:14 AM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▉▉▉▉▉
Facility: PULASKI CTY REG DET CTR
Electronically Signed By WARREN, MARSHA on 2/11/2017

1 of 1

MSJ SOF 000218

201

**SMITH, TRILLUS LAKAIL**  #188619  **Location:** C-103   **DOB:** ▮▮▮▮▮▮

## SUBJECTIVE:

**SUBJECTIVE:**

   CALLED TO ASSESS INMATE.

## OBJECTIVE:

**WT:**

*NO ANSWER PROVIDED*

**PULSE OX:**

   97

**TEMP:**

   97.8

**BP:**

   98/70

**HR:**

   70

**COMMENTS:**

   resp 18

## ASSESSMENT:

**ASSESSMENT:**

   MUCUS MEMBRANES DRY PER DEPUTY INMATE HAS NOT BEEN EATING OR DRINKING WELL

## PLAN:

**PLAN:**

IV BOLUS OF NORMAL SALINE GIVEN 400ML THIS NURSE WAS ABLE TO GET INMATE TO DRINK 2 CUPS  OF WATER. IMATE STABLE AT THIS TIME. AND HAS BECOME A LITTLE COMBATIVE. WILL CONTINUE TO MONITOR

## EDUCATION:

**EDUCATION:**

*NO ANSWER PROVIDED*

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

**Patient Name:** SMITH, TRILLUS LAKAIL
**Patient Number:** 188619
**Location:** C-103
**DOB:** ▮▮▮▮▮▮
**Facility:** PULASKI CTY REG DET CTR
**Electronically Signed By** TILLMAN-WILSON, QUELINDA on 2/11/2017

1 of 1

202

## Save Log

| User Name | Audit Date |
|---|---|
| TILLMAN-WILSON, QUELINDA | 2/11/2017 10:25:08 PM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By TILLMAN-WILSON, QUELINDA on 2/11/2017

1 of 1

203

**SMITH, TRILLUS LAKAIL**  #188619  Location: C-103  DOB: ███████

## SUBJECTIVE:
**SUBJECTIVE:**
CALLED TO ASSESS INMATE.

## OBJECTIVE:
**WT:**
*NO ANSWER PROVIDED*

**PULSE OX:**
97

**TEMP:**
97.8

**BP:**
98/70

**HR:**
70

**COMMENTS:**
resp 18

## ASSESSMENT:
**ASSESSMENT:**
MUCUS MEMBRANES DRY PER DEPUTY INMATE HAS NOT BEEN EATING OR DRINKING WELL.

## PLAN:
**PLAN:**
IV BOLUS OF NORMAL SALINE GIVEN 400ML THIS NURSE WAS ABLE TO GET INMATE TO DRINK 2 CUPS OF WATER. IMATE STABLE AT THIS TIME. AND HAS BECOME A LITTLE COMBATIVE. WILL CONTINUE TO MONITOR

## EDUCATION:
**EDUCATION:**
*NO ANSWER PROVIDED*

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By TILLMAN-WILSON, QUELINDA on 2/11/2017

1 of 1

MSJ SOF 000221

204

## Save Log

| User Name | Audit Date |
|---|---|
| TILLMAN-WILSON, QUELINDA | 2/11/2017 10:25:08 PM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By TILLMAN-WILSON, QUELINDA on 2/11/2017

1 of 1

MSJ SOF 000222

205

**SMITH, TRILLUS LAKAIL** #188619  Location: C-103  DOB: ▮▮▮▮▮

## SUBJECTIVE:

**SUBJECTIVE:**

CODE BLUE.  OC SPRAY DEPLOYED.  INMATE SITTING ON FLOOR, ROCKING AND TALKING TO HERSELF

## OBJECTIVE:

**WT:**
*NO ANSWER PROVIDED*

**PULSE OX:**
98

**TEMP:**
97.4

**BP:**
*NO ANSWER PROVIDED*

**HR:**
82

**COMMENTS:**

UNABLE TO ASSESS BP DUE TO INMATE'S BEHAVIOR  STAFF RESPONDING BAHAN RN, SCOTT EMT, NUYGEN LPN, SIMMONS LPN AND LITTLE LPN

## ASSESSMENT:

**ASSESSMENT:**

NO OBVIOUS INJURIES NOTED.  INMATE DID NOT APPEAR TO BE IN ANY DISTRESS

## PLAN:

**PLAN:**

DECONTAMINATED VIA EYEWASH.  ATTMEPTED TO TAKE BP.

## EDUCATION:

**EDUCATION:**

UNABLE TO DO ANY EDUCATION AT THIS TIME DUE TO INMATES MENTAL STATUS

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By BAHAN, MARY on 2/8/2017

MSJ SOF 000223

206

## Save Log

| User Name | Audit Date |
|---|---|
| BAHAN, MARY | 2/8/2017 6:34:04 PM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: █████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By BAHAN, MARY on 2/8/2017

1 of 1

MSJ SOF 000224

207

SMITH, TRILLUS LAKAIL  #188619  Location: C-103  DOB: ▇▇▇

## SUBJECTIVE:

**SUBJECTIVE:**

CODE BLUE.  OC SPRAY DEPLOYED.  INMATE SITTING ON FLOOR, ROCKING AND TALKING TO HERSELF

## OBJECTIVE:

**WT:**
*NO ANSWER PROVIDED*

**PULSE OX:**
98

**TEMP:**
97.4

**BP:**
*NO ANSWER PROVIDED*

**HR:**
82

**COMMENTS:**

UNABLE TO ASSESS BP DUE TO INMATE'S BEHAVIOR  STAFF RESPONDING BAHAN RN, SCOTT EMT, NUYGEN LPN, SIMMONS LPN AND LITTLE LPN

## ASSESSMENT:

**ASSESSMENT:**

NO OBVIOUS INJURIES NOTED.  INMATE DID NOT APPEAR TO BE IN ANY DISTRESS

## PLAN:

**PLAN:**

DECONTAMINATED VIA EYEWASH.  ATTMEPTED TO TAKE BP.

## EDUCATION:

**EDUCATION:**

UNABLE TO DO ANY EDUCATION AT THIS TIME DUE TO INMATES MENTAL STATUS

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▇▇▇
Facility: PULASKI CTY REG DET CTR
Electronically Signed By BAHAN, MARY on 2/8/2017

1 of 1

## Save Log

| User Name | Audit Date |
|-----------|------------|
| BAHAN, MARY | 2/8/2017 6:34:04 PM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By BAHAN, MARY on 2/8/2017

1 of 1

MSJ SOF 000226

209

<u>SMITH, TRILLUS LAKAIL</u>   #188619   Location: C-103   DOB: ▮▮▮▮▮▮▮

## SUBJECTIVE:

**SUBJECTIVE:**

code blue. oc spray deployed. inmate's only complaint was her skin and eyes burning from oc spray

## OBJECTIVE:

**WT:**
*NO ANSWER PROVIDED*

**PULSE OX:**
98

**TEMP:**
97.0

**BP:**
131/87

**HR:**
81

**COMMENTS:**

oc spray noted to face. no injuries noted. medical staff on scene  M Bahan RN, T Walker RN, Stowe LPN, Abbott LPN,  Humphrey LPN, Bazzelle  LPN, McCraw LPN, Scott EMT, Grimes EMT

## ASSESSMENT:

**ASSESSMENT:**

alteration in comfort r/t oc spray

## PLAN:

**PLAN:**

decontaminated via eyewash. assessed for injuries.

## EDUCATION:

**EDUCATION:**

inform medical if she has any type of reaction to the oc spray

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By BAHAN, MARY on 2/5/2017

1 of 1

MSJ SOF 000227

210

## Save Log

| User Name | Audit Date |
|---|---|
| BAHAN, MARY | 2/5/2017 6:47:04 AM |

**TK INCIDENTAL SOAPE NOTE:**

Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By BAHAN, MARY on 2/5/2017

1 of 1

MSJ SOF 000228

**SMITH, TRILLUS LAKAIL**  #188619  Location: C-103  DOB: ███████

## SUBJECTIVE:

**SUBJECTIVE:**

code blue.  oc spray deployed.  inmate's only complaint was her skin and eyes burning from oc spray

## OBJECTIVE:

**WT:**
*NO ANSWER PROVIDED*

**PULSE OX:**
98

**TEMP:**
97.0

**BP:**
131/87

**HR:**
81

**COMMENTS:**
oc spray noted to face.  no injuries noted.  medical staff on scene  M Bahan RN, T Walker RN, Stowe LPN, Abbott LPN,  Humphrey LPN, Bazzelle  LPN, McCraw LPN, Scott EMT, Grimes EMT

## ASSESSMENT:

**ASSESSMENT:**
alteration in comfort r/t oc spray

## PLAN:

**PLAN:**
decontaminated via eyewash.  assessed for injuries.

## EDUCATION:

**EDUCATION:**
inform medical if she has any type of reaction to the oc spray

---

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By BAHAN, MARY on 2/5/2017

1 of 1

212

## Save Log

| User Name | Audit Date |
|---|---|
| BAHAN, MARY | 2/5/2017 6:47:04 AM |

**TK INCIDENTAL SOAPE NOTE:**
Nursing Note

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By BAHAN, MARY on 2/5/2017

1 of 1

SMITH, TRILLUS LAKAIL  #188619  Location: C-103  DOB: ███████

## MENTAL HEALTH NOTE:

## DEMOGRAPHICS:

**Reason for Mental Health Encounter:**
☑ Segregation Rounds

**Current Housing Status:**
☑ Suicide Watch Booking

## SUBJECTIVE:

**Patient's report of current functioning:**

INMATE WAS PLACED ON SUICIDE WATCH 2-3-17 @ APPROXIMATELY 2:16 PM.  UPON ARRIVAL TO THE CELL DOOR, INMATE IS STANDING NAKED ON THE STOOL.  SHE IS UNABLE TO ELABORATE AS TO WHY SHE WAS STANDING ON THE STOOL.  SHE REPORTS THAT "SOME GUYS WERE TYRING TO KILL ME."  REPORTS SHE KNOWS THE GUYS AND HAS FILED A REPORT WITH THE POLICE.  INMATE CURRENTLY DENIES MENTAL HEALTH MEDICATIONS (AT INTAKE SHE REPORTED CELEXA/KROGER PHARMACY REPORTED NO MEDS FILLED SINCE FEBRUARY 2016).  INMATE REPORTS SHE HAS A HEAD INJURY FROM BEING HIT IN THE HEAD AND ATTEMPTS TO SHOW THROUGH THE GLASS IN THE WINDOW.  SHE REPORTS SHE WENT TO THE HOSPITAL AND DISPLAYS HOSPITAL BRACELETS (TWO) ON HER LEFT WRIST (WRITING CAN NOT BE READ).  INMATE REPORTS SHE MAY HAVE HAD A CONCUSSION BUT IS NOT SURE.  INMATE DENIES BEING SUICIDAL AND STATES SHE WANTS TO COME OUT.  WHEN ASKED IF SHE WOULD BE ABLE TO FUNCTION IN GENERAL POPULATION SHE REPORTS YES.  INMATE IS ATTEMPTING TO READ NOTES ON CLIP BOARD BEING HELD BY MENTAL HEALTH WORKER.  INMATE  STATES THE INFORMATION IS NOT CORRECT AND BEGINS TO YELL ABOUT THE NOTES BEING WRONG.  SHE ALSO REPORTS THAT HER BROTHER, WHO IS ON THE UNIT, RAPED HER.  INMATE WAS ADVISED THAT SHE WAS IN A UNIT THAT ONLY HOUSES FEMALES.  INMATE WAS ADAMANT THAT HER BROTHER WAS ON THE UNIT BUT GOT MOVED.  INMATE WILL REMAIN ON SUICIDE WATCH AT THIS TIME FOR HER OWN SAFETY AS WELL AS THE SAFETY OF OTHER INMATES ON THE UNIT.

## OBJECTIVE:

**Appearance:**
☑ Appropriately Attired

**Behavior: ( Check all that apply):**
☑ Psychomotor Agitation   ☑ Intermittent Eye Contact

**Alert:**
☑ Yes

**Orientated: (Oriented to person, place, time, and situation:**
☑ No

**If No, Describe:**
INMATE IS ORIENTED TO PERSON AND PLACE.

**Mood:**

---

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By NIX, MELISSA on 2/4/2017

1 of 3

MSJ SOF 000231

214

☑Irritable

**Affect:**
☑Broad

**Congruent with thoughts and mood:**
☑Yes

**Perception:**
☑Denied Hallucinations w/n past 90 days

**How many:**
*NO ANSWER PROVIDED*

**Frequency:**
*NO ANSWER PROVIDED*

**Currently causing Significant Distress or Impaired Functioning:**
☑No

**Whether Yes or No, Explain:**
DELUSIONAL THOUGHT PROCESS-UNABLE TO IDENTIFY IF INMATE HAD BEEN UNDER THE INFLUENCE OF ANY SUBSTANCES PRIOR TO DETAINMENT

**Speech:**
☑Loud

**Thought Process/Content:**
☑Confused   ☑Delusional

**If delusions are reported, describe type and content of delusions: (grandiose, paranoid, persecutory, etc:**
DELUSIONAL THOUGHT PROCESS.

**Memory:**
*NO ANSWER PROVIDED*

**Memory Impairment in:**
*NO ANSWER PROVIDED*

**If Impaired, describe:**
N/A

**Reported average number of hours of sleep per day for past 72 hours**
UNKNOWN

**Reported average number of meals eaten per day for past 72 hours:**
UNKNOWN

**Insight:**
☑Poor

**Judgement:**

---

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By NIX, MELISSA on 2/4/2017

2 of 3

☑ Poor

**Suicidal/Homicidal Ideation: Reported thoughts/plans of self injury/homicide:**
☑ Yes

**If Yes, describe ideation and/or intent:**
DENIES SHE IS SUICIDAL BUT DUE TO DELUSIONAL THOUGHT PROCESS AND CONFUSTION, INMATE WILL REMAIN ON SUICIDE WATCH FOR HER SAFETY AND THE SAFETY OF OTHER INMATES ON THE UNIT.

**Explain any discrepancies between current symptoms reported by the patient and what is observed clinically:**
NONE

## ASSESSMENT:

**Psychotropic Medication:**
☑ Medication prescribed historically

**With regard to medication, Patient is**
☑ Non-compliant

**Participation:**
☑ Moderate engagement

**Provisional DSM 5 Diagnosis**
DEFERRED

**Current Symptom Severity:**
☑ Minor – Minor impact on inmate's abilty to function satisfactoryily in the current outpatient setting.

**Progress After Mental Health Encounter:**
☑ No Change

**Overall Progress:**
☑ No Change

## PLAN:

**Educational:**
*NO ANSWER PROVIDED*

**Patient referred to:**
*NO ANSWER PROVIDED*

**Do you have Additional Orders.**
☑ No

---

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: █████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By NIX, MELISSA on 2/4/2017

3 of 3

MSJ SOF 000233

216

## Save Log

| User Name | Audit Date |
|-----------|------------|
| NIX, MELISSA | 2/4/2017 2:34:01 PM |

**TK MENTAL HEALTH NOTE:**
Note for PSYCH/MEDICAL

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By NIX, MELISSA on 2/4/2017

1 of 1

MSJ SOF 000234

**SMITH, TRILLUS LAKAIL**   #188619   Location: C-103   DOB: ██████

## MEDICAL INTAKE SCREENING

### DEMOGRAPHICS:

**Health Insurance:**
☑Yes

**Policy Number if Applicable:**
AMBETTER

**Gender:**
☑Female

**Race:**
☑Black

### MEDICAL OBSERVATIONS:

**List all known allergies:**
ARITHOMYACIN

**Sent for FIT:**
*NO ANSWER PROVIDED*

**Any injuries due to arrest or booking?**
☑No

**Does the inmate show signs or reporting complaints of significant injury, excessive bleeding, or psychosis, or other emergent condition requiring immediate treatment:**
*NO ANSWER PROVIDED*

**Have you had a significant head injury in the past 3 days? If yes, did you seek treatment:**
☑No

**When was your last healthcare visit? (Include Provider Name and location and complete a Release of Information, as applicable):**
YESTERDAY

**Provider name, location, and any pending appointments:**
WAS RELEASED FROM STATE HOSPITAL

**Have you ever been incarcerated at this facility? If yes, provide year:**
☑Yes

**Year:**
UNK

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ██████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000235

**Who is your emergency health contact and how to contact them?**
MOTHER  UNK NUMBER

**Is the patient currently taking any medications?**
☑Yes

**If yes to above question, list all current medications including dosages, frequency, last time taken, and name of pharmacy:**
CITALOPRAM  KROGER UNK WHICH ONE

**Has the patient been checked for head lice?**
☑Yes

**Does the patient need treatment for head lice?**
☑No

**Does the patient use any of the following**
*NO ANSWER PROVIDED*

**If yes to the above question, does the inmate have the item on their person?**
☑No

**If yes to the above question, has the item been placed in property?**
☑No

## PATIENT VITALS:

**Blood Pressure:**
000/00

**Pulse:**
000.00

**Respirations:**
18

**Temperature:**
000.0

**Weight:**
150

**Height:**
5'2

**SPO2**
0000

## MEDICAL ILLNESSES:

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR.
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000236

249

**Heart Attack/Cardiac Disease:**
☑No

**High Blood Pressure:**
☑No

**Cancer/Oncology:**
☑ No

**Lung Disease or Asthma:**
☑Yes

**Note Details:**
SAID HAS ASTHMA AND LAST TIME USED INHALER WAS IN HOSPITAL SHE REALLY DIDNT KNOW

**Stroke:**
☑No

**Diabetes:**
☑No

**Note current FSBS:**
*NO ANSWER PROVIDED*

**Do you consider your diabetes under good control?**
☑N/A

**Seizures:**
☑No

**HIV:**
☑No

**Current STD's:**
☑No

**Are you receiving treatment:**
☑No

**Liver Disease or Hepatitis:**
☑No

**Do you have a history of TB treatment or a Positive Skin Test:**
☑No

**Have you recently experienced any of the following:**
*NO ANSWER PROVIDED*

**Major Dental Conditions:**
☑No

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000237

22d

**Mental Health Condition: (Complete Mental Health Intake Screening on every person)**
☑Yes

**Note Details:**
PANIC ATTACKS

**Appearance:**
☑Unremarkable

**If yes to any of the above, please explain:**
NORMAL

**Behavior:**
☑Other – please note

**Please note:**
SHE WOULD STARE OFF ON OCCASION AND DO A OUTLINE OF CELL DOOR.

**State of Consciousness:**
☑Alert

**Please Note:**
AOX3

**Breathing:**
☑Unremarkable

**Ease of Movement:**
☑Unremarkable

**Please Note:**
NO ISSUES

**Skin Conditions:**
☑Other Skin Conditions (Note)

**Please Note:**
SHOWED ME HER WRIST WHICH I COULD NOT REALLY SEE ANYTHING ON THEM AND SAID SHE HAS CUTS ON HER HAND WHICH I ALSO DID NOT OBSERVE.

## FEMALE HEALTH:

**Are you pregnant now:**
☑Don't know

**Are you currently on contraceptives?**
☑No

**If pregnant EDD?**
0

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

4 of 8

MSJ SOF 000238

224

**Number of pregnancies:**
0

**Number of live births and type of delivery**
0

**Have you had any high risk pregnancies?**
☑N/A

**Last menstraul cycle:**
3 MONTHS AGO

**Name and phone number of OB/GYN:**
NA

**Date of last visit to OB/GYN:**
NA

**Next scheduled appointment:**
NA

SUBSTANCE USAGE/ABUSE HISTORY:

**Are you using or have you ever used any of the following? if so, what is the date of last use and frequency of use (daily, often, occasionally)?  IF ANY ARE DAILY INITIATE APPROPRIATE DETOX WITHDRAWAL MONITORING FLOWSHEET**
*NO ANSWER PROVIDED*

**Have you ever had or are you currently having any withdrawal symptoms when you stopped drugs or alcohol?**
☑No

**Are you a current IV drug user: (if yes, refer to provider for evaluation)**
☑No

**Other comments or physical findings not covered on this questionnaire?**
*NO ANSWER PROVIDED*

PRIA SCREENING:
   POTENTIAL AGRESSOR:

**1. Have you ever been involved in an incident where you sexually abused other inmates?**
☑No

**2. Have you ever been involved in an incident where you sexually abused other people outside of prison?**
☑No

**3. Have you ever been involved in a violent offense within an institutional setting or jail?**
☑Yes

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

5 of 8

**4. Have you ever committed a violent offense within an institutional setting or jail?**
☑Yes

ASSESSMENT: IF QUESTION 1 IS MARKED YES, OR IF ANY 3 OR MORE ARE YES, THEN NOTIFY JAIL ADMINISTRATION AND/OR MENTAL HEALTH OF INMATES POTENTIONAL AS AN AGGRESSOR.

## POTENTIAL VICTIM:

**1. Does inmate appear to have or report a mental, physical, or developmental disability?**
☑Yes

**2. Have you ever been a victim of sexual abuse in prison or jail?**
☑No

**3. Have you ever been a victim of sexual abuse as an adult or child?**
☑No

**4. Is inmate less than 21 years old or over 65 years old?**
☑No

**5. Is inmate of slight physical stature? (Males less than 5'6" and/or less than 140 lls OR Female; less than 5' and/or less than 100lbs.)**
☑No

**6. Is this the first time you have been incarcerated**
☑No

**7. Is the inmate's Criminal History exclusively non-violent?**
☑No

**8. Are you gay/lesbian, bisexual, transgender, intersex or gender non-conforming?**
☑No

**9. Does inmate have current or prior convictions for sex offenses against a child or adult?**
☑No

**10. Do you believe yourself to be vulnerable to being sexually abused in prison?**
☑No

ASSESSMENT: IF QUESTION 1 OR 2 IS MARKED YES, OR IF ANY 3 OR MORE ARE YES, THEN NOTIFY ADMINISTRATION AND/OR MENTAL HEALTH OF INMATE'S POTENTIAL AS A VICTIM OF SEXUAL AGGRESSION.

## NOTIFICATION:

**Mental Health Notified?**
☑No

**DATE:**
2/3/17

**TIME:**
13:10

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

6 of 8

MSJ SOF 000240

223

**Jail Administration Notified?**
☑No

**DATE:**
2/3/17

**TIME:**
13:10

## HOUSING:

**Recommended housing based on medical/mental health evaluation:**
☑General Population

## CONTINUITY OF CARE PLAN:

**Continuity of Care:**
*NO ANSWER PROVIDED*

## EDUCATION:

**Has the inmate received instructions on the facility's Sick Call Process:**
☑Yes

GENERAL CONSENT FOR TREATMENT:

"I have received instructions on how to access medical, mental health, and dental services in the facility, and I've been given the opportunity to have my health related questions answered. I give my consent to receive health related services from Turn Key Health Clinics while incarcerated at this facility."

**Form needs reviewed by Charge Nurse.**
☑Yes, Charge Nurse needs to review

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB ████████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000241

244

Signatures



SMITH, TRILLUS LAKAIL J.
Captured On 02/03/17 14:11:00

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

8 of 8

## Save Log

| User Name | Audit Date |
|---|---|
| MOORE, TINA | 2/3/2017 1:11:00 PM |

## Notes List

| Created On | Description | Category Name | Created By |
|---|---|---|---|
| 2/3/2017 3:17:17 PM | per Kroger pharmacy inmate has not had anything filled since feb 2016 | ADDENDUM | TILLMAN-WILSON, QUELINDA |
| 2/13/2017 8:56:01 AM | ADMINISTERED 50 MG OF THORAZINE TO L HIP IM PER V/O DR. J. THOMPSON. | ADDENDUM | ADAMS, SHAWN MARIE |

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

1 of 1

MSJ SOF 000243

SMITH, TRILLUS LAKAIL   #188619   Location: C-103   DOB: ███████

## MEDICAL INTAKE SCREENING

### DEMOGRAPHICS:

**Health Insurance:**
☑Yes

**Policy Number if Applicable:**
AMBETTER

**Gender:**
☑Female

**Race:**
☑Black

### MEDICAL OBSERVATIONS:

**List all known allergies:**
ARITHOMYACIN

**Sent for FIT:**
*NO ANSWER PROVIDED*

**Any injuries due to arrest or booking?**
☑No

**Does the inmate show signs or reporting complaints of significant injury, excessive bleeding, or psychosis, or other emergent condition requiring immediate treatment:**
*NO ANSWER PROVIDED*

**Have you had a significant head injury in the past 3 days? If yes, did you seek treatment:**
☑No

**When was your last healthcare visit? (Include Provider Name and location and complete a Release of Information, as applicable):**
YESTERDAY

**Provider name, location, and any pending appointments:**
WAS RELEASED FROM STATE HOSPITAL

**Have you ever been incarcerated at this facility? If yes, provide year:**
☑Yes

**Year:**
UNK

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000244

**Who is your emergency health contact and how to contact them?**
MOTHER  UNK NUMBER

**Is the patient currently taking any medications?**
☑Yes

**If yes to above question, list all current medications including dosages, frequency, last time taken, and name of pharmacy:**
CITALOPRAM  KROGER UNK WHICH ONE

**Has the patient been checked for head lice?**
☑Yes

**Does the patient need treatment for head lice?**
☑No

**Does the patient use any of the following**
*NO ANSWER PROVIDED*

**If yes to the above question, does the inmate have the item on their person?**
☑No

**If yes to the above question, has the item been placed in property?**
☑No

## PATIENT VITALS:
**Blood Pressure:**
000/00

**Pulse:**
000.00

**Respirations:**
18

**Temperature:**
000.0

**Weight:**
150

**Height:**
5'2

**SPO2**
0000

## MEDICAL ILLNESSES:

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB:
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000245
228

**Heart  Attack/Cardiac Disease:**
☑No

**High Blood Pressure:**
☑No

**Cancer/Oncology:**
☑ No

**Lung Disease or Asthma:**
☑Yes

**Note Details:**
SAID HAS ASTHMA AND LAST TIME USED INHALER WAS IN HOSPITAL  SHE REALLY DIDNT KNOW

**Stroke:**
☑No

**Diabetes:**
☑No

**Note current FSBS:**
*NO ANSWER PROVIDED*

**Do you consider your diabetes under good control?**
☑N/A

**Seizures:**
☑No

**HIV:**
☑No

**Current STD's:**
☑No

**Are you receiving treatment:**
☑No

**Liver Disease or Hepatitis:**
☑No

**Do you have a history of TB treatment or a Positive Skin Test:**
☑No

**Have you recently experienced any of the following:**
*NO ANSWER PROVIDED*

**Major Dental Conditions:**
☑No

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000246

225

**Mental Health Condition: (Complete Mental Health Intake Screening on every person)**
☑Yes

**Note Details:**
PANIC ATTACKS

**Appearance:**
☑Unremarkable

**If yes to any of the above, please explain:**
NORMAL

**Behavior:**
☑Other - please note

**Please note:**
SHE WOULD STARE OFF ON OCCASION AND DO A OUTLINE OF CELL DOOR.

**State of Consciousness:**
☑Alert

**Please Note:**
AOX3

**Breathing:**
☑Unremarkable

**Ease of Movement:**
☑Unremarkable

**Please Note:**
NO ISSUES

**Skin Conditions:**
☑Other Skin Conditions (Note)

**Please Note:**
SHOWED ME HER WRIST WHICH I COULD NOT REALLY SEE ANYTHING ON THEM AND SAID SHE HAS CUTS ON HER HAND WHICH I ALSO DID NOT OBSERVE.

## FEMALE HEALTH:

**Are you pregnant now:**
☑Don't know

**Are you currently on contraceptives?**
☑No

**If pregnant EDD?**
0

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000247

238

**Number of pregnancies:**
0

**Number of live births and type of delivery**
0

**Have you had any high risk pregnancies?**
☑N/A

**Last menstraul cycle:**
3 MONTHS AGO

**Name and phone number of OB/GYN:**
NA

**Date of last visit to OB/GYN:**
NA

**Next scheduled appointment:**
NA

## SUBSTANCE USAGE/ABUSE HISTORY:

**Are you using or have you ever used any of the following? if so, what is the date of last use and frequency of use (daily, often, occasionally)?  IF ANY ARE DAILY INITIATE APPROPRIATE DETOX WITHDRAWAL MONITORING FLOWSHEET**
*NO ANSWER PROVIDED*

**Have you ever had or are you currently having any withdrawal symptoms when you stopped drugs or alcohol?**
☑No

**Are you a current IV drug user: (if yes, refer to provider for evaluation)**
☑No

**Other comments or physical findings not covered on this questionnaire?**
*NO ANSWER PROVIDED*

## PRIA SCREENING:

### POTENTIAL AGRESSOR:

**1. Have you ever been involved in an incident where you sexually abused other inmates?**
☑No

**2. Have you ever been involved in an incident where you sexually abused other people outside of prison?**
☑No

**3. Have you ever been involved in a violent offense within an institutional setting or jail?**
☑Yes

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

5 of 8

MSJ SOF 000248

**4. Have you ever committed a violent offense within an institutional setting or jail?**
☑Yes

ASSESSMENT: IF QUESTION 1 IS MARKED YES, OR IF ANY 3 OR MORE ARE YES, THEN NOTIFY JAIL ADMINISTRATION AND/OR MENTAL HEALTHOF INMATES POTENTIONAL AS AN AGGRESSOR.

## POTENTIAL VICTIM:

**1. Does inmate appear to have or report a mental, physical, or developmental disability?**
☑Yes

**2. Have you ever been a victim of sexual abuse in prison or jail?**
☑No

**3. Have you ever been a victim of sexual abuse as an adult or child?**
☑No

**4. Is inmate less than 21 years old or over 65 years old?**
☑No

**5. Is inmate of slight physical stature? (Males less than 5'6" and/or less than 140 ils OR Female; less than 5' and/or less than 100lbs.)**
☑No

**6. Is this the first time you have been incarcerated**
☑No

**7. Is the inmate's Criminal History exclusively non-violent?**
☑No

**8. Are you gay/lesbian, bisexual, transgender, intersex or gender non-conforming?**
☑No

**9. Does inmate have current or prior convictions for sex offenses against a child or adult?**
☑No

**10. Do you believe yourself to be vulnerable to being sexually abused in prison?**
☑No

ASSESSMENT: IF QUESTION 1 OR 2 IS MARKED YES, OR IF ANY 3 OR MORE ARE YES, THEN NOTIFY ADMINISTRATION AND/OR MENTAL HEALTH OF INMATE'S POTENTIAL AS A VICTIM OF SEXUAL AGGRESSION.

## NOTIFICATION:

**Mental Health Notified?**
☑No

**DATE:**
2/3/17

**TIME:**
13:10

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

6 of 8

MSJ SOF 000249

232

**Jail Administration Notified?**
☑No

**DATE:**
2/3/17

**TIME:**
13:10

## HOUSING:
**Recommended housing based on medical/mental health evaluation:**
☑General Population

## CONTINUITY OF CARE PLAN:
**Continuity of Care:**
*NO ANSWER PROVIDED*

## EDUCATION:
**Has the inmate received instructions on the facility's Sick Call Process:**
☑Yes

GENERAL CONSENT FOR TREATMENT:

"I have received instructions on how to access medical, mental health, and dental services in the facility, and I've been given the opportunity to have my health related questions answered. I give my consent to receive health related services from Turn Key Health Clinics while incarcerated at this facility."

**Form needs reviewed by Charge Nurse.**
☑Yes, Charge Nurse needs to review

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB:
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

7 of 8

MSJ SOF 000250

233

<u>Signatures</u>



Completed Intate
T. moore

SMITH, TRILLUS LAKAIL
Captured On 02/03/17 14:11:00

---

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

8 of 8

MSJ SOF 000251

234

## Save Log

| User Name | Audit Date |
|---|---|
| MOORE, TINA | 2/3/2017 1:11:00 PM |

## Notes List

| Created On | Description | Category Name | Created By |
|---|---|---|---|
| 2/3/2017 3:17:17 PM | per Kroger pharmacy inmate has not had anything filled since feb 2016 | ADDENDUM | TILLMAN-WILSON, QUELINDA |
| 2/13/2017 8:56:01 AM | ADMINISTERED 50 MG OF THORAZINE TO L HIP IM PER V/O DR. J. THOMPSON. | ADDENDUM | ADAMS, SHAWN MARIE |

**TK PULASKI INTAKE SCREENING MEDICAL BOOKING**
INTAKE SCREENING, MEDICAL, INTERVIEW

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

1 of 1

MSJ SOF 000252

SMITH, TRILLUS LAKAIL   #188619  Location: C-103  DOB ████████

## INTAKE MENTAL HEALTH SCREENING:

### INITIAL:

**1. Is the patient able to answer questions coherently:**
☑Yes

**2. Is the patient currently on medication for depression, psychosis, or for other mental health conditions?**
☑Yes

**If Yes, list all medications with dosage and complete ROI to verify:**
CITALOPRAM

### RISK ASSESSMENT QUESTIONS:

**3. Are you currently thinking of killing or hurting yourself:**
☑No

**4. Do you feel there is nothing to look forward to in your future: (extreme hopelessness additional prompting may be required)**
☑Yes, *** Place On SUICIDE WATCH IMMEDIATELY ***

**Describe:**
SAID SHE FELT THIS WAY  NOT REASON GIVEN

**5. Are you a professional charged with a high profile crime.**
☑No

**6. Prior to your arrest, were you extremely depressed or have little interest or pleasure in things that used to bring you joy:**
☑Yes *** Place on SUICIDE WATCH IMMEDIATELY ***

**Describe:**
SAID SHE WAS ALONE AND TAKEN.  DIDNT UNDERSTAND THE MEANING OF TAKEN  SHE HAD NO ANSWERS FOR WHAT IT MEANT

**7. Are you currently hearing voices or noises that others can't hear:**
☑No

**7a. If yes to question 7, is the inmate over the age of 65 or younger than 18:**
*NO ANSWER PROVIDED*

**7b. If yes to question 7, is the inmate presenting as a transgender or transexual:**
*NO ANSWER PROVIDED*

**8. Does patient present with any signs or conditions of recent suicide attempts or self harm:**
☑No

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB ████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000253

236

**Did patient answer yes to any question 3-8?**
☑No

# *** If YES to ANY question from 3-8, PLACE ON SUICIDE WATCH and make URGENT REFERRAL to MENTAL HEALTH***

**9. Have you recently started an antidepressent or had a recent increase in your antidepressent dosage in the past week:**
☑No

**10. Is this your first time in jail:**
☑No

**11. Have you ever attempted to harm yourself:**
☑Yes

**If Yes, when and how:**
SAID YES BUT SAID COULDNT REMEMBER WHEN OR HOW

**12. Have you ever seen a mental health professional for emotional or mental health problems:**
☑Yes

**If yes, when and where. If they don't know please indicate that as well.**
SAID HAS BEEN AT CENTERS FOR YOUTH AND FAMILIES,   UAMS, STATE HOSPITAL, AND BAPTIST . WAS IN STATE A FEW DAYS AGO

**13. Have you ever had a traumatic brain injury:**
☑Yes

**If yes, what type and year:**
SAID SHE HAS HAD A KNOT ON HER HEAD SINCE CHILDHOOD.  COULDNT TELL ME ANYTHING MORE ABOUT IT

**14. Have you ever been in the hospital for depression or mental health problems:**
☑Yes

**If yes, when and where. If they don't know, indicate that as well:**

STATE HOSPITAL

UAMS

BAPTIST

**15. Have you ever been hospitalized or received out-patient treatment for alcohol or drug abuse:**
☑No

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

2 of 5

**16. Do you feel overly anxious or has your recent activity level increased significantly without justification:**
☑No

**17. Are you extremely worried you will lose your job, spouse, significant other or children due to your arrest:**
☑No

**18. Do you have nightmares, flashbacks or repeated thoughts or feelings related to PTSD or something terrible from your past:**
☑Yes

**19. Do you currently believe that someone can control your mind or that other people can read your thoughts:**
☑No

**20. Are you worried that someone might hurt or kill you:**
☑Yes

**If yes, ask them if it is someone close to them.**
☑No

**21. Have you been a victim of physical, emotional or sexual abuse in the past 5 days:**
☑Yes

**Would you like a referral to Mental Health?**
☑Yes

**22. In school were you ever told you had difficulty learning or in any special classes:**
☑Yes, also check yes if the patient appears to be mentally retarded or developmentally delayed

**Explain:**
SAID SHE WAS A LITTLE SLOW

**23. Have you ever been arrested for a sexual offense:**
☑No

**24. Does patient appear to be sad, irritable, emotional flat, hallucinating or showing signs of other mental illness:**
☑Yes

**Describe:**
JUST HAD APPEARNCE OF SOMEONE SUFFERING FROM MENTAL DISORDERS

**Did patient answer YES to any questions between 9 and 24?**
☑Patient answered YES to any question between 9 and 24

# *** If YES to any questions 9-24, ROUTINE REFERRAL TO MENTAL HEALTH for further

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000255

238

# evaluation***

**25. Does patient display any unusual behavior or act strange. For instance, does the patient seem unable to focus their attention or are they seeing or hearing things that are not there:**

☑Yes

**Describe:**

COULDNT ANSWER QUESTIONS WITH ANSWERS THAT WERE SUFFICIENT  COULD NOT REMEMBER THINGS SHE WOULD ANSWER YES TO

**26. Does the patient appear under the influence:**

☑No

**27. Do you have frequent seizures: If yes, are you on medications:**

☑No

**Did patient answer yes to 5 or more questions 9-27?**

☑Patient answered YES to 5 or more questions between questions 9-27

# ** If YES to 5 or more questions 9-27, PLACE ON SUICIDE WATCH and MAKE an URGENT REFERRAL TO MENTAL HEALTH***

## DISPOSITION/PLAN OF ACTION:

**Housing:**

☑Place on SUICIDE WATCH (URGENT REFERRAL)

**Form must be reviewed by Mental Health:**

☑Yes, Must be reviewed by Mental Health

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

4 of 5

MSJ SOF 000256

259

Signatures



SMITH, TRILLUS LAKAIL
Captured On 02/03/17 14:19:08

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

5 of 5

MSJ SOF 000257

240

## Save Log

| User Name | Audit Date |
|---|---|
| MOORE, TINA | 2/3/2017 1:19:06 PM |

## Signoff Comments List

| Approved By | Approved On | Signoff Note | Is Declined |
|---|---|---|---|
| DOWDY, MARITA | 2/3/2017 2:21:07 PM | CURRENT TX AND MH NEEDS NOTED. PLACED ON S/W | False |

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOE
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

1 of 1

**SMITH, TRILLUS LAKAIL**  #188619  Location: C-103  DOB: ▮▮▮▮▮▮▮

## INTAKE MENTAL HEALTH SCREENING:

### INITIAL:

**1. Is the patient able to answer questions coherently:**
☑Yes

**2. Is the patient currently on medication for depression, psychosis, or for other mental health conditions?**
☑Yes

**If Yes, list all medications with dosage and complete ROI to verify:**
CITALOPRAM

### RISK ASSESSMENT QUESTIONS:

**3. Are you currently thinking of killing or hurting yourself:**
☑No

**4. Do you feel there is nothing to look forward to in your future: (extreme hopelessness additional prompting may be required)**
☑Yes, *** Place On SUICIDE WATCH IMMEDIATELY ***

**Describe:**
SAID SHE FELT THIS WAY  NOT REASON GIVEN

**5. Are you a professional charged with a high profile crime.**
☑No

**6. Prior to your arrest, were you extremely depressed or have little interest or pleasure in things that used to bring you joy:**
☑Yes *** Place on SUICIDE WATCH IMMEDIATELY ***

**Describe:**
SAID SHE WAS ALONE AND TAKEN.  DIDNT UNDERSTAND THE MEANING OF TAKEN  SHE HAD NO ANSWERS FOR WHAT IT MEANT

**7. Are you currently hearing voices or noises that others can't hear:**
☑No

**7a. If yes to question 7, is the inmate over the age of 65 or younger than 18:**
*NO ANSWER PROVIDED*

**7b. If yes to question 7, is the inmate presenting as a transgender or transexual:**
*NO ANSWER PROVIDED*

**8. Does patient present with any signs or conditions of recent suicide attempts or self harm:**
☑No

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

242

Did patient answer yes to any question 3-8?

☑No

# *** If YES to ANY question from 3-8, PLACE ON SUICIDE WATCH and make URGENT REFERRAL to MENTAL HEALTH***

**9. Have you recently started an antidepressent or had a recent increase in your antidepressent dosage in the past week:**

☑No

**10. Is this your first time in jail:**

☑No

**11. Have you ever attempted to harm yourself:**

☑Yes

**If Yes, when and how:**

SAID YES BUT SAID COULDNT REMEMBER WHEN OR HOW

**12. Have you ever seen a mental health professional for emotional or mental health problems:**

☑Yes

**If yes, when and where. If they don't know please indicate that as well.**

SAID HAS BEEN AT CENTERS FOR YOUTH AND FAMILIES,   UAMS, STATE HOSPITAL, AND BAPTIST .  WAS IN STATE A FEW DAYS AGO

**13. Have you ever had a traumatic brain injury:**

☑Yes

**If yes, what type and year:**

SAID SHE HAS HAD A KNOT ON HER HEAD SINCE CHILDHOOD.  COULDNT TELL ME ANYTHING MORE ABOUT IT

**14. Have you ever been in the hospital for depression or mental health problems:**

☑Yes

**If yes, when and where. If they don't know, indicate that as well:**

STATE HOSPITAL

UAMS

BAPTIST

**15. Have you ever been hospitalized or received out-patient treatment for alcohol or drug abuse:**

☑No

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB ▮▮▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

2 of 5

243

**16. Do you feel overly anxious or has your recent activity level increased significantly without justification:**
☑No

**17. Are you extremely worried you will lose your job, spouse, significant other or children due to your arrest:**
☑No

**18. Do you have nightmares, flashbacks or repeated thoughts or feelings related to PTSD or something terrible from your past:**
☑Yes

**19. Do you currently believe that someone can control your mind or that other people can read your thoughts:**
☑No

**20. Are you worried that someone might hurt or kill you:**
☑Yes

**If yes, ask them if it is someone close to them.**
☑No

**21. Have you been a victim of physical, emotional or sexual abuse in the past 5 days:**
☑Yes

**Would you like a referral to Mental Health?**
☑Yes

**22. In school were you ever told you had difficulty learning or in any special classes:**
☑Yes, also check yes if the patient appears to be mentally retarded or developmentally delayed

**Explain:**
SAID SHE WAS A LITTLE SLOW

**23. Have you ever been arrested for a sexual offense:**
☑No

**24. Does patient appear to be sad, irritable, emotional flat, hallucinating or showing signs of other mental illness:**
☑Yes

**Describe:**
JUST HAD APPEARNCE OF SOMEONE SUFFERING FROM MENTAL DISORDERS

**Did patient answer YES to any questions between 9 and 24?**
☑Patient answered YES to any question between 9 and 24

## *** If YES to any questions 9-24, ROUTINE REFERRAL TO MENTAL HEALTH for further

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: █████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

3 of 5

MSJ SOF 000261

244

evaluation***

**25. Does patient display any unusual behavior or act strange. For instance, does the patient seem unable to focus their attention or are they seeing or hearing things that are not there:**

☑Yes

**Describe:**

COULDNT ANSWER QUESTIONS WITH ANSWERS THAT WERE SUFFICIENT   COULD NOT REMEMBER THINGS SHE WOULD ANSWER YES TO

**26. Does the patient appear under the influence:**

☑No

**27. Do you have frequent seizures: If yes, are you on medications:**

☑No

**Did patient answer yes to 5 or more questions 9-27?**

☑Patient answered YES to 5 or more questions between questions 9-27

# ** If YES to 5 or more questions 9-27, PLACE ON SUICIDE WATCH and MAKE an URGENT REFERRAL TO MENTAL HEALTH***

DISPOSITION/PLAN OF ACTION:

**Housing:**

☑Place on SUICIDE WATCH (URGENT REFERRAL)

**Form must be reviewed by Mental Health:**

☑Yes, Must be reviewed by Mental Health

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB: ███████
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

MSJ SOF 000262

245

<u>Signatures</u>



Sub on M.A.S
Place on SW
T. Moone

SMITH, TRILLUS LAKAIL
Captured on 02/03/17 at 19:00

---

**TK PULASKI INTAKE MENTAL HEALTH**
Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL
Patient Number: 188619
Location: C-103
DOB ▮▮▮▮
Facility: PULASKI CTY REG DET CTR
Electronically Signed By MOORE, TINA on 2/3/2017

5 of 5

MSJ SOF 000263

246

## Save Log

| User Name | Audit Date |
|---|---|
| MOORE, TINA | 2/3/2017 1:19:06 PM |

## Signoff Comments List

| Approved By | Approved On | Signoff Note | Is Declined |
|---|---|---|---|
| DOWDY, MARITA | 2/3/2017 2:21:07 PM | CURRENT TX AND MH NEEDS NOTED, PLACED ON S/W | False |

---

**TK PULASKI INTAKE MENTAL HEALTH**

Intake Mental Health Screening

Patient Name: SMITH, TRILLUS LAKAIL

Patient Number: 188619

Location: C-103

DOB: ███████

Facility: PULASKI CTY REG DET CTR

Electronically Signed By MOORE, TINA on 2/3/2017

1 of 1

MSJ SOF 000264

247

## Patient Document Upload Summary

| Document Date | Document Name | Group | Category | Created By |
|---|---|---|---|---|
| 2/3/2017 | BAPTIST HEALTH | Medical | | BROWN,ERICA |
| 2/3/2017 | MEDICAL COMMUNICATION FORM | Medical | Discharge Planning | BROWN,ERICA |
| 2/3/2017 | MEDICAL INTAKE FORM (PAPER) | Medical | Medical | BROWN,ERICA |
| 2/6/2017 | MED VERIFICATION | Medical | Intake | BROWN,ERICA |
| | | Medical | Medical | BROWN,ERICA |

MSJ SOF 000265

248

Use of force file from Patrol Division the day Trillus Smith was arrested.

249

| Office of the Pulaski County Sheriff | Official Memorandum | *M.M. 8:35* |

Date:   02-05-17

To:     Captain Lynch

From:   Lt. Joe Garza  905

Re:     Use of Force / 17-2437 / Dep. Cavin

---

Sir,

On February 2, 2017, at approximately 0315 hours, Dep. Cavin had a suspect in custody and secured in the backseat of his patrol car for stabbing a security guard at Baptist Hospital in Little Rock.  The suspect began kicking the rear window of the patrol vehicle and damaged one of the blue lights that is mounted by the back window.  Dep. Cavin ordered the suspect, Ms. Trillus Smith, to stop and she did not.  Dep. Cavin tried to reach in to control her but the suspect attempted to bite him.  Dep. Cavin then used a one second burst of OC Spray on her.  Ms. Smith then stopped kicking and complied with commands.

Sgt. Hutton evaluated the subject control. Sgt. Hutton determined that Dep. Cavin acted in compliance with policy in his use of force.

After reviewing the file, I concur with Sgt. Hutton's finding and recommend no further action be taken.  A separate Damage to County Vehicle file is being completed.

2-6-17. *Rec'd. Reviewed.*    *No Further Action*

*Capt R. Lynch 878*

*Sim Haynes*

| Office of the Pulaski County Sheriff | **Official Memorandum** |
|---|---|

**DATE: February 2, 2017**

**TO: Chief Deputy Mike Lowery (via chain)**

**FROM:** Sergeant Herman L. Hutton 912

**SUBJECT:** Use of force Deputy Cavin

---

Sir;

On Thursday 02/02/2017 at approximately 0325 hours Deputy J. Cavin contacted me via telephone to advise me that he had made an arrest while off duty at the Baptist Hospital. Deputy Cavin stated that the female he arrested had stabbed a Baptist Hospital Security Guard in the neck with an ink pen. We discussed the proper charge, and Deputy Cavin also stated that the female was yelling she had been raped. Deputy Cavin also told me that the female was in the hospital due to narcotics, and that they had been in the process of discharging her when she attacked the Security Guard.

I hung up the phone with Deputy Cavin and several minutes later he called me on the radio and stated that he needed me to respond to Baptist Hospital because of a "Use of Force". Deputy Cavin also asked for shackles for the suspect, and I informed him that I was coming to his location.

Upon my arrival Deputy Cavin's vehicle was parked in the Emergency receiving area, and Deputy Cavin was standing next to his vehicle. Deputy Cavin related the following information to me. The suspect, Ms. Trillus Smith was escorted to Deputy Cavin's vehicle by Deputy Cavin and members of the Baptist Hospital Security Staff, and was placed in the back seat. Deputy Cavin had just stepped away from his vehicle when Ms.

MSJ SOF 000268

Smith began kicking the back window of his patrol unit. By the time Deputy Cavin had opened the door to order Ms. Smith to stop, Ms. Smith had already damaged one of the rear deck lights. Ms. Smith refused to follow commands and when Deputy Cavin reached in to try to gain control of her; Ms. Smith attempted to bite Deputy Cavin, but did not leave any marks. Deputy Cavin then removed his OC spray from his utility belt and deployed a one second burst to Ms. Smith's face. Ms. Smith then immediately ceased her kicking, and obeyed the instructions given by Deputy Cavin.

I then opened the back door to Deputy Cavin's vehicle so that I could speak with Ms. Smith. Ms. Smith informed me that she was very sorry for her actions, she was sorry that she had damaged the car. I asked her if she was in any pain, or if she needed medical attention. Ms. Smith stated that she was fine, and then asked me if she could ride in my vehicle to the jail. I told Ms. Smith that she would remain in this vehicle, but I would follow right behind Deputy Cavin to the jail. I then took pictures of Ms. Smith, of the damage she caused, and the proper identification of Deputy Cavin's vehicle.

Upon our arrival at the jail Detention personnel took Ms. Smith back to a shower so she could properly be decontaminated. Ms. Smith was then turned over to the Detention Personnel and she was booked in for Battery 2nd Degree, Aggravated Assault, and Criminal Mischief.

Deputy Cavin followed the policy and procedures (05-001) of the Pulaski County Sheriff's Office governing the Use of Force. Deputy Cavin used OC Spray in the proper manner to gain control of the suspect, and there were absolutely no physical injuries in this incident. It is my recommendation that no further action is needed in this incident.

252

# PULASKI COUNTY SHERIFF'S OFFICE

## Subject Control Report Form

PS Use Only:

Case #: _12-04 /-- 3/6_

Date: __02/02/17__   Time: __0315__   PCSO Incident # __17-2457__

Location of Occurrence: __9601 BAPTIST HEALTH DR.__   __LITTLE ROCK__   __AR__   __72205__
Address                                City              State    Zip

Suspect's Name: __SMITH__   __TRILLUS__   Sex: __F__   DOB: ▉▉▉▉▉▉
Last              First            MI

Charge(s): __BATTERY 2ND DEGREE, AGGRAVATED ASSAULT, CRIMINAL MISCHIEF 2ND DEGREE__

Conditions (check all that apply):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Drugs | ☐ | DWI | ☐ | Foot Pursuit | ☐ | Asslt. on Officer | ☒ |
| Alcohol | ☐ | Veh. Pursuit | ☐ | Disturbance | ☐ | Asslt. on Citizen | ☐ |
| Mental | ☒ | Other Traf. | ☐ | Making Arrest | ☒ | Other | ☐ |

Type of Control Used: __O.C. SPRAY__

If OC Spray was used, did OC incapacitate suspect enough for control?   Yes ☒   No ☐

If No, explain:
___

Distance from suspect when OC used: __1__ FT   Number of Sprays used: __1__

Did suspect require medical attention?   Yes ☐   No ☒   Nature of Injury: (Describe below)


Pre-existing injuries?   Yes ☐   No ☒   Nature of Injury: (Describe below)
___

Refused Treatment?   Yes ☐   No ☐   Witness to Refusal: __N/A__

Witness Name: ___   Sex: ___   DOB: ___

Address: ___
Street                    City              State    Zip

Witness Name: ___   Sex: ___   DOB: ___

Address: ___
Street                    City              State    Zip

Use of Force 10/95
SUBCONT-001

MSJ SOF 000270

253

Deputies at Scene: (List reporting Deputy first)

| 2761 | | CAVIN, JAMES | Injured ? | ☐ YES | ☒ NO |
|---|---|---|---|---|---|
| DSN | Last Name | First Name | On Duty ? | ☐ YES | ☒ NO |

| | | | Injured ? | ☐ YES | ☐ NO |
|---|---|---|---|---|---|
| DSN | Last Name | First Name | On Duty ? | ☐ YES | ☐ NO |

| | | | Injured ? | ☐ YES | ☐ NO |
|---|---|---|---|---|---|
| DSN | Last Name | First Name | On Duty ? | ☐ YES | ☐ NO |

If Deputy/Deputies received injuries, describe:

NARRATIVE (Use separate sheet if necessary):

WHILE WORKING OFF DUTY AT BAPTIST HOSPITAL, DEP. CAVIN ARRESTED SMITH AFTER SHE STABBED A SECURITY OFFICER IN THE NECK WITH A PEN. SMITH THEN BEGAN KICKING DEP. CAVIN'S REAR WINDSHIELD AND ALSO ATTEMPTED TO BITE DEP. CAVIN. DEP. CAVIN THEN DEPLOYED A ONE (1) SECOND BURST OF OC SPRAY TO SMITH'S FACE. THIS WAS EFFECTIVE AND MS. SMITH CALMED DOWN AND COMPLIED WITH DEP. CAVIN'S ORDERS.

Deputy's Signature ( Include Rank & DSN): _____

Supervisor Signature: _____    Date: 2/8/17

Supervisor Signature: _____    Date: 2-6-17

# PULASKI CO. SHERIFF'S OFFICE

Case Number:    2017002457

Report Date/Time: 02/02/2017 03:22:00

Report Address:    9601  BAPTIST HEALTH DRIVE

NORTH LITTLE ROCK AR 722050000

Officer Name:    CAVIN, J

Run Date/Time:    02/02/2017 22:03:32

Printed By:    HUTTON, HERMAN SGT

Officer: _____

Supervisor:

MSJ SOF 000272

255

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/02/2017          **NUMBER: 2017002457**          Page 1

Received: 02/02/2017   03:22      Incident No: 2017002457                    Signal: BATT
Dispatched: 02/02/2017   03:22        Location: 9601 BAPTIST HEALTH DRIVE NORTH LITTLE ROCK
Enroute:                           Occurrence: 02/02/2017   03:22
Arrived: 02/02/2017   03:22        X Coordinate:  Y Coordinate:
Completed: 02/02/2017   04:37

Multiple Agencies Involved:              Incident Level:                    Incident Is LEOKA:

Officer Name:                                    ID Number:

Years On Force:   0                          Assignment Type:

Weapon Type Used:                     Number Of Shots Fired:   0        Distance From Offender In Feet:   0

Status Date/Time: 02/02/2017  04:48   Status:  CLEARED BY ARREST        Clearance:

Dispatch Notes:  PC4040 02/02/2017  3:22:37: License: AR
                 OLN: OLNSt: AR
                 Notes:
                 PC4077 02/02/2017  3:22:57: SMITH,TRILLUS
                 19950206
                 B/F

                 PC3084 02/02/2017  3:44:58: pio notifed

## ********** OFFENDER **********

ID # 2017001067              SMITH, TRILLUS                              Home/Business
                       ██████████ , LITTLE ROCK AR 722090000            (501)
     TYPE OF INDIVIDUAL  I                                              (501)
                                                                        (501)

    DOB:██████ AGE: 21  +/-00   RACE:B      SEX:F      Height:  5- 2   Weight:120   SSN: PRIVATE
    OLN:████████         State: AR  Class:   Commercial:  Birth City/State:
    Appearance:          Build:          Complexion:        Ethnicity:N         Eyes:BROWN
    Hair: BLACK     Hair Length:        Hair Style:        Resident: R        M.O.:
    EMPLOYER:

HATE/BIAS MOTIVATED: NONE                        CLOTHING:
OFFENDER USED:  NOT APPLICABLE

**OFFENSE**    1      OFFENSE (RS #)  5-13-202          ATT/COMP    C
                     BATTERY - 2ND DEGREE RECKLESSI

**OFFENSE**    2      OFFENSE (RS #)  5-13-211          ATT/COMP    C
                     AGGRAVATED ASSAULT UPON A CEF

**OFFENSE**    3      OFFENSE (RS #)  5-38-204          ATT/COMP    C
                     CRIMINAL MISCHIEF - 2ND DEGREE.

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/02/2017 **NUMBER: 2017002457** Page  2

******* ARRESTEE REPORT ********

ARRESTEE #:  1    NAME: SMITH, TRILLUS                    FINGERPRINT CARD #:
2017000861        ADDRESS: (STREET, CITY, STATE, ZIP) ████████████ , LITTLE ROCK AR
MULTIPLE ARRESTEE SEGMENTS INDICATOR: N                  SOC. SEC. NUMBER: PRIVATE
AGE: 21  +/- 00   SEX: F    ETHNICITY: N    HEIGHT: 5- 2   WEIGHT: 120   EYES: BROWN   HAIR: BLACK
DOB: ████████   RACE: B    RESIDENT STATUS: RESIDENT              ARREST DATE:   2/02/2017
TYPE OF ARREST: ON VIEW ARREST (TAKEN INTO CUS ARRESTING OFFICER: CAVIN, JAMES WILLIAM
ARREST LOCATION: 9601 BAPTIST HEALTH DR.                 MIRANDA DATE/TIME:
MIRANDA OFFICER:                                         MIRANDA LOCATION:

Arrestee Connected to Offense #:  1    RS #:  5-13-202      BATTERY - 2ND DEGREE RECKLESSLY CAUSES INJURY W/WE
ARRESTEE WAS ARMED WITH: 01        ☐  Auto    NONE/UNARMED

********** VICTIM(S) *********

ID # 2017001068              MARTIN, KYLE WADE                           Home/Business
                             ████████████ , LITTLE ROCK AR 722050000        (501)
      TYPE OF INDIVIDUAL  I                                                 (501)  ████████
                                                                           (501)

    DOB: ████████  AGE: 28  +/-00   RACE: W        SEX: M       Height: 5-10   Weight:  0    SSN: PRIVATE
    OLN: ████████          State: AR Class:        Commercial:  Birth City/State:
    Appearance:            Build:                  Complexion:            Ethnicity: N        Eyes: BROWN
    Hair: BROWN      Hair Length:                  Hair Style:            Resident: R         M.O.:
    EMPLOYER:

INJURY TYPE(S): ☐ None  ☐ Broken Bones  ☐ Internal  ☒ Lacerations  ☐ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious
    Offender ID: PC2761              Offender Seq:  1     Relationship:  VICTIM WAS OTHERWISE KNOWN

ID # PC2761              CAVIN, JAMES WILLIAM                        Home/Business
                        , LITTLE ROCK AR 00000000                       (501)
      TYPE OF INDIVIDUAL  L                                             (501)
                                                                       (501)

    DOB:  /  /       AGE: 0   +/-00   RACE: U        SEX: U        Height: 0- 0   Weight:  0    SSN: PRIVATE
    OLN:                  State: AR Class:        Commercial:  Birth City/State:
    Appearance:           Build:                  Complexion:            Ethnicity: U         Eyes:
    Hair:            Hair Length:                 Hair Style:            Resident: R          M.O.:
    EMPLOYER:

INJURY TYPE(S): ☒ None  ☐ Broken Bones  ☐ Internal  ☐ Lacerations  ☐ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious
    Offender ID: PC2761              Offender Seq:  1     Relationship:  VICTIM WAS OTHERWISE KNOWN

ID # 20068065           PULASKI COUNTY SHERIFFS OFFICE,                 Home/Business
                        2900 SOUTH WOODROW STREET    , LITTLE ROCK AR 722040000    (501)
      TYPE OF INDIVIDUAL  G                                             (501)  340-6600
                                                                       (501)

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/02/2017          **NUMBER: 2017002457**          Page 3

DOB: / /      AGE: 0   +/-00    RACE:U        SEX: U          Height: 0- 0   Weight: 0   SSN: PRIVATE
OLN:                    State: AR Class:    Commercial:   Birth City/State:
Appearance:          Build:          Complexion:        Ethnicity:U          Eyes:
Hair:          Hair Length:          Hair Style:        Resident: R          M.O.:
EMPLOYER:

INJURY TYPE(S): ☐ None  ☐ Broken Bones  ☐ Internal  ☐ Lacerations  ☐ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious

## ********** PROPERTY **********

Property ID#: 2017000588                     Type: 77      OTHER
    Connected With (Party, Offense):                          3  CRIMINAL MISCHIEF - 2ND DEG
    Serial/VIN:                              Year:     Make: FEDERAL Model: VIPER S2 Color:
    Style:          License\State\Exp:              ☐ Locked   ☐ Keys      Value:   $50.00
    Insurance:                        Lien:                      Towed By:
    Owner:              Owner ID#:                      Caliber:                ☐ Registered
    Reported Stolen ID#:                       Returned/Sold - Date/Amount:          0.00
    Notes: DAMAGED FEDERAL SIGNAL VIPER S2 MOUNTED BLUE EMERGENCY LIGHT.
Status: 4          DESTROYED/DAMAGED/VA        Agency: PCSO      Value:   50.00    Quantity:  1.00
Status Date/Time: 2/02/2017   05:09 Location: 9601 BAPTIST HEALTH DR.
Comments:

## ********* WITNESS(ES) *********

ID # 2017001069              NEASLEY, RICHARD E JR.                          Home/Business
                        ███████████ , LITTLE ROCK AR 722040000                (501) ████████
    TYPE OF INDIVIDUAL  I                                                (501)
                                                                    (501)

DOB ██████  AGE: 0   +/-00   RACE:B        SEX:M          Height: 5-11  Weight: 0   SSN: PRIVATE
OLN ███████          State:    Class:    Commercial:   Birth City/State:
Appearance:          Build:          Complexion:        Ethnicity:N          Eyes:BROWN
Hair: BLACK          Hair Length:          Hair Style:        Resident: R          M.O.:
EMPLOYER:

## ***** ASSIGNED OFFICER *******
CAVIN, JAMES WILLIAM
## ***** ASSISTING OFFICER ******
MCDONALD, MARTELLE D
SCHOFF, JEREMY B.
TERRELL, SCOTT SGT
HUTTON, HERMAN SGT
## ***** DISPATCHER(S) ******
SCHOFF, PAIGE ANDREA
## ***** CALL RECEIVED BY ******
SCHOFF, PAIGE ANDREA

258

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/02/2017        **NUMBER: 2017002457**        Page 4

**\*\*\*\*\* SUPERVISOR(S) \*\*\*\*\*\***

SCOTT, JEFFREY A    SGT

**\*\*\*\*\* OTHER PARTY(IES) \*\*\*\*\*\***

GLENN, FALLON NICHOLE
NUTT, HEATHER NICHOLE

MSJ SOF 000276

259

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/02/2017      **NUMBER: 2017002457**      Page 5

Agency: PCSO      Author:   CAVIN, JAMES WILLIAM
Incident No:   2017002457      Title:   BATTERY      Report Type:   I
     Date Entered:   2/02/2017

On 02/01/2017, at 0315, while working off duty at Baptist Hospital, I was standing by with Security Officers while they assisted medical staff with a patient who was under the influence of narcotics. During the encounter with this patient, Security Officers were in the process of having the patient change clothes. While doing so, Trillus Smith, who was a patient in the next room, began looking into the room that the Officers were in. I explained to her that someone was in this room changing clothes and that she needed to return to her room. Ms. Smith later came back out of her room and again looked into the room while the other patient was changing clothes.

Security Lt. Kyle Martin and Captain Richard Neasley then began to escort Ms. Smith back into her room. Once they entered inside the room, Ms. Smith, who was holding an ink pen, stabbed Lt. Martin in the neck with said pen. I then placed Ms. Smith under arrest. As I did this, I was notified by E.R. staff that they were already in the process of discharging Ms. Smith. Once discharged, I escorted Ms. Smith to my patrol car and placed her in the back seat. At this time, Ms. Smith began kicking my rear windshield so hard that it was bowing outwards like it was going to break. Ms. Smith also damaged one of the mounted blue lights inside the rear windshield while she was kicking it. I ordered Ms. Smith to stop kicking the windshield to which she refused.

I then opened the door and attempted to gain control of Ms. Smith's legs. It was at this time that Ms. Smith leaned over and bit down on my right wrist. Ms. Smith did not break the skin. I then deployed a one (1) second burst of OC spray to Ms. Smith's facial area which gained compliance from Ms. Smith.

I immediately notified Sgt. Hutton who responded to the scene. Once on scene, Sgt. Hutton was briefed on what had occurred. Sgt. Hutton and I then transported Ms. Smith to Intake where she was booked on the listed charges.

# PULASKI CO. SHERIFF'S OFFICE
## EVIDENCE REPORT

Date: 02/02/2017  Called: 03:22  Arrived: 03:22  Completed: 04:37     Case No: 2017002457

Location: 9601      BAPTIST HEALTH DRIVE  NORTH LITTLE ROC     Scene:

Victim:   MARTIN, KYLE                                            Weather: CLEAR

Offender:SMITH, TRILLUS

MSJ SOF 000278

# ARKANSAS ARREST / DISPOSITION REPORT
## Pulaski County Sheriff's Office

| DEFENDANT   IDENTIFICATION | Arresting Agency Name | NCIC CODE |
|---|---|---|

**Name** Last: Smith   **First:** Trillus   **Middle:**

**Aliases**

**STREET ADDRESS** [redacted]   **PHONE NUMBER** Ref

**City** LR   **State** AR   **Zip** 72209

Social Security [redacted]   FBI Number [redacted]   State I.D. Number [redacted]   **Employer / Occupation** N/A

**Sex** ☑ M   **RACE** ☐ WHITE  ☑ BLACK   ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☐ Unknown   **Ethnicity** ☐ Hispanic  ☑ Not Hispanic   **Date of birth** [redacted]   **Place of Birth** LR AR

**Hair** Blk   **Eyes** Bro   **Weight** 120   **Height** 5'2   Scars and Marks N/A

**Name Nearest Relative** Ref   **Phone Number**

**Place of Arrest** 9601 Baptist Health Dr.   **Arresting Officers** Cavin 276

**Date of Arrest** 2-2-17   **Time of Arrest** 0322   **Bail Amount $$** No Bond   **Report Number** 17-2457   **Agency Received From** PCSO   **PCRDF**   **Agency Transferred to**

| | State / Docket Number | Statute No. | Counts | Charge Description | Law Enforcement Action | Date of Action |
|---|---|---|---|---|---|---|
| 1 | | 5-13-202 | 1 | Battery 2nd | D-Fel | 2-2-17 |
| 2 | | 5-13-204 | 1 | Agg. Assault | D-Fel | 2-2-17 |
| 3 | | 5-38-204 | 1 | Criminal Mischief 2nd | B-Mis | 2-2-17 |

**Facts of Arrest (PC)** While working off duty at Baptist Hospital, I observed security officers attempting to escort Ms. Smith who was aggitated, to her room. Ms. Smith began pulling away from security staff & then stabbed a security officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights & tried to bite my arm. Smith was then pepper sprayed.

| Complainant and Witness Names | Address | Phone | Right Thumb Print |
|---|---|---|---|
| Complainant | | | |
| Witness | | | |
| Witness | | | |

**Court Trying Case:** PCDC   **Court Date** 2-28-17   **Time:** 0900

## Citation Appear
I promise to appear at the above stated time place and court.

Name and Title of Issuing Officer

(Signature of Accused)

## IMPORTANT NOTICE

Failure to appear at the stated time, place and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.

RECORDS COPY

MSJ SOF 000279

262

# PULASKI COUNTY SHERIFF'S OFFICE
## ENFORCEMENT DIVISION

# PHOTO INDEX
## INCIDENT #: 17-2457

| PHOTO # | DESCRIPTION | TAKEN BY |
|---|---|---|
| 1 | FACIAL VIEW OF MS. TRILLUS SMITH | SGT. HUTTON |
| 2 | FACIAL VIEW (EYES OPEN) OF MS. TRILLUS SMITH | SGT. HUTTON |
| 3 | DAMAGED REAR DECK LIGHT UNIT #225 | SGT. HUTTON |
| 4 | REAR DECK UNIT #225 | SGT. HUTTON |
| 5 | BLURRED PHOTO | SGT. HUTTON |
| 6 | REAR OF UNIT #225 | SGT. HUTTON |
| 7 | VIN # FOR UNIT #225 | SGT. HUTTON |

PHOTO INDEX
Updated: 10/30/13



P-1 17-2457 2/1/2017 Sgt. H.L. Hutton 912

MSJ SOF 000281

264



P-2  17-2457      2/11/2017      Sgt. H.L. Hutton 912

MSJ SOF 000282

265



P-3  17-2457  2/1/2017  Sgt. H.L. Hutton 912

MSJ SOF 000283

266



P-4  17-2457   2/1/2017    Sgt. H.L. Hutton 912

MSJ SOF 000284

267



P-5  17-2457  2/1/2017   Sgt. H. L. Hutton 912

MSJ SOF 000285

268



P-6  17-2457   2/1/2017   Sgt. H.L. Hutton 1/2

MSJ SOF 000286

269



P-7  17-2457  2/1/2017  Sgt. H. L. Hutton  9/2
SOF 000237

270

# Trillus Smith Booking Information

MSJ SOF 000288

271

# ARKANSAS ARREST / DISPOSITION REPORT
## Pulaski County Sheriff's Office

| DEFENDANT   IDENTIFICATION | Arresting Agency Name | NCIC CODE |
|---|---|---|

| Time | Last | First | Middle |
|---|---|---|---|
| | Smith | Trillus | |

**Alias:**

| STREET ADDRESS | | PHONE NUMBER Ref |
|---|---|---|
| City LR | State AR | Zip 72209 |

| Complaint / OCA Number | SPIN Number | | State ID Number |
|---|---|---|---|
| | | | Employer / Occupation N/A |

| Sex ☑ M ☐ F | RACE ☐ WHITE ☑ BLACK ☐ American Indian or Alaskan Native ☐ Asian or Pacific Islander ☐ Unknown | Ethnicity ☐ Hispanic ☐ Not Hispanic | Date of Birth | Place of Birth LR AR |
|---|---|---|---|---|

| Hair BLK | Eyes BRO | Weight 120 | Height 52 | Scars and Marks N/A |
|---|---|---|---|---|

| Name Nearest Relative Ref | | Phone Number |
|---|---|---|

| Place of Arrest 9601 Baptist Health Dr. | Arresting Officers Cavin 2761 |
|---|---|

| Date of Arrest 2-2-17 | Time of Arrest 0322 | Bond 1400 Bond | Report Number 17-2457 | Agency Received From ICSO | PCRDF | Agency Transferred to |
|---|---|---|---|---|---|---|

| | Case / Docket Number | Statute No. | Counts | Charge Description | Law Enforcement Action | Date of Action |
|---|---|---|---|---|---|---|
| 1 | | 5-13-202 | 1 | Battery 2nd | D-Fel | 2-2-17 |
| 2 | | 5-13-204 | 1 | Agg. Assault | D-Fel | 2-2-17 |
| 3 | | 5-38-204 | 1 | Criminal Mischief 2nd | B-Mis | 2-2-17 |
| 4 | | | | | | |

**Facts of Arrest (FC)**

While working off duty at Baptist Hospital I observed security officers attempting to escort Ms. Smith who was agitated to her room. Ms. Smith began pulling away from security staff & then stabbed a security officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights & tried to bite my arm. Smith was then piepper sprayed.

| Complainant and Witness Names | Address | Phone | Right Thumb Print |
|---|---|---|---|
| Complainant | | | |
| Witness | | | |
| Witness | | | |

| Court Trying Case: PCDC | Court Date 2-28-17 | Time: 0900 |
|---|---|---|

### Citation Appear
I promise to appear at the above stated time place and court.

_____
Name and Title of Issuing Officer

_____
(Signature of Accused)

**IMPORTANT NOTICE**

Failure to appear at the stated time, place, and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.

MSJ SOF 000289

272

# ARKANSAS ARREST / DISPOSITION REPORT
## Pulaski County Sheriff's Office

**DEFENDANT IDENTIFICATION**

Arresting Agency Name

NCIC CODE:

Name Last: *Smith*  First: *Trillus*  Middle:

Aliases:

STREET ADDRESS: ████████████████████

PHONE NUMBER: *Ref*

City: *LR*  State: *AR*  Zip: *72209*

SSN: ████████████  DL Number:  Employer / Occupation: *N/A*

Sex: ☑ M ☐ F  RACE: ☐ WHITE ☑ BLACK  ☐ American Indian or Alaskan Native ☐ Asian or Pacific Islander  ☐ Unknown  Ethnicity: ☐ Hispanic ☑ Not Hispanic  Date of Birth: ██████████  Place of Birth: *LR AR*

Hair: *BLK*  Eyes: *Bro*  Weight: *120*  Height: *5'2*  Scars and Marks: *N/A*

Name Nearest Relative: *Ref*  Phone Number:

Place of Arrest: *9601 Baptist Health Dr.*  Arresting Officer: *Gavin 276*

| Date of Arrest | Time of Arrest | Bail Amount(s) | Report Number | Agency Received From | Agency Transferred to |
|---|---|---|---|---|---|
| 2-2-17 | 0322 | No Bond | 17-2457 | PCSO | PCRDF |

| Case / Docket Number | Statute No. | Counts | Charge Description | Law Enforcement Action | Date of Action |
|---|---|---|---|---|---|
| 1 | 5-13-202 | 1 | Battery 2nd | D-Fel | 2-2-17 |
| 2 | 5-13-204 | 1 | Agg Assault | D-Fel | 2-2-17 |
| 3 | 5-38-204 | 1 | Criminal Mischief 2nd | B-Mis | 2-2-17 |
| 4 | | | | | |
| 5 | | | | | |

**Facts of Arrest (PC)**

While working off duty at Baptist Hospital, I observed Security Officers attempting to escort Ms. Smith who was aggitated, to her room. Ms. Smith began pulling away from Security Staff & then stabbed a Security Officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights & tried to bite my arm. Smith was then pepper sprayed.

| Complainant and Witness Names | Address | Phone | Right Thumb Print |
|---|---|---|---|
| Complainant | | | |
| Witness | | | |
| Witness | | | |

**Court Trying Case:** *PCDC*

**Court Date:** *2-28-17*  **Time:** *0900*

## Citation Appear
I promise to appear at the above stated time place and court.

Name and Title of Issuing Officer

(Signature of Accused)

## IMPORTANT NOTICE
**Failure to appear at the stated time, place and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.**

## ARKANSAS ARREST / DISPOSITION REPORT
### Pulaski County Sheriff's Office

| DEFENDANT IDENTIFICATION | Arresting Agency Name | NCIC CODE |
|---|---|---|

| Name: Last | First | Middle |
|---|---|---|
| Smith | Trillus | |

| Aliases |
|---|

| STREET ADDRESS | PHONE NUMBER Ref |
|---|---|

| City LR | State AR | Zip 72209 |
|---|---|---|

| Employer / Occupation N/A |
|---|

| Sex □M ☑F | RACE □ WHITE ☑ BLACK □ Asian or Pacific Islander □ American Indian or Alaskan Native □ Unknown | Ethnicity □ Hispanic ☑ Not Hispanic | Date of birth | Place of Birth LR AR |
|---|---|---|---|---|

| Hair BLK | Eyes Bro | Weight 120 | 5'2 | Height N/A | Scars and Marks |
|---|---|---|---|---|---|

| Name Nearest Relative Ref | Phone Number |
|---|---|

| Place of Arrest 9601 Baptist Health Dr. | Arresting Officers Cavin JTG |
|---|---|

| Date of Arrest 2-2-17 | Time of Arrest 0322 | Bail Amount 700 Bond | Report Number 17-2457 | Agency Received From PCSO | Agency Transferred to PCRDF |
|---|---|---|---|---|---|

| | Cash / Docket Number | Statute No. | Counts | Charge Description | Law Enforcement Action | Date of Action |
|---|---|---|---|---|---|---|
| 1 | | 5-13-202 | 1 | Battery 2nd | D-Fel | 2-2-17 |
| 2 | | 5-13-204 | 1 | Agg Assault | D-Fel | 2-2-17 |
| 3 | | 5-38-204 | 1 | Criminal Mischief 2nd | B-Mis | 2-2-17 |
| 4 | | | | | | |

**Facts of Arrest (FC)**

While working off duty at Baptist Hospital, I observed security officers attempting to escort Ms. Smith who was aggitated, to her room. Ms. Smith began pulling away from security staff & then stabbed a security officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights & tried to bite my arm. Smith was then pepper sprayed.

| Complainant and Witness Names | Address | Phone | Right Thumb Print |
|---|---|---|---|
| Complainant | | | |
| Witness | | | |
| Witness | | | |

| Court Trying Case: PCD | Court Date: 2-28-17 | Time: 0900 |
|---|---|---|

### Citation Appear
I promise to appear at the above stated time place and court.

_____
Name and Title of Issuing Officer

_____
(Signature of Accused)

### IMPORTANT NOTICE

Failure to appear at the stated time, place and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.

294

## ARKANSAS ARREST / DISPOSITION REPORT
### Pulaski County Sheriff's Office

| DEFENDANT IDENTIFICATION | Arresting Agency Name | NCIC CODE |
|---|---|---|

| Name Last | First | Middle |
|---|---|---|
| Smith | Trillus | |

Aliases

| STREET ADDRESS | ██████████████ | PHONE NUMBER  Ref |
|---|---|---|

| City  LR | AR State | Zip 72209 |
|---|---|---|

| ████████████████ | ████████████ | Employer/Occupation  N/A |
|---|---|---|

| Sex  ☐ M  ☑ F | RACE ☐ WHITE ☑ BLACK ☐ American Indian or Alaskan Native ☐ Asian or Pacific Islander ☐ Unknown | Ethnicity ☐ Hispanic ☑ Not Hispanic | Date of Birth  ██████████ | Place of Birth  LR AR |
|---|---|---|---|---|

| Hair  BLK | Eyes  BRO | Weight  120 | Height  5 2 | Scars and Marks  N/A |
|---|---|---|---|---|

| Name Nearest Relative  Ref | Phone Number |
|---|---|

| Place of Arrest  9601 Baptist Health Dr. | Arresting Officer  Gavin 2761 |
|---|---|

| Date of Arrest  2-2-17 | Time of Arrest  0322 | Bail Amount ████████ | Report Number  17-2457 | Agency Received From  PCSO | Agency Transferred to  PCRDF |
|---|---|---|---|---|---|

| Cellet Booket Number | Statute No. | Counts | Charge Description | Law Enforcement Action | Date of Action |
|---|---|---|---|---|---|
| 1 | 5-13-202 | 1 | Battery 2nd | D-Fel | 2-2-17 |
| 2 | 5-13-204 | 1 | Agg Assault | D-Fel | 2-2-17 |
| 3 | 5-38-204 | 1 | Criminal Mischief 2nd | B-Mis | 2-2-17 |
| 4 | | | | | |

**Facts of Arrest (FG)**

While working off duty at Baptist Hospital, I observed Security Officers attempting to escort Ms. Smith who was aggitated to her room. Ms. Smith began pulling away from Security Staff + then stabbed a Security Officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights + tried to bite my arm. Smith was then pepper sprayed.

| Complainant and Witness Names | Address | Phone | Right Thumb Print |
|---|---|---|---|
| Complainant | | | |
| Witness | | | |
| Witness | | | |

| Court Trying Case:  PCDC | Court Date:  2-28-17 | Time:  0900 |
|---|---|---|

### Citation Appear
I promise to appear at the above stated time place and court.

**IMPORTANT NOTICE**

Failure to appear at the stated time, place and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.

_____
Name and Title of Issuing Officer

_____
(Signature of Accused)

RECORDS COPY

MSJ SOF 000292

275

# ARKANSAS ARREST / DISPOSITION REPORT
## Pulaski County Sheriff's Office

**DEFENDANT IDENTIFICATION** | Arresting Agency Name | NCIC CODE

Name Last: **Smith** | First: **Trillus** | Middle:

Aliases:

STREET ADDRESS: ▋ | PHONE NUMBER: **Ref**

City: **LR** | State: **AR** | Zip: **72209**

Driver's License (State/DL#): | SSN Number: | Social Security Number: | Employer / Occupation: **N/A**

Sex: ☐M ☑F | RACE: ☐WHITE ☑BLACK ☐American Indian or Alaskan Native ☐Asian or Pacific Islander ☐Unknown | Ethnicity: ☐Hispanic ☐Not Hispanic | Date of Birth: ▋ | Place of Birth: **LR AR**

Hair: **Blk** | Eyes: **Bro** | Weight: **120** | Height: **5'3** | Scars and Marks: **N/A**

Name Nearest Relative: **Ref** | Phone Number:

Place of Arrest: **9601 Baptist Health Dr.** | Arresting Officer: **Gavin 276**

Date of Arrest: **2-2-17** | Time of Arrest: **0322** | Booking Number: | Report Number: **17-2457** | Agency Received From: **PCSO** | **PCRDF** | Agency Transferred to: | Date of Action:

| | Case / Docket Number | Statute No. | Counts | Charge Description | Law Enforcement Action | Date of Action |
|---|---|---|---|---|---|---|
| 1 | | 5-13-202 | 1 | Battery 2nd | D-Fel | 2-2-17 |
| 2 | | 5-13-204 | 1 | Agg Assault | D-Fel | 2-2-17 |
| 3 | | 5-38-204 | 1 | Criminal Mischief 2nd | B-Mis | 2-2-17 |
| 4 | | | | | | |

Facts of Arrest (PC):

While working off duty at Baptist Hospital, I observed security officers attempting to escort Ms. Smith who was aggitated, to her room. Ms. Smith began pulling away from Security Staff & then stabbed a security officer in the neck w/ a pen. While in my patrol car, Smith damaged my blue lights & tried to bite my arm. Smith was then pepper sprayed.

Complainant and Witness Names | Address | Phone | Right Thumb Print

Complainant:

Witness:

Witness:

Court Trying Case: **PCDC** | Court Date: **2-28-17** | Time: **0900**

### Citation Appear
I promise to appear at the above stated time place and court;

_____
Name and Title of Issuing Officer

_____
(Signature of Accused)

### IMPORTANT NOTICE
**Failure to appear at the stated time, place and court may result in your arrest and shall constitute a separate offense for which you may be prosecuted.**

RECORDS COPY

# Suspect Rap Sheet



| | |
|---|---|
| ATN: | PCS202364517 |
| SID: | |
| Last Name: | SMITH |
| First Name: | TRILLUS |
| Middle Name: | |
| DOB: | ████████ |
| Race: | B |
| Sex: | F |
| Height: | 502 |
| Weight: | 140 |
| Build: | |
| Eye Color: | BRO |
| Hair Color: | BLK |
| Hair Length: | |
| FBI: | |
| SSN: | ████████ |
| Drivers License: | |
| Gang Affiliation: | |

ScarType:
Scar Location:
Mark Location:
Mole Location:
Deformities:
Tattoo Type:
Tattoo Location:
Tattoo Literal:
Tattoo Type:
Tattoo Location:
Tattoo Literal:
Tattoo Type:
Tattoo Location:
Tattoo Literal:
Tattoo Type:
Tattoo Location:
Tattoo Literal:
Tattoo Type:
Tattoo Location:
ttoo Literal:

| | |
|---|---|
| Street Number: | |
| Street Name: | |
| Apartment Number | |
| Rural Route: | |
| Rural Route Box: | |
| City: | |
| State: | AR |
| Zip: | 72204 |

PCS202364517          SMITH      TRILLUS

20170202                                      AR0600000



278

FCS202364517        SMITH.        TRILLUS

20170202                                    ARO600000



MSJ SOF 000296

279

# Final Disposition Of Charge Report

## ALL INFORMATION IS ESSENTIAL

| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | ARREST TRACKING NO |
|---|---|---|---|---|
| SMITH | TRILLUS | | | PCS202364517 |

| PLACE ALIASES ON BACK OF FINGERPRINT CARD | DATE OF BIRTH | PLACE OF BIRTH (CITY, STATE) |
|---|---|---|
| | ████████ | AR |

| ARRESTING AGENCY ORI NO. | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| AR0600000 | F | B | 502 | 140 | BRO | BLK |

| DATE ARRESTED | AGENCY CASE NO | ARRESTING OFFICER |
|---|---|---|
| 02/02/2017 | | |

| SID NO | FBI NO | ARRESTING AGENCY |
|---|---|---|
| | | |

**SENTENCING COURT**

| JAIL TIME | SUSPENDED | PROBATION | SUSPENDED | RESTITUTION |
|---|---|---|---|---|
| | | | | |

| COURT DATE | INSTITUTION CONFINED |
|---|---|
| | |

**CHARGE AT ARREST**

02-02-2017   0045  (FD)  BATTERY - 2ND DEGREE

| FILED CHARGE | DOCKET NO. |
|---|---|
| | |

**FINAL CHARGE**

☐ DOMESTIC VIOLENCE RELATED OFFENCE

RELATIONSHIP OF VICTIM _____

**ACTION TAKEN**
- ☐ GUILTY
- ☐ DISMISSED
- ☐ NOT GUILTY
- ☐ NOLLE PROS.
- ☐ PUA/DEFERRED
- ☐ NOT FILED
- ☐ ACT 346
- ☐ OTHER

MCDV Statue _____

MCDV Sub-section _____

**EXPLAIN NOLLE OR OTHER**

**PLEA**
- ☐ GUILTY
- ☐ NOT GUILTY
- ☐ NOLO CONTENDER

| FINE | SUSPENDED | COST | SUSPENDED |
|---|---|---|---|
| | | | |

**FORM COMPLETED BY AND DATE**

Municipal Court completes form upon final disposition of case in Municipal Court. Return to: Arkansas Crime Information Center, No. 1 Capitol Mall, Little Rock, AR 72201. If case transferred to Circuit Court forward form to Prosecuting Attorney.

280

# Final Disposition Of Charge Report

## ALL INFORMATION IS ESSENTIAL

| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | ARREST TRACKING NO |
|---|---|---|---|---|
| SMITH | TRILLUS | | | PCS202364517 |

| PLACE ALIASES ON BACK OF FINGERPRINT CARD | DATE OF BIRTH ███████ | PLACE OF BIRTH (CITY, STATE) AR. |
|---|---|---|

| ARRESTING AGENCY ORI NO | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| AR0600000 | F | B | 502 | 140 | BRO | BLK |

| DATE ARRESTED 02/02/2017 | AGENCY CASE NO | ARRESTING OFFICER |
|---|---|---|

| SID NO | FBI NO | ARRESTING AGENCY |
|---|---|---|

| SENTENCING COURT |
|---|

| JAIL TIME | SUSPENDED | PROBATION | SUSPENDED | RESTITUTION |
|---|---|---|---|---|

| COURT DATE | INSTITUTION CONFINED |
|---|---|

**CHARGE AT ARREST**
02-02-2017   0047  (FD)  AGGRAVATED ASSAULT

| FILED CHARGE | DOCKET NO. |
|---|---|

**FINAL CHARGE**

☐ DOMESTIC VIOLENCE RELATED OFFENCE
RELATIONSHIP OF VICTIM _____
MCDV Status _____

**ACTION TAKEN**
☐ GUILTY   ☐ NOLLE PROS.   ☐ ACT 346
☐ DISMISSED   ☐ PLA/DEFERRED   ☐ OTHER
☐ NOT GUILTY   ☐ NOT FILED

MCDV Sub-section _____

| EXPLAIN NOLLE OR OTHER | PLEA |
|---|---|
| | ☐ GUILTY<br>☐ NOT GUILTY<br>☐ NOLO CONTENDER |

| FINE | SUSPENDED | COST | SUSPENDED |
|---|---|---|---|

| FORM COMPLETED BY AND DATE |
|---|

Municipal Court completes form upon final disposition of case in Municipal Court.Return to: Arkansas Crime Information Center, No. 1 Capitol Mall,
Little Rock, AR 72201. If case transferred to Circuit Court forward form to Prosecuting Attorney.

02/03/2017  09:22   5013406899                     PC DISTRICT COURT                          PAGE  17

DATE:  FEBRUARY 3, 2017

TO:  _____

                                                            *no contact order*

                                                            RECEIVED

FROM:  PULASKI COUNTY DISTRICT COURT              2017 FEB -3  A 10: 57
        CAROL WILKINS, CLERK
        3001 W ROOSEVELT RD                        PCRDF/COURT LIAISON
        LITTLE ROCK, AR 72204
        (501)340-6824

                              SPEED LETTER

                DEFENDANT:  TRILLUS LAKAIL K SMITH

                      DOB:  ████████

        CASE ID & DESCRIPTION:  PCS-17-854 STATE V TRILLUS LAKAIL K SMITH

                TICKET NO:  17-2457

                  CHARGES:  BATTERY 2ⁿᵈ DEGRE
                   NG       AGGRAVATED ASSAULT
                            CRIMINAL MISCHIEF 2ⁿᵈ DEGREE
                            DEFENDANT UPDATE

        DEFENDANT RECOGNIZED:  YES _____ / NO _____
              BOND AMOUNT:  $10,000
               BOND TYPE:  SURETY ____ / CASH _____ / OTHER _____
        BOND POSTED WITH:  _____
DEFENDANT MAY BE RELEASED IF NO OTHER DETAINERS AFTER PROCESSING:  YES_____ / NO_____
UPON RELEASE COME BY THE COURTHOUSE:  YES_____ / NO_____
COURT DATE & TIME:  VIDEO ARRAIGNMENT HEARING 03-FEB-17 08:30:00
VIDEO ARRAIGNMENT HEARING 03-FEB-17 08:30:00
VIDEO ARRAIGNMENT HEARING 03-FEB-17 08:30:00
FINES:
DEFENDANT COMMITTED:  YES _____ / NO _____
SENTENCE LENGTH:
CONSECUTIVE _____ / CONCURRENT _____
COMMUNITY SERVICE:

                              WARRANTS

OUTSTANDING WARRANTS ON THIS CASE:

SERVICE:  PLEASE SERVE_____ / WAIVED_____ / RECALLED_____

SPECIAL INSTRUCTIONS / REMARKS:  PTF  4-3-17  9am

                              COMMITMENT

IF DEFENDANT IS COMMITTED ON ABOVE FINES, PLEASE USE THIS AS THE COMMITMENT.

MSJ SOF 000299

292

02/03/2017  09:22  5013406899                    PC DISTRICT COURT                    PAGE  16

 # Pulaski County District Court

**JUDGE WAYNE A. GRUBER**    3001 West Roosevelt
Little Rock, AR 72204
501-340-6845
501-340-6899 Fax

STATE OF ARKANSAS                                                          **PLAINTIFF**

vs.                          NO. PCS-17-864

Trillus Smith                                                              **DEFENDANT**

## NO CONTACT ORDER

The Defendant is hereby ordered to have no contact, either directly or indirectly, by person, telephone, mail or any other means, with:

NAME: Kyle Martin  w/m  5-15-88

ADDRESS: ███████████████████████  LR AR
or his/her immediate family.                                              72205

Violation of this order subjects the Defendant to immediate arrest and detention; and any law enforcement officer having reasonable cause to believe that this order has been violated is ordered to immediately detain the Defendant to be brought before the Court within forty-eight (48) hours.

This order is in addition to, and consistent with, orders issued pursuant to Arkansas's Rules of Criminal Procedure No. 9.3., Ark. Code Ann. § 5-71-229, and Ark code Ann. § 9-15-201, et seq.

This order shall remain in effect for a period of one year from date of issue unless otherwise modified, or dismissed.

IT IS SO ORDERED.

SERVED BY DEPUTY: _____

DATE: _____, 20___ TIME: _____

_____
PULASKI COUNTY DISTRICT JUDGE

DATE: 2/3/17

_____
DEFENDANT'S SIGNATURE

---

ACIC/NCIC Entry Information:  CSN# _____        SRN# _____

Defendant's Name Trillus Smith        SSN# ███████   DOB ███████████

Race B Sex F  Height 5-2  Weight 120 Birth Place LR AR  _____

Driver's License# ███████████  State AR  Court File Address for Defendant _____

293



Smith, I
3643



# PULASKI COUNTY
### Office of the Sheriff
### Doc Holladay, Sheriff
Regional Detention Facility
3201 W. Roosevelt Road, Little Rock, AR 72204
Tel: (501)340-7000 Fax: (Admin) 340-7071 (Intake) 340-7037

## Property Record

Hanger Number: **3643**                    Date: 2-2-17

Detainee's Name: Smith, Trillus

Booking Number: 1964-17          Seal Number: C 326 36

## Property or Clothing Received from Detainee:

1. White Shirt                    6. _____
2. Tan Pants                      7. _____
3. Red + Black Shoes              8. _____
4. _____                9. _____
5. _____

                                  *Inventorying Deputy Signature & DSN   906

## County Property Issued:

| | |
|---|---|
| \| Action Packer | \| Laundry Bag |
| \| Blanket | 2 Sheets |
| \| Shirt | \| Pants |
| \| Hygiene Kit | \| Shower Shoes |
| \| Underwear | \| ID Wristband |

I certify that the above listed property was taken from me and that the county property listed was issued to me:

X Rp                              
Inmate's Signature              *Issuing Member's Signature & DSN

MSJ SOF 000301

284

# PULASKI COUNTY REGIONAL DETENTION FACILITY
## *Detainee Information Sheet*

Name: Smith, Trillus
      (Last)      (First)      (M/I)

Address: ▮▮▮▮▮▮▮▮  Little Rock, Ar
      (Street)      (City)      (State)

Race: B      Hispanic:      Sex: F

Date of Birth: ▮▮▮▮▮▮▮▮      Age: 22

Drivers License #: ▮▮▮▮▮▮▮▮      State of Issue: Ar

Social Security #: ▮▮▮▮▮▮▮▮

Hair: Blk    Eyes: Brown    Height: 5'2    Weight: 120

Nickname(s) or Alias:

Place of Birth: Little Rock, Ar    Marital Status: S
      (City)      (State)

Scars/Marks/Tatoos:

Place of Employment: N/A
      (Employer)      (City)      (State)

## Emergency Contact Information:

Person=s Name: Kay Kay
      (Last)      (First)      (M/I)

Address:
      (Street)      (City)      (State)

Persons Relationship to You: Mother    Phone: ▮▮▮▮▮▮▮▮

*Do you have any medical problems we need to know about ?*

Please List:

Have you ever been in this facility ? Yes    When?

The header and fingerprint card.

| NAME | | | | | | | |
|------|--|--|--|--|--|--|--|
| SMITH,TRILLUS LAKAIL | | | | | | | |
| SOCIAL SECURITY NUMBER | | | | | | | |

| DATE OF BIRTH | SEX E | RACE B | HGT. 502 | WGT. 160 | EYES BRO | HAIR BLK |
|---------------|-------|--------|----------|----------|----------|----------|

| R. Thumb | R. Index | R. Middle | R. Ring | R. Little |
|----------|----------|-----------|---------|-----------|

| L. Thumb | L. Index | L. Middle | L. Ring | L. Little |
|----------|----------|-----------|---------|-----------|

286

# Pulaski County Regional Detention Facility

## Intake Acceptance and Screening

Detainee's Name: _Smith, Titus_     Date: _1-2-17_

### Custody Acceptance

|  | YES | NO |
|---|---|---|
| Does the arrestee have any observable medical problems? | ✓ | 276 |
| Does the arrestee have any observable mental health problems? | ✓ | 276 |
| Does the arrestee show any signs of suicidal behavior/attempts? | | 276 |
| Has the arrestee shown any unusual behaviors, including escape potential or a propensity toward violence? | | 276 |
| Does the transporting Officer have any other information, which we need to know concerning this arrestee? If yes, what? | | 276 |

Does the arrestee have a cane: (Circle)   Yes   No⃝   A walker:   Yes   No⃝   Or a wheelchair:   Yes   No⃝

Staff Signature: _____     Date: _2-2-17_   Transporting Officer: _McT16_

### Intake Screening

| | | |
|---|---|---|
| Do you have any injuries that require immediate medical attention? *If injuries occurred during arrest, send to the E.R., prior to accepting. If there is bleeding, notify medical department. If any other injuries, detainee will be processed normally.* | | 4070 |
| *Are you receiving medication for diabetes? | | 4070 |
| *Are you taking any medication for any heart condition? | | 4070 |
| *Are you being treated for a seizure disorder? *If last dose was over 5 hours ago, notify medical department. If last dose was within last 5 hours, detainee will be processed normally.* | | 4070 |
| * *If the Detainee answers yes to any of these questions, immediately notify medical department personnel.* | | |
| Are you on digitalis? | | 4070 |
| Are you taking any prescription medications that need to be continued while you are here? | | 4070 |
| Are you currently taking any medication for depression or any other behavior problems? | | 4070 |
| Are you now considering suicide? (If yes, place on suicide watch) | | 4070 |
| *Have you ever attempted suicide? | | 4070 |

Name of Medical Staff Member Notified: _____   Time: _____

| | | |
|---|---|---|
| Have you ever been in jail before? (PREA) | 4070 | |
| Is there anyone in this facility who may cause you harm? | | 4070 |
| Have you ever been placed in protective custody? | | 4070 |
| Is the arrestee under the age of 20? (PREA) | | 4070 |
| Small size, thin build, frail? (PREA) | | 4070 |

Detainee's Signature: _Refused Sgt. H 2_

Staff Signature: _____     DSN: _9070_   Date: _2-2-17_   Time: _0910_

LITTLE ROCK
(501)340-6600
FAX

**NAME:** SMITH,TRILLUS LAKAIL
ALIAS:
DOB:
DLN:
SSN:
SID #:
FBI #:
GENDER: F
RACE: B
HEIGHT: 502
WEIGHT: 150
HAIR: BLK
EYES: BRO



---

**BOOKING # 1964-17    SO # 188619    CELL # H/C-150    BASKET #**
C-218

BOOKING DATE: 02/02/2017    TIME:    CLASSIFICATION:
ARREST DATE: 02/02/2017    RELEASE DATE:    RELEASE TYPE:
ADDRESS:    CITY: LITTLE ROCK    STATE/ZIP: AR    ]
HOME PHONE:    OTHER PHONE:
ARRESTING OFFICER: CAVIN 2761    BOOKING OFFICER: SIMMONS,DYLEHAT
HOLDS:

---

OFFENSE #1: BATTERY - 2ND DEGREE    WARRANT# 000000    CASE#
RIGHTS:    BOND:
    FINE:
DISPOSITION: SEE OFF 3    COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT    COURT DATE:    COURT TIME:
COMMENTS:

---

OFFENSE #2: AGGRAVATED ASSAULT    WARRANT# 000000    CASE#
RIGHTS:    BOND:
    FINE:
DISPOSITION: SEE OFF 3    COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT    COURT DATE:    COURT TIME:
COMMENTS:

---

OFFENSE #3: CRIMINAL MISCHIEF, 2ND    WARRANT# 000000    CASE#
DEGREE
RIGHTS:    BOND: $0.00
    FINE:
DISPOSITION:    COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT    COURT DATE:    COURT TIME:
COMMENTS:

---



LITTLE ROCK
(501)340-6600
FAX

**NAME:**        SMITH,TRILLUS LAKAIL
ALIAS:
DOB:
DLN:
SSN:
SID #:
FBI #:
GENDER:      F
RACE:         B
HEIGHT:      502
WEIGHT:      150
HAIR:         BLK
EYES:         BRO



**BOOKING # 1964-17**    **SO # 188619**      **CELL # H/C-150**     **BASKET #**
BOOKING DATE: 02/02/2017       TIME:                  CLASSIFICATION:
ARREST DATE: 02/02/2017       RELEASE DATE:        RELEASE TYPE:
ADDRESS: ▇▇▇▇▇       CITY: LITTLE ROCK     STATE/ZIP: AR        J
HOME PHONE:            OTHER PHONE:
ARRESTING OFFICER: CAVIN 2761       BOOKING OFFICER: SIMMONS,DYLEHAT
HOLDS:

OFFENSE #1: BATTERY - 2ND DEGREE       WARRANT# 000000       CASE#
RIGHTS:                                   BOND:
                                        FINE:
DISPOSITION: SEE OFF 3                 COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:        COURT TIME:
COMMENTS:

OFFENSE #2: AGGRAVATED ASSAULT       WARRANT# 000000       CASE#
RIGHTS:                                    BOND:
                                         FINE:
DISPOSITION: SEE OFF 3                 COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:        COURT TIME:
COMMENTS:

OFFENSE #3: CRIMINAL MISCHIEF, 2ND       WARRANT# 000000       CASE#
DEGREE
RIGHTS:                                    BOND: $0.00
                                         FINE:
DISPOSITION:                             COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:        COURT TIME:
COMMENTS:

LITTLE ROCK
(501)340-6600
FAX



**NAME:** SMITH,TRILLUS LAKAIL
ALIAS:
DOB:
DLN:
SSN:
SID #:
FBI #:
GENDER: F
RACE: B
HEIGHT: 502
WEIGHT: 150
HAIR: BLK
EYES: BRO



---

**BOOKING # 1964-17     SO # 188619     CELL # H/C-150     BASKET #**
BOOKING DATE: 02/02/2017     TIME:     CLASSIFICATION:
ARREST DATE: 02/02/2017     RELEASE DATE:     RELEASE TYPE:
ADDRESS     CITY: LITTLE ROCK     STATE/ZIP: AR     ]
HOME PHONE:     OTHER PHONE:
ARRESTING OFFICER: CAVIN 2761     BOOKING OFFICER: SIMMONS,DYLEHAT
HOLDS:

---

OFFENSE #1: BATTERY - 2ND DEGREE     WARRANT# 000000     CASE#
RIGHTS:     BOND:
     FINE:
DISPOSITION: SEE OFF.3     COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:     COURT TIME:
COMMENTS:

---

OFFENSE #2: AGGRAVATED ASSAULT     WARRANT# 000000     CASE#
RIGHTS:     BOND:
     FINE:
DISPOSITION: SEE OFF.3     COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:     COURT TIME:
COMMENTS:

---

OFFENSE #3: CRIMINAL MISCHIEF; 2ND DEGREE     WARRANT# 000000     CASE#
RIGHTS:     BOND: $0.00
     FINE:
DISPOSITION:     COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:     COURT TIME:
COMMENTS:

---

# Pulaski County Regional Detention Facility

### Intake/Classification Criminal History Form

Detainee's Name: _Leslie Miller_   B: _1960-19_   Date: _1-1-17_

Fed: _____   Criminal History   PEN: _____

|  | YES | NO |
|---|---|---|

#### Intake Clerk Use

Is current and criminal history exclusively non-violent? "Potential Victimization"

Previous conviction for sexual abuse (to include implied threats of violence) in a prison or jail? (automatic potential aggressor designation)

Current or prior conviction for violent offenses (automatic potential aggressor designation)

Current or prior criminal conviction of any sex offenses against a child or adult

#### Intake Acceptance and Screening PREA Answers
#### (Transcribed from Intake Acceptance and Screening Form)

1. Has inmate ever been in jail before?
2. Is inmate under the age of 20?
3. Inmate is—small size, thin build, frail?

Intake Staff Member's Signature: _L. Simmons_   Date: _2-2-16_   Time: _4:50_

Note: The Intake Clerk will forward this form to Classification upon completing the section above.

#### Classification Use Only

Medical questionnaire indicated possible victimization (answer yes to one or more questions)

Medical questionnaire indicated: Automatic Potential Victim

Medical questionnaire did not indicate possible victimization

Ringleader in the institution, member of a security threat group, significant institutional experience

Institutional rule violation for sexual abuse (to include implied threats of violence) in a prison or jail? (automatic potential aggressor designation)

Institutional rule violation for violent offenses (automatic potential aggressor designation)

Does the inmate exhibit aggressive behavior toward other inmates/staff or threaten violence toward other inmates/staff?

Inmate exhibits characteristics of being a potential victim (mark this if the victim "automatic designation" item is checked yes or if three or more items are "checked" or answered "yes" that are marked as "Potential Victimization")

Inmate exhibits characteristics of being a potential aggressor (mark this if aggressor "automatic designation" item is checked or if two or more other items are "checked" or answered "yes" that are marked "Potential Aggressor")

Inmate does not exhibit characteristics of being either a potential victim or potential aggressor (mark this if the previous two questions do not apply)

Classification Staff Signature: _____   DSN: _____   Date: _____   Time: _____

1964 10

FINGERPRINTS
FINGERPRINTS

Pulaski County Detention Facility Pre-Book Worksheet

NAME: Smith, Collis          DATE: 2-2-17          TRACKING #: 20236457

D.O.B: ████          RACE: B          SEX:

ARRESTING AGENCY: PCSO          COURT ASSIGNED: PCDC

ARREST DATE/TIME: 2-2-17          CHARGE TYPE: fel

TIME OF PRE-BOOK: 0410

## PRE-BOOK WORKSHEET

| | | Yes (DSN) | No (DSN) |
|---|---|---|---|
| 1. | Was the detainee searched? (Circle One) (Pat)/Strip-Searched | 2320 | |
| 2. | Was the arresting documentation properly completed and placed in this folder? | 4012 | 1 |
| 3. | Was the health questionnaire completed? | 4012 | |
| 4. | Was all valuable property taken, inventoried and a receipt given? | 4012 | |
| 5. | Was the detainee too intoxicated/combative to fulfill all requirements? | | 4012 |
| 6. | Was the detainee advised of behavior requirements of the intake area? | 4012 | 8 |
| 7. | Were warrant checks completed? **In-House (PTS)?** | 2491 | 8 |
| | AEIC/NCIC? | 2491 | |
| | Hold for Other Agency? | | 6 |
| 8. | Was the detainee properly booked in? (All Charges) | 2491 | 1 |
| 9. | Was the detainee provided access to a telephone? | | 9 |
| 10. | Were front and side view photographs taken? | 4111 | |
| 11. | Were AFIS fingerprints processed and tracking number listed? | 2320 | |
| 12. | Was Biometric fingerprinting completed? | 4122 | |
| 13. | Was a DNA sample collected? | 4122 | |
| 14. | Was the detainee screened by Medical Department personnel? | 4273 | |
| 15. | Was the detainee's clothing and other property taken, inventoried and a receipt provided? | 2320 | |
| 16. | Was the detainee issued all necessary county property? | 2320 | |
| 17. | Was the detainee showered and deloused? | 2320 | |
| 18. | Was the detainee assigned to and placed in a housing unit? | 4122 | |
| 19. | Did you place a copy of the ADR in the "Press" box at the window? | 2491 | |

Comments: _____

INMATE IS:          PAST HISTORY EMERGENCY/MEDICAL AD/SEG REF. BOOK-IN #
          EMERGENCY/MEDICAL AD/SEG
          UNDER 18 YEARS OLD
          PROTECTIVE CUSTODY
          SUICIDE WATCH

SUPERVISOR SIGNATURE: _____          DSN: ___

# PULASKI COUNTY RELEASE SHEET

NAME: _____     DATE: _____

DOB: _____     RACE: _____     GENDER : _____

|  | INITALS | DSN |
|---|---|---|

1. DID YOU VERIFY INMATE'S LOCATION?     _____

2. DID YOU PULL FOLDER AND CHECK ACIC/NCIC, PTS?     _____

3. WAS INMATE AFIS FINGERPRINTED AND TRACKING # LISTED?     _____

4. DID YOU ORGANIZE FOLDER ACCORDING TO COURTS (ADR,SPD LTR, ETC) ?     _____

5. DOES RELEASE INFORMATION MATCH BOND, SPEED LETTER OR CITATION ?     _____

6. DID YOU CALL THE UNIT INMATE IS IN, TELL DEPUTY INMATE IS GOING OUT ALL THE WAY ?     _____

7. DID YOU GIVE COPY OF RELEASE SHEET TO DEPUTY TO PICK UP INMATE?     _____

   A. ESCORTING DEPUTY INITIAL, DSN.     _____

   B. HOUSING UNIT DEPUTY INITIAL, DSN.     _____

8. DID YOU PULL INMATE CLOTHING AND PROPERTY SHEET AND GIVE IT TO PROPERTY CLERK?     _____

9. DID YOU VERIFY INMATE BY CHECKING MUG SHOT IN FOLDER W/ ID BADGE AND

   WRISTBAND WHEN INMATE ARRIVES IN RELEASE ?     _____

10. DOES BOND AMOUNT MATCH CHARGES IN COMPUTER ?     _____

11. DID YOU MAKE COPIES OF BOND AND DISTRIBUTE THE PAPERWORK?     _____

12. DOES SPEED LETTER RELEASE ALL CHARGES ?     _____

13. IF CITATION ISSUED DID YOU MAKE THREE (3) COPIES AND FAX ONE TO COURT ?     _____

14. DID YOU VERIFY ONCE AGAIN YOU HAVE CORRECT INMATE ?     _____

15. IS THE RELEASE DATE WRITTEN ON FOLDER ?     _____

16. DID YOU HAVE SUPERVISOR SIGN OFF ON THE FOLDER ?     _____

17. DID YOU CIRCLE AND PLACE DSN BESIDE ITEMS AND HAVE INMATE SIGN PROPERTY SLIP ?     _____

18. DID YOU CALL CENTRAL CONTROL TO GIVE INMATES RACE, GENDER, NAME AND BOOK IN #?     _____

19. DID YOU RELEASE INMATE OUT OF THE COMPUTER ?     _____

INMATE RELEASED (IE, SPEED LTR, BOND, BOND AMOUNT, CITATION ETC.)

_____

_____

_____

_____

RELEASE SUPERVISOR: _____     DSN _____

MSJ SOF 000310

293

Feb 2, 2017 4:40:26 AM                    Printed By: 4666219 from: PJ01

Received Time:          04:29:57 02-02-17          Source ORI:        AR0000000
                        FREE:
Summary:                SQWA.ORI/AR0600008.NAM/SMITH,TRILLUS.DOB/19950206.SEX/F.IND/Y.NCI/Y

View Message Details


******* START OF RECORD     ****CSN/6965474 ***DATE/20170202 TIME/042933**
NAM/SMITH,TRILLUS, RAC/W SEX/F DOB/▮▮▮▮▮HGT/502 WGT/120
      EYE/BRO HAI/BLK
      ADD/104 S FIR BRYANT AR 72022


******* MAY BE SAME AS ABOVE    ****CSN/6458401 ***DATE/20170202 TIME/042933**


                  ARKANSAS DRIVER HISTORY FOR CSN: 006458401


SMITH,TRILLUS,LAKAIL,K                  DLN:
                                        DOB:
BRYANT         SALINE       AR 72022    ISSUED: 02-26-15
SEX: F    RACE: B                       EXPIRES: 02-06-17
EYE: BRO  HAIR: BLK   HGT:502   WGT:120 TOTAL POINTS: 000
VOLUNTARY ENHANCED SECURITY: NO         CARD CONTROL#: * NONE *
ORGAN DONOR: NO


CLASS: D                 STATUS: NCI- Suspended       CDL- N/A
ENDORSEMENTS: * NONE *           RESTRICTIONS:
                                 Corrective Lenses
------------------------------------------------------------------------

Offense  Conviction  Offense        Court            DLN      CMV HAZ
Date     Date        Date           Location                  MAT
------------------------------------------------------------------------

************************Stand Alone Actions*****************************

COURT ORDER Susp 07/11/2013 - 01/11/2014 Bryant DC
$100Rein Fee completed on 2/26/2015

************************Violations With Actions***********************

05/08/15 05/08/15     FTA: FOR ORG    Administrative   931711126 No  No
FTA: FOR ORG Susp 05/08/2015 - Indefinite North Little Rock TRA
$100 Rein Fee                                Not Completed

01/15/14 01/15/14     FTA: FOR ORG    Administrative   931711126 No  No
FTA: FOR ORG Susp 01/15/2014 - 06/05/2014 Little Rock Civil/CRI
$100Rein Fee completed on 2/26/2015

IMR/
Begin Image
Image Type:    I

_____

Page 1 of 3

MSJ SOF 000311



MIS:
End Image

```
******* MAY BE SAME AS ABOVE   ****CSN/7016357 ***DATE/20170202 TIME/042933**
NAM/SMITH,TRILLUS, RAC/B SEX/F DOB/        HGT/502 WGT/150
     EYE/BRO HAI/BLK SOC/
     BRYANT AR 72022
     SID/3499580 POB/AR
```

```
******* MAY BE SAME AS ABOVE   ****CSN/6899101 ***DATE/20170202 TIME/042933**
NAM/SMITH,TRILLUS,LAKAIL, RAC/B SEX/F DOB/        HGT/502 WGT/120
     EYE/BRO HAI/BLK SKN/DRK SOC/
     ADD/104 S FIR BRYANT AR 72022
     SID/3499580 FBI/21295BVD0 POB/AR
```

```
******* START OF RECORD       ****CSN/6446884 ***DATE/20170202 TIME/042933**
```

ARKANSAS DRIVER HISTORY FOR CSN: 006446884

| | |
|---|---|
| SMITH,TIFFANY,NICOLE | DLN: |
| | DOB: |
| MOUNTAIN VIEW STONE     AR 72560 | ISSUED: 05-21-15 |
| SEX: F   RACE: W | EXPIRES: 02-06-19 |
| EYE: BLU  HAIR: BLN  HGT:503  WGT:148  TOTAL POINTS: 000 | |
| VOLUNTARY ENHANCED SECURITY: NO     CARD CONTROL#: * NONE * | |
| ORGAN DONOR: YES | |

MAILING ADDR:
        MOUNTAIN VIEW AR 72560

MSJ SOF 000312

# Identification Information

Print Date: 03/06/17

Name (Last,First,Mid,Suf):
WARREN          MARSHA

Address:                              ID Number:
3201 W. ROOSEVELT ROAD                2017002131

LITTLE ROCK          AR722040000   Grid:        Type: I
Home Telephone:  Business Telephone:  Other Telephone:   Entry Date:
(501) 340-7000   (501) 000-0000      (501) 000-0000     3/06/2017

Soc. Sec. Num.: Employer:              Position:    Resident:
 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                                        R
OLN:            State:  Class:   Com: FBI Number:  State ID, State:
                AR

Ident A:              Ident B:            Ident C:

---

Date Of Birth:  Birth City, State:    Race:   Sex:     Height:  Weight:
  / /                                 W       FEMALE   0- 0     000

Appearance:                           Hair Color:
Build:                                Hair Length:
Complexion:                           Hair Style:
Dangerous?:     If Y, How?:           Marks:
Ethnicity:    NOT OF HISPANIC ORIGIN  MO:
Eye Color:                            Speech:
Eye Defects:                          Talk:
Facial:                               Teeth:

---

Prints:      Blood Type:    Allergies:
Emergency Contact:

---

E Mail:
Aliases:
  Last Name:        First Name, MI:         Nickname:

MSJ SOF 000313

```
1    STATEMENT OF MARSHA WARREN, RN
2    INVESTIGATOR GEARY
3    DATE: 2/15/17  TIME: 7:28 AM
4    CASE #17-3491
5
6    INV GEARY:   THIS IS INVESTIGATOR GEARY OF THE PULASKI COUNTY SHERIFF'S OFFICE,
7    CRIMINAL INVESTIGATIONS DIVISION.  TODAY'S DATE IS FEBRUARY 15, 2017, THE TIME IS
8    7:28,CURRENTLY AT THE PULASKI COUNTY REGIONAL DETENTION FACILITY WITH MARSHA
9    WARREN, WHO IS THE RN NIGHT SHIFT CHARGE NURSE.  THIS WILL BE IN REFERENCE TO
10   PULASKI COUNTY REPORT 17-3491, ALRIGHT MS. WARREN, WHAT CAN YOU TELL ME ABOUT
11   TODAY'S EVENT?
12
13   WARREN:      UMM, LET'S SEE, I WAS IN H-UNIT AND THEY CALLED OVERHEAD, 'CODE RED'
14   AND UMM, I GOT, GATHERED MY STUFF, WHICH I WAS CHECKING BLOOD PRESSURES AND
15   DOING BLOOD SUGARS AND RAN DOWN HERE AND UMM, WHEN WE GOT IN THERE, UMM, WE
16   SEEN MS. SCOTT, THE EMT THAT WORKS IN INTAKE, UH, SHE WAS DOING CPR, UH CHEST
17   COMPRESSIONS.  MS. STOWE IS THE OTHER LPN, ONE OF THE OTHER LPNS THAT WORKS
18   WITH ME
19
20   INV GEARY:   CAN YOU SPELL THAT?
21
22   WARREN:      S-T-O-W, HER FIRST NAME IS KIMBERLY
23
24   INV GEARY:   KIMBERLY?
25
26   WARREN:      AND UMM, SHE HAD BROUGHT ALL OF THE EQUIPMENT DOWN, SO SHE WAS,
27   THEY WERE WORKING ON PUTTING THE AED ON HER AND SO WHEN I WALKED IN I
28   FINISHED PUTTING THE PADS ON HER AND WE WENT AHEAD AND DID AN ASSESSMENT AND
29   IT SAID NO PULSE, OR CHECK THE PULSE AND UMM, NO SHOCK RECOMMENDED AND WE
30   CONTINUED WITH CPR, GOT THE OXYGEN.  I ASKED THEM HAD THEY CONTACTED MEMS,
31   THE SAID MEMS IS ON THE WAY, UMM, WE JUST KEPT WORKING ON HER
32
33   INV GEARY:   DID Y'ALL ADMINISTER ANY DRUGS AT ALL?
34
35   WARREN:      NO, WE DIDN'T GIVE HER ANY DRUGS, SHE DIDN'T HAVE AN IV IN
36
37   INV GEARY:   OKAY
38
39   WARREN:      AND I TRIED TWICE TO STICK HER IN HER RIGHT ARM AND I NEVER COULD
40   GET A VEIN SO WHEN EMTS GOT HERE, PARAMEDICS, THEY STARTED THE SUB 2 THING IN
41   HER RIGHT THIGH.
42
43   INV GEARY:   OKAY, AS FAR AS HER MEDICAL, PAST MEDICAL CONDITION, ARE YOU AWARE
44   OF ANYTHING WITH HER?  CAN YOU GIVE ME ANY IDEA?
45
46   WARREN:      UH, NO I DON'T THINK SHE HAD ANY PHYSICAL PROBLEMS, UMM, ALL OF HER
47   PROBLEMS WERE EMOTIONAL AND MENTAL.  SHE WENT TO BAPTIST, THE WAY SHE CAME
48   TO US, SHE WENT TO BAPTIST TO ER, TO BE EVALUATED, EVIDENTLY HER BROTHER AND
49   HER SISTER HAD BEEN ARGUING AND IT UPSET HER REAL BAD AND CAUSED HER A LOT OF
50   ANXIETY AND SO SHE CAME IN TO GET, SHE WENT IN TO GET AND THEY SAID, MUGS OUT,
51   SHE WENT TO THE ER AT BAPTIST, THEY SAID SHE WAS HAVING AN AXIETY ATTACK, UMM,
52   THEY SAID THEY WEREN'T GONNA KEEP HER, THERE WASN'T ANYTHING THEY COULD DO
53   AND THEN SHE GOT REAL CRAZY THERE BECAUSE SHE WANTED A WASH CLOTH AND SOME
54   SOAP SO SHE COULD TAKE A BATH IN THE HALLWAY, AND UMM, THEN THEY HAD TO GET A
5    SECURITY GUARD AND AL LTHIS CAUSE THEY REALIZED THAT SHE  WAS IN WORSE SHAPE
56   FROM WHEN THEY FIRST EVALUATED HER, AND I BELIEVE THEY SAID SHE HAD STABBED A
```

297

57  SECURITY GUARD IN THE NECK, I DON'T KNOW IF SHE ACTUALLY DID ANYTHING BUT THEY,
58  THEY HAD HER ARRESTED AND BROUGHT OVER HERE
59
60  INV GEARY:   OKAY NOW WHEN HAS SHE BEEN HERE SINCE?
61
62  WARREN:      UMM, I THINK SHE CAME IN, I KNOW SHE'S BEEN HERE LIKE ABOUT A WEEK
63  AND A HALF
64
65  INV GEARY:   OKAY
66
67  WARREN:      I'M NOT SURE OF THE EXACT DATE
68
69  INV GEARY:   OKAY, DO YOU KNOW WHY SHE WAS PUT ON SUICIDE WATCH?
70
71  WARREN:      UMM, I'M ASSUMING THAT THEY PUT HER ON SUICIDE WATCH BECAUSE SHE
72  WAS PSYCHOTIC
73
74  INV GEARY:   OKAY
75
76  WARREN:      AND THEY WERE JUST WORRIED ABOUT HER.  WE NEVER GOT TO DO THE
77  INTAKE PROCESS WHICH THEY GO INTO INTAKE AND THEY HAVE A QUESTIONNAIRE
78  THAT'S ABOUT, I GUESS ON PAPERS IT'S LIKE 8 PAGES LONG, SOMETHING LIKE THAT, THEY
79  GET A COMPLETE HISTORY
80
81  INV GEARY:   SO WHY WAS IT NEVER DONE?
82
83  WARREN:      UMM, BECAUSE SHE'S BEEN PSYCHOTIC THE ENTIRE TIME, SHECOULDN'T
84  FOLLOW DIRECTIONS, SHE WASN'T TALKING COHERENTLY, UMM, I MEAN, YOU COULDN'T
85  GET ANYTHING, YOU COULDN'T GET ANY VALID INFORMATION FROM HER
86
87  INV GEARY:   ALRIGHT SO SHE DID, SO THE DAY SHE WAS BOOKED IN, UH, NEVER DID THE
88  INTAKE PROCESS, PART OF THAT PROCESS IS EVALUATION OR SOMETHING LIKE THAT?
89
90  WARREN:      YEAH, THEY TRIED TO BUT THEY COULDN'T DO IT
91
92  INV GEARY:   OKAY
93
94  WARREN:      SO WHAT WE WERE HOPING IS THEY COULD GET HER IN A ROOM, GET HER
95  CALMED DOWN, EVERYTHING AND THEN THEY COULD COME DOWN WITH PAPERWORK
96  AND UMM, THEY COULD DO IT THEN BUT SHE, THEY WERE NEVER ABLE TO DO THAT WITH
97  HER.  SHE'S BEEN
98
99  INV GEARY:   SO SINCE SHE'S BEEN HERE, SHE'S NEVER BEEN CALM TO THE POINT WHERE
100 THEY COULD GET INTAKE PROCESSED?
101
102 WARREN:      NO, THE FIRST FEW DAYS THAT SHE WAS HERE, UMM, SHE WAS HOLLERING, I
103 MEAN JUST YELLING, SAYING, JUST VERY, NOTHING MADE SENSE THAT SHE SAID.  UMM,
104 SHE WAS INCONTINENT OF URINE AND FECES, SHE STAYED NAKED THE WHOLE TIME,
105 COULDN'T KEEP CLOTHES ON HER, SHE WOULD SLEEP ON THE FLOOR, UMM, AND THEY
106 HAD TO PEPPER SPRAY HER A COUPLE OF TIMES TOO
107
108 INV GEARY:   WHEN WAS THE LAST TIME THEY DID THAT?
109
110 WARREN:      UH, I THINK IT WAS LAST WEEK, THEY CALLED 'CODE BLUES' BECAUSE SHE
1   BIT AND SHE SPIT AND SHE HAD A FULL SET OF TEETH, BUT IF THEY TRIED TO OPEN HER
112 DOOR TO GO IN TO ASSESS HER OR CHECK ON HER OR DO SOMETHING, I MEAN, IT SEEMED

'13   LIKE SHE WAS SOMETIMES CATATONIC, SHE REVOLKED, SO MOST OF THE TIME DEPUTIES
114   WOULD COME OUT AND SAY "I NEED TO GET IN THERE AND CHECK HER" UMM, THEY'D
115   HAVE TO HANDCUFF HER
116
117   INV GEARY:   OKAY
118
119   WARREN:      SO WE COULD GET IN THERE, CAUSE SHE WAS VERY AGGRESSIVE AND
120   AGITATED
121
122   INV GEARY:   OKAY
123
124   WARREN:   YEAH
125
126   INV GEARY:   ALRIGHT, WELL I'M GONNA GO AHEAD AND I'M GONNA CONCLUDE THE
127   INTERVIEW, IF THERE IS NOTHING ELSE REGARDING THIS EVENING, THIS INCIDENT TODAY
128
129   WARREN:   ALRIGHT
130
131   INV GEARY:   OKAY, ALRIGHT I'M GONNA GO AHEAD AND CONCLUDE IT, THE TIME IS 7:34,
132   STILL FEBRUARY 15, 2017, MYSELF, INVESTIGATOR GEARY AND MARSHA WARREN, AT THE
133   PULASKI COUNTY REGIONAL DETENTION FACILITY.
134
135
136
137
138                              TRANSCRIBED THIS 16TH DAY OF February, 2017
139                              DRESDEN E. JACKSON
40                               PULASKI COUNTY SHERIFF'S OFFICE
.41                              CRIMINAL INVESTIGATIONS DIVISION

# Identification Information

Print Date: 03/06/17

'ame (Last,First,Mid,Suf):

THOMPSON                    DONNA

Address:                                   ID Number:
3201 W. ROOSEVELT ROAD                     2017002132
LITTLE ROCK .              AR722040000     Grid:          Type: |

Home Telephone:  Business Telephone:  Other Telephone:   Entry Date:
(501) 340-7000   (501) 000-0000        (501) 000-0000     3/06/2017

Soc. Sec. Num.: Employer:              Position:      Resident:
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                                           R

OLN:            State:  Class:   Com:  FBI Number:   State ID, State:
                AR

Ident A:               Ident B:               Ident C:

---

Date Of Birth:  Birth City, State:       Race:   Sex:    Height:   Weight:
 / /                                     W       F       0- 0      000

---

Appearance:                              Hair Color:
Build:                                   Hair Length:
Complexion:                              Hair Style:
Dangerous?:     If Y, How?:              Marks:
Ethnicity:      NOT OF HISPANIC ORIGIN   MO:
Eye Color:                               Speech:
 ye Defects:                             Talk:
Facial:                                  Teeth:

---

Prints:         Blood Type:     Allergies:
Emergency Contact:

---

E Mail:
Aliases:
  Last Name:            First Name, MI:            Nickname:

1    STATEMENT OF DONNA THOMPSON
2    INVESTIGATOR GEARY
3    DATE:2/15/17  TIME: 8:07
4    CASE #17-3491
5
6    INV GEARY:    THIS IS INVESTIGATOR GEARY OF THE PULASKI COUNTY SHERIFF'S OFFICE,
7    CRIMINAL INVESTIGATIONS DIVISION.  TODAY'S DATE IS FEBRUARY 15, 2017, THE TIME IS
8    8:07, CURRENTLY AT THE PULASKI COUNTY REGIONAL DETENTION FACILITY IN
9    REFERENCE TO PULASKI COUNTY REPORT 17-3491, WITH ME IS LPN DONNA THOMPSON,
10   WHO IS A EMPLOYEE OF THE DETENTION FACIITY, IS THAT CORRECT?
11
12   THOMPSON:   ACTUALLY, YES
13
14   INV GEARY:   YOU'RE CON, KIND OF
15
16   THOMPSON:   CON, YES SIR
17
18   INV GEARY:   WHO WORKS FOR THEM, OKAY.  WHAT CAN YOU TELL ME ABOUT THE
19   EVENTS TODAY?
20
21   THOMPSON:  I WAS WORKING IN W-UNITS, AT THE FAR END OF THE HALL DOING MY MED
22   PASS WHEN I HEARD THE CODE RED, SO LIKE WE ALL DO, I IMMEDIATELY LOCKED UP MY
23   CART AND WENT RUNNING.  UMM, AND THEN BY THE TIME I'D GOTTEN THERE, BECAUSE
24   EVERYBODY ELSE I'M ASSUMING WAS CLOSER, I WAS A LITTLE BIT  FURTHER AWAY, BY
25   THE TIME I'D GOTTEN THERE, UMM, I THINK IT WAS MS. SMITH, THEY WERE ALREADY
26   WORKING ON
27
28   INV GEARY:   OKAY WHEN YOU SAY THEY, WHO IS THEY?
29
30   THOMPSON:   UMM, I REMEMBER SEEING MS. STOWE THERE, MS. SCOTT, MS. WARREN
31
32   INV GEARY:   OKAY
33
34   THOMPSON:   AND THEY WERE ALREADY FURIOUSLY
35
36   INV GEARY:   WORKING ON HER?
37
38   THOMPSON:   YES SIR
39
40   INV GEARY:   SO, DID YOU PARTICIPATE IN ANYTHING OR WERE YOU THERE TO JUST
41   OBSERVE?
42
43   THOMPSON:   AT THAT POINT, BECAUSE THEY WERE PRETTY CROWDED IN THERE AND
44   THEY HAD THINGS COVERED, UMM, I WAS JUST OBSERVING AND THEN, YOU KNOW,
45   ANYTHING, IN CASE I WAS NEEDED TO SWITCH OFF ON CPR BUT THEY PRETTY MUCH HAD
46   IT COVERED.  I DID RUN UPSTAIRS TO GET SOME ALLERGY INFORMATION AND SOME
47   PATIENT INFORMATION FOR EMS.
48
49   INV GEARY:   AND WHAT DID YOU FIND WITH THAT, DID YO UFIND ANYTHING THAT STOOD
50   OUT TO YOU?
51
52   THOMPSON:   NO SIR, NO, UM UM
53
54   INV GEARY:   SO DID YOU SEE, WHEN, WHEN SHE, MS. SMITH, MS. SMITH WAS ON THE
5    FLOOR, DID YOU SEE ANY KIND OF MOVEMENT OR WAS SHE LIFELESS OR WHAT WAS
56   HER___

MSJ SOF 000318

57
58    THOMPSON:   UMMM
59
60    INV GEARY:    OBVIOUSLY, WHEN YOU GOT THERE THEY WERE ALREADY WORKING ON
61    HER, RIGHT?
62
63    THOMPSON:   RIGHT, WHAT I, WHAT I NOTICED RIGHT OFF THE BAT, IT WAS JUST
64    SOMETHING THAT PERSONALLY GRAVITATE TOWARDS, IS HOW DARK HER NAIL BEDS
65    WERE
66
67    INV GEARY:    UM HMM
68
69    THOMPSON:   AND SHE WAS STARING UPWARDS
70
71    INV GEARY:    OKAY
72
73    THOMPSON:   AND I KNEW IT DIDN'T LOOK GOOD
74
75    INV GEARY:    RIGHT, NOW PREVI, PRIOR TO THIS INCIDENT DID YOU EVER HAVE ANY
76    INTERACTION WITH MS. SMITH?
77
78    THOMPSON:   I, MYSELF DIDN'T, I'M PRIMARILY THE 'W', THE WORKING UNITS' NURSE
79
80    INV GEARY:    UM HMM
81
82    THOMPSON:   UMM, THAT'S BEEN MY ASSIGNMENT FOR, OH GOODNESS, MONTHS NOW
83
84    INV GEARY:    OKAY
85
86    THOMPSON:   SO, ALL I REALLY KNEW OF HER WAS WHAT I KIND OF HEARD
87
88    INV GEARY:    SO YOU'VE HEARD, EVER HEARD ABOUT_____
89
90    THOMPSON:   OH, JUST HAD HEARD THAT, I BELIEVE IF I'M CORRECT, SHE WASN'T EATING,
91    WASN'T WANTING TO DRINK, THERE WERE SOME ISSUES BUT I DON'T KNOW THE DETAILS
92    BECAUSE I NEVER HAD A CHANCE TO CARE FOR HER, THAT'S THE ONLY THING I HAD
93    OVERHEARD, I GUESS OVERHEARD WOULD BE THE PROPER WORD
94
95    INV GEARY:    OKAY, ALRIGHT, WELL I'M GONNA GO AHEAD AND CONCLUDE THE
96    INTERVIEW, THE TIME IS 8:10, FEBRUARY 15, 2017, MYSELF, INVESTIGATOR GEARY AND
97    DONNA THOMPSON.
98
99
100                                                TRANSCRIBED THIS 16TH DAY OF FEBRUARY, 2017
101                                                DRESDEN E. JACKSON
102                                                PULASKI COUNTY SHERIFF'S OFFICE
103                                                CRIMINAL INVESTIGATIONS DIVISION

MSJ SOF 000319

# Identification Information

Print Date: 03/06/17

Name (Last,First,Mid,Suf):
THOMAS                CRYSTAL

Address:                              ID Number:
                                     PC2859

LITTLE ROCK           AR0000        Grid:        Type: L

Home Telephone:   Business Telephone:   Other Telephone:   Entry Date:
(501) 000-0000    (501) 000-0000        (501) 000-0000     10/22/2014

Soc. Sec. Num.: Employer:                      Position:      Resident:
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                                                   U

OLN:              State:  Class:   Com:  FBI Number:   State ID, State:
                  AR

Ident A:              Ident B:              Ident C:

Date Of Birth:  Birth City, State:        Race:   Sex:   Height:   Weight:
  / /                                      U       U     0- 0      000

Appearance:                        Hair Color:
Build:                             Hair Length:
Complexion:                        Hair Style:
Dangerous?:    If Y, How?:         Marks:
Ethnicity:     UNKNOWN             MO:
Eye Color:                         Speech:
Eye Defects:                       Talk:
Facial:                            Teeth:

Prints:      Blood Type:    Allergies:
Emergency Contact:

E Mail:
Aliases:
   Last Name:        First Name, MI:        Nickname:

1    STATEMENT OF DEPUTY CRYSTAL THOMAS
2    INVESTIGATOR OBERLE
3    DATE:   2/15/17  TIME: 7:10 AM
4    CASE #17-3491
5
6    INV OBERLE:  TODAY'S DATE IS FEBRUARY 15, 2017, THE TIME IS ABOUT 7:10 AM. THIS IS AN
7    INTERVIEW BEING CONDUCTED IN THE PULASKI COUNTY DETENTION CENTER, C-POD.
8    BEING INTERVIEWED IS DEPUTY CRYSTAL THOMAS, PULASKI COUNTY SHERIFF'S
9    DEPARTMENT, DETENTION CENTER.  MS. THOMAS, ARE YOU AWARE THIS CONVERSATION IS
10   BEING RECORDED?
11
12   DEPUTY THOMAS:     YES SIR
13
14   INV OBERLE:  ALRIGHT, UMM, YOU WORK THE 20, THE C-SHIFT, 2300 TO 0700, CORRECT?
15
16   DEPUTY THOMAS:     YES SIR
17
18   INV OBERLE:  AND AT ONE POINT THIS MORNING, YOU DISCOVERED, UH, AN INMATE IN ONE
19   OF THE PODS, CELLS, THAT WAS DECEASED, IS THAT RIGHT?
20
21   DEPUTY THOMAS:     YES SIR
22
23   INV OBERLE:  HER NAME IS TRILLUS SMITH?
24
25   DEPUTY THOMAS:     YES SIR
26
27   INV OBERLE:  OKAY, SHE'S A BLACK FEMALE, DATE OF BIRTH 2/6/95, LOOKS LIKE, FOR THE
28   RECORD, SHE WAS BOOKED IN ON FEBRUARY 2ND OF THIS YEAR FOR BATTERY 2ND,
29   AGGRAVATED ASSAULT AND CRIMINAL MISCHIEF. OKAY, UMM, DEPUTY THOMAS, IF YOU
30   WILL, JUST TELL ME, UMM, START WITH KIND OF THE BEGINNING OF YOUR SHIFT, I
31   UNDERSTAND SHE WAS ON SUICIDE WATCH, RIGHT?
32
33   DEPUTY THOMAS:     YES SIR
34
35   INV OBERLE:  OKAY, JUST TELL ME, KIND OF THROUGH THE NIGHT, WHAT TIMES YOU
36   CHECKED ON HER AND WHAT YOUR OBSERVATIONS WERE WITH MS. SMITH.
37
38   DEPUTY THOMAS:     OKAY, IT STARTED OUT WHEN WE CAME IN THE UNIT, AROUND 22:50
39   HOUR, WE CHECKED ON INMATE SMITH AND SHE WAS JUST LOOKING AROUND, UH, I
40   COULDN'T REALLY SEE, I HEARD MOVING, CHEST MOVING UP AND DOWN, AROUND 20 O 00
41   15 HOURS, UH, I CAN SEE HER TURN HER HEAD A LITTLE BIT LEFT, RIGHT, LAYING ON THE
42   FLOOR, SHE BEEN LAYING ON THE FLOOR ALL NIGHT WITH THE GREEN BLANKET AND A
43   SMOCK WRAPPED AROUND HER.  AT 0032 HOUR, DEPUTY MOTEN, I THINK SHE BEGIN TO
44   CHECK ON HER THEN, WE WENT BACK AND FORTH. AROUND 00, OKAY NOW IT'S AROUND
45   0100 HOUR, I THEN CHECKED ON HER (INAUDIBLE 2:43)
46
47   INV OBERLE:  WELL THAT'S OKAY, YOU DON'T HAVE THE TIME SHEET IN FRONT OF YOU,
48   OKAY, ESTIMATE TO THE BEST OF YOUR RECOLLECTION, CAUSE WE DON'T HAVE A COPY
49   OF IT WITH US YET, THAT'S OKAY
50
51   DEPUTY THOMAS:     OKAY, I CHECKED ON HER AND I OBSERVED INMATE SMITH STILL
52   MOVING HER, NODDING HER HEAD. I SAID, "INMATE SMITH" AND SHE JUST TURNED HER
53   HEAD A LITTLE BIT TO THE LEFT AND THEN TURNED IT BACK RIGHT, STILL LAYING ON THE
54   FLOOR AROUND 01:32 HOURS, STILL THE SAME RESULTS, SHE'S STILL MOVING A LITTLE BUT
5    SHE DIDN'T SAY ANYTHING, SHE NEVER DID STAND UP OFF THE FLOOR, SHE DIDN'T WALK
56   AROUND, SHE DIDN'T GET ON THE TOP BUNK OR ANYTHING, SHE JUST STILL LAYING ON

57  THE FLOOR, AROUND 01:47 HOUR, INMATE SMITH STILL JUST, I NOTICED HER EYE
58  MOVEMENT, NEXT GOING LEFT TO RIGHT
59
60  INV OBERLE:  OKAY, YOU'RE ROLLING YOUR EYES,
61
62  DEPUTY THOMAS:     YES, IT'S KIND OF LIKE, NOT NECESSARILY ROLLING YOUR EYES, KIND
63  OF LOOKING TO THE LEFT AND THEN LOOKING TO THE RIGHT
64
65  INV OBERLE:  OKAY
66
67  DEPUTY THOMAS:     AND AT SOME POINT I WENT ON MY BREAK, WHICH WE GET A 30
68  MINUTE BREAK, SO NOW DEPUTY MOTEN IS DOING A SUICIDE WATCH ON HER ALONG WITH
69  FOUR OTHER SUICIDE WATCHES.  ONCE I CAME BACK ON MY BREAK, I WOULD SAY AROUND
70  02:15, ONCE I MADE IT TO INMATE SMITH'S CELL, SHE STILL KIND OF, HER EYES WERE
71  MOVING LIKE THIS
72
73  INV OBERLE:  OKAY YOU'RE DEMOSTRATING TO ME BUT IT'S NOT RECORDED SO HER EYES
74  WERE LOOKING, WOULD YOU SAY UP AND TO THE LEFT AND RIGHT OR LOOKING AROUND?
75
76  DEPUTY THOMAS:     YEAH, UP TO THE LEFT AND RIGHT
77
78  INV OBERLE:  OKAY, SO KIND OF LOOKING AROUND?
79
80  DEPUTY THOMAS:     YEAH, KIND OF LOOKING AROUND
81
82  INV OBERLE:  WAS SHE ON HER BACK THE WHOLE TIME?
83
84  DEPUTY THOMAS:     SHE WAS ON HER BACK THE WHOLE TIME, YES SIR.
85
86  INV OBERLE:  OKAY
87
88  DEPUTY THOMAS:     (INAUDIBLE 4:51) THIS IS MY FIRST TIME
89
90  INV OBERLE:  THAT'S ALRIGHT
91
92  DEPUTY THOMAS:     OKAY, UH, THE NEXT I CHECKED ON HER AGAIN AT 2:37, INMATE
93  SMITH, SHE START MOVING HER HEAD A LITTLE MORE, LEFT TO RIGHT, LEFT TO RIGHT,
94  OKAY AROUND 2, OKAY MORE LIKE 3:00, 03:00 HOUR, INMATE, SHE WAS LOOKING AROUND
95  WITH EYE MOVEMENT, SHE ONLY DOING EYE MOVEMENT AT THE TIME, 3:10 I NOTICED HER
96  MOVING HER HEAD A LITTLE MORE, LEFT TO RIGHT, LEFT TO RIGHT, SHE MOVED IT
97  ALMOST THREE TIMES, OKAY AND DEPUTY MOTEN, I DID NOT REMEMBER HER CHECKING
98  HER AT 3:25, I DON'T KNOW WHAT SHE WAS DOING THEN, 3:43, BETWEEN 3:43 AND 3:47
99  DEPUTY MOTEN CHECKED HER, I BELIEVE, AGAIN, I DON'T KNOW WHAT SHE, UH, I DON'T
100 KNOW WHAT SHE WAS DOING THEN.
101
102 INV OBERLE:  OKAY, JUST STICK TO WHAT YOU SAW, WE'LL TALK TO HER.  WHAT IS THE
103 POLICY ON SOMEONE ON SUICIDE WATCH, HOW OFTEN ARE YOU SUPPOSED TO CHECK ON
104 THEM?
105
106 DEPUTY THOMAS:     YOU'RE SUPPOSED TO CHECK THEM EVERY 15 MINUTES.
107
108 INV OBERLE:  EVERY 15 MINUTES, OKAY AND EACH TIME Y'ALL DO, Y'ALL HAVE A LOG AND
109 Y'ALL LOG IT IN, CORRECT?
110
1   DEPUTY THOMAS:     YES SIR, WE'RE SUPPOSED TO LOG IT IN ON PAPER AS WELL AS IN THE
12  COMPUTER.

'13

114   INV OBERLE:  OKAY, DO YOU MAKE COMMENTS ON THE LOGS AS FAR AS THEIR ACTIVITIES
115   OF WHAT YOU SEE?
116

117   DEPUTY THOMAS:     YES SIR, IF SHE'S LYING ON THE FLOOR, WE PUT INMATE SMITH WAS
118   LAYING ON THE FLOOR.  AT ONE POINT ON HER SHEET I PUT LAYING ON THE FLOOR,
119   MOVING AROUND, ON THAT SUICIDE WATCH SHEET CAUSE I OBSERVED HER MOVING
120   AROUND
121

122   INV OBERLE:  OKAY, SURE, OKAY.  WHAT TIME DID Y'ALL DISCOVER HER DECEASED?
123

124   DEPUTY THOMAS:     AROUND 04:44 HOURS.
125

126   INV OBERLE:  WHO FOUND HER ACTUALLY?
127

128   DEPUTY THOMAS:     DEPUTY MOTEN
129

130   INV OBERLE:  MOTEN, DEPUTY MOTEN?
131

132   DEPUTY THOMAS:     DEPUTY MOTEN, YES SIR
133

134   INV OBERLE:  OKAY, WHERE WERE YOU WHEN SHE FOUND HER AND WHAT DID MOTEN,
135   DEPUTY MOTEN SAY TO YOU WHEN YOU HEARD_____
136

137   DEPUTY THOMAS:     DEPUTY, I WAS AT THE DEPUTY STATION AND DEPUTY MOTEN ASKED
138   ME TO ASSIST HER IN FEEDING AND ONCE WE MADE IT TO THE CELL, THAT'S WHEN DEPUTY
139   MOTEN FIRST DISCOVERED HER, APPEARED TOBE UNRESPONSIVE AND AS I WALKED IN I
40    SAW THE SAME RESULTS, SHE APPEARED TO BE UNRESPONSIVE SO I YELLED HER NAME
41    AND SHE WASN'T RESPONDING SO DEPUTY MOTEN IMMEDIATELY STARTED CHEST
142   COMPRESSIONS ON HER
143

144   INV OBERLE:  SO IT WAS FEEDING TIME?
145

146   DEPUTY THOMAS:     YES SIR
147

148   INV OBERLE:  UM HMM
149

150   DEPUTY THOMAS:     THE SUICIDE SACKS CAME EARLY, WE NORMALLY GONE AND TRY TO
151   FEED THEM FIRST.
152

153   INV OBERLE:  HOW LONG HAS SHE BEEN ON SUICIDE WATCH, SINCE SHE GOT HERE OR
154   WHAT?
155

156   DEPUTY THOMAS:     I BELIEVE SO, SINCE SHEGOT HERE
157

158   INV OBERLE:  SO, SHE WAS ON HER BACK ALL NIGHT?
159

160   DEPUTY THOMAS:     YES SIR
161

162   INV OBERLE:  IS THAT UNUSUAL FOR HER?
163

164   DEPUTY THOMAS:     DUE TO THE FACT, WHEN I SEEN HER, IT WAS MORE LIKE, I THINK,
165   ALMOST A WEEK AND A HALF AGO, SHE WOULD USED TO BE ON A BUNK, SHE USED TO BE
166   MORE AGGRESSIVE, HER, SHE TONED DOWN A LOT, I DON'T KNOW WHAT KIND OF
7     MEDICATION SHE BEEN ON SINCE BUT SHE WAS, THAT'S NOT USUALLY HER, SHE USUALLY
8     YELL OUT, BE LOUD AND COMBATIVE, I WOULD SAY, HAD A COUPLE OF CODES WITH HER,

169  PREVIOUSLY, HAD A COUPLE OF CODES WITH HER, SHE WAS MORE AGGRESSIVE, NOW SHE
.70  WAS JUST LIKE, SHE WAS JUST QUIET, WAS THIS QUIET PERSON, I DIDN'T KNOW LIKE I DID
171  BEFORE.
172
173  INV OBERLE:  AND HOW LONG AGO DID SHE START GETTING REAL QUIET AS YOU SAID?
174
175  DEPUTY THOMAS:     SINCE I CAME BACK TO THE UNIT, I WOULD SAY ABOUT THREE, THREE
176  OR FOUR DAYS AGO
177
178  INV OBERLE:  OKAY, HAD SHE BEEN GOING TO THE HOSPITAL, JAIL HOSPITAL AT ALL,
179  MEDICAL FACILITY?
180
181  DEPUTY THOMAS:     NAW, THEY SENT HER OUT TO THE HOSPITAL, I DON'T KNOW HOW
182  MANY TIMES SINCE SHE BEEN HERE
183
184  INV OBERLE:  HERE?
185
186  DEPUTY THOMAS:     NO  OUT TO THE OUTSIDE HOSPITAL, OUTSIDE MEDICAL
187
188  INV OBERLE:  SO I GUESS MAYBE UAMS?
189
190  DEPUTY THOMAS:     UAMS, YES SIR
191
192  INV OBERLE:  YOU KNOW ANYTHING ABOUT HER MEDICAL CONDITION?
193
194  DEPUTY THOMAS:     NO SIR
195
96   INV OBERLE:  THEY DON'T GIVE Y'ALL THAT INFORMATION?
.97
198  DEPUTY THOMAS:     THEY DON'T GIVE US THAT INFORMATION
199
200  INV OBERLE:  WAS SH, AND I'M NOT THAT FAMILIAR WITH Y'ALL'S PROCEDURES IN HERE,
201  BUT IS THERE MEDICATIONS THAT SHE TAKES DAILY, THAY Y'ALL ADMINISTER TO HER,
202  HOW DOES THAT WORK?
203
204  DEPUTY THOMAS:     NO, THE NURSE CAME IN AND TOLD US THAT SHE, TODAY, SHE TOLD
205  US THAT SHE BEEN ON SOME KIND OF IVAND SHE WAS STILL IN THE CELL HERE, THEY HAD
206  HER ON SOME KIND OF IV BECAUSE THEY HAD THAT START FOR HER BECAUSE SHE WASN'T
207  EATING OR DRINKING AT ALL, SHE WASN'T EATING OR DRINKING AND I THINK THAT'S THE
208  LAST THREE DAYS, SHE WASN'T DOING THAT,SO THEY HAD STARTED MEAL OBSERVATION
209  WITH HER
210
211  INV OBERLE:  SO SHE STOPPED EATING THREE DAYS AGO?
212
213  DEPUTY THOMAS:     THREE DAYS AGO, YES SIR
214
215  INV OBERLE:  Y'ALL, DID Y'ALL, GUESS Y'ALL CONTINUED TO TRY AND FEED HER?
216
217  DEPUTY THOMAS:     YES, WE CONTINUED TO TRY AND FEED HER, WE DECIDED THAT,
218  CAUSE WE KNOW ON PAST HISTORY FROM HAVING A LOT OF CODES WITH HER, WE
219
220  INV OBERLE:  YOU'RE SAYING A LOT OF CODES?
221
222  DEPUTY THOMAS:     YEAH, THEY HAD A LOT OF CODES WITH HER, CODE BLUE, SHE WAS
3    AGGRESSIVE, COMBATIVE, EVERY TIME YOU WOULD OPEN THE DOOR SHE'D RUN OUT THE
.24  ROOM AND CHARGE UP AND I DON'T KNOWIF THEY GAVE HER SOME MEDICATION SINCE

325    THEN BECAUSE SHE WAS A TOTALLY DIFFERENT PERSON SINCE THE LAST TIME I
26     OBSERVED HER
227
228    INV OBERLE:  OKAY
229
230    DEPUTY THOMAS:      SO WE WAS GONNA FILL OUT THAT MEAL OBSERVATION LOG BUT THE
231    CODE HAPPENED
232
233    INV OBERLE:  WHAT'S YOUR NORMAL DAYS OFF?
234
235    DEPUTY THOMAS:     SUNDAY AND MONDAY
236
237    INV OBERLE:  OKAY, SO  YOU'RE JUST COMING  BACK TO WORK, YESTERDAY?
238
239    DEPUTY THOMAS:     YES SIR
240
241    INV OBERLE:  THE 14TH?
242
243    DEPUTY THOMAS:     YES SIR
244
245    INV OBERLE:  OKAY, DO YOU KNOW HOW THE BLANKET GOT LAID ON TOP OF HER?
246
247    DEPUTY THOMAS:     THE SECOND ONE SHE HAD?
248
249    INV OBERLE:  YES MA'AM
250
251    DEPUTY THOMAS:     SHE WAS JUST WRAPPED UP IN IT, I DON'T KNOW HOW, SINCE WE
52     CAME IN ON SHIFT, SHE WAS WRAPPED UP IN IT
53
254    INV OBERLE:  OKAY, ON THE FLOOR?
255
256    DEPUTY THOMAS:     ON THE FLOOR, LYING ON THE FLOOR
257
258    INV OBERLE:  WHEN Y'ALL GO IN AND GO TO CHECK ON HER EVERY 15 MINUTES, OR
259    HOWEVER, WHATEVER THE TIME IS, DO Y'ALL OPEN THE DOOR?
260
261    DEPUTY THOMAS:     NO SIR
262
263    INV OBERLE:  SO HOW DO YOU DO THAT
264
265    DEPUTY THOMAS:     WE JUST, HOW I DO IT, I GO, MOST, SOMETIMES I KNOCK ON IT,
266    ESPECIALLY IF THEY NOT EVEN SHOWING ME NO SIGNS OF MOVEMENT, KNOCKING ON THE
267    DOOR, I'LL CALL HER NAME OUT, I'LL SAY, "INMATE SMITH" INMATE JANE DOE AND ONCE I
268    SEE THEM MOVING I FILL OUT THE LITTLE SHEET AND WHAT TIME I CHECKED THEM AND
269    THEY APPEAR TO BE OKAY, LAYING ON THE FLOOR
270
271    INV OBERLE:  IS THERE AN INTERCOM THAT YOU CAN TALK TO THROUGH?
272
273    DEPUTY THOMAS:     YES SIR
274
275    INV OBERLE:  DID YOU DO THAT?
276
277    DEPUTY THOMAS:     NO SIR
278
9     INV OBERLE:  SO YOUR COMMUNICATIONS WITH HER WAS THROUGH THE DOOR?
80

281  DEPUTY THOMAS:    YES SIR

282

283  INV OBERLE:  AND YOU'RE SAYING SHE DID HEAR IT OR ACTED LIKE SHE HEARD YOU?

284

285  DEPUTY THOMAS:    SHE ACTED LIKE SHE HEARD ME CAUSE ONCE I CALLED HER NAME,
286  SHE TURNED IN MY DIRECTION, AT THE LEFT CAUSE SHE WAS, HER HEAD WAS TURNED
287  RIGHT

288

289  INV OBERLE:  OKAY, SO THE INTERCOM, YOU CAN PUSH THE INTERCOM AND TALK TO
290  THEM?

291

292  DEPUTY THOMAS:    YES

293

294  INV OBERLE:  WHY DIDN'T YOU USE THAT, WHY DON'T Y'ALL USE THAT?

295

296  DEPUTY THOMAS:    I DON'T HAVE NO EXPLANATION WHY I DIDN'T USE THE INTERCOM

297

298  INV OBERLE:  OKAY, I'M JUST ASKING THAT QUESTION, MAINLY TO EDUCATE MYSELF ON
299  THE WAY Y'ALL DO THINGS DOWN HERE.  SO THE WAY SHE ACTED THROUGHOUT THE
300  SHIFT, IS THAT CONSISTENT WITH THE WAY SHE'S ACTED THE PAST HOW MANY DAYS?

301

302  DEPUTY THOMAS:    UH, FOR THE PAST, SHE CAME IN FEBRUARY 2ND, NAW SHE USUALLY,
303  SHE NEVER, I 'VE NEVER SEEN HER THAT QUIET, SO QUIET LIKE THAT.  SHE USUALLY
304  YELLS, GET ON TOP OF THE BUNK, YELLING AND KICKING THE BUNK, SCREAMING AND SHE
305  USED TO DO ALL THAT.  I DON'T KNOW IF THEYGAVE HER SOME KIND OF MEDICATION
306  BECAUSE SHE WAS TOTALLY, SHE WOULD SCREAM.  I HADN'T HEARD HER YELL THE
307  WHOLE NIGHT

'08

09  INV OBERLE:  IS THAT UNUSUAL?

310

311  DEPUTY THOMAS:    THAT IS UNUSUAL, VERY UNUSUAL

312

313  INV OBERLE:  DID ANYBODY FROM, I GUESS, B-SHIFT REPORT ANY PROBLEMS OR ISSUES
314  WITH HER TO Y'ALL, Y'ALL RELIEVE B-SHIFT?

315

316  DEPUTY THOMAS:    THEY DIDN'T REPORT ANYTHING, ANY INCIDENT WITH HER, ANY PAST.

317

318  INV OBERLE:  NO COMMENTS OR NOTHING (INAUDIBLE 14:17)

319

320  DEPUTY THOMAS:    NO COMMENTS, (INAUDIBLE 14:18)

321

322  INV OBERLE:  OKAY, ALRIGHT ANYTHING ELSE YOU CAN ADD, THAT YOU WANT TO SAY,
323  THAT YOU MIGHT RECALL AS WE'RE TALKING?

324

325  DEPUTY THOMAS:    WANT TO MAKE SURE, I DON'T LIKE TO LEAVE STUFF OUT......THAT'S
326  IT

327

328  INV OBERLE:  OKAY, OKAY THIS CONCLUDES THE INTERVIEW.

329

330

331

332

333    TRANSCRIBED THIS 15TH DAY OF February, 2017
334    DRESDEN E. JACKSON
5      PULASKI COUNTY SHERIFF'S OFFICE
36     CRIMINAL INVESTIGATIONS DIVISION

# Identification Information

Print Date: 03/06/17

Name (Last,First,Mid,Suf):
/IOTON                          KIMBERLY

| Address: | | ID Number: |
| --- | --- | --- |
| 3201 WEST ROOSEVELT ROAD | | 2016000144 |
| LITTLE ROCK | AR722040000 | Grid: | Type: L |

| Home Telephone: | Business Telephone: | Other Telephone: | Entry Date: |
| --- | --- | --- | --- |
| (501) 000-0000 | (501) 340-7001 | (501) 000-0000 | 1/06/2016 |

| Soc. Sec. Num.: | Employer: | Position: | Resident: |
| --- | --- | --- | --- |
| 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 | | | U |

OLN:              State:   Class:   Com:   FBI Number:   State ID, State:
                 AR

Ident A:            Ident B:              Ident C:

| Date Of Birth: | Birth City, State: | Race: | Sex: | Height: | Weight: |
| --- | --- | --- | --- | --- | --- |
| / / | | U | U | 0- 0 | .000 |

| Appearance: | | Hair Color: | UNKNOWN |
| --- | --- | --- | --- |
| Build: | | Hair Length: | |
| Complexion: | | Hair Style: | |
| Dangerous?: | If Y, How?: | Marks: | |
| Ethnicity: | UNKNOWN | MO: | |
| Eye Color: | UNKNOWN | Speech: | |
| ye Defects: | | Talk: | |
| Facial: | | Teeth: | |

Prints:        Blood Type:       Allergies:
Emergency Contact:

E Mail:
Aliases:
     Last Name:              First Name, MI:                    Nickname:

MSJ SOF 000327

```
 1    STATEMENT OF DEPUTY KIMBERLY MOTEN
 2    INVESTIGATOR OBERLE
 3    DATE:  2/15/17 TIME: 07:37
 4    CASE #17-3491
 5
 6    INV OBERLE:  TODAY'S DATE IS FEBRUARY 15, 2017, THE TIME IS 07:37 HOURS.  THIS IS AN
 7    INTERVIEW BEING CONDUCTED IN THE PULASKI COUNTY DENTENTION CENTER, POD C.
 8    BEING INTERVIEW IS DEPUTY KIMBERLY MOTEN, DATE OF BIRTH ▮▮▮▮▮▮DEPUTY MOTEN,
 9    YOU AWARE THAT THIS CONVERSATION IS BEING RECORDED?
10
11    DEPUTY MOTEN:      YES
12
13    INV OBERLE:  OKAY, WE'RE HERE INVESTIGATING THE DEATH OF AN INMATE BY THE NAME
14    OF TRILLUS SMITH, RIGHT?
15
16    DEPUTY MOTEN:      YES
17
18    INV OBERLE:  AND YOU WORK THE C-SHIFT CORRECT?
19
20    DEPUTY MOTEN:      YES
21
22    INV OBERLE:  AND THAT'S 2300 TO 0700 RIGHT?
23
24    DEPUTY MOTEN:      YES
25
26    INV OBERLE:  ARE YOU FAMILIAR WITH THE INMATE THAT'S PASSED AWAY?
27
28    DEPUTY MOTEN:      YES
29
30    INV OBERLE:  AND IT'S MY UNDERSTANDING THAT SHE WAS ON SUICIDE WATCH
31
32    DEPUTY MOTEN:      YES
33
34    INV OBERLE:  RIGHT, OKAY, TELL ME ABOUT WHEN YOU GOT TO WORK LAST NIGHT AND
35    JUST KIND OF THROUGHOUT THE NIGHT, HOW YOU CHECKED ON HER AND WHAT YOU SAW,
36    JUST TELL ME THE TIMES BEST YOU CAN RECALL.
37
38    DEPUTY MOTEN:      OKAY, ONCE WE GOT IN THE UNIT, I THINK I STARTED CONDUCTING A
39    HEAD COUNT, UMM, ROUGHLY I THINK CLOSE TO MAYBE AROUND 2300 HOURS, I BELIEVE.
40    AT THAT TIME I NOTICED INMATE, TRILLUS SMITH, SHE WAS LAYING ON THE FLOOR AND
41    SHE WAS LOOKING AROUND ON THE FLOOR AND UH, SUICIDE WATCH, THEY, WE SUPPOSE
42    TO CHECK ON THEM EVERY 15 MINUTES, SOMETIMES IT MY GET, DEPENDS ON WHAT'S
43    GOING ON IN THE UNIT, IT MIGHT NOT BE EXACT ON THE POINT OF 15 MINUTES BUT THE
44    FIRST TIME I  CHECKED ON HER WAS ROUGHLY AROUND 2300 HOURS.  THROUGHOUT THE
45    NIGHT, I KNOW I HAD TO GO DO SOME BREAKS, I REMEMBER, I KNOW I REMEMBER 2300
46    HOURS, I REMEMBER 2315 HOURS, UMM, I CAME, I THINK DEPUTY THOMAS KIND OF WAS, WE
47    BOTH WERE IN THE UNIT AND SO SHE WAS HELPING OUT WITH THAT, I THINK SHE KIND OF
48    STARTED TAKING OFF CAUSE I DON'T REMEMBER AFTER THAT, CAUSE I REMEMBER I HAD
49    TO GO DO SOME BREAKS AND I R ETURNED BACK TO THE UNIT, UMM, I THINK AROUND TWO
50    SOMETHING AND, I DON'T KNOW EXACTLY WHAT TIME.
51
52    INV OBERLE:  WHAT DO YOU MEAN GO DO SOME BREAKS?
53
54    DEPUTY MOTEN:      WELL I HAD TO GO BREAK D-UNIT, I HAD TO BREAK TWO DEPUTIES IN
 5    D- UNIT AND THEN I CAME BACK TO BREAK MS. THOMAS IN C-UNIT.
56
```

57  INV OBERLE:  OKAY, YOU GO TO OTHER UNITS SO THAT OTHER DEPUTIES CAN TAKE A
58  BREAK AND GO TAKE CARE OF WHATEVER THEY NEED TO TAKE OF?

59
60  DEPUTY MOTEN:    UM HMM

61
62  INV OBERLE:  OKAY

63
64  DEPUTY MOTEN:      AND THEN DEPUTY THOMAS WENT ON BREAK  AROUND, MAYBE
65  ABOUT UMM, I THINK MAYBE A QUARTER TILL 2 AND I DON'T REALLY EXACTLY
66  REMEMBER THE TIME IN BETWEEN WHEN I CHECKED ON HER BUT I DID, I JUST DON'T
67  RECALL REMEMBER AND THEN I WENT ON BREAK AND I RETURED BACK FROM THE BREAK
68  AT 3:06, UMM, DEPUTY THOMAS WAS CONDUCTING A SUICIDE WATCH, I REMEMBER THE
69  LAST TIME I CAN RECALL, MEMORY WISE, IS AROUND 3:41

70
71  INV OBERLE:  OKAY

72
73  DEPUTY MOTEN:      I WENT, RIGHT BEFORE WE START FEEDING, AROUND 3:41, I UMM,
74  WENT TO THE DOOR AND I LOOKED IN THERE AND SHE WAS LAYING ON THE FLOOR AND
75  SHE WAS JUST KIND OF LOOKING UP AND SO I NOTATED IT ON THERE, UMM, YOU KNOW,
76  AWAKE, SHE KIND OF LOOKED LIKE SHE LOOKED OVER AT ME, I WAS TAPPING ON THE
77  WINDOW AND UH, AND THEN,  THOMAS DID SOMETHING IN BETWEEN AND I REMEMBER
78  AROUND 4:-00 THE TRAYS GOT HERE AND I KNOW WHEN WE GOT READY TO ENTER THE
79  CELL, UMM, I THINK THOMAS HAS DID SOME CHECKING BEFORE THAT BUT I KNOW AT 4:44
80  AND AT THAT TIME, UMM, I TOLD, ASKED DEPUTY THOMAS TO COME ON, SHE WAS AT THE
81  DESK, TO COME OVER AND, CAUSE SHE WAS FULL RESTRAINT, FULL RESTRAINT INMATES
82  THERE HAS TO BE TWO DEPUTIES PRESENT AT ALL TIMES

83
84  INV OBERLE:  OKAY

85
86  DEPUTY MOTEN:      SO AROUND 4:44 I ASKED DEPUTY THOMAS TO COME FROM THE
87  DEPUTY STATION AND HELP ME GO INSIDE TO SEE IF INMATE TRILLUS SMITH WANTED TO
88  EAT.  ONCE WE GOT INSIDE THE CELL, UMM, I NOTICED, I CALLED HER NAME OUT AND
89  THEN DEPUTY THOMAS CALLED HER NAME OUT AND I NOTICED SHE WASN'T RESPONDING
90  AND SO I KIND OF KNEELED DOWN AND I KIND OF, YOU KNOW, TOUCHED HER FACE A
91  LITTLE BIT AND THEN I CHECKED FOR, I THINK I UMM, CHECKED TO SEE IF I FELT A PULSE
92  AND THEN AFTER THAT WE CALLEDA CODE RED BECAUSE SHE WASN'T RESPONDING AND I
93  IMMEDIATELY START, UH, DOING CHEST COMPRESSIONS, AFTER WE CALLED THE CODE
94  AND UMM, I CONTINUED DOING CHEST COMPRESSIONS UNTIL MEDICAL, WELL ACTUALLY
95  THE EMT LADY ARRIVED FIRST ALONG WITH SGT. NELSON AND IT WAS, THE REST OF THE
96  PERSONNEL JUST KIND OF CAME ON IT BEHIND.

97
98  INV OBERLE:  OKAY

99
100  DEPUTY MOTEN:      AND THROUGHOUT THE NIGHT,  UMM, CHECKING ON HER, SHE UH,
101  FROM THE TIME I CAME IN FROM THE SHIFT SHE HAD BEEN LAYING ON THE FLOOR AND
102  YOU KNOW JUST KIND OF, YOU KNOW, LOOKING IN A GAZE, YOU KNOW, KIND OF
103  LOOKING,KIND OF DRUGGED UP, I'LL SAY THAT, THAT'S HOW I, KNOW, THAT'S HOW I
104  DESCRIBE IT, YOU KNOW LIKE SOMEBODY JUST KIND OF LOOKING AROUND AND UH, SHE
105  HAD KIND OF BEEN THAT WAY THROUGHOUT THE SHIFT AND THEN REALLY THE PAST,
106  WHENEVER I BEEN IN THE UNIT SINCE I BEEN LAST WEEK, SHE HAD BEEN KIND OF JUST NOT
107  REALLY JUST DOING TOO MUCH AND UH AT 4:44 WHEN WE WENT IN AND REALIZED SHE
108  WAS UNRESPONSIVE, DID EVERYTHING AS FAR AS, YOU KNOW, CHEST COMPRESSIONS AND
109  STUFF TRYNG TO
110

1  INV OBERLE:  REVIVE HER, TRYING TO REVIVE HER? OKAY, SO EVERY TIME YOU CHECKED
112  ON HER, YOU DOCUMENTED IT?

13
14     DEPUTY MOTEN:        YES
115
116    INV OBERLE:  AND THAT'S ON A SHEET OF PAPER AS WELL AS THE COMPUTER?
117
118    DEPUTY MOTEN:        YEAH
119
120    INV OBERLE:  OKAY, THE LAST TIME YOU SAW HER YOU SAID SHE WAS KIND OF LAYING ON
121    HER BACK LOOKING AROUND, LOOKING TO ONE SIDE OR
122
123    DEPUTY MOTEN:        YEAH IT, IT WAS ABOUT 3:41, IT LOOKED LIKE, YOU KNOW, SHE
124    LOOKED OVER AT ME, LIKE, YOU KNOW, SHE WAS LAYING THERE AND LOOKED LIKE SHE
125    DID LIKE THAT
126
127    INV OBERLE:  DID YOU TAP ON THE DOOR, INTERCOM SYSTEM OR
128
129    DEPUTY MOTEN:        WHEN I WAS AT THE DOOR I KIND OF (MAKING TAPPING SOUND) AND I
130    NOTICED SHE LOOKED LIKE THAT AND AFTER THAT
131
132    INV OBERLE:  WHEN YOU FOUND HER AT, I GUESS 4:44, WAS WHEN YOU FOUND HER
133    DECEASED, UMM, OKAY BETWEEN 3:41 AND 4:44 DID YOU CHECK ON HER OR
134
135    DEPUTY MOTEN:        YEAH, IT WAS SOME MORE CHECKS IN BETWEEN
136
137    INV OBERLE:  OKAY
138
139    DEPUTY MOTEN:        I JUST CAN'T REMEMBER CAUSE ME AND THOMAS WERE BOTH, UMM,
10     CHECKING ON HER, I JUST CAN'T REMEMBER
41
142    INV OBERLE:  GOTCHA
143
144    DEPUTY MOTEN:        IN BETWEEN THAT, CAUSE I KNOW THERE WAS ANOTHER TIME
145    BEFORE 4:44 BUT I JUST CAN'T, I DON'T REMEMBER THE EXACT TIME, I KNOW IT WAS RIGHT
146    EARLY FOUR SOMETHING AND THEN WE WENT AROUND THE TIME WE GOT THE TRAYS AND
147    I THINK THOMAS HAD WENT LIKE IN BE, IN BETWEEN OR SOMETHING, I JUST CAN'T
148    REMEMBER THE EXACT TIME, BUT UMM,
149
150    INV OBERLE:  OKAY, DO YOU KNOW ANYTHING ABOUT HER MEDICAL CONDITION?
151
152    DEPUTY MOTEN:        NO, WE DON'T HAVE, THEY, THEY DON'T TELL US ANYTHING, THE
153    ONLY THING THAT UMM, I DON'T KNOW ANYTHING, ALL I KNOW THAT THEY DISCUSSED IN
154    BRIEFING THEY, UMM, THEY HAD GIVEN HER SOME IV'S, I JUST RETURNED BACK TO WORK,
155    I THINK, I DON'T, I DON'T EVEN REMEMBER WHEN THEY GAVE THE IV BUT I KNOW THEY
156    SAID THAT THEY HAD TO GIVE HER IV FLUID, WHICH I DON'T EVEN REMEMBER WHEN THEY
157    DID THAT, IT MIGHT HAVE BEEN YESTERDAY OR DAY BEFORE BUT I KNOW THAT THEY DID
158    MENTION SOMETHING ABOUT HER UH, HAVING TO BE GIVEN IV FLUID BECAUSE SHE
159    WOULDN'T EAT OR DRINK
160
161    INV OBERLE:  DID YOU KNOW IF SHE HAD BEEN EATING RECENTLY, DID YOU KNOW ABOUT
162    THAT?
163
164    DEPUTY MOTEN:        UMMMM
165
166    INV OBERLE:  IF IT(INAUDIBLE 8:15) SHE'S NOT EATING CORRECTLY?
7

MSJ SOF 000330

312

68     DEPUTY MOTEN:     I DON'T KNOW HOW LONG IT HAD BEEN SINCE SHE BEEN EATING
69     BECAUSE I HAD BEEN OFF. THE LAST TIME I WAS IN THIS UNIT, I THINK MAYBE, WAS
170     MAYBE TUESDAY, IT MIGHT HAVE BEEN WEDNESDAY.
171
172     INV OBERLE: LAST WEDNESDAY?
173
174     DEPUTY MOTEN:     LAST WEDNESDAY CAUSE I'M OFF ON THURSDAY AND FRIDAY AND I
175     WAS ALSO, I HAD SOME VACATION DAYS SO I JUST CAME BACK TO WORK MONDAY AND
176     WHEN I CAME MONDAY, UMM, I CAN'T REMEMBER IF I WAS IN HERE ON MONDAY OR NOT, I
177     KNOW TUESDAY NIGHT I WASN'T IN HERE AND UH, I CAN'T REMEMBER WHERE I WAS AT
178     MONDAY NIGHT, I DON'T REMEMBER ABOUT THAT NIGHT
179
180     INV OBERLE: SO THE WAY, THE WAY SHE WAS POSITIONED WHEN UH, WHEN I GOT HERE
181     WITH THE OTHER INVESTIGATOR, IS THAT HOW SHE WAS MOST OF THE NIGHT OR WAS SHE
182     MOVING AROUND?
183
184     DEPUTY MOTEN:     WELL, SHE WAS KIND OF, YEAH, SHE WAS COVERED UP BUT SHE WAS
185     KIND OF JUST, SHE WAS LAYING ON THE FLOOR BUT OF COURSE HER BODY KIND OF BEEN
186     TURNED WHEN MEDICAL WAS COMING IN BUT SHE WAS KIND OF LAYING IN THAT SAME
187     VICINITY WITH HER LITTLE BLANKET COVERING HER UP, HER FACE AND STUFF WASN'T
188     COVERED, WE COULD STILL SEE HER FACE REALCLEAR BUT YOU KNOW, SHE HAD THE
189     SMOCK COVERING HER BODY BECAUSE WITH HER BEING ON SUICIDE WATCH, THEY CAN'T
190     HAVE ANY TYPE OF CLOTHES, LIKE, TO PREVENT THEM FOR TRYING TO HARM
191     THEMSELVES, SO SHE HAD THE SMOCK, THEY HAD THE SMOCK LAYING ON THE FLOOR AND
192     THEN SHE HAD THE OTHER PIECE COVERING HER BODY.
193
194     INV OBERLE: OKAY, DID YOU SEE ANYTHING UNUSUAL ABOUT THE WAY SHE WAS ACTING
95     (INAUDIBLE 9:43) CONCERNED YOU OR
96
197     DEPUTY MOTEN:     THE ON, YOU KNOW, WELL, I NOTICED THE WEEKS PRIOR, WHEN THEY
198     FIRST HAD BROUGHT HER IN, UMM, SHE WAS UP MOVING AROUND, YOU KNOW, STEADY
199     WALKING BACK FROM THE DOOR CAUSE SHE WOULD STAND AT THE DOOR AND KEEP
200     CALLING ME AND CALLING ME AND I THINK ON WEDNESDAY, WHEN I NOTICED, WHEN I, IT
201     WAS EITHER TUESDAY OR WEDNESDAY LAST WEEK, I NOTICED THAT SHE HAD BEEN KIND
202     OF CALM, SHE WAS LIKE, YOU KNOW, I WOULD GO BY HER ROOM, SOMETIMES SHE MIGHT
203     BE, THE LAST, WHAT EVER DAY I WAS LAST IN THE UNIT I NOTICED SHE LAYED ON THE
204     BUNK, THE TOP BUNK THE WHOLE TIME BUT SHE WAS JUST LAYING THERE, ONE MINUTE
205     SHE'D HAVE HER FOOT UP AND THEN SHE WOULD BE KIND OF BUCKING AROUND BUT I WAS
206     STEADY CALL HER NAME AND STUFF BUT SHE WOULD LOOK AT ME BUT SHE WOULD NEVER,
207     YOU KNOW, RESPOND OR NOTHING LIKE THAT AND STUFF BUT SHE WAS STILL MOVING
208     AND YOU KNOW, I COULD SEE LIFE IN HER AND SO
209
210     INV OBERLE: OKAY
211
212     DEPUTY MOTEN:     I JUST DOCUMENTED IT AND UMM, I NOTICED, BUT IT WAS DIFFERENT
213     FROM HOW SHE HAD BEEN ACTING CAUSE SHE HAD BEEN KIND OF, I WANT TO SAY
214     COMBATIVE BUT WE HAD A COUPLE OF CODES WITH HER WHERE SHE TRIED TO RUN OUT
215     THE CELL, SHE WASN'T NECESSARILY FIGHTING BUT SHE WAS, YOU KNOW, TRYING, DIDN'T
216     WANT TO GO BACK IN THE CELL SO WE HAD A COUPLE OF INCIDENTS WITH HER WHERE UH
217
218     INV OBERLE: YOU CALLED A COUPLE OF CODES?
219
220     DEPUTY MOTEN:     I HAD ONE CODE WITH HER AND UH, SHE WOULDN'T GO BACK I NTHE
221     CELL.
2
223     INV OBERLE: OKAY

MSJ SOF 000331

314

24
25  DEPUTY MOTEN:      I DON'T REMEMBER EXACTLY WHAT DAY IT WAS, IT WAS ONE DAY
226  LAST WEEK OR SOMETHING, BUT THEY DID ONE CODE AND THEN UH, THE DAY AFTER WE
227  HAD TO GET THE SERGEANT, SGT. CLARK HAD TO COME DOWN BECAUSE SHE HAD PUT A
228  LOT OF WATER DOWN ON THE FLOOR AND HE CAME IN WHILE I SQUEEZED IT OUT AND UH,
229  JUST TO MAKE SURE THAT SHE DIDN'T GET OUT THAT ROOM BUT UH, SHE WAS KIND OF
230  FULL OF ENERGY AND STUFF THEN BUT IT SEEMED LIKE I WAS OUT FOR A COUPLE OF DAYS
231  AND WHEN I CAME BACK
232
233  INV OBERLE:  OKAY
234
235  DEPUTY MOTEN:     SHE JUST SEEMED LIKE SHE HAD JUST CALMED DOWN A WHOLE LOT
236
237  INV OBERLE:  OKAY, OKAY, ANYTHING ELSE YOU CAN THINK OF?
238
239  DEPUTY MOTEN:     NAW, NOTHING ELSE THAT I CAN REALLY THINK OF.
240
241  INV OBERLE:  OKAY
242
243  DEPUTY MOTEN:     NOTHING ELSE THAT I CAN REALLY JUST THINK OF ABOUT THAT
244  EXCEPT FOR JUST NOTICING  THAT SHE WENT FROM, YOU KNOW, KIND OF BEING
245  RESISTANT, YOU KNOW, (INAUDIBLE 12:06) TO JUST KIND OF BEING HERE
246
247  INV OBERLE:  BUT YOU HADN'T, YOU HADN'T BEEN BACK IN THIS POD SINCE LAST
248  WEDNESDAY, YOU SAID?
249
250  DEPUTY MOTEN:     YEAH, I THINK IT WAS THAT CAUSE I'M OFF THURSDAY AND FRIDAY
51  AND I WAS OFF SATURDAY
52
253  INV OBERLE:  AND LAST NIGHT WAS YOUR FIRST DAY BACK?
254
255  DEPUTY MOTEN:     YEAH, YEAH
256
257  INV OBERLE:  ALRIGHT, THAT'S ALL I HAVE, YOU GOT ANYTHING YOU WANT TO SAY, ADD
258  OR, THAT YOU REMEMBER?
259
260  DEPUTY MOTEN:     NAW, THIS, THAT'S ALL I CAN REMEMBER
261
262  INV OBERLE:  OKAY
263
264  DEPUTY MOTEN:     JUST GOING IN THERE TRYING TO DO WHAT WE DO
265
266  INV OBERLE:  ALRIGHT, THIS CONCLUDES THE INTERVIEW, IT'S 07:50 HOURS.
267
268
269
270
271                                      TRANSCRIBED THIS 15TH DAY OF February, 2017
272                                      DRESDEN E. JACKSON
273                                      PULASKI COUNTY SHERIFF'S OFFICE
274                                      CRIMINAL INVESTIGATIONS DIVISION

MSJ SOF 000332

# Identification Information

Print Date: 03/06/17

Name (Last,First,Mid,Suf):
STOWE                          KIM

| | |
|---|---|
| Address: | ID Number: |
| 3201 W. ROOSEVELT ROAD | 2017002133 |
| LITTLE ROCK            AR722040000 | Grid:        Type: I |

| Home Telephone: | Business Telephone: | Other Telephone: | Entry Date: |
|---|---|---|---|
| (501) 340-7000 | (501) 000-0000 | (501) 000-0000 | 3/06/2017 |

| | | | |
|---|---|---|---|
| Soc. Sec. Num.: | Employer: | Position: | Resident: |
| 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 | | | R |
| OLN: | State: Class:  Com: | FBI Number: | State ID, State: |
| | AR | | |
| Ident A: | Ident B: | Ident C: | |

| Date Of Birth: | Birth City, State: | Race: | Sex: | Height: | Weight: |
|---|---|---|---|---|---|
| / / | | W | FEMALE   0- 0 | | 000 |

| | |
|---|---|
| Appearance: | Hair Color: |
| Build: | Hair Length: |
| Complexion: | Hair Style: |
| Dangerous?:     If Y, How?: | Marks: |
| Ethnicity:     NOT OF HISPANIC ORIGIN | MO: |
| Eye Color: | Speech: |
| Eye Defects: | Talk: |
| Facial: | Teeth: |

Prints:        Blood Type:        Allergies:
Emergency Contact:

E Mail:
Aliases:
    Last Name:              First Name, MI:              Nickname:

MSJ SOF 000333

1   STATEMENT OF KIM STOWE, LPN
2   INVESTIGATOR GEARY
3   DATE:    2/15/17  TIME: 7:56 HOURS
4   CASE #17-3491
5
6   INV GEARY:    THIS IS INVESTIGATOR GEARY OF THE PULASKI COUNTY SHERIFF'S OFFICE,
7   CRIMINAL INVESTIGATIONS DIVISION.  TODAY'S DATE IS FEBRUARY 15, 2017, THE TIME IS
8   7:56, CURRENTLY AT THE PULASKI COUNTY REGIONAL DETENTION FACILITY, PRESENT FOR
9   THE INTERVIEW IS MYSELF, INVESTIGATOR GEARY AND KIM STOWE, S-T-O-W-E, SHE'S AN
10  LPN THAT WORKS FOR THE COUNTY JAIL, IS THAT CORRECT?
11
12  STOWE:      I WORK FOR TURN KEY
13
14  INV GEARY:   TURN KEY WHO WORKS AT THE COUNTY JAIL
15
16  STOWE:      RIGHT, RIGHT
17
18  INV GEARY:   GOT YOU, OKAY, ALRIGHT MS. STOWE, WHAT CAN YOU TELL ME ABOUT THE
19  EVENTS THAT TRANSPIRED TODAY?
20
21  STOWE:      WHEN THEY CALLED THE CODE RED I WAS HERE IN MEDICAL
22
23  INV GEARY:   UM HMM
24
25  STOWE:      I GOT THE CODE BAG, THE AED, THE O2 AND WENT DOWNSTAIRS.  WHEN I
26  GOT THERE, SHE WAS LAYING ON THE FLOOR
27
28  INV GEARY:   UM HMM
29
30  STOWE:      SGT.  CLARK WAS DOING CPR
31
32  INV GEARY:   OKAY
33
34  STOWE:      THEYCALLED FOR THE AED AND I WAS LIKE, "I HAVE IT HERE" AND I WAS
35  OPENING THE AED AND PEELING OFF THE THING WHEN NURSE WARREN CAME, SHE TOOK
36  THE FIRST PAD AND PLACED IT ON WHILE I WAS GETTING THE SECOND PAD PEELED AND I
37  HANDED THAT TO HER, THEN I TURNED ON THE OXYGEN, I HANDED HER THE (INAUDIBLE
38  1:05) BAG WITH THE MASK
39
40  INV GEARY:   UM HMM
41
42  STOWE:      AND SHE HANDED ME BACK THE CONNECTOR, I CONNECTED IT AND TURNED
43  IT UP HIGH
44
45  INV GEARY:   OKAY
46
47  STOWE:      THEN I, THE AED SAID, YOU KNOW, CLEAR AND WE ALL CLEARED AND IT SAID
48  NO SHOCK ADVISED, CHECK PULSE, CONTINUE
49
50  INV GEARY:   WHAT DOES THAT, WHAT DOES THAT INDICATE, I MEAN WHEN IT SAYS NO
51  SHOCK ADVISED, WHAT DOES THAT MEAN?
52
53  STOWE:      WHAT YOU SEE ON TV IS WRONG, THEY SHOW UH, FLATLINED
54
5   INV GEARY:   UM HMM
56

| | | |
|---|---|---|
| 57 | STOWE: | AND SHOCK THEM, NO, IF THEY'RE FLATLINED YOU DO CPR |
| 58 | | |
| 59 | INV GEARY: | UM HMM |
| 60 | | |
| 61 | STOWE: | IF THEIR HEART IS BEATING TOO FAST, YOU SHOCK THEM TO PUT IT BACK |
| 62 | | INTO A NORMAL RHYTHM |
| 63 | | |
| 64 | INV GEARY: | OKAY |
| 65 | | |
| 66 | STOWE: | SO SHE HAD NO PULSE |
| 67 | | |
| 68 | INV GEARY: | OKAY, DID YOU FIND A PU, I MEAN, DID YOU TRY TO ATTEMPT TO FIND A |
| 69 | | PULSE? |
| 70 | | |
| 71 | STOWE: | OH YEAH |
| 72 | | |
| 73 | INV GEARY: | YOU DID PERSONALLY? |
| 74 | | |
| 75 | STOWE: | I DID ON HER ANKLE BUT NURSE WARREN WAS DOING IT ON HER NECK |
| 76 | | |
| 77 | INV GEARY: | AND YOU DIDN'T, YOU |
| 78 | | |
| 79 | STOWE: | AND SHE HAD, SHE HAD THE OX, O2 AND WAS DOING IT THERE |
| 80 | | |
| 81 | INV GEARY: | YOU DID NOT FIND ANY PULSE AT THAT TIME? |
| 82 | | |
| 83 | STOWE: | NO, AND I PUT ON THE UM, SPO2 THING |
| 84 | | |
| 85 | INV GEARY: | UM HMM |
| 86 | | |
| 87 | STOWE: | AND IT WAS SHOWING 50'S BUT THAT WAS BECAUSE OF THE O2 |
| 88 | | |
| 89 | INV GEARY: | UM HMM |
| 90 | | |
| 91 | STOWE: | SO, |
| 92 | | |
| 93 | INV GEARY: | OKAY |
| 94 | | |
| 95 | STOWE: | YOU KNOW, IT WASN'T |
| 96 | | |
| 97 | INV GEARY: | IS THIS YOUR FIR, GO AHEAD |
| 98 | | |
| 99 | STOWE: | HER FINGERNAILS WERE GRAY |
| 100 | | |
| 101 | INV GEARY: | OKAY |
| 102 | | |
| 103 | STOWE: | THAT'S A BAD SIGN |
| 104 | | |
| 105 | INV GEARY: | IS THIS YOUR FIRST INTERACTION WITH HER? |
| 106 | | |
| 107 | STOWE: | NO, I SAW HER YESTERDAY |
| 108 | | |
| 109 | INV GEARY: | OKAY |
| 110 | | |
| 111 | STOWE: | WHEN THE DEPUTY TRIED TO GIVE HER WATER AND SHE JUST KNOCKED IT |
| 112 | | OVER AND ROLLED OVER |

318

'13

INV GEARY:    SO YOU WERE JUST STANDING THERE, YOU DIDN'T HAVE ANY
COMMUNICATION WITH HER?

STOWE:    NO

INV GEARY:    OKAY, WHAT WAS SHE, HOW WAS SHE ACTING?  OBVIOUSLY SHE DIDN'T
WANT THE WATER BUT HOW, OVERALL HOW WAS SHE REACTING?

STOWE:    SHE WAS JUST BEING, YOU KNOW

INV GEARY:    WAS SHE SCREAMING? WAS SHE YELLING? OR WAS SHE

STOWE:    SHE JUST, SHE DIDN'T  SAY ANYTHING, SHE JUST KNOCKED THE WATER OVER
AND KIND OF ROLLED OVER AND THAT WAS IT

INV GEARY:    SHE WAS WALKING THOUGH?

STOWE:    SHE WASN'T WALKING, SHE WAS LAYING IN THE FLOOR THEN, TOO

INV GEARY:    SHE WAS LAYING ON THE FLOOR YESTERDAY?

STOWE:    YES

INV GEARY:    OKAY, AND SHE KNOCKED THE WATER OUT, SO, OKAY

STOWE:    RIGHT

INV GEARY:    SO YESTERDAY WAS THE ONLY OTHER EVENT, TIME YOU HAD SPENT WITH
HER?

STOWE:    RIGHT

INV GEARY:    OKAY, NO OTHER MEDICATION WAS ADMINISTERED TO HER OR ANYTHING
LIKE THAT?

STOWE:    NO

INV GEARY:    WAS THERE ANY, WAS SHE ON ANY SORT OF MEDICATION LIST TO GET____

STOWE:    I HEARD WHEN THE CHARGE NURSE WAS GIVING, WARREN, OUR CHARGE
NURSE REPORT THAT THEY HAD GIVEN HER THOROZINE

INV GEARY:    UM HMM, YEAH

STOWE:    I JUST HEARD THAT CAUSE I WAS

INV GEARY:    THAT WAS TODAY?

STOWE:    THAT WAS,

INV GEARY:    BY THE EMT?

STOWE:    THE 14TH, WHEN I CAME IN

MSJ SOF 000336

314

168   INV GEARY:   ALRIGHT SOUNDS GOOD.  WHAT'S A PHONE NUMBER FOR YOU? WHAT'S THE
69   PHONE NUMBER HERE?
170
171   STOWE:      HERE?
172
173   INV GEARY:   YEAH
174
175   STOWE:      340-7001
176
177   INV GEARY:   OKAY
178
179   STOWE:      EXTENSION 300, DO YOU WANT MY HOME?
180
181   INV GEARY:   NO, THAT'S OKAY, IF I NEED YOU I'LL GET A HOLD TO YOU.  ALRIGHT, WELL I
182   APPRECIATE YOU SITTING DOWN WITH ME
183
184   STOWE:      OKAY
185
186   INV GEARY:   OKAY I'M GONNA GO AHEAD AND CONCLUDE THE INTERVIEW, THE TIME IS
187   8:00 IN THE MORNING, FEBRUARY 15, 2017, MYSELF, INVESTIGATOR GEARY AND KIM STOWE
188   AT THE PULASKI COUNTY REGIONAL DETENTION FACILITY.
189
190
191                             TRANSCRIBED THIS 16TH DAY OF FEBRUARY, 2017
192                             DRESDEN E. JACKSON
193                             PULASKI COUNTY SHERIFF'S OFFICE
194                             CRIMINAL INVESTIGATIONS DIVISION

# Identification Information

Print Date: 03/06/17

Name (Last,First,Mid,Suf):
SCOTT                    SYLVIA

Address:                              ID Number:
3201 W. ROOSEVELT ROAD                2017002134
LITTLE ROCK          AR722040000   Grid:        Type: I

Home Telephone:  Business Telephone:  Other Telephone:  Entry Date:
(501) 340-7000   (501) 000-0000      (501) 000-0000    3/06/2017

Soc. Sec. Num.: Employer:            Position:    Resident:
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                                       R

OLN:          State:  Class:   Com:  FBI Number:  State ID, State:
              AR

Ident A:               Ident B:            Ident C:

Date Of Birth:  Birth City, State:        Race:   Sex:   Height:  Weight:
/ /                                       W       F      0- 0     000

Appearance:                               Hair Color:
Build:                                    Hair Length:
Complexion:                               Hair Style:
Dangerous?:    If Y, How?:                Marks:
Ethnicity:     NOT OF HISPANIC ORIGIN     MO:
Eye Color:                                Speech:
Eye Defects:                              Talk:
Facial:                                   Teeth:

Prints:      Blood Type:      Allergies:
Emergency Contact:

E Mail:
Aliases:
   Last Name:           First Name, MI:            Nickname:

1    STATEMENT OF EMT SYLVIA SCOTT #1
2    INVESTIGATOR OBERLE
3    DATE: 2/15/17 TIME: 0800 HOURS
4    CASE #17-3491
5
6    INV OBERLE:  TODAY'S DATE IF FEBRUARY 15, 2017, THE TIME IS 0800 HOURS.  THIS IS AN
7    INTERVIEW BEING CONDUCTED AT THE PULASKI COUNTY DETENTION CENTER, MEDICAL
8    UNIT, BEING INTERVIEW IS SYLVIA SCOTT, SHE'S AN EMT, HER DATE OF BIRTH IS ███████
9    OKAY MS. SCOTT, WE'RE INVESTIGATING AN INCIDENT WHERE AN INMATE WAS FOUND
10   DECEASED IN C-POD, I THINK C-103 AND IT'S MY UNDERSTANDING THAT YOU RESPONDED?
11
12   SCOTT:      YES SIR
13
14   INV OBERLE:  OKAY, IF YOU WOULD, IN YOUR OWN WORDS, JUST TELL ME HOW YOU GOT
15   INVOLVED, WHEN YOU RESPONDED, WHAT YOU DID, WHAT YOU OBSERVED?  WE'RE GO
16   FROM THERE
17
18   SCOTT:      IT INITIALLY STARTED WITH CODE RED WAS CALLED AND ACCORDING TO, I
19   DIDN'T LOOK AT MY WATCH AT THIS TIME BUT ACCORDING TO LT. HOBBS, IT WAS AT 4:47.
20
21   INV OBERLE:  OKAY
22
23   SCOTT:      AND WE GOT, I IMMEDIATELY GRABBED MY BAG, CODE RED, I ALWAYS DO,
24   GRABBED MY BAG AND RAN OUT INTO C-UNIT, IT'S PRETTY CLOSE TO ME SO I GOT THERE
25   PRETTY FAST.  I'M SURE IT WAS WITHIN A MINUTE OR SO AND I GOT THERE AND UMM,
26   UMM, THERE WAS SOMEONE DOING CPR AND SO I IMMEDIATELY GO AND CHECK HER
27   PULSE, THERE WAS NO PULSE FOUND AND UMM, I START RESCUE BREATHS, UMM, I CAUGHT
28   A CRAMP OR SOMETHING SO I GO AND I'M STARTING COMPRESSIONS AND RESCUE
29   BREATHS AND THEN UMM, WE'RE WAITING ON THE REST OF MEDICAL TO ARRIVE, IT
30   DIDN'T TAKE LONG FOR THEM TO ARRIVE EITHER BUT THEY ARRIVED WITH THE AED, WE
31   IMMEDIATELY GOT HER HOOKED UP TO THE AED AND UMM, AFTER THAT, WHAT DID WE
32   DO AFTER THAT, GOT THE AED GOING AND IT SAID, UMM, NO SHOCK ADVISED AND NURSE
33   WARREN (CODE RED IS CALLED IN C-CHARLES)
34
35   INV OBERLE:  YOU NEED TO GO?
36
37   SCOTT:      YES SIR
38
39   INV OBERLE:  YOU DO NEED TO GO?
40
41   SCOTT:      I THINK, THERE IS ANOTHER EMT, I'M JUST
42
43   INV OBERLE:  WELL GO CHECK AND IF YOU DON'T COME BACK, WE CAN START AGAIN
44   LATER, GO AHEAD.  ALRIGHT, WE'RE GONNA STOP THE INTERVIEW AT THIS TIME DUE TO A
45   CODE RED IN C POD, THE TIME NOW IS 08:02.
46
47
48                             TRANSCRIBED THIS 15TH DAY OF February, 2017
49                             DRESDEN E. JACKSON
50                             PULASKI COUNTY SHERIFF'S OFFICE
51                             CRIMINAL INVESTIGATIONS DIVISION

322

1    STATEMENT OF SCOTT, SYLVIA EMT #2
2    INVESTIGATOR OBERLE
3    DATE: 2/15/17    TIME: 0803
4    CASE #17-3491
5
6    INV OBERLE:   OKAY THE TIME NOW IS 0803, THIS IS A CONTINUED INTERVIEW WITH EMT
7    SYLVIA SCOTT, OKAY, GO AHEAD AND TRY TO PICK UP WHERE WE WERE.
8
9    SCOTT:        YES SIR, I'M SORRY
10
11   INV OBERLE:  THAT'S OKAY
12
13   SCOTT:        SO WE GET HER HOOKED UP TO THE AED, AND UMM, VITALS, SHE'S HOOKED
14   UP TO PULSE AND O2 STATS SO WE CAN MONITOR HER WHEN SHE GETS PULSE, YOU
15   KNOW, BUT IT'S ONLY SHOWING UP WHEN COMPRESSIONS ARE DONE AND AT THIS TIME,
16   ALSO, SHE WAS HOOKED UP TO O2 AND BAGGED.
17
18   INV OBERLE:  O2 IS?
19
20   SCOTT:        OXYGEN, I'M SORRY
21
22   INV OBERLE:  I JUST WANT TO MAKE SURE
23
24   SCOTT:        SHE WAS HOOKED UP TO THE OXYGEN AND SHE WAS BEING BAGGED AND
25   EVERYTHING AND UMM, NURSE WARREN WAS DOING THAT PORTION AT THIS TIME
26
27   INV OBERLE:  OKAY
28
29   SCOTT:        AND WE CONTINUED TO DO COMPRESSIONS, MONITOR VITALS AND NURSE
30   WARREN ALSO ATTEMPTED TO, CAUSE THE FIREMEN HAD COME, AFTER THE FIREMEN GOT
31   THERE, UMM, THEY TOOK OVER COMPRESSIONS, SO I COULD HELP WITH SOME OTHER
32   STUFF.  NURSE WARREN ATTEMPTED TO GET AN IV AND UMM, IT WAS PRETTY HARD TO GET
33   IT BUT SHE DIDN'T EVER END UP GETTING IT, UM
34
35   INV OBERLE:  SHE DID NOT?
36
37   SCOTT:        UM UM, BUT SHE DID ATTEMPT TO, UMM, IT WAS UMM, APPARENT BY THAT
38   TIME, SHE WAS, SHE WAS COLD WHEN I GOT THERE BUT THERE ARE OTHER FACTORS THAT
39   COULD HAVE CONTRIBUTED TO IT, I KNOW, CAUSE SHE WAS ON THE COLD FLOOR AND THE
40   ROOM WAS COLD, YOU KNOW, WHEN I GOT THERE, THE DOOR AND THE ROOM WAS COLD
41   AND SHE WAS ON THE COLD FLOOR, BUT BY THIS TIME, YEAH, HER FINGERS WERE ALL
42   PURPLE AND UMM, COLOR WAS CHANGING
43
44   INV OBERLE:  OKAY
45
46   SCOTT:        SO IT WAS HARD BUT MEMS ARRIVED, THEY GOT THE UMM, THEY DID IO,
47   THEY GOT
48
49   INV OBERLE:  I O IS WHAT?
50
51   SCOTT:        I O DRIP, THEY COULDN'T GET THE IV, SO THEY HAD TO DO IO AND THEY GOT
52   HER HOOKED UP AND UMM, INTUBATED HER AND I KNOW SHE WAS HOOKED UP WITH MEMS
53   FOR ANOTHER 23 MINUTES AND SHE WAS WORKED, SHE WAS WORKED FOR A WHILE AND
54   THEY PUSHED 5 EPPIES
5
56   INV OBERLE:  FIVE EPPIES?

57
58   SCOTT:        EPIPENS,  UM HMM, EPINEPHRINE, EPIPENS, EPINEPHRINE, AND UMM, I MEAN
59   WE WORKED HER BEST WE COULD, DID EVERYTHING WE COULD, UMM, I REALLY
60
61   INV OBERLE:  SO BASICALLY Y'ALL JUST COULDN'T REVIVE HER IN LAYMAN'S WORD, I
62   GUESS, CORRECT?
63
64   SCOTT:        YES, YES SIR, SO WE DID, WE DID EVERYTHING WE COULD, FOLLOWED
65   PROTOCOL, USED EVERYTHING WE HAD AS SOON AS WE HAD IT.  AS SOON AS WE GOT THE
66   AED, SHE WAS HOOKED UP, AS SOON AS WE HAD THE O2 SHE WAS ON IT AND BAGGED
67
68   INV OBERLE:  WHEN YOU GOT THERE DID SHE HAVE A BLANKET ON TOP OF HER? ONE OF
69   THE JAIL BLANKETS?
70
71   SCOTT:        IT WAS KIND OF OVER, IT WASN'T COMPLETELY COVERING HER, NO
72
73   INV OBERLE:  OKAY
74
75   SCOTT:        BUT WHEN I GOT THERE, HE HAD ALREADY STARTED COMPRESSIONS,
76   DEPUTY HAD ALREADY STARTED COMPRESSIONS
77
78   INV OBERLE:  OKAY
79
80   SCOTT:        SO, SO IT COULD HAVE, COULD HAVE BEEN
81
82   INV OBERLE:  SO WHEN YOU GOT THERE THE DECEASED WAS LAYING FACE UP?
83
84   SCOTT:        UM HMM, YES SIR, YES SIR
85
86   INV OBERLE:  ANYTHING ELSE YOU NOTICED?
87
88   SCOTT:        JUST THE MAIN THING, THAT SHE WAS COLD WHEN I GOT THERE, I WAS
89   ASSUMING SHE WOULDN'T HAVE BEEN
90
91   INV OBERLE:  UM HMM
92
93   SCOTT:        LIKE I SAID, SHE WAS ON THAT COLD FLOOR, I WAS TOLD LATER THAT SHE
94   HAD BEEN THERE A WHILE
95
96   INV OBERLE:  HAVE YOU EVER HAD DEALINGS WITH THIS INMATE BEFORE?
97
98   SCOTT:        I HAVE, YES SIR, I HAVE
99
100  INV OBERLE:  HER NAME IS TRILLUS SMITH
101
102  SCOTT:        YES SIR, UMM HMM
103
104  INV OBERLE:  OKAY, YOU HAVE HAD CONTACT WITH HER
105
106  SCOTT:        YES SIR
107
108  INV OBERLE:  TELL ME ABOUT THOSE
109
110  SCOTT:        WELL, I WENT ON A CODE WITH HER, A CODE BLUE, AND I CLEANED HER UP,
1    THEY HAD SPRAYED HER AND THEY SPRAYED HER IN HER CHEST AREA, IT DIDN'T GET IN
112  HER EYES

MSJ SOF 000341

324

'13
14    INV OBERLE:  SPRAYED HER?
115
116    SCOTT:        PEPPER SPRAY, I'M SORRY
117
118    INV OBERLE:  THAT'S OKAY
119
120    SCOTT:        WELL, THEY GOT IT ON HER CHEST AND I REMEMBER HER SCREAMING,
121    "THEY GOT IT, THEY GOT IT ON ME, THEY GOT IT ON ME" AND YOU KNOW, SOME
122    OBSCENITIES TO FOLLOW THAT, BUT UMM, I DID CLEAN HER UP AND UMM, SHE WAS A
123    LITTLE CALM WHEN I WAS TRYING TO CLEAN HER UP, YOU KNOW, SHE WAS TRYING TO LET
124    ME CLEAN HER UP BUT SHE WAS, YOU COULD TELL SHE WAS ON THE EDGE OF BEING
125    VIOLENT, SO YOU KNOW, I CLEANED HER UP ALL I COULD AND I REMEMBER THEM, SHE
126    WAS FIGHTING THEM WHEN THEY WERE TRYING TO PUT HER BACK IN THE CELL, SHE WAS
127    FIGHTING, AND THAT'S WHY I REMEMBERED HER
128
129    INV OBERLE:  OKAY
130
131    SCOTT:        CAUSE SHE FOUGHT SO HARD, I, I MEAN, SHE WAS A DIFFERENT CASE.  I'VE
132    BEEN OUT HERE SINCE NOVEMBER AND I HADN'T SEEN TOO MANY THAT BAD, SO I
133    DEFINITELY REMEMBERED HER.
134
135    INV OBERLE:  SO YOU JUST HAD ONE OTHER CONTACT WITH HER AND THAT WAS
136
137    SCOTT:        THE OTHER CODE, AND THIS CODE
138
139    INV OBERLE:  THE CODE BLUE?
40
41    SCOTT:        I DIDN'T CLEAN HER UP IN THAT ONE, BUT UMM
142
143    INV OBERLE:  OKAY, ANYTHING ELSE?
144
145    SCOTT:        NO SIR
146
147    INV OBERLE:  I DON'T HAVE ANYTHING ELSE, THE TIME IS 0808.
148
149
150                                  TRANSCRIBED THIS 15TH DAY OF FEBRUARY, 2017
151                                  DRESDEN E. JACKSON
152                                  PULASKI COUNTY SHERIFF'S OFFICE
153                                  CRIMINAL INVESTIGATIONS DIVISION

MSJ SOF 000342

325

| Office of the Pulaski County Sheriff | Official Memorandum | 17- PD-0066 |

**DATE:** 02-19-17

**TO:** Chief Lowery via Chain of Command

**FROM:** Lt. Chris Ameling #1581

**SUBJECT:** Damage to County Vehicle #17-2457

---

I have reviewed the file done by Sgt. Hutton on this Damage to County Vehicle. Deputy Cavin couldn't have prevented the suspect from attempting to damage his vehicle; therefore I recommend no further action.

2-21-17. Recd. Reviewed. No cost of Repair
No Further Action

| Office of the Pulaski County Sheriff | **Official Memorandum** |

---

**DATE:** February 2, 2017

**TO: Chief Deputy Mike Lowery (via chain)**

**FROM:** Sergeant Herman L. Hutton 912 *[signature]*

**SUBJECT:** Damage to County Vehicle Deputy Cavin

---

Sir;

On Thursday 02/02/2017 at approximately 0325 hours Deputy J. Cavin contacted me via telephone to advise me that he had made an arrest while off duty at the Baptist Hospital. Deputy Cavin stated that the female he arrested had stabbed a Baptist Hospital Security Guard in the neck with an ink pen. We discussed the proper charge, and Deputy Cavin also stated that the female was yelling she had been raped. Deputy Cavin also told me that the female was in the hospital due to narcotics, and that they had been in the process of discharging her when she attacked the Security Guard.

I hung up the phone with Deputy Cavin and several minutes later he called me on the radio and stated that he needed me to respond to Baptist Hospital because of a "Use of Force". Deputy Cavin also asked for shackles for the suspect, and I informed him that I was coming to his location.

Upon my arrival Deputy Cavin's vehicle was parked in the Emergency receiving area, and Deputy Cavin was standing next to his vehicle. Deputy Cavin related the following information to me. The suspect, Ms. Trillus Smith was escorted to Deputy Cavin's vehicle by Deputy Cavin and members of the Baptist Hospital Security Staff, and was placed in the back seat. Deputy Cavin had just stepped away from his vehicle when Ms.

MSJ SOF 000344

Smith began kicking the back window of his patrol unit. By the time Deputy Cavin had opened the door to order Ms. Smith to stop, Ms. Smith had already damaged one of the rear deck lights. Ms. Smith refused to follow commands and when Deputy Cavin reached in to try to gain control of her; Ms. Smith attempted to bite Deputy Cavin, but did not leave any marks. Deputy Cavin then removed his OC spray from his utility belt and deployed a one second burst to Ms. Smith's face. Ms. Smith then immediately ceased her kicking, and obeyed the instructions given by Deputy Cavin.

I then opened the back door to Deputy Cavin's vehicle so that I could speak with Ms. Smith. Ms. Smith informed me that she was very sorry for her actions, she was sorry that she had damaged the car. I asked her if she was in any pain, or if she needed medical attention. Ms. Smith stated that she was fine, and then asked me if she could ride in my vehicle to the jail. I told Ms. Smith that she would remain in this vehicle, but I would follow right behind Deputy Cavin to the jail. I then took pictures of Ms. Smith, of the damage she caused, and the proper identification of Deputy Cavin's vehicle.

Upon our arrival at the jail Detention personnel took Ms. Smith back to a shower so she could properly be decontaminated. Ms. Smith was then turned over to the Detention Personnel and she was booked in for Battery 2nd Degree, Aggravated Assault, and Criminal Mischief for the property damage to his vehicle.

Deputy Cavin took his vehicle to Pulaski County Road and Bridge, and they found that there was no damage to Deputy Cavin's vehicle. The rear deck light was put back in place with a new piece of Velcro. It is my recommendation that no further actions are needed in reference to this incident.

*Damage*

~~ACCIDENT~~ INVOLVING PULASKI COUNTY VEHICLE

Date of Accident:: _2/2/2017_
Time of Accident: _0329_
Place of Accident: _9601 Baptist Health Drive_
Law Enforcement Agency Investigating: _PCSD_

### Pulaski County Driver

Name: _____  Department: _____
Address: _____  Driver's License # : _____
         _____  Date of Birth: _____
         _____  Home Phone # : _____

### Pulaski County Vehicle

Year: _2012_      Make: _Dodge_      Model: _Charger_
License # : _206-RTN_      VIN # : _2C3CDXAG3CH190869_
Damage to Vehicle: _Rear Window, Rear dash Light_

### Other Party Involved

Name: _____N/A_____
Address: _____  Driver's License # : _____
         _____  Home Phone # : _____

### Other Vehicle Involved    _N/A_

Year: _____  Make: _____  Model: _____
License: _____
Damage to Vehicle: _____

Other Party's Insurance: _____
Did Accident involve injury?   YES ☐     NO ☐
    If yes, describe: _____

What Happened: _Prisoner kicked back window and knocked the back dash light loose._

MSJ SOF 000346

# PULASKI CO. SHERIFF'S OFFICE

Case Number:   2017002457

Report Date/Time: 02/02/2017 03:22:00

Report Address:   9601  BAPTIST HEALTH DRIVE

NORTH LITTLE ROCK AR 722050000

Officer Name:   CAVIN, J

Run Date/Time:   02/08/2017 04:16:06

Printed By:   HUTTON, HERMAN SGT

Officer: _____

Supervisor:

MSJ SOF 000347

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/08/2017          **NUMBER: 2017002457**          Page 1

Received: 02/02/2017  03:22     Incident No: 2017002457          Signal: BATT
Dispatched: 02/02/2017  03:22      Location: 9601 BAPTIST HEALTH DRIVE NORTH LITTLE ROCK
Enroute:                        Occurrence: 02/02/2017  03:22
Arrived: 02/02/2017  03:22      X Coordinate:   Y Coordinate:
Completed: 02/02/2017  04:37

Multiple Agencies Involved:              Incident Level:                   Incident Is LEOKA:

Officer Name:                            ID Number:

Years On Force:  0                       Assignment Type:

Weapon Type Used:                  Number Of Shots Fired:  0      Distance From Offender In Feet:   0

Status Date/Time: 02/02/2017  04:48  Status: CLEARED BY ARREST       Clearance:

Dispatch Notes: PC4040 02/02/2017  3:22:37: License:  AR
               OLN: OLNSt: AR
               Notes:
               PC4077 02/02/2017  3:22:57: SMITH,TRILLUS
               19950206
               B/F

               PC3084 02/02/2017  3:44:58: pio notifed

## ********** OFFENDER **********

ID # 2017001067          SMITH, TRILLUS                                  Home/Business
                                                                            (501)
ID # 2017001067          ████████████ , LITTLE ROCK AR 722090000           (501)
    TYPE OF INDIVIDUAL  I                                                    (501)

DOB: ██████   AGE: 21  +/-00   RACE:B      SEX:F        Height: 5- 2  Weight:120  SSN: PRIVATE
OLN: ████████             State: AR Class:    Commercial:   Birth City/State:
Appearance:          Build:          Complexion:          Ethnicity:N         Eyes:BROWN
Hair: BLACK    Hair Length:          Hair Style:          Resident: R         M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED: NONE                     CLOTHING:
OFFENDER USED:  NOT APPLICABLE

**OFFENSE**    1     OFFENSE (RS #)  5-13-202          ATT/COMP    C
                    BATTERY - 2ND DEGREE RECKLESSI

**OFFENSE**    2     OFFENSE (RS #)  5-13-211          ATT/COMP    C
                    AGGRAVATED ASSAULT UPON A CEF

**OFFENSE**    3     OFFENSE (RS #)  5-38-204          ATT/COMP    C
                    CRIMINAL MISCHIEF - 2ND DEGREE

MSJ SOF 000348

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/08/2017          **NUMBER: 2017002457**          Page 2

### ******* ARRESTEE REPORT ********

ARRESTEE #: 1    NAME: SMITH, TRILLUS                    FINGERPRINT CARD #:
2017000861        ADDRESS: (STREET, CITY, STATE, ZIP) ██████████ , LITTLE ROCK AR
MULTIPLE ARRESTEE SEGMENTS INDICATOR: N                    SOC. SEC. NUMBER: PRIVATE
AGE: 21 +/- 00    SEX: F        ETHNICITY: N        HEIGHT: 5- 2    WEIGHT: 120    EYES: BROWN    HAIR: BLACK
DOB:          RACE: B        RESIDENT STATUS: RESIDENT                    ARREST DATE:   2/02/2017
TYPE OF ARREST: ON VIEW ARREST (TAKEN INTO CUS ARRESTING OFFICER: CAVIN, JAMES WILLIAM
ARREST LOCATION: 9601 BAPTIST HEALTH DR.                    MIRANDA DATE/TIME:
MIRANDA OFFICER:                                MIRANDA LOCATION:
Arrestee Connected to Offense #:  1    RS #: 5-13-202    BATTERY - 2ND DEGREE RECKLESSLY CAUSES INJURY W/WE
ARRESTEE WAS ARMED WITH: 01        ☐ Auto    NONE/UNARMED

### ********** VICTIM(S) *********

ID # 2017001068        MARTIN, KYLE WADE                        Home/Business
                    ██████████ , LITTLE ROCK AR 722050000        (501) ██████████
                                                (501)
    TYPE OF INDIVIDUAL I                                (501)

    DOB: ██████    AGE: 28  +/-00    RACE: W        SEX: M        Height: 5-10    Weight: 0    SSN: PRIVATE
    OLN: ██████        State: AR Class:        Commercial:    Birth City/State:
    Appearance:            Build:        Complexion:        Ethnicity: N            Eyes: BROWN
    Hair: BROWN    Hair Length:        Hair Style:        Resident: R            M.O.:
    EMPLOYER:

INJURY TYPE(S): ☐ None  ☐ Broken Bones   ☐ Internal   ☒ Lacerations   ☐ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious

    Offender ID: PC2761            Offender Seq:   1    Relationship: VICTIM WAS OTHERWISE KNOWN
ID # PC2761            CAVIN, JAMES WILLIAM                    Home/Business
                    , LITTLE ROCK AR 00000000                (501)
                                                (501)
    TYPE OF INDIVIDUAL L                                (501)

    DOB: / /    AGE: 0  +/-00    RACE: U        SEX: U        Height: 0- 0    Weight: 0    SSN: PRIVATE
    OLN:                State: AR Class:        Commercial:    Birth City/State:
    Appearance:            Build:        Complexion:        Ethnicity: U            Eyes:
    Hair:        Hair Length:        Hair Style:        Resident: R            M.O.:
    EMPLOYER:

INJURY TYPE(S): ☒ None  ☐ Broken Bones   ☐ Internal   ☐ Lacerations   ☐ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious

    Offender ID: PC2761            Offender Seq:   1    Relationship: VICTIM WAS OTHERWISE KNOWN
ID # 20068065        PULASKI COUNTY SHERIFFS OFFICE,                Home/Business
                    2900 SOUTH WOODROW STREET   , LITTLE ROCK AR 722040000    (501)
                                                (501) ██████████
    TYPE OF INDIVIDUAL G                                (501)

MSJ SOF 000349

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/08/2017        **NUMBER: 2017002457**        Page  3

DOB: / /      AGE: 0   +/-00   RACE:U        SEX:U        Height: 0- 0   Weight: 0   SSN: PRIVATE
OLN:                State: AR  Class:      Commercial:    Birth City/State:
Appearance:              Build:          Complexion:          Ethnicity:U          Eyes:
Hair:          Hair Length:              Hair Style:          Resident: R          M.O.:
EMPLOYER:

INJURY TYPE(S): ☐ None  ☐ Broken Bones  ☐ Internal  ☐ Lacerations  ☐ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious

## ********** PROPERTY **********

Property ID#: 2017000588            Type: 77      OTHER
Connected With (Party, Offense):                    3  CRIMINAL MISCHIEF - 2ND DEG
Serial/VIN:                          Year:      Make: FEDERAL  Model: VIPER S2  Color:
Style:          License\State\Exp:              ☐ Locked   ☐ Keys      Value:  $50.00
Insurance:                          Lien:                Towed By:
Owner:              Owner ID#:                  Caliber:              ☐ Registered
Reported Stolen ID#:                    Returned/Sold - Date/Amount:          0.00
Notes:  DAMAGED FEDERAL SIGNAL VIPER S2 MOUNTED BLUE EMERGENCY LIGHT.
Status: 4          DESTROYED/DAMAGED/VA      Agency: PCSO      Value:  50.00   Quantity:  1.00
Status Date/Time: 2/02/2017   05:09  Location: 9601 BAPTIST HEALTH DR.
Comments:

## ********* WITNESS(ES) *********

ID # 2017001069          NEASLEY, RICHARD E JR.                    Home/Business
                         ███████████ , LITTLE ROCK AR 722040000        (501) ████
    TYPE OF INDIVIDUAL  I                                (501)
                                                         (501)
DOB: █████  AGE: 0   +/-00   RACE:B        SEX:M        Height: 5-11  Weight: 0   SSN: PRIVATE
OLN:              State:      Class:      Commercial:    Birth City/State:
Appearance:              Build:          Complexion:          Ethnicity:N          Eyes:BROWN
Hair: BLACK    Hair Length:              Hair Style:          Resident: R          M.O.:
EMPLOYER:

## ***** ASSIGNED OFFICER *******

CAVIN, JAMES WILLIAM

## ***** ASSISTING OFFICER ******

MCDONALD, MARTELLE D
SCHOFF, JEREMY B.
TERRELL, SCOTT SGT
HUTTON, HERMAN  SGT

## ***** DISPATCHER(S) ******

SCHOFF, PAIGE ANDREA

## ***** CALL RECEIVED BY ******

SCHOFF, PAIGE ANDREA

MSJ SOF 000350

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/08/2017               **NUMBER: 2017002457**                    Page 4

***** **SUPERVISOR(S)** *****

SCOTT, JEFFREY A     SGT

***** **OTHER PARTY(IES)** *****

GLENN, FALLON NICHOLE

NUTT, HEATHER NICHOLE

MSJ SOF 000351

# PULASKI CO. SHERIFF'S OFFICE

PRINT DATE: 02/08/2017      **NUMBER: 2017002457**      Page 5

Agency: PCSO
Incident No: 2017002457

Author: CAVIN, JAMES WILLIAM
Title: BATTERY
Date Entered: 2/02/2017

Report Type: I

On 02/01/2017, at 0315, while working off duty at Baptist Hospital, I was standing by with Security Officers while they assisted medical staff with a patient who was under the influence of narcotics. During the encounter with this patient, Security Officers were in the process of having the patient change clothes. While doing so, Trillus Smith, who was a patient in the next room, began looking into the room that the Officers were in. I explained to her that someone was in this room changing clothes and that she needed to return to her room. Ms. Smith later came back out of her room and again looked into the room while the other patient was changing clothes.

Security Lt. Kyle Martin and Captain Richard Neasley then began to escort Ms. Smith back into her room. Once they entered inside the room, Ms. Smith, who was holding an ink pen, stabbed Lt. Martin in the neck with said pen. I then placed Ms. Smith under arrest. As I did this, I was notified by E.R. staff that they were already in the process of discharging Ms. Smith. Once discharged, I escorted Ms. Smith to my patrol car and placed her in the back seat. At this time, Ms. Smith began kicking my rear windshield so hard that it was bowing outwards like it was going to break. Ms. Smith also damaged one of the mounted blue lights inside the rear windshield while she was kicking it. I ordered Ms. Smith to stop kicking the windshield to which she refused.

I then opened the door and attempted to gain control of Ms. Smith's legs. It was at this time that Ms. Smith leaned over and bit down on my right wrist. Ms. Smith did not break the skin. I then deployed a one (1) second burst of OC spray to Ms. Smith's facial area which gained compliance from Ms. Smith.

I immediately notified Sgt. Hutton who responded to the scene. Once on scene, Sgt. Hutton was briefed on what had occurred. Sgt. Hutton and I then transported Ms. Smith to Intake where she was booked on the listed charges.

# PULASKI CO. SHERIFF'S OFFICE
## EVIDENCE REPORT

Date: 02/02/2017   Called: 03:22   Arrived: 03:22   Completed: 04:37         Case No: 2017002457

Location: 9601        BAPTIST HEALTH DRIVE  NORTH LITTLE ROC                Scene:

Victim:   MARTIN, KYLE                                                      Weather: CLEAR

Offender:SMITH, TRILLUS

MSJ SOF 000353

| Office of the Pulaski County Sheriff | FAX COVER SHEET |
|---|---|

DATE:  02/08/2017

TO:  Pulaski County Road and Bridge Fleet Records Clerk
Fax #:  501-340-6820

FROM:  Sergeant Herman L. Hutton 912

SUBJECT:  Damage to county vehicle
Number of Pages:  9

Attn:  Fleet Records Clerk

Sgt. Herman L. Hutton

501-539-3760

hhutton@pcso.org

MSJ SOF 000354

PULASKI COUNTY SHERIFF'S OFFICE
ENFORCEMENT DIVISION

# PHOTO INDEX
## INCIDENT #: 17-2457

| PHOTO # | DESCRIPTION | TAKEN BY |
|---|---|---|
| 1 | FACIAL VIEW OF MS. TRILLUS SMITH | SGT. HUTTON |
| 2 | FACIAL VIEW (EYES OPEN) OF MS. TRILLUS SMITH | SGT. HUTTON |
| 3 | DAMAGED REAR DECK LIGHT UNIT #225 | SGT. HUTTON |
| 4 | REAR DECK UNIT #225 | SGT. HUTTON |
| 5 | BLURRED PHOTO | SGT. HUTTON |
| 6 | REAR OF UNIT #225 | SGT. HUTTON |
| 7 | VIN # FOR UNIT #225 | SGT. HUTTON |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PHOTO INDEX
Updated: 10/30/13

MSJ SOF 000355



MSJ SOF 000356



MSJ SOF 000357



MSJ SOF 000358



MSJ SOF 000359



MSJ SOF 000360



MSJ SOF 000361



MSJ SOF 000362

| Office of the Pulaski County Sheriff | **Official Memorandum**<br>**Regional Detention Facility** | 17-43- 0102 |

**To:**    Chief Sylvester via Chain of Command

**From:**  Captain Paxson's Administrative Office

**Re:**    Subject Control (Smith, Trillus #1964-17 "C" Unit)
          02.08.17

**Date:**  27 February 2017

I have reviewed all written documentation and video regarding the incident with Inmate Smith. I concur with Lieutenant Freeman's assessment that there were no apparent violations of Standards of Conduct, Policy and Procedures or Branch Directives and that no further action is required concerning this incident.

This Use of Force (Subject Control) Folder was received on 02.20.17. Was returned for corrections and received back on 02.24.17.

**Office of the
Pulaski
County
Sheriff**

**Official Memorandum
Pulaski County Detention Facility**

To:      Chief Sylvester via Chain of Command

From:    Lieutenant D. Freeman *DFᴹᴹ*

Re:      COVER LETTER
Re:      SMITH,TRILLUS LAKAIL *BI# 1964-17*

Date:    02/16/2017

On this 8th day of February 2017, Inmate Smith, Trillus#1964-17 was refusing to
come out of her cell to take a shower and for activity time. It was Inmate Smiths
fourth day in a row that she had not came out of her cell. Sergeant Knudsen and
Deputies S. Watkins, Nichols and Slater were in the unit handling the situation. The
deputies went to the door and asked Inmate Smith multiple times to come to the
door in order for handcuff to be applied through the food-port. Inmate Smith
refused to do so. Sergeant Knudsen authorized for the deputies to open the door and
go inside of the cell. Once inside the cell Inmate Smith was ordered to get up from
the bunk and walk with them to the shower. Inmate Smith still refused. The
deputies then grabbed Inmate Smith in an attempt to help her to her feet and walk to
the shower. Inmate Smith continued to be noncompliant by not walking and
lowering her body to the floor. Deputy Nichols then administered a short burst of
oleoresin capsicum to Inmate Smith's facial area. The Code Blue (Deputy Needs
Assistance) was called by Deputy Slater at approximately 1817 hours. Other
responding deputies arrived on scene shortly after the code was called. Deputy J.
Watkins applied handcuffs to Inmate Smith's wrists. Lieutenant Calvin, Sergeant
Knudsen and Deputies; S. Watkins, J. Watkins and Slater had to physically pick up
Inmate Smith and carry her to the back lower sub-day. Inmate Smith would not sit
on the stool at the table, so she sat on the floor and waited on medical personnel to
arrive. Medical personnel arrived and began to decontaminate and assess Inmate
Smith. Inmate Smith was cleared to remain in the facility by the medical staff.
Inmate Smith was then carried into the shower and sat on the floor. A liquid soap
was applied and the security staff showered Inmate Smith. Inmate Smith still
refused to stand and walk after the shower. The same security staff picked Inmate
Smith up again and walked with her back inside the cell that she was being housed
in. The handcuffs were removed and everyone exited the cell. The cell door was
secured and a Code 1 (Return to Normal Operations) was called at 1829 hours. A
photograph was taken of Inmate Smith for documentation purposes.

After reviewing all written documents and video, I find no apparent violations of
Uniform Standards of Conduct, Policy and Procedures, Branch Directives or

Practices. Therefore, I am recommending no further actions be taken in this matter.

Signature Image

MEMBER'S SIGNATURE

CC

MSJ SOF 000365

# PULASKI COUNTY SHERIFF'S OFFICE

## Subject Control Report Form

PSU USE ONLY
CASE#: *17-43-0102*

Date and Time: 02/08/2017 1817 hours

Incident#:17-00529*1|1486601474543#KKNUDSEN

Location: *C-Unit*

BI#:1964-17

Suspect's Name: Inmate Smith, Trillus

Sex:F

DOB: ████

Charges: *None*

Conditions (check all that apply):

| | | | |
|---|---|---|---|
| Drug: | DWI: | Foot Pursuit: | Asslt. On Officer |
| Alcohol | Veh. Pursuit | Disturbance ✓ | Asslt. On Citizen |
| Mental: | Other Traf. Viol. | Making Arrest: | Other: |

Type of Control used: Oleoresin capsicum spray and Hands on

If OC Spray was used, did OC incapacitate suspect enough for control?       NO

If No, Explain: Inmate Smith still did not comply with orders to stand and walk to the shower.

Distance from suspect when OC used:       1 foot       Number of Sprays used:       1

| | | | |
|---|---|---|---|
| Did suspect require medical attention? | YES | Nature of Injury: | Oleoresin capsicum decontamination |
| Pre-existing injuries? | NO | Nature of Injury: | NA |
| Refused treatment? | NO | Witness to refusal: | NO |

Witness name: NA                     Sex:NA          DOB: NA

Address: NA

Witness name:N/A                     Sex:N/A          DOB:N/A

Address:N/A

▣ Signature Image

1334

**Supervisor Signature:**

DSN   Date:

2748

**Supervisor Signature:**

DSN   Date:

MSJ SOF 000367

# PULASKI COUNTY REGIONAL DETENTION FACILITY
## OFFICE OF THE SHERIFF
### Doc Holladay, Sheriff
3201 W. Roosevelt Rd. Little Rock, AR. 72204
Tel: (501) 340-7000 Fax: (Admin) 340-7071 (Intake) (501) 340-7037
## OFFENSE / INCIDENT REPORT

| Inmate's Name | DOB | Race | Sex | BI# |
|---|---|---|---|---|
| SMITH,TRILLUS LAKAIL | ▮▮▮▮▮ | B | F | 1964-17 |

| Date and Time | | Place of | Page 1 |
|---|---|---|---|
| of Incident:02/08/2017 | 1817 | Incident:C UNIT | of: 1 |

**NARRATIVE:**

I, (Deputy Slater) was instructed to report to C-unit to assist with showering out Inmate Smith, Trillus (1964-17) whom was on her fourth refusal. Sergeant Knudsen attempted to handcuff the inmate through the food trap but she refused several verbal direct orders. Sergeant Knudsen instructed for Deputy S. Watkins to open the door. I along with several others went inside of the cell and removed her from the bunk by picking her up. At this time the inmate refused to walk and kept sitting on the floor. Deputy Nichols sprayed a one to two second burst of oleoresin capsicum spray to the inmate's facial area. I called a Code Blue (Deputy Needs Assistance) was called at 1817 hours. Handcuffs were applied at this time by Deputy Nichols.Inmate Smith was assisted to the lower back sub day to a table to be assessed by medical. Medical personnel assessed, decontaminated, and cleared her to remain in the facility. Inmate Smith was showered out and carried back to cell C-103 by holding her arms, head, legs and feet. I held the inmate's left side. A Code One (Return to Normal Operations) was called at 1829 hours. No further incidents occurred.

---

**ACTIONS TAKEN:** Inmate Smith, Trillus (1964-17)was sprayed with oleoresin capsicum and handcuffed. She was assessed and decontaminated by medical. Inmate Smith was showered and returned to her cell. Report #17-00529

---

☒ Signature Image                    ☒ Signature Image

---

**INMATE'S SIGNATURE**                    **INMATE'S SIGNATURE**

☒ Signature Image

| | | | |
|---|---|---|---|
| Deputy J Slater | 4024 | 02/08/2017 | _Slat_ 4024 |
| **REPORTING MEMBER** | **DSN** | **DATE/TIME** | **SIGNATURE** |

☒ Signature Image

| | | | |
|---|---|---|---|
| Sergeant Knudsen | 1334 | 02/08/2017 1856 ours | |
| **REVIEWING SUPERVISOR** | **DSN** | **DATE/TIME** | **SIGNATURE** |

PULASKI COUNTY SHERIFF'S OFFICE
**Supplemental Report**

Reviewed by: _RC_
Date:02/08/2017

DSN: 2630

Subject Control - Inmate Smith, Trillus (1964-17)

Report#:17-00529
Page 1 of: _1_

NARRATIVE:

At 1817 hours a Code Blue (Deputy Needs Assistance) was called in C-unit. I (Sergeant McKanna) responded to C-unit to find several female staff members attempting to walk Inmate Smith, Trillus (1964-17) to the lower back sub-day to shower her. Inmate Smith had already been sprayed with oleoresin capsicum spray. Inmate Smith was still refusing to walk. Handcuffs were applied and on scene personnel carried her to the lower back sub-day in order for her to be assessed by medical personnel. I began relaying all pertinent information to Central Control. Medical personnel arrived in the unit and began assessing Inmate Smith. Once Inmate Smith had been assessed, decontaminated and cleared to remain in the facility, she was asked to stand to her feet and walk to the shower. She refused. Due to Inmate Smith being mostly naked, I stood by and supervised while female staff members on scene each took hold of one of Inmate Smiths limbs and carried her to the shower. Inmate Smith was placed in the shower and soap was applied to her body. Inmate Smith was then covered with a suicide blanket and carried in the same fashion to cell C-103. The handcuffs were removed in the room due to Inmate Smith refusing to stand at the food port. The door was secured and a Code One (Return to Normal Operations) was called at 1829 hours. Supplemental witness statements were offered but none were taken.

Signature Image

DEPUTY:Sergeant Seth McKanna          DSN:3008

MSJ SOF 00036

**PUL. 'I COUNTY SHERIFF'S OFFICE**

**Supplemental Report**

Reviewed by: *YC*

Date:02/08/2017

DSN: 2630

Report#:17-00529

Page 1 of:

Subject Control/Code Blue (Deputy Needs
Assistance) - Inmate Smith, Trillus #1964-17

NARRATIVE:

I, Sergeant Knudsen, went to C-unit to assist the deputies with Inmate Smith,
Trillus #1964-17 to get her into a shower because it was her fourth refusal.
Inmate Smith was told to come to the food port several time to have hand cuffs
applied. She refused. We entered the cell and took hold of her arms and legs to
get her off of the bunk. Once she was off of the bunk Inmate Smith refused to
stand. She was sprayed with oleoresin capsicum A Code Blue (Deputy Needs
Assistance) was called at 1817 hours. She was handcuffed then carried to the
lower back sub day area. She sat on the floor because she would not sit at the
table. Medical personnel arrived and began to assess and decontaminate Inmate
Smith. She was still uncooperative. She was carried to the shower. I held the
blanket while Deputies J. Watkins, S. Watkins and Slater held her arms and legs.
Inmate Smith laid on the floor of the shower. Inmate Smith was sprayed with soap
then Deputy Slater turned on the shower to rinse her off. She was picked up
again and carried to cell C-103. Lieutenant Calvin and I held her legs. The
handcuffs were removed and we exited the cell. A Code One (Return to Normal
Operations) was called at 1828 hours. One photograph was taken.

Signature Image

DEPUTY:Sergeant Karen Knudsen          DSN:1334

MSJ SOF 000370

PULA I COUNTY SHERIFF'S OFFICE
**Supplemental Report**

Reviewed by: _[signature]_   DSN: _1336_

Date:02/08/2017

Report#:17-00529
Page 1 of: 1

Subject Control/Code Blue (Deputy Needs
Assistance) - Inmate Smith Trillus #1964-17

NARRATIVE:

We were attempting to get Inmate Smith, Trillus (BI# 1964-17) to stand to come out of her cell for her one hour break, due to it being her fourth consecutive refusal. Inmate Smith was still refusing to stand after several direct orders. Sergeant Knudsen then advised me, Deputy C Nichols to spray Inmate Smith. I sprayed a one to two second burst of oleoresin capsicum spray in Inmate Smith's facial area. Deputy Slater called a Code Blue (Deputy Needs Assistance) in C-unit at 1817 hours. Inmate Smith would still not stand, and it was then decided that we would carry Inmate Smith to the lower back sub day. Inmate Smith would not sit on a stool, due to her continuously sliding down, it was then decided to leave her sitting on the floor. Deputy J. Watkins applied wrist restraints to Inmate Smiths hands. Responding personnel and medical arrived in C Unit. I held Inmate Smiths left arm to keep her from falling over, I also held Inmate Smiths head so that medical personnel could decontaminate her. Inmate Smith was assessed by medical personnel and cleared to remain in the unit. I was then relieved by Deputy S. Watkins to start my report. I assisted in carrying Inmate Smith from the back sub day to cell 103, where she is housed. Deputies J. Watkins, S. Watkins and Slater held her upper body while Lieutenant Calvin and Sergeant Knudsen carried her legs. Inmate Smith was laid on the floor, I removed the left handcuff, while Deputy J Watkins removed the right. The cell door was secured. A Code One (Return to Normal Operations) was called at 1829 hours. Nothing further to report.

▓ Signature Image

_[signature]_

DEPUTY:CaSandra Nichols       DSN:4201

## PULA̲ ̲I COUNTY SHERIFF'S OFFICE
### Supplemental Report

Reviewed by: _Sf-ll_   DSN: 1334   Report#:17-00529

Date:02/08/2017   Subject Control - Inmate Smith, Trillus (1964-17)   Page 1 of: 1

**NARRATIVE:**

I, Deputy S. Watkins and Deputy J. Watkins were attempting to shower out Inmate Smith, Trillus (1964-17), due to her being on her fourth refusal. Sergeant Knudsen was notified, because Inmate Smith refused to come to the food trap and be handcuffed. Sergeant Knudsen, Deputy J. Watkins, Deputy Slater, and myself went inside the cell. Inmate Smith refused to walk out of her cell after several orders to do so. Deputy Nichols administered a 1-2 second burst of oleoresin capsicum spray to Inmate Smith's facial area. A Code Blue (Deputy Needs Assistance) was called at 1817 hours. Deputy J. Watkins, Slater, Nichols, and I carried Inmate Smith to the lower back sub day, due to her refusing to walk. She was carried by holding her arms, legs and blanket. Medical personnel decontaminated, assessed, and cleared Inmate Smith to remain inside the facility. Inmate Smith was then showered and carried back inside her cell. I had hold of her left side and Deputies J. Watkins and Slater held the rest of her upper body while Lieutenant Calvin and Sergeant Knudsen carried her legs and feet. A Code One (Return to Normal Operations) was called at 1829 hours. No further incident occurred.

Signature Image

DEPUTY:Samoan Watkins   DSN:4156



## PUL. KI COUNTY SHERIFF'S OFFICE
### Supplemental Report

Reviewed by: _S. L. Bell_    DSN: 1354

Date: 02/08/2017

Subject Control/Code Blue (Deputy Needs
Assistance) - Inmate Smith, Trillus #1964-17

Report#: 17-00529
Page 1 of: 1

NARRATIVE:

While in C-Unit I, Deputy J Watkins, was advised that Inmate Smith, Trillus
(1964-17) was on her fourth refusal. I contacted Sergeant Knudsen via telephone
and notified her of the situation. Moments later she and Deputy Slater came to
C-unit to assist. Deputy S. Watkins opened the food trap so she could be
restrained, but she refused to come off of her bunk. Sergeant Knudsen advised us
to open the cell door and Deputy S Watkins, Deputy Slater, and I entered the
cell.  She refused to walk on her own after several direct orders. Deputy
Nichols administered a 1-2 second burst of oleoresin capsicum spray to Inmate
Smith's facial area. A Code Blue (Deputy Needs Assistance) was called at 1817
hours. Deputies S. Watkins, Slater, Nichols, and I carried Inmate Smith to the
lower back sub day by holding her arms and feet, due to her refusing to walk.
Medical personnel decontaminated, assessed, and cleared Inmate Smith to remain
inside the facility. Inmate Smith was then showered and carried back inside her
cell. I held her hands while Deputies Slater and S. Watkins held her arms.
Sergeant Knudsen and Lieutenant Calvin carried her legs. A Code One (Return to
Normal Operations) was called at 1829 hours. No further incident occurred

Signature Image

_Dep.y. J. Watk_    424D

DEPUTY: J. Watkins    .DSN: 4247

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: *Lett*
Date:02/08/2017

DSN:*376*

Code Blue (Deputy Needs Assiatnce) - Inmate
Smith, Trillus (1967-17)

Report#:17-00529
Page 1 of:*1*

NARRATIVE:

At 1817 hours a Code Blue (Deputy Needs Assistance) was called in C-Unit. I (Sergeant Waters) responded to the unit and observed Inmate Smith, Trillus (1964-17) sitting on the floor. The inmate appeared to be contaminated with oleoresin capsicum spray. Medical personnel entered the unit, assessed and decontaminated the inmate. The inmate was cleared to remain in the facility by medical personnel. Due to the inmate not wanting to stand up, the inmate was carried by several staff members back to her cell and the cell door was secured.

🗵 Signature Image

DEPUTY:Sergeant Waters          DSN:4037

MSJ SOF 000374

**PULASKI COUNTY SHERIFF'S OFFICE**
**Supplemental Report**

Reviewed by: _____   DSN: _____                Report#:17-00529
Date:02/08/2017   Subject Control: Inmate Smith, Trillus (1964-17)   Page 1 of: 1

NARRATIVE:

A Code Blue (Deputy Needs Assistance) was called at 1817 hours for C-Unit. Upon my arrival, I observed Inmate Smith, Trillus (1964-17) whom already had been contaminated with oleoresin capsicum being held to the floor by other deputies. I stood by and provided additional security while medical personnel decontaminated, assessed, and cleared the inmate to remain in the facility. The inmate was then carried in the shower and then carried back to her cell due to her refusing to walk. The inmate was secured in the cell and a Code One (Return to Normal Operations) was called at 1829 hours.

Signature Image

DEPUTY:Sergeant O. Newburn   DSN:2573

**TURN KEY HEALTH**

## MEDICAL EMERGENCY/MAN DOWN

Date and Time of Incident: _2-8-17        18:20_

Name: _Smith, Trillus_               ID Number: _1964-17_   DOB: ▮▮▮▮

Location of Event: _C_        First Responders: _Scott, Nguyen, Little, Simmons, Bahan_

Medical History: _____

Allergies: _____

Current Medications: _____

Transport:    Ambulatory: _____   Wheelchair: _____   Stretcher: _____   N/A: _X_

Vital Signs:

| TIME | Temp | B/P | Pulse | Resp | SPO2 | Oxygen/Liters |
|------|------|-----|-------|------|------|---------------|
| 1820 |      |     |       |      |      |               |
|      |      |     |       |      |      |               |
|      |      |     |       |      |      |               |
|      |      |     |       |      |      |               |

EMS Notified:   Yes: _____   Time: _____   by Whom: _____   No: _X_

Pulse:  Present: _X_   Poor Perfusion: _____   Absent: _____   Respirations:  Yes: _X_   No: _____

Rescue Breaths Given:  Yes: _____   Time: _____   by Whom: _____   No: _X_

C.P.R. Initiated:  Yes: _____   Time: _____   by Whom: _____   No: _X_

A.E.D. Applied:  Yes: _____   Time: _____   by Whom: _____   No: _X_

HCP Notified:  Yes: _____   Time: _____   by Whom: _____   No: _X_

Time: _____   Med: _____   Dose: _____   by Whom: _____

Time: _____   Med: _____   Dose: _____   by Whom: _____

IV Started:  Yes: _____   No: _X_   Time: _____   Location: _____   Size: _____

Solution: _____   by Whom: _____

Transport:  None: _X_   Infirmary: _____   Name of Hospital: _____

Transported by:  Security Van: _____   Time: _____   Ambulance: _____   Time: _____

Report Given to EMS: _____   by Whom: _____   Hospital: _____   by Whom: _____

Time/Description of Events: _I/M sprayed with chemical agents. Combative._
_Unable to obtain vitals_

Name/Title/of Those Responding: _LPN / EMT_

Time DON/HSA Notified: _____

Name/Signature of person completing man down: _C Sim LPN_

Name of person completing Urgent Care Assessment: _Bahan, RN_

## EQUIPMENT TAKEN TO MEDICAL EMERGENCY

B/P Cuff: _X_   Back Board: _____   AED: _X_   ER Jump Bag: _X_   Ambu Bag/Mask: _X_

Thermometer: _X_   SPO2: _X_   O2: _X_   C-Collar: _____   Stretcher: _____

12/1/16

Location: _C_   Date: _2/8/17_   Watch Commander: _Lt. Calvin_   DSN: _2630_

# Pulaski County Regional Detention Facility
## INCIDENT COMMANDERS CODE BLUE CHECKLIST

| | TIME | INITIALS | N/A |
|---|---|---|---|
| ☐ Gather Intelligence and Confirm | TIME | INITIALS | N/A |
| ➤ CODE 2 (protect in place) | 1817 | S.S. 4194 | |
| ✓ Designate recorder-start written log | 1817 | S.S. 4194 | |
| ➤ PCRDF Staff responding | 1817 | S.S. 4194 | |
| ➤ Medical staff responding | 1818 | S.S. 4194 | |
| ☐ Notifications | TIME | INITIALS | N/A |
| ➤ Captain of Housing & Security or designee | | S.S. 4194 | ✓ |
| ☐ Weapon(s) and/or Battery | TIME | INITIALS | N/A |
| ➤ Inmate(s) subdued (see criminal aspect & reports ↓) | | S.S. 4194 | ✓ |
| ➤ Inmate cannot safely be subdued | | S.S. 4194 | ✓ |
| ✓ Isolate inmate, contain the situation and withdraw | | S.S. 4194 | ✓ |
| ✓ Activate S. R. T. | | S.S. 4194 | ✓ |
| ▪ Consider escalation checklists ↓ | | S.S. 4194 | |
| ☐ Escalation | TIME | INITIALS | N/A |
| ➤ See "Death" checklist | | S.S. 4194 | ✓ |
| ➤ See "Hostage" checklist | | S.S. 4194 | ✓ |
| ➤ See "Code Red" checklist | | S.S. 4194 | ✓ |
| ➤ See "Forced Cell Extraction" checklist | | S.S. 4194 | ✓ |
| ➤ See "X-Ray 44" checklist | | S.S. 4194 | ✓ |
| ➤ See "Code 5" checklist | | S.S. 4194 | ✓ |
| ☐ Criminal Aspect & Reports | TIME | INITIALS | N/A |
| ➤ Crime scene established | | S.S. 4194 | ✓ |
| ➤ Photographs taken | | S.S. 4194 | ✓ |
| ➤ Collect and protect evidence | | S.S. 4194 | ✓ |
| ➤ Chain of custody observed | | S.S. 4194 | ✓ |
| ➤ Witnesses identified/statements | | S.S. 4194 | ✓ |
| ➤ Criminal charges filed (ADR) | | S.S. 4194 | ✓ |
| ➤ Workers compensation forms | | S.S. 4194 | ✓ |
| ➤ In-house charges filed | | S.S. 4194 | ✓ |
| ➤ General report (10-60) | | S.S. 4194 | ✓ |
| ☐ Hospitalization | TIME | INITIALS | N/A |
| ➤ Staff | | S.S. 4194 | ✓ |
| ➤ Inmate(s) | | S.S. 4194 | ✓ |
| ☐ Family Notifications (serious injury) | TIME | INITIALS | N/A |
| ➤ Staff | | S.S. 4194 | ✓ |
| ✓ Designated supervisor with Chaplain's assistance notifies family members | | S.S. 4194 | ✓ |
| ☐ Family Notifications (serious injury Cont.) | TIME | INITIALS | N/A |
| ➤ Inmates | | S.S. 4194 | ✓ |
| ✓ Investigations notifies family members | | S.S. 4194 | ✓ |

CHUK was here 12\2016

Location: _C_   Date: _2/8/17_ Watch Commander: _Lt. Calvin_   DSN: _____

| Administrative Segregation | TIME | INITIALS | N/A |
|---|---|---|---|
| ➢ Inmate(s) placed in Administrative Segregation Unit as "Emergency Administrative Segregation" | | S.S. 4194 | ✓ |
| ✓ Inmate(s) placed in restraint chair | | S.S. 4194 | ✓ |
| ✓ Restraint chair procedures followed per directive | | S.S. 4194 | ✓ |
| ☐ Code 1 | 18:29 | S.S. 4194 | |

CHUK was here 12\3016

Location: _C_    Date: _2/8/17_ Watch Commander: _Lt. Calvin_   DSN: _____

---

**NOTES:**

Code Blue ( Deputy Needs Assistance) called @ 1817 hours, in C- Charles Unit.

Medical Personnel On Scene @ 1818 hours.

Inmate Being Assessed by Medical Personnel @ 1819 hours.

Inmate Being Decontaminated ( Showered Out) @ 1824 hours.

Inmate Being Taken Back to cell @ 1829 hours.

Inmate Being Secured in cell @ 1829 hours.

Code 1 ( Return to Normal Operations) @ 1829 hours.

CHUK was here 12\2016



MSJ SOF 000380

| Office of the Pulaski County Sheriff | **Official Memorandum**<br>**Regional Detention Facility** | *17-UF-0101* |

| **To:** | Chief Sylvester via Chain of Command |
| **From:** | Captain Paxson's Administrative Office |
| **Re:** | Subject Control (Smith, Trillus #1964-17 "C" Unit) 02.07.17 |
| **Date:** | 27 February 2017 |

I have reviewed all written documentation and video regarding the incident with Inmate Smith. I concur with Lieutenant Aldridge's assessment that there were no apparent violations of Standards of Conduct, Policy and Procedures or Branch Directives and that no further action is required concerning this incident.

This Use of Force (Subject Control) Folder was received on 02.20.17. Was returned for corrections and received back on 02.24.17.

**Office of the**
**Pulaski**
**County**
**Sheriff**

**Official Memorandum**
**Pulaski County Detention Facility**

To:        Chief Sylvester via Chain of Command

From:      Lieutenant A. Aldridge

Re:        **COVER LETTER**
Re:        **SMITH,TRILLUS LAKAIL**

Date:      February 13, 2017 17-00506

After reviewing the submitted reports and video involving the incident with Inmate Smith, I find no apparent violations of any Policies and Procedures, Standards of Conduct or Branch Directives.

On February 7th at approximately 0708, Sergeants Hoof, Luckadue and Sanders went to C-Unit to assist with cleaning Inmate Smith's cell and have her hand examined by medical personnel. Smith's hand was examined through the food port but she refused to allow the handcuffs to be removed. Smith's cell door was opened and she quickly moved to the floor and placed her leg out of the cell preventing her door from being secured. She was assisted to her feet and walked into the cell but again became resistant when personnel attempted to remove the handcuffs. She began kicking her legs. Sergeant Sanders was holding the middle portion of the handcuffs when Smith pulled her arms up toward her mouth and attempted to bite Sergeant Sanders' hand. Sergeant Sanders pushed Smith's head back and while still maintaining hold of the handcuffs she was able to push Smith down to the floor. Once on the floor Smith remained uncooperative. Sergeant Hoof administered a burst of oleoresin capsicum spray (oc spray) to the face of Smith. Once she complied she was walked from the cell and sat down to be examined by medical personnel. Due to Smith being uncooperative with medical personnel they were unable to obtain her vital signs but she was decontaminated by medical personnel, and no injuries were noted on the medical altercation form. Smith was walked back into her cell and lowered to the floor and the handcuffs were removed. Smith grabbed the door and prevented the door from being secured. The door was opened again and Smith was moved into the cell and personnel were able to leave the cell and the door was secured with no further incident. Due to Smith's behavior, personnel returned later and took a picture of Smith through the cell window.

I recommend no further investigation involving this incident.

Signature Image

MEMBER'S SIGNATURE

CC

# PULASKI COUNTY SHERIFF'S OFFICE

### Subject Control Report Form

PSU USE ONLY
CASE#: 17-4F-0/0/

---

Date and Time: 2.7.17/0717

Incident#:17-00506|1486475427216#DHOOF

Location: C-UNIT

BI#:1964-17

Suspect's Name: SMITH,TRILLUS LAKAIL          Sex:F          DOB: ▮▮▮▮▮▮

Charges:

Conditions (check all that apply):

| | | | |
|---|---|---|---|
| Drug: | DWI: | Foot Pursuit: | Asslt. On Officer |
| Alcohol | Veh. Pursuit | Disturbance | Asslt. On Citizen |
| Mental: | Other Traf. Viol. | Making Arrest: | Other: |

Type of Control used: Oleoresin Capsicum Spray

If OC Spray was used, did OC incapacitate suspect enough for control?          YES

If No, Explain: NA

Distance from suspect when OC used:   One Foot          Number of Sprays used:          once

Did suspect require medical attention?   YES          Nature of Injury:   Oleoresin Capsicum Spray to the facial area

Pre-existing injuries?   NO          Nature of Injury:   NA

Refused treatment?   NO          Witness to refusal:   YES

Witness name: NA                    Sex:NA          DOB: NA

Address: NA

Witness name:N/A                    Sex:N/A          DOB:N/A

Address:N/A

MSJ SOF 000383

☒ Signature Image

Supervisor Signature:

Supervisor Signature:

DSN   Date:

1286   02/07/2017

DSN   Date:

MSJ SOF 000384

385 of 460

# PULASKI COUNTY REGIONAL DETENTION FACILITY
## OFFICE OF THE SHERIFF
### Doc Holladay, Sheriff
3201 W. Roosevelt Rd. Little Rock, AR. 72204
Tel: (501) 340-7000 Fax: (Admin) 340-7071 (Intake) (501) 340-7037
### OFFENSE / INCIDENT REPORT

| Inmate's Name | DOB | Race | Sex | BI# |
|---|---|---|---|---|
| SMITH,TRILLUS LAKAIL | ▮▮▮▮ | B | F | 1964-17 |

| Date and Time | | Place of | Page 1 |
|---|---|---|---|
| of Incident:02/07/2017 | 0717 | Incident:C-UNIT | of: |

NARRATIVE:
I went to C-unit to assist Deputies Brooks, Jones and Ward with Inmate Smith, Trillus (1964-17). Inmate Smith had blood on her hand, cell window and cell door. Nurse McGraw was called to the unit to assess Smith's hand. Smith was handcuffed through the food port. Nurse McGraw assessed Smith's hand and it was cleaned and a Band-Aid was placed on her hand. Smith was given several direct orders to stop moving her hands so that the handcuffs could be taken off of her and she refused these orders. Smith's cell was opened and she quickly moved to the floor and placed her leg out of the door to prevent her door from being closed and to prevent anyone from entering her cell. She was assisted to her feet and guided back into her cell to prevent her from injuring herself or staff members. She fell to the floor to prevent the handcuffs from being taken off of her and kept talking about she was going to get burned up at Baptist Hospital. She began to kick her legs wildly and I held her legs to prevent her from injuring staff. Sergeant Sanders attempted to take the handcuffs off of Smith and Smith tried to bite Sergeant Sanders. I sprayed Smith with a burst of oleoresin capsicum spray. A Code Blue (Deputy Needs Assistance )was called at 0717. She was walked out of her cell so that medical could assess her. Medical staff sprayed an eye solution into her eyes and she kept talking about being burned up in her cell and at Baptist Hospital. She was assisted to her feet and pulled back into her cell because she refused to walk on her own into the cell. She was guided to the floor to prevent her from injuring staff and the handcuffs were taken off in the cell. Smith put her hand on the floor blocking the door from being closed. Sergeant Sanders, Sergeant Luckadue and I went back into the cell and assisted her to the back of the cell and left the cell before Smith could get back to the cell door. A Code One (Normal Operations) was called at 0723.

ACTIONS TAKEN: Smith was seen by medical staff. Incident 17-00506

☒ Signature Image                    ☒ Signature Image

**INMATE'S SIGNATURE**                    **INMATE'S SIGNATURE**

☒ Signature Image

| Sergeant Hoof | 1468 | 02/07/2017 | _(signature)_ |
|---|---|---|---|
| **REPORTING MEMBER** | **DSN** | **DATE/TIME** | **SIGNATURE** |

☒ Signature Image

| Lieutenant Aldridge | 1286 | 2.21.17/1442 | _(signature)_ |
|---|---|---|---|
| **REVIEWING SUPERVISOR** | **DSN** | **DATE/TIME** | **SIGNATURE** |

MSJ SOF 000385

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: [signature]   DSN:
Date:02/07/2017

Subject Control (Smith, Trillus 1964–17

Report#:17-00506
Page 1 of:

NARRATIVE:

On 2/7/17 at 0711 hours Sergeant Sanders, Sergeant Hoof, and Nurse McGraw was in the unit due to Inmate Smith, Trillus#1964-17 hand being hurt in the cell door. Inmate Smith would not place her hands in food trap so handcuffs could be removed. Inmate Smith was sprayed with oleoresin capsicum in the facial area for refusing to get up and jerking around while on the floor. A Code Blue (Deputy Needs Assistance) was called at 0717 hours. Inmate Smith was decontaminated and checked out by medical and cleared to remain in the unit. Smith was returned her cell where she laid out on floor. I removed the handcuffs from her hands she was told not to move until everyone walked out of the cell. Inmate Smith then put her arm outside the door so it could not be secured. The door was reopened Inmate Smith, was slid back over toward the bunk by Sergeant Sanders and Sergeant Luckadue   and door was closed without incident. A Code One (Normal Operations) was called at 0723 hours. Inmate Smith is still housed in cell C103 on suicide watch full restraints.

Signature Image

[signature]

DEPUTY:Deputy Robinson        DSN:2365

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

Reviewed by: *[signature]*   DSN:

Date:02/07/2017

Subject Control (Smith, Trillus 1964-17

Report#:17-00506

Page 1 of:

NARRATIVE:

At approximately 0700 hours while medical was trying to assess Inmate Smith, Trillus Bl# 1964-17 hand from an earlier incident; we had to open her cell to clean blood from door and window. After cleaning the cell door, window, and floor the Inmate was ordered to place her hands in the food port to have her cuffs removed. Inmate Smith began to resist and would not comply. Inmate Smith was sprayed with oleoresin capsicum spray by Sergeant Hoof. A Code Blue (Deputy Needs Assistance) was called at 0717 hours. The Inmate was secured in her cell until medical personnel arrived.  Medical arrived to assess Inmate Smith, the nurse was trying to assess Inmate Smith and she refused. Medical personnel was finally able to assess and decontaminate Inmate Smith. The Inmate was then taken back in her cell and upon attempting to  bring Inmate Smith to the food port to remove the hand cuffs she crawled out of the cell. She was taken back into the cell, handcuffs were removed, and Deputy Jones, Brooks, Sergeant Hoof, Sergeant Sanders and myself placed the Inmate back in her cell and secured the door shut. A Code One (Return to Normal Operations) was called at 0723 hours. No further incident occurred.

Signature Image

*unavailable for signature*

DEPUTY:Deputy Ward        DSN:4370

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: _____   DSN:
Date:02/07/2017          Subject Control (Smith, Trillus 1964-17)

Report#:17-00506
Page 1 of:

NARRATIVE:
While advising the unit deputy that I had returned an Inmate from medical. I observed several sergeants and deputies at cell 103. Inmate Smith, Trillus (1964-17) was being assessed by Nurse McGraw through the food trap. I observed that Inmate Smith was talking weird and appeared to be trying to resist. So I stood by for assistance. The assessment was completed and the cell door needed to be cleaned due to blood being on the window and food trap. I assisted in opening the cell door, and took control of the unit keys. The cell door was cleaned and Inmate Smith became uncooperative by trying to exit the cell while the door was being secured.  A Code Blue (Deputy Needs Assistance) was called at 0717 hours. Inmate Smith was oleoresin capsicum sprayed, and walked out of the room to the bunks to be assessed by medical personnel.  I stood by FOR further assistance while Inmate Smith was being assessed by medical.  Medical personnel completed their assessment and decontamination of Inmate Smith. Inmate Smith was returned to her cell, the handcuffs were removed and I secured the cell door. A Code 1 (Return to Normal Operations) was called at 0723 hours. I exited the unit and returned to my normal duties.

☒ Signature Image

DEPUTY:Deputy J. Wade       DSN:2597

MSJ SOF 000388

**PULASKI COUNTY SHERIFF'S OFFICE**
**Supplemental Report**

Reviewed by: ⟨signature⟩ DSN:
Date:02/07/2017

SUBJECT CONTROL-INMATE SMITH,
TRILLUS #1964-17

Report#:17-00506
Page 1 of:

NARRATIVE:

While I was in the unit, Inmate Smith refused to stand up, so the cell door was opened by Deputy Wade, so that the blood that was on the window and door could be cleaned up. Once the cell was cleaned, Inmate Smith, Trillus #1964-17 was refusing to let the cell door close, by placing her leg outside of the door, to prevent it from being closed. Sergeant Sanders, Sergeant Hoof, and I picked up Inmate Smith and took her to the middle of the floor inside of the cell. Sergeant Hoof and I held her legs to stop her from kicking, until the cell was completely cleaned. As we tried to exit to cell, Inmate Smith's hands were pulled through the food port to remove the handcuffs, she would place her legs in the door way to prevent the door from closing. Sergeant Hoof, Sergeant Sanders, and I then attempted to pull Inmate Smith back inside the cell, so we could try to secure the door again. Inmate Smith started twisting and flopping on the floor, and refused to stand. Sergeant Hoof sprayed one burst of oleoresin capsicum spray to Inmate Smith's face. A Code Blue (Deputy Needs Assistance) was called at 0717 hours in C-unit. The door was secured until medical arrived in the unit. Medical personnel entered the unit, Inmate Smith was bought out to the bunk area to be seen by medical. While medical was attempting to assess Inmate Smith, she refused to be still so medical could see her. Inmate Smith started talking crazy and spitting on herself. Medical rinsed Inmate Smith's eyes with solution, and cleared her to remain in the unit. Inmate Smith was walked back into cell C-103, where the handcuffs were removed and the door was secured. A Code 1 (Return to Normal Operations) was called at 0723 hours.

⟨checkbox⟩ Signature Image

⟨signature⟩

DEPUTY:Sergeant V. Luckadue      DSN:2509

MSJ SOF 000389

**PULASKI COUNTY SHERIFF'S OFFICE**
**Supplemental Report**

Reviewed by: *Uttanly*          DSN:                          Report#:17-00506
Date:02/07/2017                  SUBJECT CONTROL/ INMATE SMITH,   Page 1 of:
                                 TRILLUS#1964-17

NARRATIVE:

I entered C-unit at approximately 0710 hours, after receiving a phone call from
Deputy Clark in reference to Inmate Smith, Trillus#1964-17 finger bleeding due
to it being shut in the cell door on C-shift. Inmate Smith was being assessed by
Nurse McGraw for her finger injury through the food trap. I then took a photo of
the injury to her right hand from the early incident. Once Nurse McGraw was done
with the assessment the cell door was opened by Deputy Wade to clean the blood
from the cell door, window, and floor. Once we finished cleaning the cell Inmate
Smith was walked to the cell door so that the handcuffs could be removed. The
inmate dropped to the floor and placed her left leg out so the door could not be
closed. Sergeants Hoof, Luckadue, Deputy Jones, and I had to pull her back into
the cell. Inmate Smith was assisted to her feet and walked to the door again in
an attempt to remove the handcuffs. I was holding the middle of the handcuffs
with my right hand guiding her to the door. Inmate Smith then attempted to pull
my hand towards her mouth to bite my right hand. I turned towards the inmate and
with an open firm hand I pushed her head all the way back until she was lying on
her back; while still maintaining control of her hands by the handcuffs. I
grabbed both hands and Sergeants Hoof and Luckadue had her legs due to Inmate
Smith kicking her feet and yelling. Several orders were given for Inmate Smith
to stop kicking and stand up, but she would not comply. Sergeant Hoof gave a
burst of oleoresin capsicum spray to the facial area. A Code Blue (Deputy Needs
Assistance) was called at 0723 hours. Everyone exited the cell and secured the
door until medical arrived on the unit. Once medical personnel was on the scene
the cell door was reopened and Inmate Smith was brought out of the cell and she
sat down on the bunk located next to the cell door. Inmate Smith was still being
disorderly by yelling and pulling back and forwards as other responding deputies
were trying to hold her for assessment. Medical was finally able to complete
assessment and decontamination to clear her to remain in the unit. Inmate Smith
was taken back into her cell, the handcuffs removed and we attempted to exit the
cell. Inmate Smith grabbed the bottom of the cell door, so I ordered everyone to
stop pushing the door due to her fingers being in the door. We reentered and
pulled Inmate Smith away from the door. I assisted by grabbing her upper body.
Everyone exited the cell and the door was secured. A Code One (Return to Normal
Operations) was called at 0723 hours.

☒ Signature Image

*Sgt M. Sanders #2407*

DEPUTY:SGT. M. SANDERS     DSN:2407

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: [signature] DSN:
Date:02/07/2017      Subject Control - Inmate Smith, Trillus #1964-17

Report#:17-00506
Page 1 of:

NARRATIVE:
At approximately 0717 hours a Code Blue (Deputy Needs Assistance) was called for C-unit. I arrived and observed multiple Deputies in front of cell door C-103. Sergeant Luckadue instructed me to have all responding personnel wait at the entrance except for medical. I observed Inmate Smith, Trillus #1964-17 being walked out of the cell, where she sat on a lower bunk. Inmate Smith had already been sprayed with oleoresin capsicum and handcuffed prior to my arrival. Medical personnel arrived and assessed Inmate Smith. Medical cleared Inmate Smith to remain in the unit. Inmate Smith was walked back into her cell. Inmate Smith began to push back and fall to the ground. The handcuffs were removed and the door was secured without further incident. A Code 1 (Return to Normal Operations) was called at 0723 hours.

☒ Signature Image

*Sgt A. Jenkins 2519*
DEPUTY: Sergeant A Jenkins      DSN:2519

MSJ SOF 000391

## PULASKI COUNTY SHERIFF'S OFFICE
### Supplemental Report

Reviewed by: _(signature)_                DSN: 2692                                Report#:17-00506
Date:02/07/2017                    Subject Control: Smith Trillus 1964-17                    Page 1 of: 1

NARRATIVE:

At approximately 0700 hours I entered C-Unit to help with the cleaning of Inmate Smith, Trillus (Bl#1964-17) cell. Her finger had previously been smashed in the door, and we needed to clean the blood from the windows. She is a full restraint inmate and gives an apparent problem each time her door has to be opened. A shift sergeants entered the unit for assistance at approximately 0705 hours. The inmates on the bunk were secured in the bottom sub day, as a precaution. Inmate Smiths' door was opened and her window was cleaned along with her door. Once we attempted to secure the door, the inmate attempted to put her hand out of the door, preventing us from closing it. Sergeant Hoof applied a 2 to 3 second burst of Oleoresin Capsicum spray to her facial area, Code Blue (Deputy Needs Assistance) was called at 0717 hours. I held her shoulder and her head as medical evaluated the inmate. She continued to fight and resist during the decontamination process. Medical evaluated the Inmate and cleared her to remain in the unit. Code One (Normal Operations) was called at 0723 hours.

⊠ Signature Image

_A. Jones 4167_

DEPUTY:Deputy A. Jones          DSN:4167

MSJ SOF 000392

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: ~~CPT McCUAR~~ DSN: ~~2462~~
Date:02/07/2017          SUBJECT CONTROL/ INMATE SMITH,
                              TRILLUS#1964-17

Report#:17-00506
Page 1 of:   1

NARRATIVE:
At approximately 0700 hours while medical was trying to assess Inmate Smith, Trillus BI# 1964-17 hand from an earlier incident; we had to open her cell to clean blood from door and window. After cleaning the cell door, window, and floor the Inmate was ordered to place her hands in the food port to have her cuffs removed. Inmate ~~Trillus~~ SMITH began to resist and would not comply. Inmate Smith was sprayed with oleoresin capsicum spray by Sergeant Hoof. A Code Blue (Deputy Needs Assistance) was called at 0717 hours. The Inmate was secured in her cell until medical personnel arrived.  Medical arrived to assess Inmate Smith, the nurse was trying to assess Inmate Smith and she refused. Medical personnel was finally able to assess and decontaminate Inmate Smith. The Inmate was then taken back in her cell and upon attempting to  bring Inmate Smith to the food ~~tray to port~~ remove the hand cuffs she crawled out of the cell. She was taken back into the cell, handcuffs were removed, and Deputy Jones, Brooks, Sergeant Hoof, Sergeant Sanders and myself placed the Inmate back in her cell and secured the door shut. A Code One (Return to Normal Operations) was called at 0723 hours. No further incident occurred.

Signature Image     *Quynh Ward 4370*

DEPUTY:WARD          DSN:4370

## PULASKI COUNTY SHERIFF'S OFFICE
**Supplemental Report**

Reviewed by:
Date:02/07/2017

DSN: 1440

Report#:17-00506
Page 1 of: 1

SUBJECT CONTROL-INMATE SMITH,
TRILLUS #1964-17

NARRATIVE:

At 0717 hours while assessing Inmate Smith, Trillus book in # 1964-17 hand that was bleeding from an earlier incident, she was oleoresin capsicum sprayed by Sergeant Hoof. Inmate Smith refused to allow the door to her cell to be closed so the handcuffs could be taken off. Sergeant Hoof, Sanders and Luckadue instructed Inmate Smith to stand up and get out of the door way or be sprayed. Inmate Smith refused all orders and was sprayed. A Code Blue (Deputy Needs Assistance) was called. Inmate Smith was assessed by medical and cleared to remain in unit. Sergeant Sanders was able to get Inmate Smith to lie on the floor and be uncuffed. The door was secured and a Code One (Return to Normal Operations) was called at 0723 hours.

Signature Image

DEPUTY:V. Brooks        DSN:2631

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by:
Date:02/07/2017

DSN: 14e

Subject Control (Smith, Trillus 1964-17

Report#:17-00506
Page 1 of:

NARRATIVE:
At 0717 hours I called a Code Blue(Deputy Needs Assistance) in C-Unit . I then
provided added security while Inmate Smith,Trillus BI#1964-17 was assessed by
medical. A Code 1(Return to Normal Operations) was called at 0723 hours.

🅇 Signature Image

Dep. E. Clark 2774

DEPUTY:Deputy E. Clark        DSN:2774

MSJ SOF 000395

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: _____ DSN: 1408

Date:02/07/2017          Subject Control (Smith, Trillus 1964-17

Report#:17-00506
Page 1 of: 1

NARRATIVE:
On 2/7/17 at 0711 hours Sergeant Sanders, Sergeant Hoof, and Nurse McGraw was in the unit due to Inmate Smith, Trillus#1964-17 hand being hurt in the cell door. Inmate Smith would not place her hands in food trap so handcuffs could be _____ ~~with it?~~ removed. Inmate Smith was sprayed in the facial area for refusing to get up and jerking around while on the floor. A Code Blue (Deputy Needs Assistance) was called at 0717 hours. Inmate Smith was decontaminated and checked out by medical and cleared to remain in the unit. Smith was returned her cell where she laid out on floor, I removed the handcuffs from her hands she was told not to move until everyone walked out of the cell. Inmate Smith then put her arm outside the door so it could not be secured. The door was reopened, Inmate Smith was slide back over toward the bunk by Sergeant Sanders and Sergeant Luckadue  and door was closed without incident. A Code One (Normal Operations) was called at 0723 hours. Inmate Smith is still housed in cell C103 on suicide watch full restraints.

⊠ Signature Image

*Dep J Robinson#2365*

DEPUTY:Deputy Robinson          DSN:2365

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: _Uttrzly_   DSN:

Date:02/07/2017        Subject Control (Smith, Triullus 1964-17

Report#:17-00506
Page 1 of: 1

---

NARRATIVE:

While advising the unit deputy that I had returned an Inmate from medical. I observed several sergeants and deputies at cell 103. Inmate Smith, Trillus (1964-17) was being assessed by Nurse McGraw through the food trap. I observed that Inmate Smith was talking weird and appeared to be trying to resist. So I stood by for assistance. The assessment was completed and the cell door needed to be cleaned due to blood being on the window and food trap. I assisted in opening the cell door, and took control of the unit keys. The cell door was cleaned and Inmate Smith became uncooperative by trying to exit the cell while the door was being secured.  A Code Blue (Deputy Needs Assistance) was called at 0717 hours. Inmate Smith was oleoresin capsicum sprayed, and walked out of the room to the bunks to be assessed by medical personnel.  I stood by further for assistance while Inmate Smith was being assessed by medical.  Medical personnel completed their assessment and decontamination of Inmate Smith. Inmate Smith was returned to her cell, the handcuffs were removed and I secured the cell door. A Code 1 (Return to Normal Operations) was called at 0723 hours. I exited the unit and returned to my normal duties.

X Signature Imade

_Dsty Jlu_ 2597

DEPUTY:Deputy J. Wade        DSN:2597



**TURN KEY HEALTH**

### INCIDENT/ UNUSUAL OCCURRENCE REPORT

DATE OF INCIDENT: _2/07/17_ TIME OF INCIDENT: _0719_ REPORTING STAFF: _C-unit Deputies_

PATIENT NAME: _Smith, Frillus_ ID# _1964-17_ DOB:

STAFF INVOLVED: _Cook, Mitchell, Bishop, Moore, Harrison, McCraw, Adams_

WITNESSES: _C-unit Deputies_

LOCATION: _C-unit_

DESCRIBE IN DETAIL INCIDENT: (INCLUDE WHO, WHEN, HOW, WHY):

_Inmate sprayed R/T combative behavior. Unable to obtain VS. Inmate uncooperative. Both eyes flushed c̄ NS._

_Shawn Adams RN_

STAFF REPORTING SIGNATURE

_02/07/17 @ 0944_

DATE/TIME SUBMITTED TO SUPERVISOR

SUPERVISOR'S COMMENTS AND ACTION TAKEN:

SUPERVISOR'S SIGNATURE         DATE

FAX COMPLETED FORM TO 405-563-9121.    DO NOT FILE IN PATIENT CHART !

MSJ SOF 000398

Location: _C_   Date: _2/4/17_ Watch Commander: _Lt. Aldridge_ DSN: _____

# Pulaski County Regional Detention Facility
## INCIDENT COMMANDERS CODE BLUE CHECKLIST

| Gather Intelligence and Confirm | TIME | INITIALS | N/A |
|---|---|---|---|
| ➢ CODE 2 (protect in place) | 0717 | MPM | |
| ✓ Designate recorder-start written log | | | |
| ➢ PCRDF Staff responding | 0717 | MPM | |
| ➢ Medical staff responding | 0718 | MPM | |
| **Notifications** | **TIME** | **INITIALS** | **N/A** |
| ➢ Captain of Housing & Security or designee | | | |
| **Weapon(s) and/or Battery** | **TIME** | **INITIALS** | **N/A** |
| ➢ Inmate(s) subdued (see criminal aspect & reports ↓) | 0713 | MPM | |
| ➢ Inmate cannot safely be subdued | | | |
| ✓ Isolate inmate, contain the situation and withdraw | | | |
| ✓ Activate S. R. T. | | | |
| ▪ Consider escalation checklists ↓ | | | |
| **Escalation** | **TIME** | **INITIALS** | **N/A** |
| ➢ See "Death" checklist | | | ✓ |
| ➢ See "Hostage" checklist | | | |
| ➢ See "Code Red" checklist | | | |
| ➢ See "Forced Cell Extraction" checklist | | | |
| ➢ See "X-Ray 44" checklist | | | |
| ➢ See "Code 5" checklist | | | |
| **Criminal Aspect & Reports** | **TIME** | **INITIALS** | **N/A** |
| ➢ Crime scene established | | | |
| ➢ Photographs taken | | | |
| ➢ Collect and protect evidence | | | |
| ➢ Chain of custody observed | | | |
| ➢ Witnesses identified/statements | | | |
| ➢ Criminal charges filed (ADR) | | | |
| ➢ Workers compensation forms | | | |
| ➢ In-house charges filed | | | |
| ➢ General report (10-60) | | | ✓ |
| **Hospitalization** | **TIME** | **INITIALS** | **N/A** |
| ➢ Staff | | | |
| ➢ Inmate(s) | | | |
| **Family Notifications (serious injury)** | **TIME** | **INITIALS** | **N/A** |
| ➢ Staff | | | |
| ✓ Designated supervisor with Chaplain's assistance notifies family members | | | ✓ |
| **Family Notifications (serious injury Cont.)** | **TIME** | **INITIALS** | **N/A** |
| ➢ Inmates | | | |
| ✓ Investigations notifies family members | | | |

Location: _C_   Date: 2-2-17   Watch Commander: Lt. Aldeidge DSN: _____

| Administrative Segregation | TIME | INITIALS | N/A |
|---|---|---|---|
| ➤ Inmate(s) placed in Administrative Segregation Unit as "Emergency Administrative Segregation" | | | ✓ |
| ✓ Inmate(s) placed in restraint chair | | | |
| ✓ Restraint chair procedures followed per directive | | | ✓ |
| ☐ Code 1 | 0123 | MM | ✓ |

Location: C    Date: 2/2/17  Watch Commander: Lt. Aldridge DSN: _____

**NOTES:**

0717    Code Blue C-Unit
0718    Medical On Scene
0720    Medical assessing
0723 Medical assessment complete, Inmate
        Secured in cell
0723 Code 1 C-unit



MSJ SOF 000402

| Office of the<br>Pulaski<br>County<br>Sheriff | **Official Memorandum**<br>**Pulaski County Detention Facility** |
|---|---|

*17-4J-0108*

To:     Captain Rose
From:  Lieutenant Vanorris Sims
Re:      Incident # 17-00489
Date:  2.17.2017

In reference to the above numbered incident involving Inmate Smith, Trillus B/I 1964-17 I did not find any violation that directly contributed to the incident occurring but I did find a lapse in procedure involving the unit lights when entering her cell.  Once the code was called Deputy Moton had to leave the cell to go turn the lights on in the cells and then Sergeant Thomisee can be seen on video turning the rest of the unit lights on once he entered the unit.   As I do not see this affecting whether or not this incident would have occurred or the outcome of the incident I will be addressing it with Deputy Moton and Deputy Church and documenting it at this level.

MSJ SOF 000403

| Office of the Pulaski County Sheriff | Official Memorandum Regional Detention Facility |
|---|---|

**To:**      Chief Mike Sylvester via Chain of Command

**From:**    Captain T. Rose #1175

**Re:**      Subject Control (Inmate Smith, Trillus B/I #1964-17 "C-Unit") 02.05.2017

**Date:**    March 2, 2017

I have reviewed all written documentation and video regarding the incident with inmate Smith. I concur with Lieutenant Sims' assessment that there are no apparent violations of Standards of Conduct, Policy and Procedures, Branch Directives or Practices and that no further action is required concerning this incident.

Please excuse the tardiness of this use of force folder. The initial use of force occurred on 02.05.17 and was received in my front office on 02.13.2017. However, this folder was sent back for minor corrections and received back on 02.17.2017. In addition, it was held until I received it after my vacation. Thanks

**Office of the**
**Pulaski**                    **Official Memorandum**
**County**              **Pulaski County Detention Facility**
**Sheriff**

To:        Chief Sylvester via Chain of Command

From:     Lieutenant V. Sims

Re:        **COVER LETTER**
Re:        **SMITH,TRILLUS LAKAIL**

Date:      02.10.2017


After reviewing the submitted reports, viewing the video footage, and speaking with
the deputies involved I found no apparent violations of policy, procedures, or
directives that contributed to the use of force incident with Inmate Smith, Trillus
B/I 1964-17. I do not find the need for any further investigation at this time.


At approximately 0621 hours Deputy Moton and Deputy Church entered the cell
(C-103) of Smith, Trillus b/I 1964-17 to clean out a mess she had made in the cell.
Inmate Smith was not classified as full restraint at this time but was on suicide
watch. Deputy Moton entered the cell to sweep it as Deputy Church stood at the
door for security. Inmate Smith attempted to leave the cell and Deputy Church
ordered her to stay in the cell. She continued to try to leave the cell and Deputy
Church attempted to soft hand her back into the cell but she pulled away from him
and exited the cell. Deputy Moton attempted to soft hand her back into the cell at
this point but Inmate Smith continued to pull away from and struggle with the
deputies as they attempted to get her back into the cell. At this time Deputy Church
sprayed Inmate Smith in the facial area with a burst of oleoresin capsicum spray
and a Code Blue (Deputy Needs Assistance) was called at 0621 hours. Deputy
Church and Deputy Moton were then able to push Inmate Smith back into the cell.
Deputy Moton ran to the Deputy Station at this time turning on the cell lights.
Inmate Smith continued to struggle with Deputy Church and they ended back up
outside of the cell. Deputy Moton ran back to where they were struggling and
Deputy Church applied a handcuff to Inmate Smith's left wrist. They continued to
struggle as responding personnel, Deputy Gleason, Deputy Pruitt, and Deputy
Quattlebaum entered the unit. Once they took control of Inmate Smith Deputy
Moton backed away due to being overcome by the effects of the oleoresin capsicum
spray. The Deputies were able to place handcuffs on both of Inmate Smith's wrists
at this time. Sergeant Thomisee arrived in the unit at this time and assumed as on
scene supervisor duties until Sergeant Bone arrived in the unit and took over as on
scene supervisor. Sergeant Thomisee then turned on the rest of the unit lights at the
deputy station. The Deputies then lifted Inmate Smith to a chair where she was

MSJ SCDC 00405

checked by medical. Medical staff decontaminated her and cleared her to remain in the facility. She was then walked back to her cell where her shackles were removed. She was then walked to the food port where she continued to resist again by attempting to put her body outside of the door. Sergeant Bone took hold of Inmate Smith under her jaw and chin with her hand to control her head. Inmate Smith then calmed down and cooperated and they were able to secure her in the cell. A Code-1 (Return to Normal Operations) was called at 0630 hours. Sergeant Thomisee returned to the unit and attempted to take pictures but the camera batteries were drained. He also offered supplemental witness statements but none were requested.

Signature Image

W. J. Sims #2605

MEMBER'S SIGNATURE

CC

# PULASKI COUNTY SHERIFF'S OFFICE

PSU USE ONLY
CASE#: 17-03-008

## Subject Control Report Form

Date and Time: 02.05.17 0621

Incident#:17-00489|1486712389774#LBONE

Location: C-unit

BI#:1964-17

Suspect's Name: SMITH,TRILLUS LAKAIL         Sex:F         DOB:█████

Charges: In House Disciplinary

Conditions (check all that apply):

| Drug: | DWI: | Foot Pursuit: | Asslt. On Officer |
|---|---|---|---|
| Alcohol | Veh. Pursuit | Disturbance X | Asslt. On Citizen |
| Mental: | Other Traf. Viol. | Making Arrest: | Other: |

Type of Control used: Oleoresin Capsicum/ Hands On

If OC Spray was used, did OC incapacitate suspect enough for control?          NO

If No, Explain: Inmate continued to fight until additional personnel arrived

Distance from suspect when OC used:          approximately 2 feet          Number of Sprays used:          One

Did suspect require medical attention?          YES          Nature of Injury:          Decontamination

Pre-existing injuries?          NO          Nature of Injury:          NA

Refused treatment?          NO          Witness to refusal:          NO

Witness name: NA          Sex:NA          DOB: NA

Address: NA

Witness name:N/A          Sex:N/A          DOB:N/A

Address:N/A

Signature Image

Deputy's Signature: _J. Church_        DSN   Date:
                                       4290   2/5/2017
           Signature Image
                                       1095   02/05/2017
Sgt. Bru
Supervisor Signature:                  DSN   Date:
W.D. Sims #2503                         2503   02/05/2017
Supervisor Signature:                  DSN   Date:

MSJ SOF 000408

MSJ SOF 000409

MSJ SOF 000410

Location: C      Date: 2-5-17 Watch Commander: Lt Sims      DSN: 2503

# Pulaski County Regional Detention Facility
## INCIDENT COMMANDERS CODE BLUE CHECKLIST

| Gather Intelligence and Confirm | TIME | INITIALS | N/A |
|---|---|---|---|
| ➢ CODE 2 (protect in place) | 0621 | V52503 | |
| ✓ Designate recorder-start written log | | | |
| ➢ PCRDF Staff responding | 0622 | V52503 | |
| ➢ Medical staff responding | 0623 | V52503 | |
| **Notifications** | **TIME** | **INITIALS** | **N/A** |
| ➢ Captain of Housing & Security or designee | | | ⁓ |
| **Weapon(s) and/or Battery** | **TIME** | **INITIALS** | **N/A** |
| ➢ Inmate(s) subdued (see criminal aspect & reports ↓) | | | |
| ➢ Inmate cannot safely be subdued | | | |
| ✓ Isolate inmate, contain the situation and withdraw | | | |
| ✓ Activate S. R. T. | | | |
| ▪ Consider escalation checklists ↓ | | | |
| **Escalation** | **TIME** | **INITIALS** | **N/A** |
| ➢ See "Death" checklist | | | |
| ➢ See "Hostage" checklist | | | |
| ➢ See "Code Red" checklist | | | |
| ➢ See "Forced Cell Extraction" checklist | | | |
| ➢ See "X-Ray 44" checklist | | | |
| ➢ See "Code 5" checklist | | | |
| **Criminal Aspect & Reports** | **TIME** | **INITIALS** | **N/A** |
| ➢ Crime scene established | | | ⁓ |
| ➢ Photographs taken | | | |
| ➢ Collect and protect evidence | | | |
| ➢ Chain of custody observed | | | |
| ➢ Witnesses identified/statements | | | |
| ➢ Criminal charges filed (ADR) | | | |
| ➢ Workers compensation forms | | | |
| ➢ In-house charges filed | 0630 | V52503 | |
| ➢ General report (10-60) | | | ⁓ |
| **Hospitalization** | **TIME** | **INITIALS** | **N/A** |
| ➢ Staff | | | |
| ➢ Inmate(s) | | | |
| **Family Notifications (serious injury)** | **TIME** | **INITIALS** | **N/A** |
| ➢ Staff | | | |
| ✓ Designated supervisor with Chaplain's assistance notifies family members | | | |
| **Family Notifications (serious injury Cont.)** | **TIME** | **INITIALS** | **N/A** |
| ➢ Inmates | | | |
| ✓ Investigations notifies family members | | | |

CHUK was here 12\1\2016

Location: ___C___ Date: 2/12/17 Watch Commander: Lt. Sims DSN: 2503

| Administrative Segregation | TIME | INITIALS | N/A |
|---|---|---|---|
| ➢ Inmate(s) placed in Administrative Segregation Unit as "Emergency Administrative Segregation" | 0630 | VS2503 | |
| ✓ Inmate(s) placed in restraint chair | | | |
| ✓ Restraint chair procedures followed per directive | | | |
| ☐ Code 1 | 0630 | VS2503 | |

CHUK was here 12\2016

Location: _C_ Date: 2-5-17 Watch Commander: 4.0.Cms DSN: 1823

---

**NOTES:**

B/F OC Spray 622

623 has been Restrained

624 Medical Assessing

625 Decontaminating

626 Returned to Cell

628 Taking restraints off

CHUK was here 12\2016

# Pulaski County Regional Detention Facility

## Pre-Hearing Detention Form

Date: _2-5-17_                                   Time: _07 11_

To:     **Classification Board**

From:   _Sgt Bone_
        On Duty Shift Supervisor

Re:     _Smith, Trillus_     B/I #: _1964-17_
        Inmate's Name

The above named Inmate:

( )     Is pending a hearing for violation of facility rules and regulations.

( )     Is pending an investigation of a violation of facility rules and regulations.

( )     Is pending investigation or trial for a criminal act committed in this facility.

(X)     Is to be admitted to administrative segregation for the following reason(s):

    ( )     Inmate has requested protective custody

            "I hereby request placement in protective custody for my own protection."

    _____
            Inmate's signature

    (X)     Since a serious threat to the Inmate's safety, and/or to the security and order of
the unit, exists. _Full Rest_ ,

It is this Deputy/Supervisor's decision, based on the belief that the continued presence of the
above named Inmate in this housing unit poses a serious threat to life, property, self, staff other
Inmates and the security and order of the unit and the facility.

Therefore, _Smith Trillus_     B/I # _1964-17_ shall be placed on
Administrative Segregation until further notice.

_____     _____     _Sgt Bone_     _109J_
    Reporting Deputy           DSN          Supervisor      DSN

_W.U. Sims_     _2083_     (X) Approve          ( ) Disapprove
    Lieutenant       DSN

Classification Notified   (X) Yes   ( ) No   Date: _2-5-17_   Time: _0711_

Classification Specialist Notified: _Mrs. Banks._

Copy forwarded to On Duty Charge Nurse by: _____   DSN: _____
                                        Supervisor

MSJ SOF 000414

p_h_d_f Revision 09/28/98

# Pulaski County Regional Detention Facility
## BOOK-IN MESSAGE MAINTENANCE

DATE: 2-5-17       TIME: 0711

INMATE NAME: Smith Trillus      SO#: 188619

BOOK-IN #: 1964-17      DOB: ▮▮▮▮▮

This form was completed by: Sgt. Bone, 1095
(NAME & DSN)

Any special instructions or information concerning the above named inmate housing status:

Full Restraints.

(Please check one or both if applicable)
( ) The above information was entered into the above inmate's Book-in Pop-Up.
( ) The above information was entered into the above inmate's ID Master Pop-Up.

Classification Specialist entering information: _____
(Name & DSN)

Date information was entered: _____

MSJ SOF 000415

# NOTICE OF CHARGE(S)

**PULASKI COUNTY REGIONAL DETENTION FACILITY**

_Smith_ vs _Trillus_ _____ _1944-17_
Name of Inmate                    Bookin Number

Notice is given on the _10_ day of _February_, 20_17_, at _0245_ hours.
You will be brought before the Disciplinary Board to hear evidence and make a statement on the
charge(s). You may waive the right to a hearing by signing the waiver at the bottom of this
notice. This of course, must be done freely and voluntarily. You have the right to request that
individuals be brought before the board as your witness(s), not to exceed two (2).

Witness for inmate: _Did not respond when asked_ _none_

Date of Incident: _2-5-17_   Time of Incident: _0621_

**Charges:**

1. _Class I #3 Being out of assigned place_
2. _Class II #1 refusal to obey an order from staff member in a timely manner_
3. _Class II #7 Interference w/ a staff member performance of duties by verbal or physical intimidation._

I have received notice of the above charges _refused to sign_
                                          Signature of Inmate

You will be informed in writing of the decision of the board within 24 hours from the date of the
hearing. You may appeal the decision of the board within 48 hours to the Sheriff. The Sheriff's
decision will be final.

## Waiver

The undersigned states that he/she has read the forgoing notice and that he/she waives his/her
presence at the hearing which is described therein, thus accepting the decision of the board.

_____          _____
Signature of Shift Supervisor                        Signature of Inmate

White: File Copy        Yellow: Shift Commander Copy        Pink: Disciplinary Board        Gold: Inmate Copy

LITTLE ROCK
(501)340-6600
FAX

**NAME:**     SMITH,TRILLUS LAKAIL
ALIAS:
DOB:
DLN:
SSN:
SID #:
FBI #:
GENDER:       F
RACE:         B
HEIGHT:       502
WEIGHT:       150
HAIR:         BLK
EYES:         BRO



---

**BOOKING #** 1964-17    **SO #** 188619    **CELL #** H/C-150
C-218
C-102    **BASKET #**
C-103

BOOKING DATE: 02/02/2017        TIME:              CLASSIFICATION:
ARREST DATE: 02/02/2017         RELEASE DATE:      RELEASE TYPE:
ADDRESS:                 CITY: LITTLE ROCK      STATE/ZIP: AR        ]
HOME PHONE:                     OTHER PHONE:
ARRESTING OFFICER: CAVIN 2761              BOOKING OFFICER: SIMMONS,DYLEHAT
HOLDS:

---

OFFENSE #1: BATTERY - 2ND DEGREE        WARRANT# 000000        CASE#
RIGHTS:                                 BOND:
                                        FINE:
DISPOSITION: SEE OFF 3                   COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:              COURT TIME:
COMMENTS:

---

OFFENSE #2: AGGRAVATED ASSAULT          WARRANT# 000000        CASE#
RIGHTS:                                 BOND:
                                        FINE:
DISPOSITION: SEE OFF 3                   COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:              COURT TIME:
COMMENTS:

---

OFFENSE #3: CRIMINAL MISCHIEF, 2ND      WARRANT# 000000        CASE#
DEGREE
RIGHTS:                                 BOND: $10000.00
                                        FINE:
DISPOSITION: BND SET PER SPD LTR 2/3/17 4222   COUNTY:
COURT: PULASKI COUNTY DISTRICT COURT     COURT DATE:              COURT TIME:
COMMENTS:

MSJ SOF 000417

2/13/2017

**Office of the
Pulaski
County
Sheriff**

**Official Memorandum**

*17-11-0040*

Date:   02-05-17

To:    Captain Lynch

From:  Lt. Joe Garza  905

Re:    Use of Force / 17-2437 / Dep. Cavin

---

Sir,

On February 2, 2017, at approximately 0315 hours, Dep. Cavin had a suspect in custody and secured in the backseat of his patrol car for stabbing a security guard at Baptist Hospital in Little Rock. The suspect began kicking the rear window of the patrol vehicle and damaged one of the blue lights that is mounted by the back window. Dep. Cavin ordered the suspect, Ms. Trillus Smith, to stop and she did not. Dep. Cavin tried to reach in to control her but the suspect attempted to bite him. Dep. Cavin then used a one second burst of OC Spray on her. Ms. Smith then stopped kicking and complied with commands.

Sgt. Hutton evaluated the subject control. Sgt. Hutton determined that Dep. Cavin acted in compliance with policy in his use of force.

After reviewing the file, I concur with Sgt. Hutton's finding and recommend no further action be taken. A separate Damage to County Vehicle file is being completed.

*2-6-17. Rec'd. Reviewed.        No Further Action*

*Capt R. Lynch 878*

*Susan Haynes*

| Office of the<br>Pulaski<br>County<br>Sheriff | **Official Memorandum** |
| --- | --- |

**DATE:** February 2, 2017

**TO:** Chief Deputy Mike Lowery (via chain)

**FROM:** Sergeant Herman L. Hutton 912 *H7 7912*

**SUBJECT:** Use of force Deputy Cavin

---

Sir;

On Thursday 02/02/2017 at approximately 0325 hours Deputy J. Cavin contacted me via telephone to advise me that he had made an arrest while off duty at the Baptist Hospital. Deputy Cavin stated that the female he arrested had stabbed a Baptist Hospital Security Guard in the neck with an ink pen. We discussed the proper charge, and Deputy Cavin also stated that the female was yelling she had been raped. Deputy Cavin also told me that the female was in the hospital due to narcotics, and that they had been in the process of discharging her when she attacked the Security Guard.

I hung up the phone with Deputy Cavin and several minutes later he called me on the radio and stated that he needed me to respond to Baptist Hospital because of a "Use of Force". Deputy Cavin also asked for shackles for the suspect, and I informed him that I was coming to his location.

Upon my arrival Deputy Cavin's vehicle was parked in the Emergency receiving area, and Deputy Cavin was standing next to his vehicle. Deputy Cavin related the following information to me. The suspect, Ms. Trillus Smith was escorted to Deputy Cavin's vehicle by Deputy Cavin and members of the Baptist Hospital Security Staff, and was placed in the back seat. Deputy Cavin had just stepped away from his vehicle when Ms.

Smith began kicking the back window of his patrol unit. By the time Deputy Cavin had opened the door to order Ms. Smith to stop, Ms. Smith had already damaged one of the rear deck lights. Ms. Smith refused to follow commands and when Deputy Cavin reached in to try to gain control of her; Ms. Smith attempted to bite Deputy Cavin, but did not leave any marks. Deputy Cavin then removed his OC spray from his utility belt and deployed a one second burst to Ms. Smith's face. Ms. Smith then immediately ceased her kicking, and obeyed the instructions given by Deputy Cavin.

I then opened the back door to Deputy Cavin's vehicle so that I could speak with Ms. Smith. Ms. Smith informed me that she was very sorry for her actions, she was sorry that she had damaged the car. I asked her if she was in any pain, or if she needed medical attention. Ms. Smith stated that she was fine, and then asked me if she could ride in my vehicle to the jail. I told Ms. Smith that she would remain in this vehicle, but I would follow right behind Deputy Cavin to the jail. I then took pictures of Ms. Smith, of the damage she caused, and the proper identification of Deputy Cavin's vehicle.

Upon our arrival at the jail Detention personnel took Ms. Smith back to a shower so she could properly be decontaminated. Ms. Smith was then turned over to the Detention Personnel and she was booked in for Battery 2nd Degree, Aggravated Assault, and Criminal Mischief.

Deputy Cavin followed the policy and procedures (05-001) of the Pulaski County Sheriff's Office governing the Use of Force. Deputy Cavin used OC Spray in the proper manner to gain control of the suspect, and there were absolutely no physical injuries in this incident. It is my recommendation that no further action is needed in this incident.

# PULASKI COUNTY SHERIFF'S OFFICE

## Subject Control Report Form

PSU USE ONLY
CASE#:_____

Date and Time: 02.06.17 0621

Incident#:17-00489|1486712389774#LBONE

Location: C-unit

BI#:1964-17

Suspect's Name: SMITH,TRILLUS LAKAIL

Sex:F

DOB: █████████

Charges: In House Disciplinary

Conditions (check all that apply):

| Drug: | DWI: | Foot Pursuit: | Asslt. On Officer |
| Alcohol | Veh. Pursuit | Disturbance | Asslt. On Citizen |
| Mental: | Other Traf. Viol. | Making Arrest: | Other: |

Type of Control used: Oleoresin Capsicum/ Hands On

If OC Spray was used, did OC incapacitate suspect enough for control?    NO

If No, Explain: Inmate continued to fight until additional personnel arrived

Distance from suspect when OC used:    approximately 2 feet

Number of Sprays used:    One

Did suspect require medical attention?    YES

Nature of Injury:    Decontamination

Pre-existing injuries?    NO

Nature of Injury:    NA

Refused treatment?    NO

Witness to refusal:    NO

Witness name: NA

Sex:NA    DOB: NA

Address: NA

Witness name:N/A

Sex:N/A    DOB:N/A

Address:N/A

MSJ SOF 000421

🔲 Signature Image

Deputy's Signature:   *J. Church*          DSN   Date:
                                            4290   2/5/2017

🔲 Signature Image
*Sgt. Brown*                                1095   02/05/2017
Supervisor Signature:

                                            DSN   Date:
                                            2503   02/05/2017
Supervisor Signature:

                                            DSN   Date:

MSJ SOF 000422

# PULASKI COUNTY REGIONAL DETENTION FACILITY
## OFFICE OF THE SHERIFF
**Doc Holladay, Sheriff**
3201 W. Roosevelt Rd. Little Rock, AR. 72204
Tel: (501) 340-7000 Fax: (Admin) 340-7071 (Intake) (501) 340-7037
### OFFENSE / INCIDENT REPORT

| Inmate's Name | DOB | Race | Sex | BI# |
|---|---|---|---|---|
| SMITH,TRILLUS LAKAIL | | B | F | 1964-17 |

| Date and Time | | Place of | Page 1 |
|---|---|---|---|
| of Incident:02/05/2017 | 0621 | Incident:C-unit | of: |

NARRATIVE:

I Deputy Church was assisting Deputy Moton clean trash out of Inmate Smith, Trillus (1964-17) cell (C-103). Deputy Moton gave her a direct order to remain in the cell. She advanced toward the doorway and I gave her a direct order not to come out of her cell, which she refused to comply. I again gave her a direct order to get back in her cell. I placed a soft hand (right) to Inmate Smith left shoulder. She forcefully pulled away from me. Deputy Moton assisted by trying to soft hand Inmate Smith into the cell. Deputy Moton gave Inmate Smith another direct order to get inside her cell or she would be sprayed with Oleoresin Capsicum. Inmate Smith refused and continued to push away from the cell stating, "Just spray me". I gave a 1-3 second burst of Oleoresin Capsicum to her facial area. Deputy Moton and I attempted to get Inmate Smith back in her cell. We were able to get Inmate Smith just inside the door way of C-103. Deputy Moton went to the deputy station as I continued to try and gain control of Inmate Smith. Inmate Smith continued resisting and pushing toward the door way which resulted in us exiting the cell and being in front of the stairwell. I used my body weight to take her to the floor. Deputy Moton called a Code Blue (Deputy Needs Assistance) at 0621 hours. I handcuffed her left wrist and placed her left arm behind her back. Inmate Smith refused to put her right arm behind her back. Deputy Moton returned and assisted. Sergeant Thomisee arrived along with Deputies Gleason, Pruitt, and Quattlebaum. Deputies Quattlebaum, Gleason, and Pruitt assisted in placing her right wrist behind her back and secured the handcuffs. I was relieved due to being affected by the Oleoresin Capsicum Spray to my eyes. I advised Sergeant Thomisee of my contamination and was advised to be decontaminated by medical. After decontamination I assisted Sergeants Thomisee and Bone along with Deputies Gleason, Pruitt, and Quattlebaum by holding the door of C-103 while they were getting Inmate Smith back in the cell which she was refusing to go in by placing her leg out of the cell door.

Prior to entering and securing Inmate Smith inside cell, she was evaluated by medical and cleared to remain in the unit. Code 1 (Return to Normal Operations) was called. No further incident at this time.

ACTIONS TAKEN: 17-00489: Inmate was assessed and cleared to remain in unit. Inmate was placed on full restraints. Disciplinary charges filed.

| [X] Signature Image | [X] Signature Image |
|---|---|
| | *refused to sign - $2503* |
| INMATE'S SIGNATURE | INMATE'S SIGNATURE |
| | *Copy placed in inmates folder* |

☒ Signature Image

| Deputy Church | 4290 | 02/05/2017 | x   _signature_ 4290 |
| REPORTING MEMBER | DSN | DATE/TIME | SIGNATURE |

☒ Signature Image

| Sergeant L Bon e1095 | 1095 | 02.10.17 0156 | _signature_ |
| REVIEWING SUPERVISOR | DSN | DATE/TIME | SIGNATURE |

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: H.V.Sims                DSN: 2303

Date:02/05/2017                Subject Control - Smith, Trillus #1964-17

Report#:17-00489
Page 1 of: 1

NARRATIVE:

At approximately 0619 I entered Inmate Smith, Trillus #1964-17 cell in order to clean up a mess she created. Deputy Church stood outside the door while I attempted to sweep the cell. Inmate Smith began backing outside the cell and refusing to go back inside.  Smith was given several orders to return back to her cell and Deputy Church and I attempted to use soft hands to guide her back inside the cell. Inmate Smith began to jerk/pull away. At this time Deputy Church gave a 1 to 2 second burst of Oleoresin Capsicum Spray. A Code Blue (Deputy Needs Assistance) was called at 0621 hours. I ran to deputy station to turn on lights. I assisted Deputy Church with trying to gain control of Inmate Smith.  Deputies Pruitt, Quattlebaum, Gleason, Sergeant Bone and Sergeant Thomisee were responding staff.  I became overwhelmed from the oleoresin spray and stepped aside.  Medical personnel entered the unit at approximately 0624 hour and Inmate Smith was decontaminated.  Inmate Smith was then assessed by medical and cleared to remain in the unit. Supplemental witness statements were offered and everyone refused. A code 1 (Return to Normal Operations) was called at 0630 hours . No further incidents to report at this time.

☒ Signature Image          *K. moton   4048*

DEPUTY:Deputy Moton, K        DSN:4048

MSJ SOF 000425

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: _U.U.Sims_ DSN: _2503_                              Report#:17-00489
Date:02/05/2017              Subject Control : Smith, Trillus #1964-17     Page 1 of: 1

NARRATIVE:

At approximately 0621 hours, I responded to a Code Blue (Deputy Needs
Assistance) in C-unit. When I arrived, Deputy Moton and Church were struggling
on the floor with Inmate Smith, Trillus 1964-17. I relieved Deputy Moton who was
overcome with Oleoresin capsicum spray. I assisted Deputy Church in securing
both Inmate Smith wrist. Inmate Smith was still being combative by kicking her
legs and trying to get up. I used my lower body weight to keep Inmate Smith on
the floor until additional assistance arrived. Deputy Moton and myself helped
Inmate Smith from the floor and assisted her to a chair once handcuffs were
secured. Medical personnel arrived on scene and assessed Inmate Smith. Inmate
Smith was cleared to remain in the unit. I helped secure Inmate Smith back into
cell 103. A Code 1 (Return to Normal Operation) was called at 0630.

Signature Image

DEPUTY:S. Pruitt      DSN:3001

MSJ SOF 000426

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

| | |
|---|---|
| Reviewed by: | DSN: | Report#:17-00489 |
| Date:02/05/2017 | Subject Control : Smith, Trillus #1964-17 | Page 1 of: |

NARRATIVE:
At approximately 0621 I responded to a Code Blue (Deputy Needs Assistance) in C-unit. When I arrived Deputy Moton was on the ground with Inmate Smith, Trillus 1964-17 trying to get her handcuffs secured on her wrist. I gained control of her legs until Deputy Moton and Deputy Pruitt helped Inmate Smith from the floor and assisted her to a chair. Medical arrived on scene and assessed Inmate Smith who was cleared to remain in the unit. I helped secure Inmate Smith back into cell 103. A Code 1 (Return to Normal Operation) was called at 0630.

Signature Image

DEPUTY:Deputy Gleason, S        DSN:

MSJ SOF 000427

428 of 460

**PULASKI COUNTY SHERIFF'S OFFICE**
**Supplemental Report**

Reviewed by: *Sgt Bone* DSN:
Date: 02/05/2017

Subject Control - Smith, Trillus #1964-17

Report#: 17-00489
Page 1 of: 1

NARRATIVE:

At approximately 0621 I responded to a Code Blue (Deputy Needs Assistance) in C-unit. When I arrived Deputy Moton, Deputy Pruitt, and Deputy Gleason were on the ground with Inmate Smith, Trillus 1964-17 trying to get her handcuffs secured on her wrist. I secured the inmates legs as the other deputies secured the handcuffs on her. I retrieved shackles from the unit bathroom and gave them to Sergeant Thomisee. The shackles were applied to her ankles. She was checked and cleared by medical. I helped secure Inmate Smith back into cell 103. She continued to be combative and held her leg outside of the cell. We finally secured her in the cell. A Code 1 (Return to Normal Operation) was called at 0630.

☒ Signature Image

DEPUTY: Deputy Quattlebaum          DSN:

# PULASKI COUNTY SHERIFF'S OFFICE
**Supplemental Report**

Reviewed by: J.U.Sims      DSN: 2003

Date:02/05/2017      Subject Control - Smith, Trillus #1964-17

Report#:17-00489

Page 1 of: 1

NARRATIVE:

A Code Blue (Deputy's Needs Assistance) was called for C-Unit at 0621. Upon entering the unit, I observed several staff members in the middle of the floor, attempting to place handcuffs on Inmate Smith, Trillus #1964-17. Inmate Smith had been sprayed with Oleoresin Capsicum Spray. Inmate was restrained and lifted off the floor and guided to a chair. Medical personnel (Nurses Bahan, Stowe, Abbott, Walker, Humphrey, Bazzell and Emergency Medical Technician Scott) entered the unit once inmate had been contained and was not being combative. Medical personnel assessed/decontaminated Inmate Smith. Inmate Smith was lifted out the chair and was walked to cell 103. Inmate Smith fell to the floor, in front of the stairs, while being walked to the cell. Once inside the cell, Deputy Pruitt removed the leg shackles after I ordered Inmate Smith to get on her knees. Inmate Smith was walked to the door with the handcuffs still on her wrist (restrained to the back). Inmate became combative and didn't want to cooperate by allowing us to remove the handcuffs through the food trap. Inmate Smith kept putting her body out the door so that we were unable to secure the cell door. I grabbed Inmate Smith around her neck area and applied enough pressure to where she cooperated and we were able to secure the door. Sergeant Thomisee, Deputy Quattlebaum and Deputy Gleason removed the handcuffs through the food trap. A Code One (Return to Normal Operations) was called at 0630. There were no pictures taken due to not having a camera available at the time.

Signature Image

DEPUTY:Sergeant L Bone      DSN:1095

MSJ SOF 000429

**PULASKI COUNTY SHERIFF'S OFFICE**
Supplemental Report

Reviewed by: N.U. Sims   DSN: 1503   Report#:17-00489
Date:02/05/2017   Subject Control: Inmate Smith, Trillus (1964-17)   Page 1 of: 1

NARRATIVE:

At 0621 a Code-Blue (Deputy Needs Assistance) was called in C-unit. I (Sergeant S. Thomisee) responded and observed Inmate Smith, Trillus (1964-17) on the floor with several staff members holding her face down in the activity area. She was handcuffed behind the back. She was assisted to her feet and she sat in a chair. I smelled oleoresin capsicum, but it did not appear as if Inmate Smith was contaminated in her facial area. I relayed all pertinent information to Central Control (via radio), until Sergeant Bone (Shift Sergeant) arrived. She then took over the radio communication. I turned the unit lights on. Medical personnel were on scene and I directed them to assess Inmate Smith. Inmate Smith was assessed and cleared by medical personnel to remain in the facility. She was assisted to her feet and walked toward her cell. She became combative by swinging her body and refusing to walk any further. Staff members pushed her forward, causing her to fall on the floor. I told them to lift her back up and they did. She was walked back into the cell. The shackles were removed. The deputies attempted to walk her back toward the food-port to remove the handcuffs, but she was pulling away in an aggressive manner. We were finally able to pull her hands through the food-port and I took hold of them. She continuously wedged her body in the doorway, preventing us from closing it. I held her hands while Sergeant Bone pushed her into the cell. The door was secured. I continued to hold her hands while the handcuffs were removed. The handcuffs were removed and the food-port was secured. A Code-1 (Return to Normal Operations) was called at 0630 hours. I returned to the unit to take photos (through the cell window, due to her combativeness) and to offer Supplemental Witness Statements. Due to the camera batteries being drained, and not having any more available to me, I was unable to take a photo of Inmate Smith. I offered Supplemental Witness Statements to the Inmates in view, but none were requested. I exited the unit and returned to my normal duties.

Signature Image

DEPUTY:Sgt. S. Thomisee   DSN:2692



**TURN KEY HEALTH**

## INCIDENT/ UNUSUAL OCCURRENCE REPORT

DATE OF INCIDENT: 2/5/17   TIME OF INCIDENT: 0621   REPORTING STAFF: Bohon

PATIENT NAME: Trillus Smith   ID# 1964-17   DOB: ▮▮▮▮

STAFF INVOLVED: Bohon Walker RN, Stowe LPN Bazzelle LPN Abbott LPN

WITNESSES: Humphries LPN McCraw LPN EMT Scott EMT Drines

LOCATION: _____

---

DESCRIBE IN DETAIL INCIDENT: (INCLUDE WHO, WHEN, HOW, WHY):

BP 131/87, RR 18, Pulse 81, Temp 97
Code blue. Decontaminated via eyewash
I/m's only complaint was skin burning
from OC spray. No injuries noted at
this time

STAFF REPORTING SIGNATURE _____   2/5/17 @ 0634
                                          DATE/TIME SUBMITTED TO SUPERVISOR

---

SUPERVISOR'S COMMENTS AND ACTION TAKEN: _____

_____

_____

_____

SUPERVISOR'S SIGNATURE   DATE

---

**FAX COMPLETED FORM TO 405-563-9121.   DO NOT FILE IN PATIENT CHART !**

MSJ SOF 000431

# Pulaski County Regional Detention Facility

## Pre-Hearing Detention Form

Date: 2-5-17                                       Time: 07 11

To:     **Classification Board**
From:   Sgt Bone
        On Duty Shift Supervisor
Re:     Smith, Irillus          B/I #: 1964-17
        Inmate's Name

The above named Inmate:

( )     Is pending a hearing for violation of facility rules and regulations.

( )     Is pending an investigation of a violation of facility rules and regulations.

( )     Is pending investigation or trial for a criminal act committed in this facility.

(✓)     Is to be admitted to administrative segregation for the following reason(s):

        ( )     Inmate has requested protective custody

                ⁼I hereby request placement in protective custody for my own protection.⁼


        _____
                        Inmate's signature

        (✓)     Since a serious threat to the Inmate's safety, and/or to the security and order of
        the unit, exists. Full Rest

It is this Deputy/Supervisor's decision, based on the belief that the continued presence of the
above named Inmate in this housing unit poses a serious threat to life, property, self, staff other
Inmates and the security and order of the unit and the facility.

Therefore, Smith Trillus          B/I # 1964-17          shall be placed on
Administrative Segregation until further notice.

_____    _____    Sgt Bone      109 J
Reporting Deputy       DSN      Supervisor       DSN

W.V. Sims          2005    (✓)Approve        ( ) Disapprove
   Lieutenant          DSN

Classification Notified  (✓)Yes   ( ) No  Date: 2-5-17        Time: 0711

Classification Specialist Notified: Mrs. Banks.

Copy forwarded to On Duty Charge Nurse by: _____   DSN: _____
                                            Supervisor

# NOTICE OF CHARGE(S)

**PULASKI COUNTY REGIONAL DETENTION FACILITY**

Smith, Trillus        VS        1944-17
Name of Inmate                          Bookin Number

Notice is given on the 10 day of February, 20 17, at 0245 hours.
You will be brought before the Disciplinary Board to hear evidence and make a statement on the charge(s). You may waive the right to a hearing by signing the waiver at the bottom of this notice. This of course, must be done freely and voluntarily. You have the right to request that individuals be brought before the board as your witness(s), not to exceed two (2).

Witness for inmate: Did not respond when asked Unable

Date of Incident: 2-5-17    Time of Incident: 0621

**Charges:**

1 Class I #3 Being out of assigned place

2 Class II #1 refusal to obey an order from staff member in a timely manner.

3 Class II #7 Interference w/ a staff member performance of duties by verbal or physical intimidation.

I have received notice of the above charges    refused to sign
                                                  Signature of Inmate

You will be informed in writing of the decision of the board within 24 hours from the date of the hearing. You may appeal the decision of the board within 48 hours to the Sheriff. The Sheriff's decision will be final.

**Waiver**

The undersigned states that he/she has read the forgoing notice and that he/she waives his/her presence at the hearing which is described therein, thus accepting the decision of the board.

_____        _____
    Signature of Shift Supervisor                    Signature of Inmate

White: File Copy      Yellow: Shift Commander Copy      Pink: Disciplinary Board      Gold: Inmate Copy

MSJ SOF 000433

# Pulaski County Regional Detention Facility

# Pre-Hearing Detention Form

Date: _2-5-17_                                      Time: _07 :11_

To:  **Classification Board**

From: _Sgt Bone_
 _____ On Duty Shift Supervisor

Re: _Smith, Trillus_ _____ B/I #: _19661-17_
 _____ Inmate's Name

The above named Inmate:

( )      Is pending a hearing for violation of facility rules and regulations.

( )      Is pending an investigation of a violation of facility rules and regulations.

( )      Is pending investigation or trial for a criminal act committed in this facility.

(✓)     Is to be admitted to administrative segregation for the following reason(s):

( )      Inmate has requested protective custody

         AI hereby request placement in protective custody for my own protection.≅

         _____
                  Inmate's signature

(✓)     Since a serious threat to the Inmate's safety, and/or to the security and order of
the unit, exists. _Full Resl_ ,

It is this Deputy/Supervisor's decision, based on the belief that the continued presence of the
above named Inmate in this housing unit poses a serious threat to life, property, self, staff other
Inmates and the security and order of the unit and the facility.

Therefore, _Smith Trillus_ _____ B/I # _19661-17_ shall be placed on
Administrative Segregation until further notice.

_____   _____   _Sgt Bone_   _109J_
Reporting Deputy      DSN          Supervisor        DSN

_W.D.Sims_   _209B_   (✓) **Approve**      ( ) **Disapprove**
  Lieutenant      DSN

Classification Notified   (✓) Yes      ( ) No   Date: _2-5-17_ _____ Time: _0711_

Classification Specialist Notified: _Mrs. Banks._ _____

Copy forwarded to On Duty Charge Nurse by: _____ DSN: _____
 _____ Supervisor

# NOTICE OF CHARGE(S)

**PULASKI COUNTY REGIONAL DETENTION FACILITY**

**VS**

Smith, Trillus                    1944.17

<u>Name of Inmate</u>                    <u>Bookin Number</u>

Notice is given on the 10 day of February, 20 17, at 0245 hours.
You will be brought before the Disciplinary Board to hear evidence and make a statement on the
charge(s). You may waive the right to a hearing by signing the waiver at the bottom of this
notice. This of course, must be done freely and voluntarily. You have the right to request that
individuals be brought before the board as your witness(s), not to exceed two (2).

Witness for inmate: Did not respond when asked to sign

Date of Incident: 2-5-17   Time of Incident: 0621

**Charges:**

1. Class I #3 Being out of assigned place
2. Class II #1 refusal to obey an order from staff member in a timely manner
3. Class II #7 Interference w/ a staff member performance of duties by verbal or physical intimidation.

I have received notice of the above charges   refused to sign.
                                    <u>Signature of Inmate</u>

You will be informed in writing of the decision of the board within 24 hours from the date of the
hearing. You may appeal the decision of the board within 48 hours to the Sheriff. The Sheriff's
decision will be final.

## Waiver

The undersigned states that he/she has read the forgoing notice and that he/she waives his/her
presence at the hearing which is described therein, thus accepting the decision of the board.

_____                    _____
    Signature of Shift Supervisor                         <u>Signature of Inmate</u>

White: File Copy        Yellow: Shift Commander Copy        Pink: Disciplinary Board        Gold: Inmate Copy

MSJ SOF 000435

## PULASKI COUNTY REGIONAL DETENTION FACILITY
## OFFICE OF THE SHERIFF
**Doc Holladay, Sheriff**
3201 W. Roosevelt Rd. Little Rock, AR. 72204
Tel: (501) 340-7000 Fax: (Admin) 340-7071 (Intake) (501) 340-7037
### OFFENSE / INCIDENT REPORT

| Inmate's Name | DOB | Race | Sex | BI# |
|---|---|---|---|---|
| SMITH,TRILLUS LAKAIL | ███████ | B | F | 1964-17 |

| Date and Time | | Place of | Page 1 |
|---|---|---|---|
| of Incident: 02/07/2017 | 0640 hours | Incident: c unit | of: |

**NARRATIVE:**

**At 0640 hours myself, Deputies Clark, Robinson, and Ward noticed a small amount of water on Inmate Smith, Trillus book in #1964-17. I instructed Inmate Smith to sit on her bunk which she complied. After the water was mopped up, I tried securing the door. Inmate Smith ran to the door and got her finger smashed in it. The door was secure but I noticed Inmate Smith had a cut on her finger and it was bleeding. The nurse and Sergeant Sanders were called. While assessing Inmate Smith's hand a Code Blue (Deputy Needs Assistance) was called at 0717 hours. A Code One (Return to Normal Operations) was called at 0723 hours. Inmate Smith was assessed by Nurse McCraw and cleared to remain in the unit. No further incident occurred.**

ACTIONS TAKEN: INMATE FINGER WAS ACCIDENTLY CLOSED IN THE CELL DOOR...INMATE WAS ASSESSED BY MEDICAL AND CLEARED TO REMAIN IN THE UNIT #17-00507

☒ Signature Image                    ☒ Signature Image

**INMATE'S SIGNATURE**              **INMATE'S SIGNATURE**

☒ Signature Image

| DEPUTY BROOKS 2634 | 1687 | 02/07/2017 | |
|---|---|---|---|
| **REPORTING MEMBER** | **DSN** | **DATE/TIME** | **SIGNATURE** |

☒ Signature Image

| Sergeant V. Luckadue | 2509 | 2/7/17 @ 0749 hours | |
|---|---|---|---|
| **REVIEWING SUPERVISOR** | **DSN** | **DATE/TIME** | **SIGNATURE** |



MSJ SOF 000437



**TURN KEY HEALTH**

## INCIDENT/ UNUSUAL OCCURRENCE REPORT

DATE OF INCIDENT: 2/7/17     TIME OF INCIDENT: 2:00     REPORTING STAFF: J McCraw LPN

PATIENT NAME: Smith, Trillus     ID# 188619     DOB: ▉▉▉

STAFF INVOLVED: _____

WITNESSES: _____

LOCATION: C 103

DESCRIBE IN DETAIL INCIDENT: (INCLUDE WHO, WHEN, HOW, WHY):

Call to C unit regarding I/m hand bleeding. I/m has small cut to side of Rt ring finger. I/m very combative finger cleaned (attempted to be), TAO applied with bandaid. Unable to do V/S due to I/m being very combative & uncooperative

J McCraw LPN
**STAFF REPORTING SIGNATURE**

2/07/17 @0730  Shawn Adams, RN
**DATE/TIME SUBMITTED TO SUPERVISOR**

SUPERVISOR'S COMMENTS AND ACTION TAKEN: _____

_____

**SUPERVISOR'S SIGNATURE          DATE**

FAX COMPLETED FORM TO 405-563-9121.     DO NOT FILE IN PATIENT CHART !

MSJ SOF 000438

17-00506

DT 7
DT 13

Smith, TC Ewis

14641/7

MSJ SOF 000439

# PULASKI COUNTY REGIONAL DETENTION FACILITY
## OFFICE OF THE SHERIFF
### Doc Holladay, Sheriff
3201 W. Roosevelt Rd. Little Rock, AR. 72204
Tel: (501) 340-7000 Fax: (Admin) 340-7071 (Intake) (501) 340-7037
### OFFENSE / INCIDENT REPORT

| Inmate's Name | DOB | Race | Sex | BI# |
|---|---|---|---|---|
| SMITH,TRILLUS LAKAIL | ▇▇▇ | B | F | 1964-17 |

| Date and Time | | Place of | Page 1 |
|---|---|---|---|
| of Incident:02/11/2017 | 1845 hours | Incident:C-103 | of: |

**NARRATIVE:**

**At 1845 hours, I, Deputy V. Clark contacted Sergeant McKanna in reference to Inmate Smith, Trillus (1964-17) not eating or drinking while I was on shift in the past two days. I attempted to given Inmate Smith some water. Inmate Smith appeared to be extremely weak with no strength to sit up on her on. Sergeant Scott and Sergeant Waters entered the unit to observed Inmate Smith. At 2120 hours, Charge Nurse Tillman, Sergeants Waters, Scott and McKanna entered into the unit to assess Inmate Smith. The inmate was assessed by medical personnel and cleared to remain in the unit.**

---

**ACTIONS TAKEN:** Inmate Smith, Trillus (1964-17) was assessed by medical and cleared to remain in the facility. Report #17-00573

| ☒ Signature Image | ☒ Signature Image |
|---|---|

**INMATE'S SIGNATURE**     **INMATE'S SIGNATURE**

☒ Signature Image

| Dep. V. Clark | 4018 | 02/11/2017 | *V Clark 4018* |
|---|---|---|---|
| **REPORTING MEMBER** | **DSN** | **DATE/TIME** | **SIGNATURE** |

☒ Signature Image

| Sergeant C. Scott | 3079 | 2/12/2017 - 2105 hours | |
|---|---|---|---|
| **REVIEWING SUPERVISOR** | **DSN** | **DATE/TIME** | **SIGNATURE** |

MSJ SOF 000440



## TURN KEY HEALTH

### INCIDENT/ UNUSUAL OCCURRENCE REPORT

DATE OF INCIDENT: 2/11/17   TIME OF INCIDENT: 2130   REPORTING STAFF: _____

PATIENT NAME: Smith, Trillus          ID# 19164-17          DOB: ████████

STAFF INVOLVED: Tillman, Cook _____

WITNESSES: _____

LOCATION: C _____

DESCRIBE IN DETAIL INCIDENT: (INCLUDE WHO, WHEN, HOW, WHY):

Called to assess inmate. Mucous membranes dry, per deputy
inmate hasn't been eating and drinking well. VS 98/70,
70, 18, 97%RA 97.8. notified MD of situation. NS bolus
of 400mL given via IV. inmate easily roused post bolus.
this nurse was able to get inmate to drink 2 cups
of water. inmate became a little combative at this time.
inmate stable at this time will cont. to monion

_Tillman-Wilson RN_                    2/11/17/ 2130
STAFF REPORTING SIGNATURE              DATE/TIME SUBMITTED TO SUPERVISOR

SUPERVISOR'S COMMENTS AND ACTION TAKEN: _____

_____

_____

_____

_____

SUPERVISOR'S SIGNATURE          DATE

**FAX COMPLETED FORM TO 405-563-9121.     DO NOT FILE IN PATIENT CHART !**

MSJ SOF 000441

Pulaski County - Sheriff's Office
Miscellaneous Booking Report for Booking# 1964-17, SMITH,TRILLUS LAKAIL
Report Ran on 04/20/2017 at 13:03:00

| Date | User | Notes |
|------|------|-------|
| 02/02/2017 | 1035 | Criminal history is not clear: Current battery 2nd and aggravated assault. |
| 02/02/2017 | 2829 | Classification interview complete |
| 02/03/2017 | STHOMISEE | Suicide Watch per EMT Moore |
| 02/05/2017 | 4290 | Incident Report# 17-00489 filed. |
| 02/07/2017 | 814 | ON 02.05.17 #17-00489...Deputy Church was assisting Deputy Moton clean trash out of Inmate Smith, Trillus (1964-17) cell (C-103). Deputy Moton gave her a direct order to remain in the cell. She advanced toward the doorway and I gave her a direct order not to come out of her cell, which she refused to comply. I again gave her a direct order to get back in her cell. I placed a soft hand (right) to Inmate Smith left shoulder. She forcefully pulled away from me. Deputy Moton assisted by trying to soft hand Inmate Smith into the cell. Deputy Moton gave Inmate Smith another direct order to get inside her cell or she would be sprayed with Oleoresin Capsicum. Inmate Smith refused and continued to push away from the cell stating, "Just spray me". I gave a 1-3 second burst of Oleoresin Capsicum to her facial area and used my body weight to take her to the floor. Deputy Moton called a Code Blue (Deputy Needs Assistance) at 0621 hours. I handcuffed her left wrist and placed her left arm behind her back. Inmate Smith refused to put her right arm behind her back. Sergeant Thomisee arrived along with Deputies Gleason, Pruitt, and Quattlebaum. Deputies Quattlebaum, Gleason, and Pruitt assisted in placing her right wrist behind her back and secured the handcuffs. I was relieved due to being affected by the Oleoresin Capsicum Spray to my eyes. I advised Sergeant Thomisee of my contamination and was advised to be decontaminated by medical. After decontamination I assisted Sergeants Thomisee and Bone along with Deputies Gleason, Pruitt, and Quattlebaum by holding the door of C-103 while they were getting Inmate Smith back in the cell which she was refusing to go in by placing her leg out of the cell. She was evaluated by medical and cleared to remain in the unit. Code 1 (Return to Normal Operations) was called. No further incident at this time.

ACTIONS TAKEN: 17-00489: Inmate was assessed and cleared to remain in the unit. Inmate was placed on full restraint status. Pre Hearing and Book In was submitted. |
| 02/05/2017 | KMOTON | Incident Report# 17-00490 filed. |
| 02/07/2017 | 814 | ON 02.05.17 #17-00490...At approximately 0619 I entered |

MSJ SOF 000442

Pulaski County - Sheriff'S Office
Miscellaneous Booking Report for Booking# 1964-17, SMITH,TRILLUS LAKAIL
Report Ran on 04/20/2017 at 13:03:00

| Date | User | Notes |
|---|---|---|

Inmate Smith, Trillus #1964-17 cell in order to clean
up a mess she created. Deputy Church stood outside the
door while I attempted to sweep the cell. Inmate Smith
began backing outside the cell and refusing to go back
inside.  Smith was given several orders to return back
to her cell and we attempted to use soft hands to guide
her back inside as well.  Smith began to jerk away and
pull and at this time Deputy Church gave a 1 to 2
second burst of Oleoresin spray. A Code Blue (Deputy
Needs Assistance) was called at 0621 hours. I assisted
Deputy Church with trying to gain control of Inmate
Smith.  Deputies Pruitt, Quattlebaum, Gleason, Sergeant
Bone and Sergeant Thomisee were responding staff.  I
became overwhelmed from the Oleoresin spray and stepped
aside.  Medical personnel entered the unit at
approximately 0624 hour and Inmate Smith was
decontaminated.  Inmate Smith was then assessed by
medical and cleared to remain in the unit. Supplemental
witness statements were offered and everyone refused. A
code 1 (Return to Normal Operations) was called at 0630
hours . No further incidents to report at this time.
Incident Report# 17-00506 filed.

02/07/2017 DHOOF
02/07/2017 814
 ON 02.07.17 #17-00506...went to C-unit to assist the
Deputies Brooks, Jones and Ward with Inmate Smith,
Trillus (1964-17). Inmate Smith had blood on her hand,
cell window and cell door. Nurse McGraw was called to
the unit to assess Smith's hand. Smith was handcuffed
through the food port. Nurse McGraw assessed Smith's
hand and it was cleaned and a Band-Aid was placed on
her hand. Smith was given several direct orders to stop
moving her hands so that the handcuffs could be taken
off of her and she refused these order. Smith's cell
was opened and she quickly moved to the floor and
placed her leg out of the door to prevent her door from
being closed and to prevent anyone from entering her
cell. She was assisted to her feet and guided back into
her cell to prevent her from injuring herself or staff
members. She fell to the floor to prevent the handcuffs
from being taken off of her and kept talking about she
was going to get burned up Baptist Hospital. She began
to kick her legs wildly and I held her legs to prevent
her from injuring staff. Sergeant Sanders attempted to
take the handcuffs off of Smith and Smith tried to bite
Sergeant Sanders. I sprayed Smith with a burst of
oleoresin capsicum spray. A Code Blue (Deputy Needs
Assistance )was called at 0717. She was walked out of
her cell so that medical could assess her. Medical
staff sprayed a eye solution into her eyes and she kept

MSJ SOF 000443

Pulaski County - Sheriff'S Office
Miscellaneous Booking Report for Booking# 1964-17, SMITH,TRILLUS LAKAIL
Report Ran on 04/20/2017 at 13:03:00

| Date | User | Notes |
|------|------|-------|

talking about being burned up in her cell and Baptist Hospital. She was assisted to her feet and pulled back into her cell because she refused to walk on her own into the cell. She was guided to the floor to prevent her from injuring staff and the handcuffs were taken off in the cell. Smith put her on the floor blocking the door from being closed. Sergeant Sanders, Sergeant Luckadue and I went back into the cell and assisted her to the back of the cell and left the cell before Smith could get back to cell door. A Code One (Normal Operations) was called at 0723.

ACTIONS TAKEN: Smith was seen by medical staff. Incident 17-00506.

02/07/2017 VBROOKS
02/07/2017 814

Incident Report# 17-00507 filed.
ON 02.07.17 #17-00507......At 0640 hours myself, Deputies Clark, Robinson, and Ward noticed a small amount of water on Inmate Smith, Trillus book in #1964-17. I instructed Inmate Smith to sit on her bunk which she complied. After the water was mopped up, I tried securing the door. Inmate Smith ran to the door and got her finger smashed in it. The door was secure but I noticed Inmate Smith had a cut on her finger and it was bleeding. The nurse and Sergeant Sanders were called. While assessing Inmate Smith's hand a Code Blue (Deputy Needs Assistance) was called at 0717 hours. A Code One (Return to Normal Operations) was called at 0723 hours. Inmate Smith was assessed by Nurse McCraw and cleared to remain in the unit. No further incident occurred.

ACTIONS TAKEN: INMATE FINGER WAS ACCIDENTLY CLOSED IN THE CELL DOOR...INMATE WAS ASSESSED BY MEDICAL AND CLEARED TO REMAIN IN THE UNIT #17-00507

02/08/2017 814

INMATE APPEARED BEFORE THE CLASSIFICATION BOARD IT WAS THE BOARDS DECISION THAT INMATE BE PLACED ON ADMIN.SEG.STATUS/FULL RESTRAINTS INMATE WAS CURRENTLY ON SUICIDE WATCH ALSO.( INMATE HAS BEEN IN A CODE BLUE WITH THE DEPUTIES AND ALSO TALKS ABOUT HOW SHE IS GOING TO BURN UP THE BAPTIST HOSPITAL)

02/08/2017 4201
02/11/2017 814

Incident Report# 17-00529 filed.
ON 02.08.17 #17-00529.....I Deputy Church was assisting Deputy Moton clean trash out of Inmate Smith, Trillus (1964-17) cell (C-103). Deputy Moton gave her a direct order to remain in the cell. She advanced toward the doorway and I gave her a direct order not to come out

MSI SOF 000444

Pulaski County - Sheriff's Office
Miscellaneous Booking Report for Booking# 1964-17, SMITH,TRILLUS LAKAIL
Report Ran on 04/20/2017 at 13:03:00

Date          User                    Notes

of her cell, which she refused to comply. I again gave
her a direct order to get back in her cell. I placed a
soft hand (right) to Inmate Smith left shoulder. She
forcefully pulled away from me. Deputy Moton assisted
by trying to soft hand Inmate Smith into the cell.
Deputy Moton gave Inmate Smith another direct order to
get inside her cell or she would be sprayed with
Oleoresin Capsicum. Inmate Smith refused and continued
to push away from the cell stating, "Just spray me". I
gave a 1-3 second burst of Oleoresin Capsicum to her
facial area. Deputy Moton and I attempted to get Inmate
Smith back in her cell. We were able to get Inmate
Smith just inside the door way of C-103. Deputy Moton
went to the deputy station as I continued to try and
gain control of Inmate Smith. Inmate Smith continued
resisting and pushing toward the door way which
resulted in us exiting the cell and being in front of
the stairwell. I used my body weight to take her to the
floor. Deputy Moton called a Code Blue (Deputy Needs
Assistance) at 0621 hours. I handcuffed her left wrist
and placed her left arm behind her back. Inmate Smith
refused to put her right arm behind her back. Deputy
Moton returned and assisted. Sergeant Thomisee arrived
along with Deputies Gleason, Pruitt, and Quattlebaum.
Deputies Quattlebaum, Gleason, and Pruitt assisted in
placing her right wrist behind her back and secured the
handcuffs. I was relieved due to being affected by the
Oleoresin Capsicum Spray to my eyes. I advised Sergeant
Thomisee of my contamination and was advised to be
decontaminated by medical. After decontamination I
assisted Sergeants Thomisee and Bone along with
Deputies Gleason, Pruitt, and Quattlebaum by holding
the door of C-103 while they were getting Inmate Smith
back in the cell which she was refusing to go in by
placing her leg out of the cell door.

Prior to entering and securing Inmate Smith inside
cell, she was evaluated by medical and cleared to
remain in the unit. Code 1 (Return to Normal
Operations) was called. No further incident at this
time.

ACTIONS TAKEN: 17-00489: Inmate was assessed and
cleared to remain in unit. Inmate was placed on full
restraints. Disciplinary charges filed.DISCIPLINARY
CHARGES WERE FILED FOR BEING OUT OF ASSGINED
PLACE,REFUSAL TO OBEY AN ORDER AND INTERFERENCE WITH A
STAFF MEMBERS DUTIES...

MSJ SOF 000445

Pulaski County - Sheriff'S Office
Miscellaneous Booking Report for Booking# 1964-17, SMITH,TRILLUS LAKAIL
Report Ran on 04/20/2017 at 13:03:00

| Date | User | Notes |
|---|---|---|
| | | |
| 02/11/2017 | VCLARK | Incident Report# 17-00573 filed. |
| 02/12/2017 | KKNUDSEN | Incident Report# 17-00585 filed. |
| 02/13/2017 | 1002 | On 02.11.2017 Incident report #17-00573 submitted by Dep Clark |

At 1845 hours, I, Deputy V. Clark contacted Sergeant McKanna in reference to Inmate Smith, Trillus (1964-17) not eating or drinking while I was on shift in the past two days. I attempted to given Inmate Smith some water. Inmate Smith appeared to be extremely weak with no strength to sit up on her on. Sergeant Scott and Sergeant Waters entered the unit to observed Inmate Smith. At 2120 hours, Charge Nurse Tillman, Sergeants Waters, Scott and McKanna entered into the unit to assess Inmate Smith. The inmate was assessed by medical personnel and cleared to re4main in the unit.

| 02/13/2017 | FROBINSON | Incident Report# 17-00589 filed. |
| 02/13/2017 | SWATKINS | Incident Report# 17-00599 filed. |
| 02/14/2017 | 1002 | On 02.12.2017 Incident report #17-00585 submitted by Sgt. Knudsen |

At approximately 2015 hours Inmate Smith, Trillus #1964-17 was handcuffed then helped up into a wheelchair by holding her arms to be taken to the shower due to her being on her fourth refusal. Lieutenant Sims had requested that medical be on scene due to Inmate Smith possibly being in a diminished capacity from reportedly not eating or drinking the past couple of days. She was wheeled into the disability shower behind the deputy's station. She was showered with Nurse Humphrey present. Afterwards she was wheeled back to her cell where Nurse Humphrey checked her vitals. Inmate Smith was cleared to remain in the facility. Deputies M. Green, Escamilla and Nurse Humphrey helped Inmate Smith to get on the bunk and covered her with a clean suicide gown. The handcuffs were removed. The door to cell C-103 was secured. Actions taken:Inmate Smith was showered in wheelchair to prevent injury. Medical personnel was present and assessed Inmate Smith. No altercation occurred.

| 02/14/2017 | 1002 | On 02.13.2017 Incident report #17-00589 submitted by Dep Robinson |

On 2/13/17 at 0933 hours when Sergeant Sanders and I Deputy Robinson went into cell C-103, Inmate Smith, Trillus #1964-17 was laying on her back. Sergeant Sanders ask her would she like some water she nodded yes. We made her a cup of water, helped her sit up and held the cup of water to her mouth. Inmate Smith breathing appeared to be very labored, I went and

Pulaski County - Sheriff'S Office
Miscellaneous Booking Report for Booking# 1964-17, SMITH,TRILLUS LAKAIL
Report Ran on 04/20/2017 at 13:03:00

| Date | User | Notes |
|---|---|---|

called central to 10-19 ( report to) one medical
personnel to C- unit. When I returned to the cell she
appeared to have stopped breathing so I called a Code
Red (Medical Assistance).Nurse Adams ,Nurse Humphrey,
Doctor Thompson, Emt Grimes and other medical personnel
assessed Inmate Smith in her cell. Sergeants Hoof and
Luckadue enter the unit .I sent the inmates on the
bunks to the outside rec yard .Lieutenant Shepherd and
Lieutenant Routh entered the unit for additional
security. Nurses Mitchell, Mannis and Nurse Bazzelle
also entered  unit with Nurse Burton. Inmate Smith
remains in the unit in C-103 nothing further to report
at this time .A Code one( Normal Operations) was called
at 1057 hours.

Actions taken: Inmate was assessed by medical personnel
and cleared to remain in the unit.

02/14/2017 1002   On 02.13.2017 Incident report #17-00599 submitted by
Dep Watkins

At 2100 Nurse Haley, Captain Rose and Sergeant Knudsen
came to check on Inmate Smith, Trillus (1964-17). Nurse
Haley and I (Deputy S. Watkins) rolled Inmate Smith
onto her suicide blanket to keep her from laying
directly on the floor. We then covered her with another
suicide blanket. Inmate Smith now has two suicide
blankets due to her not keeping on suicide smock on.
Sergeant Knudsen took photos of what looked to be
bruises on Inmate Smith's left upper thigh, right leg
and left arm. Nothing further to report at this moment.
 Actions taken: Inmate Smith was helped onto a sucide
blanket by Nurse Haley and Deputy Watkins. She was
covered with a second sucide watch blanket. Photographs
were taken of what appeared to be bruises on her legs
and left arm.

MSJ SOF 000447



FOLLOWUPS: 0
CLASSIFICATION:
ZONE:

CASE NUMBER: 17-00585
DATE OF REPORT: 02/12/2017
**OFFENSE:**

---

## COMPLAINANT: Sergeant Knudsen
```
RACE:              SEX:            DOB:              AGE:
ADDRESS:           CITY:           PHONE:
CELL PHONE:        DL:             SSN:
OCCUPATION:        PHONE:          ADDRESS:
CITY:              STATE:          ZIP:
RELATION TO SUSPECT:
Date Reported From              Date Reported To
Time Reported From              Time Reported To
                    REMARKS

COMPLAINANT VEHICLE
-----------------------

  YEAR:            MODEL:
  COLOR:           MAKE:
  LICENCE:         VALUE:
  VIN#:
```

---

## REPORTED BY: Sergeant Knudsen
```
RACE:              SEX:            DOB:              AGE:
ADDRESS:           CITY:           PHONE:
CELL PHONE:        DL:             SSN:
OCCUPATION:        PHONE:          ADDRESS:
CITY:              STATE:          ZIP:
RELATION TO SUSPECT:
Date Reported From              Date Reported To
Time Reported From              Time Reported To
                    REMARKS
```

---

## SUSPECT: SMITH,TRILLUS LAKAIL
```
RACE: B            SEX: F              DOB: ████    AGE: 21
ADDRESS: ████████  CITY: LITTLE ROCK, AR 72209  PHONE:
```

MSJ SOF 000448

```
CELL PHONE:            DL: ████████         SSN: ████████
OCCUPATION:            PHONE:               ADDRESS:
CITY:                  STATE:               ZIP:
RELATION TO SUSPECT:
Date Reported From                          Date Reported To
Time Reported From                          Time Reported To
Business Name                               Business Address
City                                        State
Zip                                         Phone
WITNESS VEHICLE INFORMATION:
Year                                        Make
Model                                       License
Color                                       Value
                        REMARKS
```

```
=====================================================================
LOCATION OF OFFENSE: C-Unit

DATE & TIME OF OFFENSE  (FROM):              (TO):


---------------------------------------------------------------------

M-O DESCRIPTION


---------------------------------------------------------------------
=====================================================================
CD - (R)ECOVERED, (A)BANDONED, (S)TOLEN, (D)AMAGED, (L)OST, (F)OUND or (C)ONT
DE - A=CURRENCY, B=JEWELS, C=CLOTHES, D=VEHICLE, E=OFFICE EQUIP, F=ELECTRONIC
     G=FIREARMS, H=HOUSEHOLD, I=CONSUMABLE, J=LIVESTOCK, K=MISC or L=NA
=====================================================================
```

| Code | Quantity | Description | Serial No. | Value |
|------|----------|-------------|------------|-------|
|      |          | Total       |            | 0.00  |

Disposition of Property:
Total CD Codes        Number of Items              Total Value


Total DE Codes        Number of Items              Total Value
```
=====================================================================
```
At approximately 2015 hours Inmate Smith, Trillus #1964-17 was handcuffed then
helped up into a wheelchair by holding her arms to be taken to the shower due to
her being on her fourth refusal. Lieutenant Sims had requested that medical be
on scene due to Inmate Smith possibly being in a diminished capacity from
reportedly not eating or drinking the past couple of days. She was wheeled into
the disability shower behind the deputy's station. She was showered with Nurse
Humphrey present. Afterwards she was wheeled back to her cell where Nurse
Humphrey checked her vitals. Inmate Smith was cleared to remain in the facility.
Deputies M. Green, Escamilla and Nurse Humphrey helped Inmate Smith to get on
the bunk and covered her with a clean suicide gown. The handcuffs were removed.
The door to cell C-103 was secured.
```
=====================================================================
```
```
OFFICER TAKING REPORT: KNUDSEN,KAREN
 DATE & TIME            02/12/2017 76200        APPROVED BY:
 OFFICER ASSIGNED:                              AUTHORITY:
 CHARGES FILED:         REASON:
 PHOTOS TAKEN:          LATENT PRINTS:          ARREST MADE:
 EVIDENCE SEIZED:                               NCIC:

ASSOCIATED CASES:


 STATUS: UNASSIGNED     UNFOUNDED:              CLEARED:
 CLEARED UNDER 18:
```

DETECTIVE STATUS –

MSJ SOF 000450

MSJ SOF 000451



FOLLOWUPS: 3
CLASSIFICATION:
ZONE:

CASE NUMBER: 17-00589
DATE OF REPORT: 02/13/2017
OFFENSE:

## COMPLAINANT: DEP. F. ROBINSON #2365
RACE:                SEX:              DOB:                AGE:
ADDRESS:             CITY:             PHONE:
CELL PHONE:          DL:               SSN:
OCCUPATION:          PHONE:            ADDRESS:
CITY:                STATE:            ZIP:
RELATION TO SUSPECT:
Date Reported From                    Date Reported To
Time Reported From                    Time Reported To
                     REMARKS

COMPLAINANT VEHICLE
--------------------

   YEAR:              MODEL:
   COLOR:             MAKE:
   LICENCE:           VALUE:
   VIN#:

## REPORTED BY: DEP. F. ROBINSON #2365
RACE:                SEX:              DOB:                AGE:
ADDRESS:             CITY:             PHONE:
CELL PHONE:          DL:               SSN:
OCCUPATION:          PHONE:            ADDRESS:
CITY:                STATE:            ZIP:
RELATION TO SUSPECT:
Date Reported From                    Date Reported To
Time Reported From                    Time Reported To
                     REMARKS

## SUSPECT: SMITH,TRILLUS LAKAIL
RACE: B              SEX: F            DOB: ▮▮▮▮▮   AGE: 22
ADDRESS: ▮▮▮▮▮▮      CITY: LITTLE ROCK, AR 72209   PHONE:

MSJ SOF 000452

```
CELL PHONE:            DL: ███████████        SSN: ███████████
OCCUPATION:            PHONE:                  ADDRESS:
CITY:                  STATE:                  ZIP:
RELATION TO SUSPECT:
Date Reported From                             Date Reported To
Time Reported From                             Time Reported To
Business Name                                  Business Address
City                                           State
Zip                                            Phone
WITNESS VEHICLE INFORMATION:
Year                                           Make
Model                                          License
Color                                          Value
```

## REMARKS

```
=======================================================================
LOCATION OF OFFENSE: C- CHARLES CELL C 103

DATE & TIME OF OFFENSE  (FROM):                 (TO):


-----------------------------------------------------------------------
M-O DESCRIPTION


-----------------------------------------------------------------------
=======================================================================
CD - (R)ECOVERED, (A)BANDONED, (S)TOLEN, (D)AMAGED, (L)OST, (F)OUND or (C)ONT
DE - A=CURRENCY, B=JEWELS, C=CLOTHES, D=VEHICLE, E=OFFICE EQUIP, F=ELECTRONIC
     G=FIREARMS, H=HOUSEHOLD, I=CONSUMABLE, J=LIVESTOCK, K=MISC or L=NA
=======================================================================
```

| Code | Quantity | Description | Serial No. | Value |
|------|----------|-------------|------------|-------|
|      |          | Total       |            | 0.00  |

Disposition of Property:

Total CD Codes            Number of Items              Total Value


Total DE Codes            Number of Items              Total Value

```
=======================================================================
```
On 2/13/17 at 0933 hours when Sergeant Sanders and I Deputy Robinson went into cell C-103, Inmate Smith, Trillus #1964-17 was laying on her back. Sergeant Sanders ask her would she like some water she nodded yes. We made her a cup of water, helped her sit up and held the cup of water to her mouth. Inmate Smith breathing appeared to be very labored, I went and called central to 10-19 ( report to) one medical personnel to C- unit. When I returned to the cell she appeared to have stopped breathing so I called a Code Red (Medical Assistance).Nurse Adams ,Nurse Humphrey, Doctor Thompson, Emt Grimes and other medical personnel assessed Inmate Smith in her cell. Sergeants Hoof and Luckadue enter the unit .I sent the inmates on the bunks to the outside rec yard .Lieutenant Shepherd and Lieutenant Routh entered the unit for additional security. Nurses Mitchell, Mannis and Nurse Bazzelle also entered  unit with Nurse Burton. Inmate Smith remains in the unit in C-103 nothing further to report at this time .A Code one( Normal Operations) was called at 1057 hours.
```
=======================================================================
```
OFFICER TAKING REPORT: ROBINSON,FELECIA
```
  DATE & TIME            34680                    APPROVED BY:
  OFFICER ASSIGNED:                               AUTHORITY:
  CHARGES FILED:         REASON:
  PHOTOS TAKEN:          LATENT PRINTS:           ARREST MADE:
  EVIDENCE SEIZED:                                NCIC:

ASSOCIATED CASES:
```

MSJ SOF 000453

STATUS: 1                     UNFOUNDED:                    CLEARED:
CLEARED UNDER 18:

DETECTIVE STATUS -

MSJ SOF 000454



F O L L O W - U P R E P O R T #1 CASE NO: 17-00589*1 DATE OF REPORT : 02.13.17 DATE OF ORIG : 02.13.17 VICTIM : COMPLAINANT : DEP. F. ROBINSON #2365 OFFENSE : CLASS : ZONE : OFFICER ON FOLLOW-UP : HOOF,DEDRA OFFICER ON ORIG : HOOF,DEDRA

===================================================================================================== N

A R R A T I V E C A S E . N O 17-00589*1

I responded to the Code Red (Medical Emergency) which was called in C-unit at 0934. I saw Inmate Smith, Trillus (1964-17) laying on the floor in C-104. Emergency Medical Technician Grimes start assessing Smith. Additional Medical staff also came to the unit to assess Smith. Medical staff started a intravenous fluids on Smith. I stood by and provided security. The intravenous fluids were stopped on Inmate Smith. A Code One (Normal Operations) was called at 1057.

=====================================================================================================

MSJ SOF 000455



F O L L O W  –  U P    R E P O R T #2

CASE NO: 17-00589*2        DATE OF REPORT : 02.13.17       DATE OF ORIG : 02.13.17
VICTIM :                                     COMPLAINANT : DEP. F. ROBINSON #2365
OFFENSE :
CLASS :                              ZONE :
OFFICER ON FOLLOW-UP : SANDERS,MISTY           OFFICER ON ORIG : SANDERS,MISTY

======================================================================

N A R R A T I V E

C A S E . N O    17-00589*2

I entered C-unit after being notified by Deputy Robinson that she needed a
radio. After getting Deputy Robinson taking care of I walked over to check on
Inmate Smith, Trillus#1964-17 due to the fact that she was given a shot by
medical personnel at approximately 0745. Inmate Smith was lying on the cell
floor and her mouth looked very dry. I told Deputy Robinson to get a cup of
water so that we could try to give her some. We set Inmate Smith up and I
attempted to give her a drink of water. After taking a couple of sips, she then
bit a piece of the cup and her head fell back, her eyes became set, and she
began gasping for air. I instructed Deputy Robinson to call medical and have
them come down. Inmate Smith breathing became short and with long pauses; she
then stopped breathing. I instructed Deputy Robinson to call a Code Red (Medical
Emergency) at approximately 0934 hours. As I tried to lay Inmate Smith's head
down on the floor her head fell back even further; she then started breathing
again, but her eyes were still fixed. Medical personnel arrived in the unit and
began assessing Inmate Smith. I stood by as fluids were given intravenously to
Inmate Smith. A Code One (Return to Normal Operations) was called at 1057 hours.

======================================================================

MSJ SOF 000456



```
                 F O L L O W  -  U P    R E P O R T  #3

CASE NO: 17-00589*3        DATE OF REPORT : 02.13.17      DATE OF ORIG : 02.13.17
VICTIM :                                  COMPLAINANT : DEP. F. ROBINSON #2365
OFFENSE :
CLASS :                          ZONE :
OFFICER ON FOLLOW-UP : LUCKADUE,VALERIE          OFFICER ON ORIG : LUCKADUE,VALERIE
```

==========================================================================================

```
                        N A R R A T I V E

                  C A S E . N O    17-00589*3


A Code Red (Medical Emergency) was called at 0745 hours in C-unit. When I
arrived in the unit Inmate Smith, Trillus #1964-17 was laying on the floor,
responsive. Medical personnel arrived in the unit to assess Inmate Smith.
Medical personnel made the decision to give Inmate Smith intravenous fluid, due
her condition. I stood by as medical continued to give Inmate Smith fluids. Once
the medical assessment was complete, Inmate Smith was cleared to remain in the
unit by medical. A Code 1 (Return to Normal Operations) was called at 1057
hours.
```

==========================================================================================

MSJ SOF 000457



CASE NUMBER: 17-00599
DATE OF REPORT: 02/13/2017
**OFFENSE:**

FOLLOWUPS: 0
CLASSIFICATION:
ZONE:

---

## REPORTED BY: DEPUTY S. WATKINS
RACE:                  SEX:             DOB:            AGE:
ADDRESS:          CITY:           PHONE:
CELL PHONE:      DL:             SSN:
OCCUPATION:      PHONE:        ADDRESS:
CITY:                 STATE:        ZIP:
RELATION TO SUSPECT:
Date Reported From          Date Reported To
Time Reported From          Time Reported To

REMARKS

---

## SUSPECT: SMITH,TRILLUS LAKAIL
RACE: B         SEX: F       DOB: ███   AGE: 22
ADDRESS: ██████  CITY: LITTLE ROCK, AR 72209  PHONE:
CELL PHONE:      DL: ████████   SSN: ████████
OCCUPATION:      PHONE:        ADDRESS:
CITY:                 STATE:        ZIP:
RELATION TO SUSPECT:
Date Reported From          Date Reported To
Time Reported From          Time Reported To
Business Name             Business Address
City                  State
Zip                   Phone
WITNESS VEHICLE INFORMATION:
Year                  Make
Model              License
Color              Value

REMARKS

---

```
================================================================
```
LOCATION OF OFFENSE: UNIT C

DATE & TIME OF OFFENSE  (FROM):        (TO):

MSJ SOF 000458

```
----------------------------------------------------------------------
M-O DESCRIPTION


----------------------------------------------------------------------
======================================================================
CD - (R)ECOVERED, (A)BANDONED, (S)TOLEN, (D)AMAGED, (L)OST, (F)OUND or (C)ONT
DE - A=CURRENCY, B=JEWELS, C=CLOTHES, D=VEHICLE, E=OFFICE EQUIP, F=ELECTRONIC
     G=FIREARMS, H=HOUSEHOLD, I=CONSUMABLE, J=LIVESTOCK, K=MISC or L=NA
======================================================================
```

| Code | Quantity | Description | Serial No. | Value |
|------|----------|-------------|------------|-------|
|      |          | Total       |            | 0.00  |

Disposition of Property:
Total CD Codes          Number of Items              Total Value


Total DE Codes          Number of Items              Total Value

```
======================================================================
```
**At 2100 Nurse Haley, Captain Rose and Sergeant Knudsen came to check on Inmate
Smith, Trillus (1964-17). Nurse Haley and I (Deputy S. Watkins) rolled Inmate
Smith onto her suicide blanket to keep her from laying directly on the floor. We
then covered her with another suicide blanket. Inmate Smith now has two suicide
blankets due to her not keeping on suicide smock on. Sergeant Knudsen took
photos of what looked to be bruises on Inmate Smith's left upper thigh, right
leg and left arm. Nothing further to report at this moment.**
```
======================================================================
```
OFFICER TAKING REPORT: WATKINS,SAMOAN
  DATE & TIME            02/13/2017 79440           APPROVED BY:
  OFFICER ASSIGNED:                                 AUTHORITY:
  CHARGES FILED:         REASON:
  PHOTOS TAKEN:          LATENT PRINTS:             ARREST MADE:
  EVIDENCE SEIZED:                                  NCIC:

ASSOCIATED CASES:


 STATUS: UNASSIGNED     UNFOUNDED:                  CLEARED:
CLEARED UNDER 18:

DETECTIVE STATUS -
```

MSJ SOF 000459

MSJ SOF 000460