# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MOZELLA PRICE, Individually and as**
**Administratrix of the ESTATE OF TRILLUS**
**SMITH, Deceased and its Beneficiaries;** *et al.*          **PLAINTIFFS**

    **v.**          **CASE NO. 4:19-cv- 200 JM**

**CHARLES "DOC" HOLLADAY, Individually and**
**In his Official Capacity as the Sheriff of Pulaski**
**County, Arkansas;** *et al.*          **DEFENDANTS**

## JUDGMENT

For the reasons stated in the order entered on this day, the complaint of the plaintiff is dismissed.

IT IS SO ORDERED this 23rd day of July, 2020.

                                                        James M. Moody
                                                        United States District Judge